1    SUPREME COURT

2    ALL COUNTIES WITHIN THE CITY OF NEW YORK

3

4    IN RE:   NEW YORK CITY ASBESTOS LITIGATION

5

6

7

8                DEPOSITION UNDER ORAL

9                  EXAMINATION OF

10             FREDERICK G. BROWN

11                 (VOLUME I)

12

13

14

15    This Document Applies To:

16    FREDERICK G. BROWN

17    INDEX NO.:   190195-17

18

19

20

21

22    PRIORITY ONE COURT REPORTING SERVICES, INC.

23       290 West Mt. Pleasant Ave, Suite 2260

24         Livingston, New Jersey 07039

25            (718) 983-1234

Page 2

1      Transcript of the deposition of
2    the Plaintiff called for Oral Examination
3    in the above-captioned matter, said
4    deposition being taken pursuant to
5    Federal Rules of Civil Procedure by and
6    before CHERYL F. SOLOMON, a Notary Public
7    and Shorthand Reporter, at the Hampton
8    Inn, One North Avenue, Garden City, New
9    York, on Tuesday, December 19, 2017,
10   commencing at approximately 10:20 in the
11   forenoon.
12
13            *     *     *
14
15
16
17
18
19
20
21
22
23
24
25    Job No. 2744594

Page 3

1    A P P E A R A N C E S:
2
     WEITZ & LUXENBERG, P.C.
3        Attorneys for Plaintiff
         700 Broadway, 6th Floor
4        New York, New York 10003
     BY: PATRICK J. FINLEY, ESQ
5
6
     LYNCH, DASKAL & EMERY, LLP
7        Attorneys for Defendants
         Goodyear Tire & Goodyear Canada
8        137 West 25th Street, 5th Floor
         New York, New York 10001
9    BY: ALEXANDRA ORER, ESQ
10
11   SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD
         Attorneys for Defendants Aurora Pump
12       Co., BW/IP and Gardner Denver
         850 Third Avenue, Suite 1100
13       New York, New York 10022
     BY: URI CARNI, ESQ
14
15
     MALABY & BRADLEY, LLC
16       Attorneys for Defendant Blackmer
         150 Broadway, Suite 600
17       New York, New York 10038
     BY: MICHAEL CURTIS, ESQ
18
19
     McGIVNEY, KLUGER & COOK, P.C
20       Attorneys for Defendant DAP
         80 Broad Street, 23rd Floor
21       New York, New York 10004
     BY: RYAN SWEENEY, ESQ
22
23
24
25

Page 4

1    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH,
         LLP
2        Attorneys for Defendant Ford
         600 Third Avenue
3        New York, New York 10016
     BY: ILLIANOV LOPEZ-LARANCUENT, ESQ
4
5
     CULLEN & DYKMAN, LLP
6        Attorneys for Defendant Goulds
         44 Wall Street
7        New York, New York 10005-2407
     BY: JOSEPH ANGIOLILLO, ESQ
8
9
     DARGER, ERRANTE, YAVITZ & BLAU, LLP
10       Attorneys for Defendants Amchem,
         CertainTeed and UCC
11       116 East 27th Street, 12th Floor
         New York, New York 10016
12   BY: GENEVIEVE MACSTEEL, ESQ
13
14   BARRY, McTIERNAN & MOORE, ESQS
         Attorneys for Defendant
15       Cleaver Brooks, Inc
         2 Rector Street
16       New York, New York 10006
     BY: SHAWNETTE FLUITT, ESQ
17
18
     WILBRAHAM, LAWLER & BUBA, ESQS
19       Attorneys for Defendants
         Air & Liquid Systems Corp and Karnak
20       1818 Market Street, Suite 3100
         Philadelphia, Pennsylvania 19103
21   BY: NICHOLAS L ORTIZ, ESQ
22
23
24
25

Page 5

1    MARSHALL, DENNEHEY, WARNER, COLEMAN &
         GOGGIN, P.C.
2        Attorneys for Defendants Borg Warner
         Morse TEC LLC and Leviton
3        Manufacturing Corp
         105 Maxess Road, Suite 303
4        Melville, New York 11747
     BY: ANDREW WARSHAUER, ESQ
5
6
     KUROWSKI SHULTZ, LLC
7        Attorneys for Defendant
         American Biltrite
8        1405 Green Mount Road, Suite 400
         O'Fallon, Illinois 62269
9    BY: ROBERT DEMEUSY, ESQ
10
11   VIA TELEPHONE:
12
     LEADER & BERKON, LLP
13       Attorneys for Defendants IMO
         Industries, Inc and Warren Pumps, LLC
14       630 Third Avenue, 17th Floor
         New York, New York 10017
15   BY: BRIAN CIFUENTES, ESQ
16
17   PASCARELLA DIVITA PLLP
         Attorneys for Defendant Bird, Inc
18       2137 Route 35, Suite 290
         Holmdel, New Jersey 07733
19   BY: BRADLEY F BISHOP, ESQ
20
21   RENZULLI LAW FIRM, LLP
         Attorneys for Defendant Pfizer, Inc
22       81 Main Street, Suite 508
         White Plains, New York 10601
23   BY: ROBERT LEVEY, ESQ
24
25

2 (Pages 2 - 5)

Page 6

1   McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
    Attorneys for Defendant Eaton
2       1300 Mount Kemble Avenue
        Morristown, New Jersey  07962-2075
3   BY: DENISE D. HARRIS, ESQ.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1       IT IS HEREBY STIPULATED, by and between
2   the attorneys for the respective parties
3   hereto, that filing, sealing and
4   certification of the within Examination
5   Before Trial be waived; that all objections,
6   except as to form, are reserved to the time
7   of trial.
8       IT IS FURTHER STIPULATED AND AGREED that
9   the transcript may be signed before any
10  Notary Public with the same force and effect
11  as if signed before a Clerk or Judge of the
12  Court.
13      IT IS FURTHER STIPULATED AND AGREED that
14  all rights provided to all parties by the
15  CPLR shall not be deemed waived and the
16  appropriate sections of the CPLR shall be
17  controlling with respect thereto.
18      IT IS FURTHER STIPULATED AND AGREED by
19  and between the attorneys for the respective
20  parties hereto that a copy of the
21  Examination shall be furnished, without
22  charge, to the attorney representing the
23  witness testifying herein.
24
25

Page 8

1           FREDERICK G. BROWN,
2   the Plaintiff herein, having first been
3   duly sworn by the Notary Public, was
4   examined and testified as follows:
5       THE REPORTER:  State your name for
6   the record, please.
7       THE WITNESS:  Frederick G. Brown.
8       THE REPORTER:  State your present
9   home address for the record, please.
10      THE WITNESS:  1017 Bayside,
11  Rockaway Point, New York  11697.
12      MR. WARSHAUER:  Are there any
13  statements for the record before we
14  begin?
15      (No verbal response given)
16  DIRECT EXAMINATION
17  BY MR. WARSHAUER:
18      Q.   Good morning, Mr. Brown.
19      A.   Good morning.
20      Q.   Can you hear me okay?
21      A.   Sure.
22      Q.   For the record my name is Andrew
23  Warshauer, I am from the firm of
24  Marshall, Dennehey, Warner, Coleman and
25  Goggin. I represent a few of the

Page 9

1   defendants in this case.
2       I will be asking you the bulk of
3   the questions today. When I'm done some
4   of the other attorneys in the room may
5   have some additional questions for you.
6       Have you ever had your
7   deposition taken before --
8       A.   No.
9       Q.   -- in a setting like this with a
10  reporter present transcribing the
11  questions and answers?
12      A.   Never.
13      MR. FINLEY:  Just remember,
14  please, wait for him to finish asking
15  the question --
16      THE WITNESS:  Okay.
17      MR. FINLEY:  -- and then you can
18  give your answer, this way the court
19  reporter can get down what everybody is
20  saying.
21      THE WITNESS:  Okay.
22      Q.   Let me go over some of the
23  ground rules before we begin.
24      As your attorney just advised
25  you, please allow me to finish my

3 (Pages 6 - 9)

Page 10

1  question before you give an answer since
2  the reporter cannot take down both of our
3  voices at the same time.
4      I would also ask that you keep
5  your answers in verbal form as the
6  reporter cannot take down a gesture or a
7  nod or a shrug of the shoulders.
8      If you don't understand one of
9  my questions, please ask me to rephrase
10 and I will do so. If you don't know the
11 answer to one of my questions, "I don't
12 know" is a perfectly acceptable answer.
13 I don't want you to guess. If you want
14 to give an estimate that's fine but you
15 don't have to guess.
16     If you need a break at any time
17 during the course of my questions, let me
18 know, let your attorney know, you can
19 have as many breaks as you may need.
20     Do you understand these
21 instructions?
22     A.  Yes.
23     Q.  Are you taking any medications
24 this morning?
25     A.  Yes.

Page 11

1      Q.  Do you know the names of the
2  medications you're taking?
3      A.  Eliquis, blood thinner, and
4  Simvastatin I think it is, I think that's
5  for cholesterol, and that's about it.
6      Q.  How long have you been taking
7  Eliquis?
8      A.  Oh, about, let me see, probably
9  two, two years.
10     Q.  What condition do you take that
11 medication for?
12     A.  For I had a stroke and that's in
13 the blood.
14     Q.  Do you know the name of the
15 doctor that initially prescribed the
16 medication?
17     A.  Yes. I got it on a piece of
18 paper somewhere but Rems, Remeys, Rem --
19 R-E-M-E-Y-S.
20     MR. FINLEY: If you're not sure,
21 that's fine.
22     A.  He's affiliated with my HIP
23 Center.
24     Q.  Is it Dr. Gary Gwertzman, is it
25 Gwertzman?

Page 12

1      A.  No. But he did my carotid
2  arteries.
3      Q.  But the doctor that prescribed
4  Eliquis is affiliated with HIP?
5      A.  Yes.
6      Q.  Do you know the dosage of the
7  Eliquis?
8      A.  No.
9      Q.  That's fine, if you don't that's
10 fine.
11     And you also take Simvastatin
12 for cholesterol?
13     A.  Yes.
14     Q.  How long have you been taking
15 that?
16     A.  Oh, a long time, I don't know
17 how long.
18     Q.  More than five years?
19     A.  Oh, I think so.
20     Q.  More than ten years?
21     A.  No. Five or ten I guess.
22     Q.  Do you know the name of the
23 doctor that initially prescribed that
24 medication?
25     A.  No.

Page 13

1      Q.  Have you taken any other
2  medications this morning other than the
3  Eliquis and the Simvastatin?
4      A.  Just Tylenol.
5      Q.  Do you take that on your own --
6      A.  Yeah.
7      Q.  -- or is that upon the advice of
8  a doctor?
9      A.  My heart doctor, she said don't
10 take any, no more aspirin, Tylenol if you
11 want.
12     Q.  And what's the name of your
13 heart doctor?
14     A.  I got that one but...
15     Q.  Is it Dr. Samantha Jagger?
16     A.  Yeah. See, you can help me.
17     Q.  I'll try to help you if I can.
18     How long has Dr. Jagger been
19 your heart doctor or your cardiologist
20 for?
21     A.  Oh, about three years.
22     Q.  And she --
23     A.  But I had a lot of stuff done in
24 three years.
25     Q.  And she told you to stop taking

4 (Pages 10 - 13)

Page 14

1   aspirin and take Tylenol instead?
2      A.   Yes.
3      Q.   Do you know why she told you to
4   stop taking aspirin?
5      A.   No. I forget what the reason
6   was. She said because there's a lot of
7   aspirin in Eliquis.
8      Q.   You mentioned two years ago you
9   had a stroke, is that the only time
10  during your lifetime you had a stroke?
11     A.   Yeah.
12     Q.   Have you ever had a heart
13  attack?
14     A.   No.
15     Q.   Do you take any other medication
16  on a regular or a semiregular basis that
17  you haven't yet taken this morning?
18     A.   No. I take Tylenol because I'm
19  in pain.
20     Q.   And aside from that and the
21  Eliquis and the Simvastatin, do you take
22  any other medications?
23     A.   No.
24     Q.   Did you review any documents or
25  records in preparation for testifying

Page 15

1   here today?  And when I'm referring to
2   records or documents, I'm talking about
3   employment records, Social Security
4   records, military records, union records,
5   medical records, anything like that in
6   preparation for testifying here today.
7      A.   I looked at some...
8      THE WITNESS: I don't know what to
9   say.
10     MR. FINLEY: Your Interrogatories?
11     THE WITNESS: Yeah.
12     Q.   Did you look at a document
13  called Answers to Interrogatories, that
14  is a series of questions and answers
15  concerning your personal history, the
16  different places you've worked, things
17  like that?
18     A.   Yes.
19     Q.   Is that something that you
20  provided the answers to a series of
21  questions contained in that document?
22     A.   Yeah.
23     Q.   And are the answers truthful and
24  accurate to the best of your knowledge?
25     A.   Yeah.

Page 16

1      Q.   Other than that did you review
2   anything else in preparation for
3   testifying here today?
4      A.   No.
5      MR. WARSHAUER: If we could go off
6   the record briefly for personal
7   information we don't want to appear on
8   the stenographic record.
9      (Discussion held off the record)
10     MR. WARSHAUER: We're back on the
11  record after obtaining some personal
12  identifying information we did not want
13  to appear on the stenographic record.
14     Q.   Sir, where were you born?
15     A.   In New York City.
16     Q.   In Manhattan?
17     A.   Manhattan.
18     Q.   Sir, the first thing we're going
19  to do today is talk about the different
20  places you've lived over the course of
21  your lifetime, okay?
22     A.   Okay.
23     Q.   I'm going to start with your
24  current home and I'm going to work my way
25  backwards if that's okay; is that okay?

Page 17

1      A.   Yeah.
2      Q.   You told us earlier you
3   currently live at 1017 Bayside in
4   Rockaway Point?
5      A.   Yeah.
6      Q.   How long have you lived there?
7      A.   Twenty-five years.
8      Q.   According to that document that
9   you reviewed in preparation for
10  testifying here today, you lived there
11  since around 1991; does that sound about
12  right?
13     A.   How many years is that?
14     Q.   Twenty-six.
15     A.   Yeah, yeah, very close.
16     Q.   What type of home is that?
17     A.   It's a one-family home.
18     Q.   It's a single-family home?
19     A.   Yes.
20     Q.   Who do you live there with?
21     A.   My wife and, well, my one son,
22  we had another son that passed away and
23  my daughter lives in Floral Park.
24     Q.   So, right now you live there
25  with your wife and that's it, anybody

5 (Pages 14 - 17)

1  else?
2    A.   No, my son.
3    Q.   And one son, okay.
4    A.   Yeah.
5    Q.   And the son that lives there,
6  what's his name?
7    A.   Douglas.
8    Q.   Do you own the home?
9    A.   Yes.
10   Q.   Any mortgages, liens?
11   A.   Oh, yeah, I have a mortgage.
12   Q.   Do you know the approximate
13 balance of the mortgage?
14   A.   Yeah. Sandy did it all, I think
15 I got a mortgage for 80 or 90,000.
16   Q.   You took out another mortgage
17 after Sandy?
18   A.   After Sandy, yeah, I had to
19 rebuild.
20   Q.   You had to rebuild because of
21 the storm?
22   A.   Yeah.
23   Q.   And you think the approximate
24 amount of a balance on the mortgage is
25 around 90,000?

1    A.   Yeah.
2    Q.   During the course of your living
3  at 1017 Bayside in Rockaway Point, New
4  York since approximately 1991, have you
5  or anyone else performed any renovations
6  or repairs on the home that you believe
7  caused you to come into contact with a
8  product or a piece of equipment or a type
9  of material you now believe contained
10 asbestos?
11   A.   On my present home?
12   Q.   On your present home.
13   A.   No, I don't think.
14   Q.   Now, before this home where did
15 you live?
16   A.   I lived in Brooklyn.
17   Q.   Do you remember the address?
18   A.   Yeah. 107 -- no, that's my --
19 1685 East 21st Street.
20   Q.   And you said that was in
21 Brooklyn, correct?
22   A.   Yes.
23   Q.   What type of home was that?
24   A.   A Queen Anne, one-family.
25   Q.   One-family home?

1    A.   Yeah.
2    Q.   How long did you live there?
3    A.   I think 25 years.
4    Q.   According to that same document
5  that you reviewed in preparation for
6  being here today, you lived there since
7  approximately 1969; does that sound
8  right?
9    A.   That's when I got out of the
10 service.
11   Q.   And is that when you first lived
12 there?
13   A.   No, no, I wouldn't -- I started
14 living there way before I got out of the
15 service.
16   Q.   Do you remember approximately
17 when you started living there?
18   A.   Can't think. It had to be my
19 whole son's life, had to be 25 years.
20   Q.   So, around middle-1960s?
21   A.   Yeah. I'm retired 25 years and
22 I worked 25 years.
23   Q.   So, you think sometime in the
24 middle portion of the 1960s is when you
25 moved in there?

1    A.   Oh, yeah, definitely.
2    Q.   And did you continue to own that
3  home after you purchased the home on
4  Bayside for a short period of time?
5    A.   Yes.
6    Q.   So, you owned two properties for
7  a period?
8    A.   Two properties, yeah.
9  Approximately three years.
10   Q.   Around 1995 or so?
11   A.   I guess, yeah.
12   Q.   Who did you live at 1685 East
13 21st Street with?
14   A.   I have trouble recalling because
15 numbers don't come back to me too quick
16 anymore.
17        MR. FINLEY: Take your time.
18   Q.   Well, we're talking about the
19 previous home that you lived you said
20 since around the mid-1960s to around the
21 mid-1990s.
22   A.   Yeah.
23   Q.   Did you live there with your
24 wife?
25   A.   Yeah. I always lived with my

6 (Pages 18 - 21)

1  wife.
2  Q.  Did your son Douglas live there
3  as well?
4  A.  Yes.
5  Q.  Anyone else?
6  A.  No. He still lives with me, my
7  son.
8  Q.  Understood. I just want to know
9  if he lived at the previous home and he
10  did, correct?
11  A.  Yeah.
12  Q.  Anyone else live there?
13  A.  No. My daughter lived there
14  many years before she got an apartment
15  but I think after about 20, 25 years.
16  Q.  And what's your daughter's name?
17  A.  Stephanie.
18  Q.  During the years you resided at
19  1685 East 21st Street in Brooklyn from
20  the mid-1960s till around the mid-1990s,
21  did you or anybody else perform any
22  renovations or repairs on that home that
23  you now believe caused you to come into
24  contact with a product or a piece of
25  equipment or a type of material you now

1  believe contained asbestos?
2  A.  No, not that I know of.
3  Q.  Do you recall where you lived
4  prior to 1685 East 21st Street in
5  Brooklyn?
6  A.  Now we're getting into
7  apartments.
8  Q.  Okay.
9  A.  All right, I lived, I lived
10  around 64th Street and 19th Avenue.
11  Q.  According to that same document
12  that you reviewed in preparation for
13  testifying here today, prior to living at
14  1685 East 21st Street you lived at 11-67
15  69th or 70th Street; does that sound
16  right?
17  A.  That sounds right, I'm not sure
18  though.
19  Q.  And that was an apartment?
20  A.  Yes.
21  Q.  And you don't recall if it was
22  on 69th or 70th, right?
23  A.  I lived on 70th Street.
24  Q.  And that's in Brooklyn, right?
25  A.  Yeah, right.

1  Q.  Was that a rental apartment?
2  A.  Actually it was on 11th Avenue.
3  Q.  It was near the intersection of
4  11th Avenue and 70th Street?
5  A.  I remember the block where the
6  -- 11th, an apartment house.
7  Q.  So, it was actually 11 --
8  A.  A small one.
9  Q.  It was actually 11-67 11th
10  Avenue?
11  A.  Yeah, that sounds good.
12  Q.  Was that a rental apartment?
13  A.  Yes.
14  Q.  Did you live there with your
15  wife?
16  A.  Yes.
17  Q.  Did Douglas live there also?
18  A.  He wasn't born yet.
19  Q.  How about your daughter, was
20  she --
21  A.  She wasn't born.
22  Q.  So, just your wife?
23  A.  Yeah, just my wife, I had no
24  children.
25  Q.  How long did you live there?

1  A.  In that apartment? Oh, I'd have
2  to guess but it wasn't long, it was
3  probably about two years.
4  Q.  So, this would have been in the
5  mid-60s?
6  A.  Yes, right. Because we got
7  married in '62.
8  Q.  And you lived there after you
9  were married?
10  A.  Yeah.
11  Q.  During the approximately two
12  year period of time you lived at 11-67
13  11th Avenue in Brooklyn, New York in the
14  mid-60s, did you or anybody else perform
15  any renovations or repairs on that
16  apartment that you now believe caused you
17  to come into contact with a product or a
18  piece of equipment or a type of material
19  you now believe contained asbestos?
20  A.  No, no. I was just painting
21  there.
22  Q.  Just painting, okay.
23  A.  Wallpaper and painting.
24  Q.  And you don't think any of that
25  painting or wallpaper work caused you to

7 (Pages 22 - 25)

Page 26

1  come into contact with asbestos?
2      A.   I don't think so.
3      Q.   Do you remember where you lived
4  prior to 11-67 11th Avenue?
5      A.   I lived in one apartment,
6  six-story apartment house for about a
7  year but I don't know which, which end.
8      Q.   According to that same document
9  that you reviewed in preparation for
10 testifying here today, you lived at a
11 location on 66th Street and 20th Avenue
12 in Brooklyn.
13     A.   That's right.
14     Q.   And you think you lived there
15 for about a year?
16     A.   Yeah.
17     Q.   This would have been in the
18 early 60s?
19     A.   Yes.
20     Q.   Was this just after you were
21 married?
22     A.   Yes.  This was our first
23 apartment.
24     Q.   And it would have been a rental
25 apartment, correct?

Page 27

1      A.   Yes.
2      Q.   And you just lived there with
3  your wife?
4      A.   Right.
5      Q.   During the year that you lived
6  at that rental apartment on 66th Street
7  and 20th Avenue in Brooklyn in the early
8  1960s, did you or anybody else perform
9  any renovations or repairs on that
10 apartment that you now believe caused you
11 to come into contact with a product or a
12 piece of equipment or a type of material
13 you now believe contained asbestos?
14     A.   No, I don't think so.
15     Q.   Do you remember where you lived
16 prior to the rental apartment on 66th
17 Street and 20th Avenue?
18     A.   When I was still single.
19     Q.   Where was that?
20     A.   In Bay Ridge, 438 69th Street.
21     Q.   Was that your parents' home?
22     A.   Parents, yes.
23     Q.   And that's 438 69th Street?
24     A.   Yeah.
25     Q.   And that's in the Bay Ridge

Page 28

1  section of Brooklyn?
2      A.   Yes.
3      Q.   Are you okay?
4      A.   Yeah.
5          MR. FINLEY:  Just give him a
6  second.
7          MR. WARSHAUER:  Sure.
8          (Discussion held off the record)
9      Q.   How long did you live in your
10 parents' home on 438 69th Street in the
11 Bay Ridge section of Brooklyn?
12     A.   I came there from Manhattan.
13     Q.   How old were you?
14     A.   I was probably about 6 or 7.
15     Q.   Just before World War II, right?
16     A.   I don't know.
17     Q.   According to that same document
18 that you reviewed in preparation for
19 testifying here today, you lived at 438
20 69th Street in Bay Ridge from around 1940
21 till 1961; does that sound about right?
22     A.   Yes.  That's when I got married
23 in '61, '62.
24     Q.   '61.
25     A.   Yes.

Page 29

1      Q.   You lived there with your
2  parents, correct?
3      A.   Yes.
4      Q.   Brothers and sisters too?
5      A.   Yes.  Just a sister.
6      Q.   Just a sister?
7      A.   (Nodding in the affirmative)
8      Q.   Was that an apartment?
9      A.   Yes.  Six room apartment.
10     Q.   Six room apartment and your
11 parents rented it?
12     A.   Yes.
13     Q.   During the years that you lived
14 at 438 69th Street in the Bay Ridge
15 section of Brooklyn from approximately
16 1940 until 1961, did you or someone else
17 perform any renovations or repairs on
18 that home that you now believe caused you
19 to come into contact with a product or a
20 piece of equipment or a type of material
21 you now believe contained asbestos?
22     A.   No.
23     Q.   And you said you moved there
24 from Manhattan; is that correct?
25     A.   Yes.

Page 30

1    Q.   Do you remember where you lived
2  in Manhattan with your folks when you
3  were around 5 or 6?
4    A.   Yeah, 134th Street.
5    Q.   And that's the earliest
6  residence you can recall living at?
7    A.   Yeah. I'm lucky I can get that
8  one.
9    Q.   And that was at 134th Street and
10  Amsterdam?
11    A.   Yes.
12    Q.   What type of home was that, was
13  it an apartment?
14    A.   Yeah, it was a six-story
15  apartment house, it had about five
16  apartments on each floor.
17    Q.   And you lived there with your
18  parents and your sister?
19    A.   Yeah, yeah.
20    Q.   And that would have been from
21  the time you were born in 1935 till about
22  1940?
23    A.   Not my sister because I don't
24  know if she was born yet.
25    Q.   She wasn't born yet.

Page 31

1    A.   Yeah.
2    Q.   So, just your parents.
3    A.   Yeah.
4    Q.   And you lived there from your
5  birth until around 1940 or '41, somewhere
6  around there?
7    A.   Yeah.
8    Q.   Do you have any present
9  recollection of any renovation or repair
10  work taking place at that location?
11    A.   No.
12    Q.   You were too young?
13    A.   Too small.
14    Q.   Apart from your military
15  service, have we now talked about all the
16  different locations you've lived in over
17  the course of your lifetime?
18    A.   Yes.
19    Q.   We're now going to talk about
20  your family a little bit, okay?
21    A.   Okay.
22    Q.   You mentioned your wife.
23    A.   Yeah.
24    Q.   What's her name?
25    A.   Diana.

Page 32

1    Q.   Your marriage to Diana, that's
2  your only marriage, right?
3    A.   Yes.
4    Q.   And it's her only marriage,
5  right?
6    A.   Huh?
7    Q.   It's her only marriage, she
8  wasn't married to anybody else before
9  you?
10    A.   No, no.
11    Q.   What's Diana's maiden name?
12    A.   Miceli.
13    Q.   Do you remember the date that
14  you and Diana were married, your
15  anniversary?
16    A.   Yeah. December 8th.
17    Q.   According to that same document
18  provided to us, you were married on
19  December 9, 1961; does that sound right?
20    A.   Yeah.
21       MR. FINLEY:  Pretty close.
22    Q.   Yes, that was pretty good.
23       MR. FINLEY:  We won't tell.
24       THE WITNESS:  I'm surprised I
25    remember so much.

Page 33

1    Q.   Has Diana ever been a smoker
2  during your marriage?
3    A.   Yes.
4    Q.   Does she still smoke?
5    A.   No.
6    Q.   When did she quit?
7    A.   Oh, I would say about fifteen
8  years, 20 years.
9    Q.   So, the early 2000s, late
10  1990s; --
11    A.   Yeah.
12    Q.   -- does that sound right, --
13    A.   Yeah.
14    Q.   -- late 90s, early 2000s?
15    A.   Early 2000s I would say.
16    Q.   And when she was smoking, what
17  type of cigarettes did she smoke; do you
18  remember?
19    A.   I know I used to smoke Pall
20  Mall.
21    Q.   That's what she smoked?
22    A.   I don't know what she smoked.
23    Q.   We'll talk about your smoking a
24  little later.
25    A.   I only know -- I smoked all of

9 (Pages 30 - 33)

Page 34

1   the brands.
2   Q.   And you're not certain the brand
3   that she smoked?
4   A.   No.
5   Q.   Do you know how much she smoked
6   a day?
7   A.   About a pack a day, I think we
8   both did the same.
9   Q.   And did she smoke in the house?
10   A.   Yeah. We weren't fanatical in
11   those days.
12   Q.   How is Diana's health today?
13   A.   Well, lately she's been having
14   -- her blood platelets are giving her a
15   hard time. She had a mastectomy.
16   Q.   She's been treated for breast
17   cancer?
18   A.   Yeah. I guess she has, they
19   removed her breast.
20   Q.   Any other type of cancer or
21   breathing or respiratory ailments to your
22   knowledge?
23   A.   No.
24   Q.   You said her platelets have been
25   giving her trouble?

Page 35

1   A.   Yeah, they're too low.
2   Q.   Has the doctor told her why her
3   platelets are too low?
4   A.   They been giving her a hell of a
5   time too because she can't get them up,
6   you know. She'll get them up for a
7   little while, they give them some drugs
8   and they go back down.
9   Q.   Has Diana ever worked outside of
10   the home during your marriage?
11   A.   Yes. She was working at a
12   school, I don't know exactly what she did
13   in the school, she wasn't a teacher.
14   Q.   In which school?
15   A.   I don't know.
16   Q.   In a school in New York City?
17   A.   Yes.
18   Q.   In Brooklyn?
19   A.   I think so, yeah.
20   Q.   You don't know what she did?
21   A.   No.
22   Q.   Was she a guidance counselor or
23   -- she wasn't a teacher, we know that,
24   right?
25   A.   Right, she wasn't a teacher.

Page 36

1   Q.   Did she work for the New York
2   City public schools or a private school?
3   A.   Public.
4   Q.   And you're not certain what she
5   did?
6   A.   Some -- I don't know what she
7   did, I forget.
8   Q.   That's fine. When did she stop
9   working?
10   A.   Basically I guess as long as I'm
11   married, after a few years of marriage
12   she started working.
13   Q.   When did she stop?
14   A.   Oh, I don't know.
15   Q.   Has it been more than ten years?
16   A.   Oh, yeah, I think so, yeah.
17   Q.   More than 20 years?
18   A.   No, I don't know.
19   Q.   Does she receive a pension or
20   any retirement benefits from her work?
21   A.   No.
22   Q.   Does she get Social Security?
23   A.   Yes.
24   Q.   Do you know how much she
25   receives in Social Security?

Page 37

1   A.   I don't know, maybe 500.
2   Q.   Five hundred a month?
3   A.   Yeah.
4   Q.   Does your wife have any other
5   source of monthly income apart from the
6   Social Security?
7   A.   No.
8   Q.   Do you consider Diana to be
9   financially dependent upon you for
10   support?
11   A.   Absolutely.
12   Q.   You guys file a joint tax
13   return?
14   A.   Yeah.
15       MR. FINLEY: Are you okay?
16       THE WITNESS: Yeah.
17   Q.   Do you know Diana's date of
18   birth?
19   A.               1940.
20   Q.   Are your parents both deceased?
21   A.   Yes.
22   Q.   What was your father's name?
23   A.   Frederick.
24   Q.   Frederick?
25   A.   Yes, same as mine.

10 (Pages 34 - 37)

1   Q.   When did Frederick pass away?
2   A.   That's a toughy.
3   Q.   Okay.
4   A.   I don't know when.
5   Q.   According to that same document
6   that you reviewed in preparation for
7   testifying here this morning, he passed
8   away in around 1979 at the age of 76;
9   does that sound right?
10   A.   That sounds good.
11   Q.   Do you know what the cause of
12   his death was?
13   A.   I have feeling it was TB, I'm
14   not sure.
15   Q.   You said TB?
16   A.   Yeah, tuberculosis.
17   Q.   He had tuberculosis at some
18   point during his lifetime?
19   A.   At the end there.
20   Q.   Did he also have bone cancer?
21   A.   I think he did too.  I think
22   they misinterpreted one for the other, I
23   was never sure on that.
24   Q.   So, to the best of your
25   knowledge he died from either

1   tuberculosis or bone cancer and you're
2   not sure which?
3   A.   That would cover it.
4   Q.   Was he a smoker?
5   A.   Yes.
6   Q.   Did he smoke cigarettes?
7   A.   Yes.
8   Q.   Do you know how much he smoked a
9   day?
10   A.   He smoked a good pack a day.
11   Q.   Do you know the brand?
12   A.   Dunhill.
13   Q.   Are those unfiltered?
14   A.   Yes.
15   Q.   Did he smoke in the family homes
16   that you lived in with him?
17   A.   Yes.
18   Q.   What did he do for a living?
19   A.   He worked for Sheffield Farms
20   Milk Company.
21   Q.   For?
22   A.   Sheffield Farms.
23   Q.   Where was Sheffield Farms Milk
24   Company located?
25   A.   In Bay Ridge, Brooklyn.

1   Q.   Did you ever work with him
2   there?
3   A.   No.
4   Q.   What did he do for Sheffield
5   Farms Milk Company in Bay Ridge?
6   A.   He was delivering milk with a
7   truck and then he quit that and he just
8   took care of, took care of the horses.
9   Q.   So, he was a milkman for a while
10   and then he took care of the horses?
11   A.   Took care of the stable and the
12   horses, had a big place there on 60th
13   Street.
14   Q.   What was your mother's name?
15   A.   Laura, Laura Francis.
16   Q.   When did Laura pass away?
17   A.   She passed away before him,
18   about six or eight years before him.
19   Q.   Was she around 81 at the time
20   that she passed?
21   A.   I guess so, I don't know, I have
22   trouble adding up.
23   Q.   Do you know what the cause of
24   her death was?
25   A.   I should know that.

1   Q.   Was it a heart attack?
2   A.   Oh, yes, yes, yes, it is.  She
3   had a heart attack in her sleep in
4   Ireland.
5   Q.   She was in Ireland at the time?
6   A.   Yeah.  Her and my father were
7   visiting in Ireland and she had a heart
8   attack and that's it.  That's the way to
9   go.
10   Q.   Was your mother a smoker?
11   A.   Yes.
12   Q.   She smoked cigarettes?
13   A.   Yeah.
14   Q.   Do you know the brand?
15   A.   I guess the same as my father,
16   Dunhill or Pall Mall.
17   Q.   Do you know how much she smoked
18   a day?
19   A.   Probably about a pack.
20   Q.   Did she also smoke in the family
21   home?
22   A.   Yeah.
23   Q.   Did your mother also work
24   outside of the home?
25   A.   Yeah.

11 (Pages 38 - 41)

1    Q.    What did she do?
2    A.    She was a house cleaner,
3  caretaker.
4    Q.    Did you ever work with your
5  mother in any capacity?
6    A.    No.
7    Q.    Did your mother ever suffer from
8  any form of cancer, breathing, lung or
9  respiratory ailments during her lifetime?
10   A.    No.
11   Q.    You have three children, two are
12  still living, correct?
13   A.    Yes.
14   Q.    You told me previously your
15  daughter is Stephanie, correct?
16   A.    Yes.
17   Q.    How old is Stephanie?
18   A.    That's another good question.
19   Q.    I'm full of good questions.
20         MR. FINLEY: Full of good
21  questions.
22         To the best of your knowledge.
23   A.    My wife keeps all these things
24  in her head.
25         MR. FINLEY: So you don't have to.

1    Q.    Let me see if I can help you.
2  According to that same document that you
3  reviewed in preparation for testifying
4  here today, Stephanie is about 51; does
5  that sound about right?
6    A.    Yeah, yeah.
7    Q.    She was born in 1966?
8    A.    That sounds good.
9    Q.    Where does Stephanie live?
10   A.    She lives in -- now she lives in
11  Breezy Point.
12   Q.    Does she live on 125 Beach 124th
13  Street?
14   A.    Yes.
15   Q.    Breezy Point or Belle Harbor?
16   A.    Yeah.
17   Q.    Is she married?
18   A.    No.
19   Q.    Does she have any children?
20   A.    No.
21   Q.    What does she do for a living?
22   A.    She was a secretary, you know,
23  she started up with a lawyer and then she
24  went into business on her own,
25  accountant.

1    Q.    So, she started off as a
2  secretary for a lawyer and then she
3  worked for an accountant?
4    A.    No, she became an accountant.
5    Q.    She became an accountant, okay.
6    A.    Her own business, yeah. And
7  she's still doing that.
8    Q.    How is Stephanie's health today?
9    A.    Other than the platelets it's
10  great.
11   Q.    Other than the platelets.
12   A.    Right.
13   Q.    Has Stephanie ever been
14  diagnosed with any form of --
15   A.    Wait, she has diverticulitis.
16   Q.    She has diverticulitis?
17   A.    Yes. She's finishing up with
18  surgery.
19   Q.    Has she ever been diagnosed with
20  any form of cancer, breathing, lung or
21  respiratory ailments?
22   A.    No.
23   Q.    Is Stephanie a smoker?
24   A.    No.
25   Q.    Have you ever worked with

1  Stephanie?
2    A.    Yeah, she worked with me
3  painting.
4    Q.    She did some side work painting
5  with you?
6    A.    Yeah, she did.
7    Q.    She didn't like it?
8    A.    She loved it.
9    Q.    Oh, she did like it.
10   A.    She loved it. So did the
11  customers, she had long red hair.
12   Q.    Is Stephanie in any way
13  financially dependent upon you?
14   A.    No, no.
15   Q.    And you have a son Douglas; is
16  that correct?
17   A.    Yes.
18   Q.    How old is Douglas?
19   A.    He's younger than Stephanie.
20   Q.    He's about 46?
21   A.    Yeah, 46, 47.
22   Q.    Born in 1970?
23   A.    That sounds right.
24   Q.    Where does Douglas live, he
25  lives with you, right?

12 (Pages 42 - 45)

Page 46

1    A.   Right.
2    Q.   Is he married?
3    A.   No.
4    Q.   Does he have any children?
5    A.   No.
6    Q.   What does Douglas do for a
7  living?
8    A.   He just started a job working
9  for the post office in the airport.
10  Before that he was just a contractor
11  painting, did his own jobs.
12   Q.   How is Douglas' health today?
13   A.   Oh, he's good. He's got a
14  smoker's cough but that's about it.
15   Q.   He's a smoker, right?
16   A.   Yeah.
17   Q.   How much does he smoke a day?
18   A.   I would say a pack a day, a
19  little over, same thing.
20   Q.   Do you know the brand?
21   A.   No.
22   Q.   And I think you already told me
23  that he smokes in the home?
24   A.   Yeah.
25       MR. FINLEY: Does he smoke in your

Page 47

1  home?
2       THE WITNESS: Yes.
3    Q.   Has he ever been diagnosed or
4  treated for any form of cancer or
5  breathing or lung or respiratory ailment
6  apart from the smoker's cough?
7    A.   No. He was always very -- he
8  doesn't smoke in front of me in the
9  house, not in the house anymore.
10   Q.   Did you ever work with Douglas?
11   A.   Yes.
12   Q.   Painting?
13   A.   Yeah.
14   Q.   Anywhere else?
15   A.   Yeah. Painting, roofing,
16  leaders, gutters.
17   Q.   Do you consider Douglas to be
18  financially dependent upon you?
19   A.   Occasionally.
20   Q.   Does he pay rent?
21   A.   Occasionally.
22   Q.   Occasionally pays rent. When he
23  occasionally pays rent, how much does he
24  pay?
25   A.   Oh, I don't know, my wife

Page 48

1  handles that.
2    Q.   You don't know, okay. Do you
3  know how often he pays?
4    A.   I don't know, I don't keep up
5  with that.
6    Q.   Your wife would know that?
7    A.   Yeah, she would know.
8    Q.   You have one child that's passed
9  away?
10   A.   Yes.
11   Q.   I'm sorry to hear that. What
12  was that child's name?
13   A.   David.
14   Q.   When did David pass away?
15   A.   Oh, years ago. I can't get it
16  down but probably about 20 years ago.
17   Q.   So, around 1997 or so?
18   A.   Yeah.
19   Q.   Do you know the cause of his
20  death?
21   A.   Funny how things slip out of my
22  head.
23   Q.   Was it pancreatitis?
24   A.   Yes.
25   Q.   Did he ever suffer from any form

Page 49

1  of cancer to your knowledge?
2    A.   Not that I know of.
3    Q.   Any breathing or respiratory
4  ailments?
5    A.   No.
6    Q.   Was he a smoker?
7    A.   No.
8    Q.   Did you ever work with David?
9    A.   Yeah, he worked with me for...
10   Q.   Side work again, painting, --
11   A.   Yeah.
12   Q.   -- roofing?
13   A.   Yeah.
14   Q.   You mentioned you had a sister?
15   A.   Yes.
16   Q.   No brothers?
17   A.   No.
18   Q.   What's your sister's name?
19   A.   Una; U-N-A.
20   Q.   How old is Una?
21   A.   She passed away.
22   Q.   Oh, I'm sorry to hear that.
23  When did she pass away?
24   A.   Oh, I would say, I have a rough
25  idea, fifteen years ago.

13 (Pages 46 - 49)

1    Q.   Around 2002 or so?
2    A.   Yeah, I think so. You can add
3    better than me.
4    Q.   What was the cause of her death?
5    A.   Now I need my wife.
6    Q.   And again, if you don't know
7    just tell me you don't know.
8         MR. FINLEY: If you don't remember
9    it --
10   Q.   That I don't have in my little
11   document here, I don't know what the
12   cause of her passing was, I don't have
13   that. You don't know what the cause of
14   her passing was?
15   A.   No.
16   Q.   Do you know if she ever suffered
17   from any form of cancer, breathing, lung
18   or respiratory ailments?
19   A.   No.
20   Q.   What did she do for a living?
21   A.   She worked for a bank.
22   Q.   Did you ever work with her?
23   A.   No.
24   Q.   Other than your children did you
25   ever have occasion to work with any other

1    relatives for pay, uncles, aunts,
2    cousins?
3    A.   Did I have?
4    Q.   Yes. Did you ever work with any
5    other relatives other than your children?
6    A.   Yes, my nephew.
7    Q.   What was his name?
8    A.   Keith McDermott.
9    Q.   McDermott?
10   A.   Yeah.
11   Q.   Where did you work with Keith
12   McDermott?
13   A.   All around Brooklyn.
14   Q.   Same type of work, side work,
15   painting, roofing?
16   A.   Right.
17   Q.   What years was this?
18   A.   Oh, you're going to have to -- I
19   don't have that one.
20   Q.   Was this during the 60s or 70s?
21   A.   In the 60s I guess.
22   Q.   Anybody else other than your
23   children and your nephew Keith McDermott?
24   A.   No, no relatives.
25   Q.   Other than what you've already

1    told me about, is there any history of
2    cancer, breathing, lung or respiratory
3    ailments within your family?
4    A.   No.
5    Q.   To your knowledge have any of
6    your relatives ever filed an
7    asbestos-related lawsuit?
8    A.   No.
9    Q.   How far did you go in school?
10   A.   One year of college.
11   Q.   And what college was that?
12   A.   University of Maryland.
13   Q.   University of?
14   A.   Maryland.
15   Q.   In College Park?
16   A.   Yeah.
17   Q.   What did you study during that
18   one year?
19   A.   I did a mail-in course.
20   Q.   You weren't actually physically
21   there, it was like a correspondence
22   thing?
23   A.   No, no. I attended the,
24   attended the -- completed tests and
25   everything and they send it back.

1    Q.   And what did you study?
2    A.   I think psychology.
3    Q.   Did you graduate high school?
4    A.   Yes.
5    Q.   What high school did you
6    graduate?
7    A.   Fort Hamilton High School.
8    Q.   Do you remember the year you
9    graduated?
10   A.   Yeah. I can get that one up,
11   '58, '55...
12   Q.   Do you know approximately how
13   old you were when you graduated?
14   A.   Yeah, 18, 19.
15   Q.   So, it was around '53 or '54 you
16   think you graduated?
17   A.   '53 that was, that was it.
18   Q.   Any other formal education other
19   than the one year that you did the
20   correspondence type coursework through
21   the University of Maryland, any other
22   education?
23   A.   No.
24   Q.   Any vocational or trade school?
25   A.   No.

14 (Pages 50 - 53)

Page 54

1    Q.   Have you ever been convicted of
2   any criminal offense other than a minor
3   thing like a traffic ticket?
4    A.   No.
5        MR. WARSHAUER:  Do you want to
6   take a break?
7        MR. FINLEY:  Yes, let's take about
8   ten minutes, stretch your legs a little
9   bit.
10       THE WITNESS:  Whatever you want to
11  do.
12   Q.   Sir, we're going to take a break
13  and then come back and talk about your
14  military service.
15       (Whereupon, at 11:05 A.M., a short
16  recess was taken)
17       (Back on the record at 11:36 A.M.)
18   Q.   Sir, we're back on the record
19  after a break, are you able to continue
20  with your testimony?
21   A.   Yeah, sure.
22   Q.   When you were still in high
23  school, did you have occasion to hold any
24  part-time or full-time employment?
25   A.   Part-time.

Page 55

1    Q.   What's the first job you can
2   recall holding in your lifetime, the
3   first thing you ever did?
4    A.   Delivery boy in a grocery store.
5    Q.   A grocery store and you were a
6   delivery boy?
7    A.   Yeah.
8    Q.   Do you remember the name of the
9   store?
10   A.   69th Street market.
11   Q.   How old were you when you worked
12  there?
13   A.   Fifteen I think.
14   Q.   And that was in Brooklyn?
15   A.   Yes.
16   Q.   How long did you work at the
17  69th Street market in Brooklyn?
18   A.   It was a part-time job until I
19  finished high school.
20   Q.   So, that would have been from
21  around 1950 to '53, somewhere around
22  there?
23   A.   Yeah, about three years.
24   Q.   About three years and you
25  delivered groceries?

Page 56

1    A.   Yes.
2    Q.   Sir, do you have any reason to
3   believe you would have come into contact
4   with any product or material or type of
5   equipment that you now believe may have
6   contained asbestos in connection with
7   those three years you spent working as a
8   delivery boy for the 69th Street market
9   in Brooklyn?
10   A.   No.
11   Q.   Did you hold any other
12  employment while you were in high school?
13   A.   Yeah.  Move across the street to
14  a meat market, starting delivering meat.
15   Q.   What was the name of the meat
16  market?
17   A.   Can't remember.
18   Q.   Was it on 69th Street?
19   A.   Third Avenue and 69th but on
20  Third.
21   Q.   So, a meat market on Third
22  Avenue and 69th; --
23   A.   Yeah.
24   Q.   -- is that correct?
25   A.   Yes.

Page 57

1    Q.   And did you start working there
2   just before you graduated high school?
3    A.   About two years before I
4   graduated.
5    Q.   So, that would have been around
6   '51 or so?
7    A.   Yeah.
8    Q.   And once again you were a
9   delivery boy?
10   A.   Yeah.
11   Q.   Any reason to believe you came
12  into contact with any product or material
13  or type of equipment that you now believe
14  contained asbestos in connection with the
15  two years you spent working at the meat
16  market on Third Avenue and 69th Street?
17   A.   No.
18   Q.   Anywhere else you can recall
19  working during high school?
20   A.   No.
21   Q.   So, you graduated high school to
22  the best of your recollection around June
23  of '53, somewhere around there?
24   A.   Yeah.
25   Q.   I take it you found a job after

15 (Pages 54 - 57)

1  you graduated?
2    A.  Yeah.
3    Q.  Where did you go to work?
4    A.  United Vari-Crafts.
5    Q.  United?
6    A.  Vari; V-A-R-I, dash, Crafts.
7    Q.  United Vari-Crafts?
8    A.  Yeah. That was on 9th Street
9  and Seventh and Eighth Avenue I believe.
10   Q.  9th Street and Eighth Avenue in
11 Brooklyn?
12   A.  Yes.
13   Q.  You think you started working
14 there in '53, --
15   A.  Yeah.
16   Q.  -- somewhere around there?
17   A.  Yeah, yeah, just when I
18 graduated.
19   Q.  How long did you work at United
20 Vari-Crafts?
21   A.  Oh, for a few years and then...
22   Q.  So, '53 to '54 or '55?
23   A.  Yeah. Then I went to the navy
24 yard.
25   Q.  What type of business was United

1  Vari-Crafts?
2    A.  They made signs, all different
3  types of Plexiglass signs and stainless
4  steel signs and galvanized signs. They
5  made signs for John Barley (phonetic), I
6  don't know if you ever heard of them.
7    Q.  What were you hired as?
8    A.  A sheet metal mechanic.
9    Q.  So, you were a sheet metal
10 mechanic for a company that made signs?
11   A.  Yeah.
12   Q.  Did you have to join a union?
13   A.  No. You had a union but it was
14 a fugazi union, like, it was nothing.
15   Q.  Were you a member?
16   A.  Yeah, but I didn't pay for it.
17   Q.  It wasn't a real union?
18   A.  No, I don't think so.
19   Q.  Did it have a local number or
20 no?
21   A.  No, no. Couple of local strong
22 arms.
23   Q.  During the period of time that
24 you worked for United Vari-Crafts on 9th
25 Street and Eighth Avenue in Brooklyn, --

1    A.  Yeah.
2    Q.  -- do you have any reason to
3  believe you would have come into contact
4  with any product or material or type of
5  equipment that you now believe may have
6  contained asbestos?
7    A.  No.
8    Q.  Was the sheet metal shop that
9  you worked in, was it a factory-type
10 setting or factory-type shop?
11   A.  Well, they manufactured letters
12 and stuff, all different types of 6 foot
13 letters.
14   Q.  Right. Did you notice the
15 presence of any insulated or overhead
16 piping within the confines of the work
17 area at this location?
18   A.  No, no.
19   Q.  And you said the next place you
20 went to, you went into the navy yard?
21   A.  After sheet metal, yeah, yeah.
22   Q.  There's a couple of other
23 companies that I want to ask you about
24 that are listed in your Answers to
25 Interrogatories, I just want to ask you

1  if you ever recall working for these
2  companies.
3        Did you ever work for a company
4  known as E.D. Rakison Sheet Metal shop?
5    A.  Yes.
6    Q.  Was that before or after United
7  Vari?
8    A.  That was United Vari.
9    Q.  So, United Vari is the same
10 company --
11   A.  Yeah.
12   Q.  -- as E.D. Rakison?
13   A.  Right, yeah. He owned that
14 company.
15   Q.  You called it United Vari?
16   A.  Yeah.
17   Q.  Were you paid on or off the
18 books for your work?
19   A.  On the books.
20   Q.  So, if we looked at your Social
21 Security earning statement, this work
22 would appear on it?
23   A.  I assume so, yeah.
24   Q.  Do you remember the name that
25 appeared on your checks when you were

16 (Pages 58 - 61)

Page 62

1  paid every week?
2    A.  No.
3    Q.  Would it have been United Vari
4  or would it have been E.D. Rakison Sheet
5  Metal?
6    A.  I don't know.
7    Q.  You don't know?
8    A.  I don't know.
9    Q.  But United Vari-Crafts is the
10  same company or entity as E.D. Rakison?
11    A.  Right.
12    Q.  Did you also work for E.D.
13  Rakison at a location on Union Street and
14  Fifth Avenue?
15    A.  That was before, it was before
16  Union Street and Eighth Avenue.
17    Q.  That's the same --
18    A.  Same company.
19    Q.  You had mentioned 9th Street and
20  Eighth Avenue, it was previously on Union
21  Street and Eighth Avenue?
22    A.  (No verbal response given)
23    Q.  In other words, you told me
24  United Vari was on 9th Street and Eighth
25  Avenue in Brooklyn.

Page 63

1    A.  Yeah, that was -- we went from
2  the sheet metal shop on Fifth Avenue
3  between 8th and 9th to a sheet metal shop
4  on Union Street between 7th and 8th, two
5  different shops.
6    Q.  The first shop, where was it
7  located?
8    A.  On 9th Street and Fifth Avenue.
9    Q.  9th Street and Fifth Avenue?
10    A.  Yes.
11    Q.  And how long did you work at
12  that location?
13    A.  Only about a year and a half.
14    Q.  So, that would have been around
15  '53 to '54 or '55?
16    A.  Yeah, yeah.
17    Q.  And then where did the shop go
18  after that?
19    A.  That went to Union Street and
20  Seventh and Eighth Avenue.  Same company,
21  same avenue, they just moved the whole
22  shop.
23    Q.  Union Street and Seventh Avenue?
24    A.  Yes.
25    Q.  And how long did you work at the

Page 64

1  Union Street and Seventh Avenue location?
2    A.  I think until I went into the
3  service.
4    Q.  So, this would have been from
5  '55 throughout the remainder of the 50s?
6    A.  Yeah.  From '55 to '58 or --
7    Q.  Well, we'll get to your service
8  in a little while.
9    A.  I think, I might be overlapping
10  a few years.
11    Q.  You think you worked at United
12  Vari on Union Street and Seventh Avenue
13  for three or four years?
14    A.  I think so, yeah.
15    Q.  And were you also a sheet metal
16  mechanic at that location?
17    A.  Yes.
18    Q.  Did you do the same work at the
19  Union Street and Seventh Avenue location
20  that you had previously done on the 9th
21  Street and Fifth Avenue location?
22    A.  Yes.
23    Q.  You were making signs?
24    A.  Yup.
25    Q.  Were you operating any

Page 65

1  machinery?
2    A.  No, not really.
3    Q.  How would you go about making or
4  fabricating the signs?
5    A.  Well, actually what it was, we
6  use brakes for bending the sheet metal
7  and shears for cutting.
8    Q.  You used shears?
9    A.  Yeah.  A full length shear, you
10  know, like an 8 foot shear.
11    Q.  During the course of the three
12  or four years you spent working at the
13  shop on Union Street and Seventh Avenue
14  for United Vari, do you have any reason
15  to believe you either worked directly
16  with or around any product or material or
17  type of equipment that you now believe
18  contained asbestos?
19    A.  No.
20    Q.  Did you also work for United
21  Vari or E.D. Rakison at a location in
22  Freeport?
23    A.  Yes.
24    Q.  Was that after the Union Street
25  and Seventh Avenue --

17 (Pages 62 - 65)

Page 66

1    A.   Yes.
2    Q.   -- location?  Was it still known
3  as United Vari?
4    A.   Yes.
5    Q.   How long did you work at the
6  Freeport location?
7    A.   Between two and three years I
8  guess.
9    Q.   This would have been in the late
10  50s?
11    A.   Yeah.  Not too late because I
12  joined the service in '55.
13    Q.   Well, according to the
14  information we've been provided, you
15  joined the service, which we'll get to in
16  a little bit, in '59.
17    A.   Yeah.
18    Q.   Is that correct or was it
19  earlier than that?
20    A.   I don't know, get my bearings on
21  that one.
22    Q.   How old were you when you joined
23  the service?
24    A.   Things are getting muddled.
25        MR. FINLEY:  Take your time, take

Page 67

1  your time.
2    Q.   It's just what you can recall.
3    A.   '53 or '55 was...
4    Q.   In other words, you graduated
5  high school around '53.
6    A.   Right, as far as the zeroing in.
7    Q.   You worked for United Vari on
8  9th Street and Fifth Avenue from around
9  '53 to '55, somewhere around there; does
10  that sound about right?
11    A.   Yeah.
12    Q.   Then you moved to the United
13  Vari location on Union Street and Seventh
14  Avenue for about two years from '55 to
15  '57.
16    A.   Yes.
17    Q.   Then you went to United Vari in
18  Freeport from around '58 to '59,
19  somewhere around there; does that sound
20  right?
21    A.   Yeah.  Then I went to the navy
22  yard after that.
23    Q.   Right.  And then you joined the
24  service.
25    A.   Yeah.

Page 68

1    Q.   I understand this is a long time
2  ago and you may be a little off on the
3  dates but does that sound about right?
4    A.   Yeah.
5    Q.   Were you still a sheet metal
6  mechanic for United Vari at the Freeport
7  location?
8    A.   Yes.
9    Q.   What were you doing at the
10  Freeport location for United Vari?
11    A.   Making signs, the Bulova
12  company, watch company.
13    Q.   For the Bulova watch company?
14    A.   Yeah.  And it was a big name at
15  the time.
16    Q.   Were you still bending sheet
17  metal with the shears?
18    A.   Yeah.  Bending the sheet metal
19  with the brake, brake they call it.
20    Q.   What do they call it?
21    A.   Brake, brake, the sheet metal
22  brakes; B-R-A-K-E.
23    Q.   During the year or two you
24  worked as a sheet metal mechanic for
25  United Vari at the Freeport location

Page 69

1  around '58 to '59, do you have any reason
2  to believe you either worked directly
3  with or around any product or material or
4  type of equipment that you now believe
5  contained asbestos?
6    A.   No.
7    Q.   Did you notice the presence of
8  any insulated or overhead piping at the
9  Freeport location?
10    A.   No.
11    Q.   And after you worked at the
12  Freeport location, you went and worked at
13  the navy yard for a period of time?
14    A.   Yes.
15    Q.   You think that was around '59 or
16  so, late 50s?
17    A.   Yeah -- I don't think -- I can't
18  get a base year.
19        MR. FINLEY:  Take your time.
20    Q.   How did you come to be employed
21  at the Brooklyn Navy Yard?
22    A.   I went down there looking for a
23  job and I took a test.
24    Q.   And were you an employee of the
25  United States government?

18 (Pages 66 - 69)

Page 70

1    A.   No.
2    Q.   Who were you employed by?
3    A.   Oh, I don't know who I was
4    employed by.
5    Q.   You weren't working for a
6    contractor at the Brooklyn --
7    A.   No.
8    Q.   -- Navy Yard, --
9    A.   No.
10   Q.   -- you were working for the
11   government, right?
12   A.   Yeah, I think.
13   Q.   How long did you work at the
14   Brooklyn Naval Shipyard?
15   A.   Oh, I think about two years,
16   three years, I don't know.
17   Q.   According to the information
18   we've been provided, you worked there
19   from approximately 1959 until 1961 or
20   '62; does that sound about right?
21   A.   Yeah, right on the money.
22   Q.   And what were you hired as?
23   A.   Sheet metal worker, sheet metal
24   mechanic.
25   Q.   Where were you working at the

Page 71

1    Brooklyn Naval Shipyard?
2    A.   Well, I started off in the sheet
3    metal shop.
4    Q.   How long did you work in the
5    sheet metal shop?
6    A.   For about six to -- about eight,
7    nine months.
8    Q.   Was it called the sheet metal
9    shop or was it called --
10   A.   Yeah.
11   Q.   -- something else?
12   A.   Shop 17.
13   Q.   So, sheet metal shop number
14   17 --
15   A.   Yeah.
16   Q.   -- at the Brooklyn Naval Yard?
17   A.   Correct.
18   Q.   Did you have a supervisor or a
19   person you reported to?
20   A.   Yes.
21   Q.   Do you remember his or her name?
22   A.   If I heard it I would know it.
23   Q.   During those eight to nine
24   months that you were working in shop
25   number 17, what were your day-to-day

Page 72

1    duties and responsibilities?
2    A.   Grinding down the metal, making
3    sure it fitted into where it's supposed
4    to go in the joints.
5    Q.   And what were you grinding down
6    metal for; in other words, what was the
7    metal going to be used for?
8    A.   To support different walls.
9    Q.   In other words, where would the
10   metal go after you ground it down?
11   A.   Going up the hull of the
12   bulkhead inside the ship.
13   Q.   But you weren't working in the
14   ship at this time, you were working in
15   shop 17.
16   A.   In the shop making parts for the
17   ship, then later on it went out.
18   Q.   And then someone would
19   subsequently bring the parts you made or
20   fabricated onto the ship?
21   A.   Yes.
22   Q.   What would you use to grind down
23   the metal that would become the bulkhead?
24   A.   Just a stone, a regular stone.
25   Q.   What were your hours working at

Page 73

1    the sheet metal shop?
2    A.   Eight to five.
3    Q.   Eight A.M. to five P.M.?
4    A.   Yeah.  Or nine to five.
5    Q.   During the eight to nine months
6    you worked in sheet metal shop 17 at the
7    Brooklyn Naval Shipyard as a sheet metal
8    mechanic in approximately 1959, do you
9    have any reason to believe you either
10   worked directly with or around any
11   product or material or type of equipment
12   you now believe contained asbestos?
13   A.   I don't know about that, I don't
14   know what type of metals they brought in
15   there.
16   Q.   Did you work directly with any
17   type of material that you think may have
18   contained asbestos when you were working
19   in shop 17?
20   A.   No, I don't think so.  Might
21   have been because I had all the things we
22   made in there.
23   Q.   And what sort of things did you
24   make?
25   A.   Made parts for bulkhead walls,

19 (Pages 70 - 73)

Page 74

1  put it in. Architects would sketch it
2  out and blow it up and we'd build it.
3      Q.  Do you remember the names of any
4  of the parts or materials that you were
5  making or fabricating?
6      A.  Parts were...
7          MR. FINLEY:  Do you understand his
8  question?
9          THE WITNESS:  No.
10     A.  You want to know the materials I
11 used?
12     Q.  Yes.  Do you know the names of
13 any of the parts or materials that you
14 were making or fabricating?
15     A.  Yeah.  I used joint compound.
16     Q.  You used that at the sheet metal
17 shop?
18     A.  Yeah, sometimes.
19     Q.  Why would you use joint compound
20 in the sheet metal shop?
21     A.  I'm getting confused.
22         MR. FINLEY:  Take your time, think
23 about his question.  He's talking about
24 your time period in shop 17.
25         THE WITNESS:  Yeah.

Page 75

1      Q.  Did you use joint compound in
2  shop 17?
3      A.  That was the sheet metal shop I
4  worked in.  Yeah, well, I definitely used
5  -- I must have used it there.
6      Q.  Well, you're working as a sheet
7  metal mechanic in shop 17 at the Brooklyn
8  Naval Shipyard for approximately eight to
9  nine months in 1959, correct?
10     A.  Okay, it's coming back to me.
11 When I was to work on the ship --
12     Q.  I'm not there yet, I'm only
13 taking about the eight to nine months you
14 were in the sheet metal shop.
15     A.  I don't know if I physically
16 used the joint compound on the ship or in
17 the shop, I don't know which.
18     Q.  As you sit here right now, do
19 you have a specific or a present
20 recollection of using joint compound when
21 you were in shop 17?
22     A.  On the ship.
23     Q.  I'm not talking about on the
24 ship.  While you were in shop 17 during
25 that eight to nine --

Page 76

1      A.  I can't --
2      Q.  You have to listen to the
3  question.
4          MR. FINLEY:  You have to let him
5  finish.
6      Q.  While you were in shop 17 during
7  that eight to nine month period of time,
8  do you have a present recollection of
9  using joint compound?
10     A.  I don't know.  No, I can't
11 really zero in, I can't definitely say.
12     Q.  What do you recall using in the
13 sheet metal shop?
14     A.  Well, I was using the grinding
15 tools and making bulkhead walls.
16     Q.  So, you used grinding tools to
17 make bulkhead walls?
18     A.  Yeah.  And I would chip the slag
19 off the wrought iron that was going into
20 the bulkhead walls, the slag would be
21 burnt.
22     Q.  Do you have any reason to
23 believe that any of the materials or
24 products you were using in the sheet
25 metal shop contained asbestos?

Page 77

1      A.  That I don't know, I don't know
2  because I had so many materials.
3      Q.  Do you work around any other
4  workers or trades that you think may have
5  been using asbestos while you were
6  working in sheet metal shop number 17?
7      A.  Oh, yeah.  They could have been
8  using, I don't know.  There was 20 guys
9  in there working.
10     Q.  And what other types of trades
11 or workers were working in the shop with
12 you?
13     A.  They were working -- I don't
14 know if they were actually -- they were
15 all doing sheet metal work or what, I
16 don't know.
17     Q.  Were there other workers doing
18 the same work that you were doing?
19     A.  Yes, yes, there were.
20     Q.  Were there any other trades that
21 were doing different work than you were
22 doing?
23     A.  No, not --
24     Q.  Not in the sheet metal shop.
25     A.  No.  You zeroed it down to the

20 (Pages 74 - 77)

Page 78

1  sheet metal shop.
2  Q.  So, it was just other workers
3  doing the same type of work that you were
4  doing?
5  A.  Yeah.
6  Q.  So, you worked in shop 17 for
7  about eight to nine months in 1959?
8  A.  Yeah.
9  Q.  Then did you wind up going onto
10  a ship?
11  A.  Yes.
12  Q.  What ship did you subsequently
13  work on while you were at the Brooklyn
14  Naval Yard?
15  A.  I was on the Constellation.
16  Q.  Do you remember when you first
17  started working on the Constellation?
18  A.  No. I know it was after the
19  fire.
20  Q.  Do you remember how long you
21  worked on the Constellation?
22  A.  I would guess about a year.
23  Q.  And you think it was after the
24  fire because from what I understand about
25  history, there was a fire at some point

Page 79

1  on the USS Constellation while the ship
2  was being constructed, correct?
3  A.  Yes.
4  Q.  And you were there after that?
5  A.  Yes. We still got smoke in
6  areas, hot spots, we nearly lost the
7  ship.
8  Q.  What was your title or
9  classification when you were working on
10  the Constellation?
11  A.  Sheet metal mechanic.
12  Q.  So, you were still a sheet
13  metal --
14  A.  Not a helper, I still had a
15  couple of guys working under me.
16  Q.  So, you were still a sheet metal
17  mechanic during that one year period of
18  time you were working on the
19  Constellation?
20  A.  Yes.
21  Q.  What were your day-to-day duties
22  and responsibilities as a sheet metal
23  mechanic during that one year you were
24  working on board the ship?
25  A.  Well, I used to install -- I

Page 80

1  used to do a lot of odd jobs. I put in
2  all the fixtures in the bathrooms, soap
3  dishes and all of that stuff.
4  Q.  So, installing fixtures in the
5  bathrooms, --
6  A.  Yeah.
7  Q.  -- soap dishes, anything else?
8  A.  No. Half a dozen things, I just
9  can't remember them.
10  MR. FINLEY: Take your time.
11  Q.  You mentioned fixtures in the
12  bathroom, you mentioned soap dishes,
13  anything else that you can recall
14  installing during that year you were on
15  the Constellation?
16  A.  Just did some welding on there
17  too.
18  Q.  What type of welding were you
19  doing?
20  A.  I was welding part of the
21  bulkhead walls, I even weld -- I was
22  steel welding, then I did aluminum
23  welding.
24  Q.  So, aluminum and steel welding?
25  A.  Yeah. That was with an inner

Page 81

1  cast, the aluminum.
2  Q.  So far I have installing
3  fixtures in the bathrooms, soap dishes,
4  welding work on the bulkhead walls and
5  aluminum and steel welder; is that
6  correct?
7  A.  Yeah.
8  Q.  Anything else that you did
9  during that year you were a sheet metal
10  mechanic?
11  A.  So funny because there's so much
12  in there, I can't remember that.
13  Q.  Again, it's just what you
14  presently recall. Is there anything else
15  you presently recall doing during that
16  year you were a sheet metal mechanic on
17  board the Constellation?
18  A.  No.
19  Q.  The Constellation was still
20  being constructed or built, correct?
21  A.  Yeah. We were cut out and
22  digging all the bad parts out and then
23  putting them back.
24  Q.  Earlier you had mentioned joint
25  compound, did you use joint compound when

21 (Pages 78 - 81)

Page 82

1  you were on the Constellation?
2     A.   Yeah, I must have been using it
3  in the rooms, there was a lot involved in
4  the rooms.
5     Q.   When you say the rooms, you're
6  talking about different rooms or areas on
7  board the Constellation?
8     A.   On board the Constellation, yes.
9     Q.   What were you doing in those
10  rooms or those areas in the rooms?
11     A.   Clean them up, putting up the
12  walls. After we put up sheetrock in some
13  of the rooms.
14     Q.   You erected sheetrock?
15     A.   Yeah.
16     Q.   And is that where you would use
17  joint compound?
18     A.   Yeah.
19     Q.   During the course of the year
20  you worked on the USS Constellation at
21  the Brooklyn Naval Shipyard in
22  approximately 1960, do you have any
23  reason to believe you either worked
24  directly with or around any product or
25  material or type of equipment that you

Page 83

1  now believe contained asbestos?
2     (All defendants object)
3     A.   Well, I could have been, could
4  have been doing that, yeah.
5     Q.   When you say you could have been
6  doing that, what do you mean by that?
7     A.   Easy enough for me to say it I
8  guess that I was using joint compound and
9  I know the joint compound that was
10  asbestos.
11     Q.   Did anyone ever tell you the
12  joint compound you used while you were
13  working as a sheet metal mechanic on
14  board the Constellation contained
15  asbestos?
16     A.   I don't think so.
17     Q.   How did the joint compound come
18  packaged?
19     A.   In metal containers.
20     Q.   And how would you use the joint
21  compound?
22     A.   Well, put up with the tape and
23  that was all.
24     Q.   Did you use the joint compound
25  in connection with erecting or putting up

Page 84

1  sheetrock?
2     A.   Yeah.
3     Q.   So, you would put up the
4  sheetrock on the wall and then you would
5  use the joint compound how?
6     A.   Yes.
7     Q.   How would you use it?
8     A.   We would take a 6 inch trowel
9  and a smaller trowel to put it on.
10     Q.   And where would you apply it?
11     A.   Right on top of the sheetrock
12  and then with the tape.
13     Q.   You would apply it directly onto
14  the sheetrock?
15     A.   The first coat.
16     Q.   It was directly onto the
17  sheetrock?
18     A.   Yeah.
19     Q.   How would you erect the
20  sheetrock; in other words, how would you
21  put up the sheetrock?
22     A.   I had a couple of helpers there.
23     Q.   And how would you affix the
24  sheetrock?
25     A.   With rivets.

Page 85

1     Q.   And you would rivet it directly
2  to the wall?
3     A.   Yeah, to the beams.
4     Q.   To the beams?
5     A.   The metal beams.
6     Q.   Do you remember where on the
7  Constellation you did this work?
8     A.   I got lost on the Constellation
9  two or three times and only for an hour
10  or two.
11     Q.   Do you remember where on the
12  Constellation you erected the sheetrock
13  and used the joint compound?
14     A.   When I -- if I was working
15  there, now I can tell you the exact room
16  but now I don't know, there's 3,000
17  compartments in that.
18     Q.   So, it was one of the
19  compartments below deck?
20     A.   Yeah, oh, yeah.
21     Q.   Do you know the brand, trade or
22  manufacturer's name of any of the
23  sheetrock you erected?
24     A.   Yeah. Give me a couple of names
25  to refresh my memory.

22 (Pages 82 - 85)

Page 86

1    Q.   Well, I can't give you any names
2  to refresh your recollection. Do you
3  know who manufactured any of the
4  sheetrock that you erected on the
5  Constellation?
6    A.   Yeah, I heard the names before
7  but my short-term memory is very bad.
8  But it's very common, USA Gypsum -- they
9  were very common, they were so common
10 that I wouldn't even remember them.
11   Q.   You just mentioned the name USA
12 Gypsum, do you think that was one of the
13 companies that made the sheetrock?
14   A.   Just can't remember what it was,
15 US...
16       MR. FINLEY: Take your time.
17   A.   I know I remember walking out
18 the door.
19       MR. FINLEY: Take your time,
20 Frank.
21   A.   I don't remember, I just can't
22 grasp it. It's very common, it's a
23 common name.
24   Q.   You also mentioned joint
25 compound that came in metal containers;

Page 87

1  is that correct?
2    A.   Yes.
3    Q.   Do you know who made any of the
4  joint compound you used while you were
5  erecting the sheetrock?
6       (All defendants object)
7    A.   The names of -- I can't remember
8  the names, no. US Gypsum -- I don't
9  know.
10   Q.   Did you personally handle or use
11 any other product or material or type of
12 equipment that you now believe may have
13 contained asbestos in connection with the
14 period of time you were working as a
15 sheet metal mechanic during the
16 construction of the USS Constellation at
17 the Brooklyn Naval Shipyard in
18 approximately 1960?
19   A.   I helped other guys to rip off
20 the insulation that goes around the
21 pipes, they were friends of mine in
22 there.
23   Q.   What trade of worker were these
24 friends that you helped rip off
25 insulation?

Page 88

1    A.   Plumbers I guess.
2    Q.   And what were these plumbers
3  ripping insulation off of?
4    A.   The pipes going to...
5    Q.   This is associated piping?
6    A.   Yes.
7    Q.   What were the pipes running to
8  or from?
9    A.   I forget. It was a -- I don't
10 know, I guess it was the boiler.
11   Q.   Where on the Constellation were
12 you doing this work?
13   A.   I worked mostly mid-ship but
14 where that was, I don't know.
15   Q.   How would you and these other
16 men rip off this insulation from the
17 associated piping?
18   A.   Whatever tools we had.
19   Q.   And what tools did you use?
20   A.   Sheetrock knives, it was all
21 cuttable.
22   Q.   Sheetrock knives because it was
23 all cuttable?
24   A.   Yeah.
25   Q.   Do you know the brand, trade or

Page 89

1  manufacturer's name of any of that
2  insulation you and these other men ripped
3  off the associated piping?
4    A.   That's what I can't remember.
5    Q.   What did the insulation around
6  the associated piping look like?
7    A.   Looked like white pipe, it was
8  white and, like, in a cloth. Oh, they
9  mixed it with water or something too.
10   Q.   Now, once it was already on the
11 pipe, it was a cloth-like material?
12   A.   Yeah.
13   Q.   Was there also a material that
14 had to be mixed with water before it was
15 applied?
16   A.   Yes.
17   Q.   Did you use this material?
18   A.   Yeah, I helped them with it.
19   Q.   Did you help them mix it, help
20 them apply it or both?
21   A.   Both, both.
22   Q.   Do you know the brand, trade or
23 manufacturer's name of any of this mixed
24 material that you mixed up before you had
25 to apply it?

23 (Pages 86 - 89)

Page 90

1    A.   If I hear it I'll know it but I
2    don't.
3    Q.   How would that mixed material be
4    applied?
5    A.   By hand.
6    Q.   And what would you apply it to?
7    A.   The pipes.
8    Q.   You applied it directly to the
9    pipes by hand?
10    A.   Yeah. And wrapped it, I think
11    there was a cloth that went over it.
12    Q.   It was a cloth and then you
13    applied the mixed material on top of the
14    cloth?
15    A.   Yeah. It went through the
16    cloth.
17    Q.   And you don't know the make or
18    manufacturer of any of that mixed
19    material?
20    A.   No, I don't know but I used a
21    spackle on that I think.
22    Q.   Do you remember how the mixed
23    material came packaged?
24    A.   No.
25    Q.   Did you personally handle any

Page 91

1    other material you think may have
2    contained asbestos in connection with the
3    one year you spent working as a sheet
4    metal mechanic during the initial
5    construction of the Constellation at the
6    Brooklyn Naval Shipyard?
7    A.   No, I don't think.
8    Q.   Is there any other way you think
9    you may have come into contact with
10    asbestos in connection with your work
11    during the one year you worked as a sheet
12    metal mechanic on the USS Constellation?
13    A.   Yeah, I worked on different
14    things on the Constellation.
15    Q.   What did you work on?
16    A.   I was working on the fixtures
17    for the bathrooms, I did other fixtures
18    in there. They were using me as an
19    oddball guy because I figured out things
20    pretty easily.
21    Q.   Do you think any of the work you
22    did putting in fixtures caused you to
23    come into contact with asbestos?
24    A.   I don't think so.
25    Q.   Is there any other work that you

Page 92

1    think you may have done on the USS
2    Constellation during the year that you
3    worked on it in approximately 1960 that
4    you think may have caused you to come
5    into contact with asbestos?
6    A.   Well, asbestos came in sheets,
7    different forms, softer and the sheets
8    and pipe covering. But for instance,
9    when we had a lunch break, I'd take a
10    break and lay down on top of these sheets
11    and that was all -- or sheetrock, I don't
12    know if it was sheetrock or what but I
13    know it was itchy as hell.
14    Q.   So, you laid down on top of
15    these sheets during your lunch hour.
16    A.   Yeah, on top of the insulation.
17    Q.   Was this sheetrock or was this
18    some other type of material?
19    A.   I don't think -- no, it wasn't
20    sheetrock, it wasn't hard like sheetrock.
21    It was pliable but it used to itch after
22    a while.
23    Q.   How long were these sheets that
24    you would lie down on during your lunch
25    break?

Page 93

1    A.   Oh, they were different lengths
2    according to the bulkhead.
3    Q.   Did you ever install any of
4    these sheets?
5    A.   Yeah.
6    Q.   You did that work on the
7    Constellation?
8    A.   Yeah.
9    Q.   How would you go about
10    installing the sheets?
11    A.   I don't know if we used rivets
12    there or...
13    Q.   You would install this sheetrock
14    with rivets --
15    A.   Yeah.
16    Q.   -- into the steel in the
17    compartments?
18    A.   Yeah. The beams, the steel
19    beams.
20    Q.   Do you recall the make or
21    manufacturer of any of the sheet
22    material?
23    A.   The only way I can give you that
24    is if I heard the name, I would tell you
25    yes or no.

24 (Pages 90 - 93)

1    Q.   You also mentioned pipe
2  covering, did you personally install any
3  pipe covering on board the Constellation?
4    A.   Yeah. Over the elbow joints.
5    Q.   How would you go about
6  installing pipe covering over the elbow
7  joints?
8    A.   Mix it up with water.
9    Q.   Now, are you talking about pipe
10  covering or you're talking about some
11  other type of material because you just
12  used the phrase mixed it up?
13    A.   Yeah. Well, when you're putting
14  the pipe covering on, you got to use a
15  straight length over the pipe, then when
16  you got to elbows, you couldn't use a
17  straight length, you put the elbows on
18  and mix the other stuff and work it into
19  that.
20    Q.   You mixed up other stuff that
21  you're talking about, that's not pipe
22  covering, is it, that's a mixed material,
23  right?
24    A.   Yeah, that. But the straight
25  stuff was pipe covering.

1    Q.   I understand that. You
2  mentioned you used the straight stuff and
3  then on the elbows you used another type
4  of material that you had to mix up; is
5  that correct?
6    A.   I'm sure it was some sort of
7  companion.
8    Q.   Do you know who manufactured any
9  of the pipe covering material?
10    A.   No.
11    Q.   Do you know who manufactured any
12  of the mixed material that you used on
13  the elbows?
14    A.   No, I can't remember the names.
15    Q.   Is there any other aspect of
16  your work as a sheet metal mechanic
17  during the one year you worked on the
18  Constellation at the Brooklyn Naval
19  Shipyard in approximately 1960, that you
20  think may have caused you to come into
21  contact with asbestos?
22    A.   I guess so. We were working on
23  so many different things, there might
24  have been something in there.
25    Q.   Is there anything else that you

1  think you worked on that you believe
2  contained asbestos that you haven't
3  already told me about on the
4  Constellation?
5    A.   No, I don't think.
6    Q.   Did you work on any other
7  vessels while you were at the Brooklyn
8  Naval Shipyard?
9    A.   Yeah, I worked on them, before
10  the Constellation I worked on destroyers.
11  We were changing the top of it,
12  everything above the upper deck and there
13  we put up bulkheads and everything.
14    Q.   And this was before the
15  Constellation?
16    A.   No, I think it was before but
17  they switched me off and on that.
18    Q.   So, at the same time you were
19  working on the Constellation, you were
20  also working on some unidentified ships
21  including destroyers, correct?
22    A.   Yes.
23    Q.   Do you remember the names of any
24  of the destroyers?
25    A.   No.

1    Q.   Were you a sheet metal mechanic
2  on these destroyers?
3    A.   I did sheet metal work on them.
4    Q.   What were your day-to-day duties
5  and responsibilities as a sheet metal
6  mechanic on these other unidentified
7  ships at the Brooklyn Naval Shipyard?
8    A.   Well, a lot of times they put
9  in, like, a 4 inch piece of combing on
10  deck, they weld it, the welders would.
11  And we as sheet metal workers would take
12  this aluminum bulkhead or whatever, the
13  wall made prefab and we rivet it to the
14  combing on the deck. They would put
15  rubber in between there, the steel and
16  aluminum so because it was a chemical
17  reaction, put the rubber on there and it
18  rotted away.
19    Q.   How long would you spend on
20  these individual ships, these other
21  vessels, the destroyers?
22    A.   Oh, they were like fill in, you
23  know, a day or two days.
24    Q.   So, a day here and a day there?
25    A.   Yeah. And basically had to go

25 (Pages 94 - 97)

1  back to the big ships.
2    Q.  Do you remember the names of any
3  of the unidentified destroyers or other
4  smaller ships that you worked on during
5  that period of time?
6    A.  No.
7    Q.  When you were working on these
8  other vessels, not the Constellation but
9  these other smaller ships including the
10  destroyers, do you have any reason to
11  believe you either worked directly with
12  or around any product or material or type
13  of equipment that you now believe
14  contained asbestos?
15    A.  I guess so because there's so
16  much of it around.
17    Q.  Did you personally handle any
18  product or material or type of equipment
19  that you now believe contained asbestos
20  in connection with your work on these
21  other unidentified ships?
22    A.  That could be too.
23    Q.  What did you personally handle
24  that you think may have contained
25  asbestos?

1    A.  The -- what are you looking for,
2  the name of an item?
3    Q.  Yes.  In other words, what type
4  of product or material did you personally
5  handle that you think may have contained
6  asbestos?
7    A.  The coverings and stuff that I
8  did.
9    Q.  And once again, is this like a
10  pipe covering?
11    A.  Yeah.
12    Q.  What did the pipe covering look
13  like?
14    A.  Back to that white plastic or
15  whatever.
16    Q.  And how would you use this pipe
17  covering?
18    A.  Same thing, put it on and then
19  put the cloth, put another layer on top
20  of it.
21    Q.  And you would use this pipe
22  covering around the associated piping?
23    A.  Yes.  The ones with the elbows
24  and stuff that were not straight.
25    Q.  And some of this material was a

1  solid material?
2    A.  Yeah, the straight sections
3  were.
4    Q.  The straight section and was
5  some of it also a mixed material that you
6  had to mix up with water?
7    A.  Yeah, for the elbows, yeah.
8    Q.  Do you know the make or
9  manufacturer of the solid material?
10    A.  No.
11    Q.  Do you know the make or
12  manufacturer of the mixed material?
13    A.  No.  But I remember using it so
14  often that I paid very little attention.
15    Q.  You mentioned the pipe covering
16  material which you called solid material
17  as well as the mixed material that you
18  used on the elbows.
19    A.  Yeah.
20    Q.  Did you personally handle any
21  other material that you think may have
22  contained asbestos in connection with
23  your work on these various unidentified
24  ships at the Brooklyn Navy Yard in
25  approximately 1960?

1    A.  I don't think I can remember
2  any.
3    Q.  Is there any other way that you
4  think you may have come into contact with
5  asbestos during this period of time that
6  you were working on these unidentified
7  ships?
8    A.  Right now I can't think of any.
9    Q.  Did you also work for a period
10  of time on a vessel called the
11  Constitution?
12      (All defendants object to form)
13    A.  I believe so.
14    Q.  Do you know whether you worked
15  on the Constitution or are you -- I don't
16  want you to guess.  The reason I'm asking
17  you is because in that document your
18  attorney provided to us in anticipation
19  of this deposition, there's reference to
20  working on the Constellation and a vessel
21  called the Constitution.  As you sit here
22  right now, do you recall working on the
23  Constitution?
24    A.  I know I worked on two ships and
25  that's familiar, the name but I'm not, I

26 (Pages 98 - 101)

Page 102

1  can't represent.
2  Q.  If you're not certain, just tell
3  me you're not certain.
4  A.  I don't want to avoid it, it
5  could be.
6  Q.  I understand it could be, a lot
7  of things could be.  As you sit here
8  right now, do you have a present
9  recollection --
10  A.  No.
11  Q.  -- of working on the
12  Constitution?
13  A.  No, no.
14  Q.  Other than working in sheet
15  metal shop number 17, working on the USS
16  Constellation and working on those other
17  unidentified ships at the navy yard, is
18  there anywhere else you can presently
19  recall working at the Brooklyn Navy Yard?
20  A.  No, I can't.
21  Q.  Have you then told me about all
22  the different work that you did at the
23  Brooklyn Naval Yard prior to going into
24  the service?
25  A.  Have I got any --

Page 103

1  Q.  Have you told me about all the
2  different work you did at the Brooklyn
3  Naval Yard prior to joining the service?
4  A.  Yes, as far as I can remember.
5  Q.  And have you told me about all
6  the different ways you think you may have
7  come into contact with asbestos during
8  that period of time you worked at the
9  Brooklyn Naval Yard?
10  A.  I believe so.
11  MR. WARSHAUER:  Do you want to
12  break now?
13  MR. FINLEY:  Yes.
14  Q.  All right, sir, it's about 12:25
15  right now, I think what we're going to do
16  is we're going to a break, allow you to
17  get something to eat and then we're going
18  to come back and then I'm going to talk
19  about the period of time you were in the
20  service, okay?
21  A.  Okay, fine.
22  (Whereupon, at 12:24 P.M., a lunch
23  recess was taken)
24  (Back on the record at 1:46 P.M.)
25  Q.  Sir, we're back on the record

Page 104

1  after a break for lunch, are you able to
2  continue with your testimony?
3  A.  Yes.
4  Q.  One follow-up question that I
5  neglected to ask you in connection with
6  your tenure on board the Constellation
7  when you were working at the Brooklyn
8  Naval Shipyard, you had mentioned
9  associated piping running to and from a
10  boiler.  Do you know the make or
11  manufacturer of the boiler on board the
12  Constellation?
13  A.  No.
14  Q.  I want to now talk to you about
15  the period of time you were in the
16  service.  There's been a little bit of
17  confusion as to your dates as to when you
18  were in the service.  Do you know the
19  actual time you spent in the service as
20  far as the period of years are concerned?
21  THE WITNESS:  Why am I so hoarse?
22  MR. FINLEY:  You want me to get
23  you some water?
24  THE WITNESS:  No, I'm okay.
25  MR. FINLEY:  You sure?

Page 105

1  THE WITNESS:  I'm drinking enough
2  water but when I start to talk, it don't
3  come out.
4  MR. FINLEY:  It's okay.
5  A.  My time in the service?
6  Q.  Yes.
7  A.  I don't know.
8  Q.  According to the document
9  provided to us by your attorney in
10  anticipation for this deposition, you
11  served in the air force from
12  approximately 1959 to 1962; does that
13  sound right?
14  A.  Yeah.  Because I took a three
15  month early out discharge.
16  Q.  Were you in the air force after
17  you worked at the navy yard?
18  A.  No, I don't think so.
19  Q.  It was before or after?
20  A.  I'm totally confused with this.
21  MR. FINLEY:  Take your time and
22  think about it.
23  Q.  Take your time and think about
24  it.  We talked about working for United
25  Vari at three different locations, on

27 (Pages 102 - 105)

1  Union Street and Seventh Avenue, in
2  Freeport and at a location on 9th Street
3  and Fifth Avenue in Brooklyn.
4    A.  That was the first one.
5    Q.  Right, that was the first one.
6  Were all those three locations prior to
7  you entering the service?
8    A.  Yes.
9    Q.  You told me then after you left
10 United Vari, you went to the Brooklyn
11 Navy Yard and you worked at sheet metal
12 shop number 17.
13   A.  Yeah.
14   Q.  Was that before or after you
15 were in the service?
16   A.  Wait a minute.
17   Q.  We've established that United
18 Vari was before you went into the
19 military.  When you went to sheet metal
20 shop number 17 at the Brooklyn Naval
21 Shipyard, was that before or after your
22 military service?
23   A.  Had to be before because I went
24 into the, I went into the...
25   Q.  That's fine.  Again, we can get

1  the records as far as your actual dates,
2  I just want what your memory is.
3       MR. FINLEY:  To the best of your
4  recollection.
5    Q.  So, as far as you're concerned,
6  you worked at sheet metal shop number 17
7  before you went into the service?
8    A.  Yeah.
9    Q.  Did you also work on board the
10 Constellation before you went in the
11 service?
12   A.  Yes.
13   Q.  And did you also work on board
14 those various unidentified ships, those
15 destroyers before you went into the
16 service?
17   A.  Yeah.
18   Q.  And again, if your military
19 records show something else, they show
20 something else.  I just want to know what
21 the best of your recollection is as you
22 sit here right now.
23   A.  Oh.
24   Q.  What branch of the service were
25 you in?

1    A.  The air force.
2    Q.  How long were you in the
3  service?
4    A.  Four years short three months.
5    Q.  And according to the records
6  we've been provided, you were in the
7  service from around 1959 to 1962; that
8  sounds about right?
9    A.  Yeah, yes.
10   Q.  Did you enlist or were you
11 drafted?
12   A.  I enlisted.
13   Q.  Did you undergo basic training
14 in the air force?
15   A.  Yes.
16   Q.  Where was basic training?
17   A.  Sampson Air Force Base.
18   Q.  And where is Sampson Air Force
19 Base?
20   A.  Upstate New York.
21   Q.  How long was basic training?
22   A.  Four months I think, three or
23 four months.
24   Q.  Do you remember whether the
25 weather was warm or cold?

1    A.  No, it was cold.
2    Q.  So, it was sometime in the
3  winter?
4    A.  Yeah, January.
5    Q.  So, January of '59?
6    A.  Yeah.
7    Q.  Till about April of '59; does
8  that sound about right?
9    A.  Yeah.
10      MR. FINLEY:  Just what you can
11 remember.
12   Q.  What were your duties or
13 responsibilities when you were in basic
14 training at Sampson Air Force Base; in
15 other words, what did you learn?
16   A.  How to march and telling you how
17 to do basic training.
18   Q.  Where did you sleep?
19   A.  The barracks.
20   Q.  Do you have any reason to
21 believe you would have come into contact
22 with any product or material or type of
23 equipment you now believe contained
24 asbestos in connection with the three to
25 four months you were at basic training at

28 (Pages 106 - 109)

1  Sampson Air Force Base?
2  A.  No, I don't think so.
3  Q.  Did you notice the presence of
4  any insulated or overhead piping within
5  the confines of the barracks at Sampson?
6  A.  No.
7  Q.  So, you go through basic
8  training three or four months, correct?
9  A.  Right.
10  Q.  Where do you go after basic
11  training?
12  A.  You get assigned to a base.
13  Q.  And what base were you assigned
14  to?
15  A.  Langley, Langley Air Force Base,
16  Virginia.
17  Q.  Do you remember what month it
18  was you arrived at Langley Air Force Base
19  in Virginia?
20  A.  No.
21  Q.  Sometime in the spring of '59?
22  A.  I guess so.
23  Q.  How long were you at Langley Air
24  Force Base?
25  A.  A year.

1  Q.  So, from approximately 1959 to
2  1960, somewhere around that time; --
3  A.  Yeah.
4  Q.  -- is that correct?
5  A.  Correct.
6  Q.  What was your rank?
7  A.  Well, when we were in there at
8  that time I had one stripe, when I left I
9  had three.
10  Q.  So, what does the one stripe
11  designate, what was your classification?
12  A.  Airman third.
13  Q.  And by the time you left you
14  were an airman first?
15  A.  First, right.
16  Q.  Were the duties of an airman
17  third and an airman second and an airman
18  first relatively the same?
19  A.  Yeah, they were pretty much the
20  same.
21  Q.  What were your duties as an
22  airman at Langley Air Force Base?
23  A.  I was an air policeman.
24  Q.  And what did the duties of an
25  air policeman entail?

1  A.  Well, I would be on town patrol
2  or policing the flight line with all the
3  planes on it.
4  Q.  You policed the areas where the
5  planes were located?
6  A.  Yeah, yeah.
7  Q.  Make sure nobody had
8  unauthorized access?
9  A.  Right. We had dogs and
10  everything.
11  Q.  Did you have any other duties or
12  responsibilities during the year you were
13  stationed at Langley?
14  A.  No, not that I know of.
15  Q.  Do you have any reason to
16  believe you would have come into contact
17  with any product or material or type of
18  equipment you now believe contained
19  asbestos in connection with the year you
20  spent as an airman third, second and
21  first at Langley Air Force Base in
22  Virginia?
23  A.  No.
24  Q.  Where did you sleep at Langley?
25  A.  In the barracks.

1  Q.  Did you notice the presence of
2  any insulated or overhead piping within
3  the confines of Langley?
4  A.  No.
5  Q.  Where did you go from Langley?
6  A.  Germany.
7  Q.  Did you go to a base in Germany?
8  A.  Yeah.
9  Q.  What was the name of the base?
10  A.  Kaiserslautern but that was the
11  town, near Kaiserslautern, the town.
12  Q.  It's Kaiserslautern?
13  A.  Kaiserslautern, yeah;
14  K-A-I-S-C-R-S-L-A-U-T-E-R [sic], crazy
15  name.
16  Q.  What major city in Germany was
17  the base near?
18  A.  The major city was Cologne.
19  Q.  It was near Cologne. How long
20  were you stationed at the base near
21  Cologne in Germany?
22  A.  About a year, about a year.
23  Q.  So, 1960 to 1961, somewhere
24  around there?
25  A.  Yeah.

1    Q.   What was your rank at the base?
2    A.   Probably at that time airman
3    second.
4    Q.   You were an airman second?
5    A.   Yeah.
6    Q.   Because you told me when you
7    left Langley you thought you were an
8    airman first.
9    A.   Oh, no, when I left the air
10   force I was an airman first.
11   Q.   So, the whole time you were at
12   Langley you were an airman third?
13   A.   Airman third and second.
14   Q.   So, when you left you were a
15   second?
16   A.   Yeah.
17   Q.   And when you left the base near
18   Cologne in Germany you were an airman
19   second?
20   A.   Yes.
21   Q.   What were your day-to-day duties
22   and responsibilities at the air base near
23   Cologne in Germany?
24   A.   Well, police duty.
25   Q.   You were still an air policeman?

1    A.   Yeah. I would go on town patrol
2    at night and get a vehicle and then go on
3    police duty.
4    Q.   What did town patrol consist of?
5    A.   That was going and checking on
6    the guys who were in town with civilian
7    clothes on.
8    Q.   So, you would go into town to
9    make sure the guys who left the base and
10   went into town didn't get into any
11   trouble?
12   A.   Right. Drinking and everything.
13   Q.   Did you have any other duties
14   during the year you were stationed at the
15   air base near Cologne in Germany?
16   A.   No.
17   Q.   Do you have any reason to
18   believe you would have come into contact
19   with any product or material or type of
20   equipment you now believe contained
21   asbestos in connection with the year you
22   spent as an airman second near the base
23   in Cologne -- at the base near Cologne in
24   Germany?
25   A.   Near the base those years, okay.

1    Q.   Any reason to believe you would
2    have come into contact with asbestos in
3    connection with the year you spent at the
4    air base near Cologne in Germany?
5    A.   No, no.
6    Q.   Where did you sleep?
7    A.   The barracks.
8    Q.   Did you notice the presence of
9    any insulated or overhead piping within
10   the confines of the barracks at the base
11   near Cologne in Germany?
12   A.   No.
13   Q.   Where did you go from the air
14   base near Cologne; in other words, where
15   was the next place you served?
16   A.   I'm trying to think of that.
17   Q.   Sure.
18   A.   Drawing a blank.
19   Q.   Well, I understand it was a long
20   time ago.
21      MR. FINLEY:  Take your time.
22   Q.   Over 50 years ago. You told me
23   so far you did basic training at Sampson
24   for about three to four months, then you
25   went to Langley for about a year where

1    you were an airman third. Next you went
2    to the base near Cologne in Germany for
3    about a year where you were an airman
4    second.
5    A.   Yeah.
6    Q.   Do you remember where you were
7    when you left the base near Cologne in
8    Germany and you went on to your next
9    assignment?
10   A.   I went to Bitburg.
11   Q.   Bitburg, Germany?
12   A.   Yeah. A little south of
13   Cologne.
14   Q.   And that was an air base?
15   A.   Yeah.
16   Q.   How long were you stationed at
17   the air base near Bitburg, Germany?
18   A.   I think about two years.
19   Q.   That was the rest of your
20   service in the military?
21   A.   That was it, yeah.
22   Q.   Were you an airman first at the
23   base near Bitburg, Germany?
24   A.   Yes. By that time I was working
25   in the office.

Page 118

1    Q.   What were your day-to-day duties
2  and responsibilities at the air base near
3  or in Bitburg, Germany?
4    A.   Basically I was running, running
5  the office, I had three guys working for
6  me.
7    Q.   And what type of office was
8  this?
9    A.   The office to run all the air
10 police.
11   Q.   So, you ran the office that ran
12 the air police?
13   A.   Yeah.
14   Q.   And what sort of things did you
15 do?
16   A.   Well, they found out I could
17 type on a manual typewriter.
18   Q.   You typed up reports?
19   A.   Type up reports, what?
20   Q.   Did you type up reports?
21   A.   Oh, yeah.
22   Q.   What else did you do?
23   A.   I wrote letters for generals. I
24 lived with a Thesaurus.
25   Q.   So, you wrote letters for

Page 119

1  generals?
2    A.   Yeah. Majors.
3    Q.   Right. People higher ranked
4  than you.
5    A.   They used all big words, that's
6  why I used a Thesaurus.
7    Q.   Anything else, any other
8  day-to-day duties and responsibilities at
9  the base in Bitburg?
10   A.   No, not really.
11   Q.   During the approximately one
12 year you spent serving as an airman first
13 at the air base at or near Bitburg,
14 Germany, do you have any reason to
15 believe you would have come into contact
16 with any product or material or type of
17 equipment that you now believe contained
18 asbestos?
19   A.   No.
20   Q.   Where did you sleep at the base
21 in Bitburg?
22   A.   In the barracks.
23   Q.   Do you recall the presence of
24 any insulated or overhead piping within
25 the confines of the barracks at Bitburg?

Page 120

1    A.   No. I keep saying no to those.
2    Q.   That's fine. Again, if it's a
3  no, it's a no, I have to ask you the
4  questions.
5    A.   But I was just thinking it
6  probably could have been but I never
7  really --
8    Q.   You never noticed it?
9    A.   I never noticed it.
10   Q.   So, if there was any insulated
11 or overhead piping within the confines of
12 the barracks, you never had any
13 responsibility for performing any
14 maintenance or repair work on any of that
15 piping?
16   A.   No.
17   Q.   And you never saw others do any
18 maintenance or repair work on the piping?
19   A.   Well, I saw others doing repair
20 work on the piping when I was working
21 there.
22   Q.   I'm only talking about when you
23 were in the air force, do you ever --
24   A.   Yes, in the air force.
25   Q.   Where do you recall seeing

Page 121

1  workers doing maintenance or repair work
2  on piping?
3    A.   Oh, let's see what -- now I do
4  -- I just drew another blank.
5    Q.   Do you remember where you saw
6  that work?
7    A.   No. My mind is going.
8       MR. FINLEY:  Take your time, take
9  a second.
10   Q.   Do you recall seeing any of that
11 work taking place at the base near
12 Bitburg?
13   A.   Bitburg was, Bitburg was my
14 second base.
15   Q.   Well, you told me I think
16 Bitburg was the last base you served at,
17 right?
18   A.   Yeah.
19   Q.   Do you recall any workers doing
20 any maintenance or repair work on any
21 piping at Bitburg? And if you don't
22 remember, that's fine, I just want to
23 know what you know.
24   A.   I can't think of that.
25   Q.   Do you recall any workers doing

31 (Pages 118 - 121)

1  any maintenance or repair work on any
2  piping at the base near Cologne, Germany?
3      A.   No.  It's a little confusion
4  here between Bitburg and, Bitburg and --
5  first of all, the first place I went to
6  was Simbach.
7      Q.   You haven't mentioned Simbach.
8      A.   I know but that came to me, I'm
9  sorry.
10     Q.   Simbach was before Cologne?
11     A.   Simbach was near the town of
12 Kaiserslautern, it's only a small town.
13     Q.   Was that the base near Cologne,
14 was it called Simbach?
15     A.   Yeah.  Some people tied it to
16 Cologne because Cologne was nothing, it
17 was a little, tiny town.
18     Q.   We talked about that base, you
19 think now it was called Simbach?
20     A.   It's a small town, Simbach.
21     Q.   So, it was a base near Simbach,
22 Germany?
23     A.   Yeah.
24     Q.   And that was the base near
25 Cologne that you talked about?

1  were in the air force?
2      A.   Yeah, I hurt my back.
3      Q.   How did you hurt your back?
4      A.   I don't know, I think it was
5  congenital.
6      Q.   Did you miss any time?
7      A.   Yeah.  They tried to get me out
8  of bed one day and I refused and they
9  were going to court martial me, I said do
10 what you got to do, I can't get out of
11 bed.
12     Q.   How much time did you miss?
13     A.   I didn't miss any time, I just
14 laid in bed and rested for a few days.
15     Q.   And then it was better?
16     A.   Yeah.  But it came back many
17 times after.
18     Q.   Any other injury other than the
19 back injury?
20     A.   No.
21     Q.   You were an airman first for
22 your last rank?
23     A.   Yes.
24     Q.   You took a plane back to the
25 States after you were discharged?

1      A.   Yeah, right.
2      Q.   And after that you went to the
3  base in Bitburg?
4      A.   Right.
5      Q.   And do you recall workers doing
6  any maintenance or repair work on any
7  insulated or overhead piping at either
8  base in Germany?
9      A.   I don't think so.
10     Q.   Do you recall workers doing any
11 maintenance or repair work on any
12 insulated or overhead piping at either
13 Sampson or Langley air base?
14     A.   No.
15     Q.   The base in Bitburg was your
16 last assignment in the air force,
17 correct?
18     A.   Yeah.
19     Q.   Were you honorably discharged
20 from the air force?
21     A.   Yes.
22     Q.   Did you ever receive any medals
23 or citations?
24     A.   No.
25     Q.   Were you ever injured while you

1      A.   Yes.
2      Q.   After you came back to the
3  States following your discharge from the
4  US Air force, I take it you sought out
5  employment, correct?
6      A.   Yes.
7      Q.   Where was the first place you
8  were employed following your discharge
9  from the air force?
10     A.   I think it was United
11 Vari-Crafts, I went back to that.
12     Q.   You went back to?
13     A.   United Vari-Crafts.
14     Q.   You went back to United
15 Vari-Crafts, for how long a period of
16 time did you go back to United Vari?
17     A.   I don't know.
18     Q.   Which United Vari location did
19 you go back to?
20     A.   The last one I gave you.
21     Q.   Freeport?
22     A.   Yeah, yeah.
23     Q.   Was that for less than a year?
24     A.   I guess so.
25     Q.   Just a few months?

Page 126

1    A.   Yeah -- no, about a year.
2    Q.   About a year?
3    A.   Yeah.
4    Q.   Were you still a sheet metal
5    worker?
6    A.   Yeah.
7    Q.   Sheet metal mechanic?
8    A.   Yeah. Well, they called me --
9    any other place it would be a sheet metal
10   worker or a tin knocker. They only
11   called me a mechanic when I went to the
12   navy yard.
13   Q.   They called you a sheet metal
14   mechanic at United Vari?
15   A.   No, not really. They just
16   called me a sheet metal worker.
17   Q.   And what were your duties as a
18   sheet metal worker at the second stint at
19   the Freeport location of United Vari?
20   A.   Cutting out, still the same
21   thing, cutting out signs.
22   Q.   You were making signs?
23   A.   Yeah.
24   Q.   Were you still making signs for
25   Bulova Watch Company?

Page 127

1    A.   Maybe not Bulova but for other
2    companies, you know. We did a lot of
3    signs, bank signs.
4    Q.   Were you still cutting the metal
5    with a shear?
6    A.   No, no. I was out of the shop
7    then.
8    Q.   What were you doing at that
9    point?
10   A.   I was working making signs in
11   different letters and stuff.
12   Q.   Right. But where were you doing
13   that work, where at the shop were you
14   working?
15   A.   Oh, at that time I was out of
16   the shop.
17   Q.   Where were you working?
18   A.   On the ships.
19   Q.   You were working on ships for
20   United Vari?
21       (All defendants object to form)
22   A.   Oh, no, no, no.
23   Q.   You just told me you were on
24   ships, that's not correct?
25   A.   No, I was in the wrong location

Page 128

1    in my head.
2        MR. FINLEY: Take your time.
3    Q.   On the second occasion that you
4    worked at United Vari in Freeport, where
5    were you working physically?
6    A.   Say again.
7    Q.   You were working in Freeport,
8    correct?
9    A.   Yeah.
10   Q.   Were you working in a sheet
11   metal shop in Freeport?
12   A.   Yes. That was the United.
13   Q.   You told me you were no longer
14   working in the shop, that's not correct,
15   you were still working in the sheet metal
16   shop in Freeport, correct?
17   A.   Yeah. Oh, I meant I was no
18   longer working in the shop-shop.
19   Q.   Well, I don't know what you mean
20   by that. When you say you were no longer
21   in the shop-shop, what do you mean by
22   that?
23   A.   In the shop-shop, shop 17 in the
24   building --
25   Q.   No, that's shop 17 is when you

Page 129

1    were working at the navy yard, now we're
2    talking about United Vari.
3    A.   I wish I was clear as you.
4        MR. FINLEY: Do you understand the
5    time period he's talking about right
6    now?
7    Q.   You told me after you left the
8    air force, you went back to United Vari
9    for a brief period of time; is that
10   correct?
11   A.   Yeah.
12   Q.   And you went back to the
13   Freeport location; is that correct?
14   A.   Yes.
15   Q.   And you were still working in
16   the sheet metal shop, you were
17   fabricating metal for signs, correct?
18   A.   Yeah.
19   Q.   Do you have any reason to
20   believe you would have come into contact
21   with any product or material or type of
22   equipment you now believe contained
23   asbestos during that second occasion you
24   were working in the sheet metal shop for
25   United Vari in Freeport?

33 (Pages 126 - 129)

Page 130

1    A.   I don't think so, no.
2    Q.   So, you worked at the Freeport
3   location of United Vari for around a
4   year, maybe a little bit less.
5    A.   Yeah.
6    Q.   Where did you go to work from
7   there; in other words, who was your next
8   employer?
9    A.   From Freeport?
10   Q.   Yes. From United Vari, the
11  Freeport location.
12   A.   The fire department.
13   Q.   Any other employment between
14  United Vari and the fire department?
15   A.   No.
16   Q.   So, around 1962 you go to work
17  for the fire department for the City of
18  New York; is that correct?
19   A.   Yeah.
20   Q.   How long were you a member of
21  the fire department of the City of New
22  York?
23   A.   Twenty-eight years.
24   Q.   According to the information
25  we've been provided, you were a member of

Page 131

1   the fire department for the City of New
2   York between 1961 and 1962 and
3   approximately 1989; does that sound about
4   right?
5    A.   Yeah.
6    Q.   Now, you had to join a union
7   when you were a member of the fire
8   department, correct?
9    A.   Yeah.
10   Q.   What union was that?
11   A.   I don't...
12   Q.   Was that the UFA?
13   A.   Yeah. I just couldn't think of
14  it.
15   Q.   And were you a member of the UFA
16  or the FDNY for the entire time you were
17  working for the fire department?
18   A.   Yeah.
19   Q.   Did you ever hold office within
20  the UFA?
21   A.   No.
22   Q.   I take it the UFA had meetings,
23  correct?
24   A.   Yeah.
25   Q.   Did you attend the meetings?

Page 132

1    A.   No, I wasn't.
2    Q.   You never went?
3    A.   No.
4    Q.   Did you ever receive
5   publications from the UFA like a
6   newspaper or a trade journal?
7    A.   Oh, yeah.
8    Q.   What sort of things were in
9   those publications?
10   A.   Union news.
11   Q.   Was there ever any articles that
12  you read regarding the subject of
13  asbestos; in other words, did you ever
14  read any articles relating to asbestos in
15  any of those publications?
16   A.   Not to my knowledge. I was not
17  an avid reader of the union paper but it
18  could have been in there.
19   Q.   Now, were you assigned to one
20  firehouse or more than one firehouse when
21  you were a fireman?
22   A.   One firehouse.
23   Q.   What firehouse was that?
24   A.   Engine 202.
25   Q.   Where was Engine 202 located?

Page 133

1    A.   Red Hook, Brooklyn.
2    Q.   That's the Red Hook section of
3   Brooklyn, New York?
4    A.   Yes.
5    Q.   And you were there for 28 years?
6    A.   Yes.
7    Q.   I know this may sound like a
8   silly question, can you tell me though
9   what your day-to-day duties and
10  responsibilities were as a fireman out of
11  Engine 202 in Red Hook, what did you do?
12   A.   Ran away from the fires.
13   Q.   I doubt that. You fought fires?
14   A.   Oh, yeah.
15   Q.   Did you generally work a day
16  shift?
17   A.   No. We were --
18   Q.   Or it varied?
19   A.   It varied, two days and two
20  nights.
21   Q.   Two days and two nights?
22   A.   Nine hour days and fifteen hour
23  tours at night.
24   Q.   You were generally working in
25  Brooklyn though, right?

34 (Pages 130 - 133)

1   A.   Oh, yeah, all the time.
2   Q.   You never went to any other
3   boroughs?
4   A.   We would relocate for maybe one
5   night or a day.
6   Q.   Primarily in Brooklyn?
7   A.   Yes.
8   Q.   During the course of the 28
9   years you were a fireman for the FDNY out
10  of Engine 202 in the Red Hook section of
11  Brooklyn between approximately 1961 and
12  1989, do you have any reason to believe
13  you either worked directly with or around
14  any product or material or piece of
15  equipment that you now believe contained
16  asbestos?
17  A.   That's everything. I don't
18  think so.
19  Q.   Did you ever use any protective
20  equipment as a fireman that you think may
21  have contained asbestos?
22  A.   Used protective equipment to go
23  into fires at the end there.
24  Q.   I understand that. You had a
25  hat, you had a mask at some point I'm

1   assuming, correct?
2   A.   Yeah. But the really heavy fire
3   we put on a mask, we fought fires with a
4   mask.
5   Q.   Do you know who made any of that
6   equipment?
7   A.   No.
8   Q.   Did you ever use any other type
9   of protective equipment like gloves or a
10  jacket or boots, something else?
11  A.   Yeah. Just a regular standard
12  fireman's gear, rubber boots.
13  Q.   Do you believe any of that
14  standard fire gear that you used
15  contained asbestos?
16  A.   No.
17  Q.   Did anyone ever tell you any of
18  that equipment contained asbestos?
19  A.   Not that I know of, no.
20  Q.   Now, at the time you were
21  working out of Engine 202 as a fireman
22  between 1961 and 1989 approximately, were
23  you also doing some moonlighting or side
24  work?
25  A.   Yeah.

1   Q.   What were you doing?
2   A.   House painting.
3   Q.   What year did you start doing
4   that side work?
5   A.   I did it for probably about the
6   last fifteen years of my fire department
7   career.
8   Q.   So, you didn't start doing the
9   side work until about the middle portion
10  of the 1970s?
11  A.   Yeah.
12  Q.   We'll get to that in just a
13  minute.
14       Prior to doing that side work
15  beginning in the middle portion of the
16  1970s, did you ever have occasion to work
17  anywhere else during the early portion of
18  your tenure for the fire department?
19  A.   No. Just...
20  Q.   You were just a fireman?
21  A.   The firehouses.
22  Q.   So, around 1974 or so, the
23  mid-1970s you started to do some house
24  painting?
25  A.   Yeah.

1   Q.   And you did that throughout the
2   remainder of your tenure for the fire
3   department of the City of New York?
4   A.   Yeah.
5   Q.   So, for about fifteen years you
6   started doing side work involving
7   painting houses?
8   A.   Yes.
9   Q.   Where were these houses located?
10  A.   Around Brooklyn.
11  Q.   Only in Brooklyn?
12  A.   No. Manhattan, Queens.
13  Q.   All five boroughs or just
14  Manhattan, Brooklyn and Queens?
15  A.   Not much Staten Island.
16  Q.   How about the Bronx?
17  A.   In the Bronx, no, no.
18  Q.   So, Manhattan, Brooklyn and
19  Queens?
20  A.   Yeah.
21  Q.   And this is all private homes?
22  A.   Yeah.
23  Q.   Now, you told me earlier that
24  you periodically worked with some other
25  people, you worked with your daughter,

Page 138

1  right?
2     A.   Oh, yeah.
3     Q.   Did she start to work with you
4  during this period of time --
5     A.   Yeah.
6     Q.   -- towards the end?
7     A.   Yeah.
8     Q.   Who else did you work with, did
9  you work with your son?
10    A.   Oh, yeah, oh, yeah.
11    Q.   Anybody else?
12    A.   Worked with both my sons.
13    Q.   Right, both of your sons, your
14 daughter.
15    A.   And that's it, yeah.
16    Q.   Anybody else?
17    A.   No.
18    Q.   I think you said briefly your
19 nephew?
20    A.   Oh, yes, I forgot about that,
21 yeah.
22    Q.   Your nephew was Keith McDermott?
23    A.   Keith McDermott.
24    Q.   When did you work with him?
25    A.   Oh, I think I started --

Page 139

1     Q.   Was it during the '74 to '89
2  period?
3     A.   I don't know, I don't know.
4     Q.   For how long a period of time
5  when you were doing this side work or
6  moonlighting work on the residential
7  homes did you work with Keith?
8     A.   Probably ten or fifteen years.
9     Q.   So, most of the time Keith was
10 working with you?
11    A.   Yeah, well, yeah.  A lot of
12 times he could only work part-time, half
13 a day.
14    Q.   How did you get your customers?
15    A.   Word of mouth.
16    Q.   Any advertising?
17    A.   No.
18    Q.   Did your business have a name?
19    A.   No.  Fred Brown Painting.
20    Q.   It was called Fred Brown
21 Painting?
22    A.   Yeah.
23    Q.   Was the business incorporated?
24    A.   No.
25    Q.   You were the owner?

Page 140

1     A.   Yeah.
2     Q.   No partners?
3     A.   No.
4     Q.   Do you remember the names of any
5  of your customers?
6     A.   I don't know them really.
7     Q.   Do you remember the addresses of
8  any of the homes you worked at?  I know
9  you told me they were in Manhattan,
10 Brooklyn and Queens but do you remember
11 any of the street addresses?
12    A.   I haven't been at any of those
13 homes in the last fifteen or 20 years.
14    Q.   I understand that.  Do you
15 recall any of the addresses?
16    A.   No.
17    Q.   Do you have any records at home
18 regarding the work that you did in any of
19 these residential homes in Manhattan,
20 Brooklyn or Queens?
21    A.   No.
22    Q.   Would anybody you know be in
23 possession of any records?
24    A.   No.  I got rid of all that
25 stuff.

Page 141

1     Q.   When did you get rid of the
2  records?
3     A.   I don't know when, I retired.
4     Q.   You mentioned you did painting
5  work at many of these homes; is that
6  correct?
7     A.   Yeah.
8     Q.   What other type of work if any
9  did you do at any of these homes other
10 than painting?
11    A.   Wallpapering.
12    Q.   Painting, wallpaper, anything
13 else?
14    A.   Paneling.
15    Q.   Anything else?
16    A.   I don't know, I can't think of
17 any.
18    Q.   Was it all interior work or did
19 you do some exterior work as well?
20    A.   Interior work.
21    Q.   All interior, any exterior work?
22         (All defendants object)
23    A.   They were small, I wouldn't do
24 big jobs.
25    Q.   So, it was all interior?

36 (Pages 138 - 141)

1    A.   Yeah.
2        MR. FINLEY:  Is that correct?  Did
3    you ever do any exterior work?  I just
4    want to make sure you understand the
5    question.
6        (All defendants object, asked and
7    answered)
8        THE WITNESS:  What kind of
9    interior work?
10   Q.   Sir, we don't know.  I just want
11   to know if all the work you did when you
12   were doing this side work in the
13   residential homes in Manhattan, Brooklyn
14   and Queens for Fred Brown Painting was
15   all interior work.
16       (All defendants object)
17   A.   Oh, I couldn't say that, all
18   interior work.  I might have worked a
19   couple of days outdoors.
20   Q.   Well, that's what I want to
21   know.  As you sit here right now, did you
22   ever do any work outside that you haven't
23   already told me about?
24   A.   I told you I don't remember the
25   houses I did the work.  I mean, that's

1    like 20 years ago, easily 20 years ago.
2    Q.   You mentioned painting,
3    wallpaper and paneling work; is that
4    correct?
5    A.   Yeah.
6    Q.   And you did this work with some
7    of your children and with your nephew,
8    correct?
9    A.   Yeah.
10   Q.   Do you have any reason to
11   believe that any of the work you did
12   installing paneling in any of these homes
13   caused you to come into contact with
14   asbestos?
15   A.   No, I don't think so.
16   Q.   Do you have any reason to
17   believe that any of the work you did
18   putting up wallpaper in any of these
19   homes caused you to come into contact
20   with asbestos?
21   A.   Could have but I don't think so.
22   Q.   Do you have any reason to
23   believe that any of the painting work you
24   did in any of these residential homes in
25   any way caused you to come into contact

1    with asbestos?
2    A.   When I used to rip off the
3    wallpaper or the stuff, it got very dusty
4    in there and I had to clean it up, the
5    walls clear.  Sometimes I had to wash
6    them down to get all the old paste off,
7    so that's the only time that anything was
8    messed up.
9    Q.   So, there were times when you
10   had to remove or tear down preexisting
11   materials in order to do your own work?
12   A.   Oh, yeah.
13   Q.   And do you think some of those
14   preexisting materials that you tore down
15   or removed may have contained asbestos?
16   A.   It might have but I never
17   thought of it until now until you brought
18   it up.
19   Q.   Would you know the make or
20   manufacturer of any of those preexisting
21   materials that you removed from any of
22   those residential home projects in
23   Manhattan, Brooklyn or Queens, New York?
24   A.   No.
25   Q.   What did you do with the

1    materials after you tore them down?
2    A.   Roll them up, put them in a
3    garbage and threw them out.
4    Q.   Put them in a plastic bag and
5    hauled them out to the curb?
6    A.   Right.
7    Q.   And the garbage men would come
8    and take them away?
9    A.   Yeah.
10   Q.   Did anyone ever tell you that
11   any of that material that you removed
12   contained asbestos?
13   A.   No.
14   Q.   Do you have any reason to
15   believe that any of this side work or
16   moonlighting work that you did at these
17   residential home projects in Manhattan,
18   Brooklyn or Queens, New York, for Fred
19   Brown Painting between 1974 and 1989
20   caused you to come into contact with
21   asbestos?
22   A.   Not that I can think of.
23   Q.   Can you estimate for me how many
24   hours a week during this time period you
25   think you did this side work; in other

37 (Pages 142 - 145)

Page 146

1  words, are we talking an hour a week,
2  five hours a week, ten hours a week,
3  more, less, what are we talking about?
4     A.   I would say 20 hours a week.
5     Q.   Was this nights and weekends?
6     A.   It was whenever the weather was
7  good and we could paint.
8     Q.   But your primary job was that of
9  a fireman, correct?
10    A.   Oh, yeah.
11    Q.   So, when you were doing the side
12 work, it was when you weren't working as
13 a fireman, correct?
14    A.   Yeah.
15    Q.   Were you paid cash for these
16 jobs?
17    A.   Yeah.
18    Q.   Did you pay your kids in cash --
19    A.   Yeah.
20    Q.   -- when they assisted you?
21    A.   Yeah.
22    Q.   And your nephew?
23    A.   Yeah.
24    Q.   You paid him cash?
25    A.   Yeah.

Page 147

1     Q.   Did you ever do any other side
2  work during the period of time you were
3  working as a fireman for the FDNY between
4  1961 and 1989?
5     A.   No.
6     Q.   Other than work that you did for
7  Fred Brown Painting at these residential
8  homes in Manhattan, Brooklyn and Queens.
9     A.   Yeah.
10    Q.   No other side work?
11    A.   No.
12    Q.   Were you ever injured on the job
13 while you were a fireman?
14    A.   No.
15    Q.   You last worked as a fireman in
16 1989?
17    A.   Yeah.
18    Q.   That's when you retired?
19    A.   Yes.
20    Q.   Why did you decide to retire in
21 1989?
22    A.   Because taking too much of a
23 beating in the fires.
24    Q.   But that retirement was
25 voluntary, correct?

Page 148

1     A.   Yeah.
2     Q.   It wasn't due to any health
3  related issues?
4     A.   No.  I wanted to go for 30 years
5  but I couldn't make it.
6     Q.   Do you receive a pension from
7  your time with the FDNY?
8     A.   Yes.
9     Q.   How much is your pension?
10    A.   I don't know, I think 60,000.
11    Q.   60,000 a year?
12    A.   Yeah.
13    Q.   Do you also receive Social
14 Security?
15    A.   Yeah.
16    Q.   How much do you receive a month
17 in Social Security?
18    A.   Oh, you're going to combine
19 them, I think it comes out to -- what I'd
20 say, 60,000?
21    Q.   You said about 60,000 a year for
22 your pension.
23    A.   Oh, not that much.  I think
24 about 60 or 70,000 for both of them.
25    Q.   So, if we combine your pension

Page 149

1  and your Social Security, it would be
2  between 60 and 70,000 total?
3     A.   Yes.
4     Q.   Have you worked anywhere since
5  you retired from the FDNY in 1989?
6     A.   No.
7     Q.   You haven't held any other work,
8  any other employment?
9     A.   No.
10    Q.   Have we now talked about all the
11 different places you worked over the
12 course of your lifetime?
13    A.   I think so.  As you can see I
14 don't remember everything.
15    Q.   And have you told me about all
16 the different ways you think you may have
17 come into contact with asbestos in
18 connection with the different places that
19 you worked and the different places that
20 you were physically present when you were
21 in the military?
22    A.   Yeah.  Well, when I was in the
23 military, that's when I was working on
24 the ships and stuff.
25    Q.   Now, you didn't tell me that

38 (Pages 146 - 149)

Page 150

1  before. When you were in the military
2  you said you weren't working on ships,
3  you said you were working as an air
4  policeman. You weren't working on ships
5  when you were in the military, were you?
6      A.  When was I working on the ships?
7  You got me confused.
8      Q.  Well, I'm not trying to confuse
9  you, sir, I'm just trying to go over your
10  testimony. When you were in the air
11  force you were an air policeman, right?
12     A.  Yes.
13     Q.  And you served at different
14  bases both in Germany and in the States?
15     A.  Yes.
16     Q.  You had basic at Sampson,
17  correct? Then you went to Langley Air
18  Force Base in Virginia?
19     A.  Yeah.
20     Q.  Then you went to the base near
21  Cologne in Germany and then you went to
22  Bitburg, correct?
23     A.  Yeah.
24     Q.  You didn't work on any ships
25  when you were in the air force, did you?

Page 151

1      A.  No. When did I work on the
2  ships? I'm trying to figure out when I
3  -- I worked on the ships.
4      Q.  Was that while you were in the
5  air force?
6      A.  No.
7      Q.  You told me --
8      A.  Now you got me confused, now I
9  want to get it straight in my head.
10     Q.  You had told me you worked on
11  some ships when you were working for the
12  U.S. government at the Brooklyn Navy
13  Yard.
14     A.  Yeah.
15     Q.  Prior to going into the air
16  force; is that correct?
17     A.  At the Brooklyn Navy Yard is
18  when I worked on the ships.
19     Q.  Right. And that was before you
20  went into the air force?
21     A.  Yeah.
22     MR. FINLEY: Let's take a break.
23     (Whereupon, at 2:29 P.M., a short
24  recess was taken)
25     (Back on the record at 2:51 P.M.)

Page 152

1      MR. FINLEY: Good afternoon, this
2  is Patrick Finley, plaintiff's counsel.
3  It is approximately 2:51. After taking
4  a ten minute, fifteen minute break and
5  speaking with my client, he is unable to
6  continue going today. He's exhausted
7  and just doesn't have the stamina to do
8  another hour, so we're going to adjourn
9  for the day and will be back at 10:00
10  A.M. tomorrow. Thank you everybody for
11  your patience and consideration given my
12  client's health. Thank you.
13     (Whereupon, at 2:52 P.M., the
14  examination of this witness was
15  adjourned)

Page 153

WITNESS CERTIFICATION

I have read the foregoing transcript of
my testimony and find it to be true and
accurate to the best of my knowledge and
belief.

_____
FREDERICK G. BROWN

Subscribed and sworn to
before me on this
day of _____ 2017.

_____
Notary Public

*   *   *

39 (Pages 150 - 153)

Page 154

1      INDEX TO TESTIMONY
2
3    EXAMINATION BY          PAGE   LINE
     Direct Examination        8     16
4    by Mr. Warshauer
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 156

1            ERRATA SHEET
       Priority-One Court Reporting/Veritext
2            718-983-1234
       ASSIGNMENT NO. P1-2744594
3   CASE NAME: Brown, Frederick v. Asbestos
       DATE OF DEPOSITION: 12/19/2017
4   WITNESS' NAME: Frederick G Brown
5
       PAGE/LINE(S)/   CHANGE      REASON
6         /        /               /
7         /        /               /
8         /        /               /
9         /        /               /
10        /        /               /
11        /        /               /
12        /        /               /
13        /        /               /
14        /        /               /
15        /        /               /
16        /        /               /
17        /        /               /
18        /        /               /
19        /        /               /
20
             Frederick G Brown
21  (Notary not required in California)
       SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
     OF_____, 2018
23
24      NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____

Page 155

1        CERTIFICATION
2
3       I, CHERYL F. SOLOMON, a Stenotype
4   Shorthand Reporter and Notary Public within
5   and for the State of New York, do hereby
6   certify that the within Examination Before
7   Trial of FREDERICK G. BROWN was held before
8   me and I faithfully and impartially recorded
9   stenographically the questions, answers and
10  colloquy.
11      I further certify that after said
12  examination was recorded stenographically by
13  me, it was reduced to typewriting under my
14  supervision, and I hereby submit that the
15  within contents of said examination are true
16  and accurate to the best of my ability.
17      I further certify that I am not a
18  relative of nor an attorney for any of
19  the parties connected with the aforesaid
20  examination, nor otherwise interested in
21  the testimony of the witness.
22
23

24      CHERYL F. SOLOMON
25

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

**&**

**&** 3:2,6,7,11,15,19
4:1,5,9,14,18,19
5:1,12 6:1

**0**

**07039** 1:24
**07733** 5:18
**07962-2075** 6:2

**1**

**10001** 3:8
**10003** 3:4
**10004** 3:21
**10005-2407** 4:7
**10006** 4:16
**10016** 4:3,11
**10017** 5:14
**10022** 3:13
**10038** 3:17
**1017** 8:10 17:3
19:3
**105** 5:3
**10601** 5:22
**107** 19:18
**10:20** 2:10
**11** 24:7
**11-67** 23:14 24:9
25:12 26:4
**1100** 3:12
**116** 4:11
**11697** 8:11
**11747** 5:4
**11:05** 54:15
**11:36** 54:17
**11th** 24:2,4,6,9
25:13 26:4
**12/19/2017** 156:3
**124th** 43:12
**125** 43:12
**12:24** 103:22

**12th** 4:11
**1300** 6:2
**134th** 30:4,9
**137** 3:8
**1405** 5:8
**150** 3:16
**16** 154:3
**1685** 19:19 21:12
22:19 23:4,14
**17** 71:12,14,25
72:15 73:6,19
74:24 75:2,7,21,24
76:6 77:6 78:6
102:15 106:12,20
107:6 128:23,25
**17th** 5:14
**18** 53:14
**1818** 4:20
**19** 2:9 53:14
**190195-17** 1:17
**19103** 4:20
**1935** 30:21
**1940** 28:20 29:16
30:22 31:5 37:19
**1950** 55:21
**1959** 70:19 73:8
75:9 78:7 105:12
108:7 111:1
**1960** 82:22 87:18
92:3 95:19 100:25
111:2 113:23
**1960s** 20:20,24
21:20 22:20 27:8
**1961** 28:21 29:16
32:19 70:19
113:23 131:2
134:11 135:22
147:4
**1962** 105:12 108:7
130:16 131:2

**1966** 43:7
**1969** 20:7
**1970** 45:22
**1970s** 136:10,16
136:23
**1974** 136:22
145:19
**1979** 38:8
**1989** 131:3 134:12
135:22 145:19
147:4,16,21 149:5
**1990s** 21:21 22:20
33:10
**1991** 17:11 19:4
**1995** 21:10
**1997** 48:17
**19th** 23:10
**1:46** 103:24

**2**

**2** 4:15 37:19
**20** 22:15 33:8
36:17 48:16 77:8
140:13 143:1,1
146:4
**2000s** 33:9,14,15
**2002** 50:1
**2017** 2:9 153:14
**2018** 156:22
**202** 132:24,25
133:11 134:10
135:21
**20th** 26:11 27:7,17
**2137** 5:18
**21st** 19:19 21:13
22:19 23:4,14
**2260** 1:23
**23rd** 3:20
**25** 20:3,19,21,22
22:15
**25th** 3:8

**2744594** 2:25
**27th** 4:11
**28** 133:5 134:8
**290** 1:23 5:18
**2:29** 151:23
**2:51** 151:25 152:3
**2:52** 152:13

**3**

**3,000** 85:16
**30** 148:4
**303** 5:3
**3100** 4:20
**35** 5:18

**4**

**4** 97:9
**400** 5:8
**41** 31:5
**438** 27:20,23 28:10
28:19 29:14
**44** 4:6
**46** 45:20,21
**47** 45:21

**5**

**5** 30:3
**50** 116:22
**500** 37:1
**508** 5:22
**50s** 64:5 66:10
69:16
**51** 43:4 57:6
**53** 53:15,17 55:21
57:23 58:14,22
63:15 67:3,5,9
**54** 53:15 58:22
63:15
**55** 53:11 58:22
63:15 64:5,6
66:12 67:3,9,14
**57** 67:15

**58** 53:11 64:6
67:18 69:1
**59** 66:16 67:18
69:1,15 109:5,7
110:21
**5th** 3:8

**6**

**6** 28:14 30:3 60:12
84:8
**60** 148:24 149:2
**60,000** 148:10,11
148:20,21
**600** 3:16 4:2
**60s** 25:5,14 26:18
51:20,21
**60th** 40:12
**61** 28:23,24
**62** 25:7 28:23
70:20
**62269** 5:8
**630** 5:14
**64th** 23:10
**66th** 26:11 27:6,16
**69th** 23:15,22
27:20,23 28:10,20
29:14 55:10,17
56:8,18,19,22
57:16
**6th** 3:3

**7**

**7** 28:14
**70,000** 148:24
149:2
**700** 3:3
**70s** 51:20
**70th** 23:15,22,23
24:4
**718** 1:25
**718-983-1234**
156:2

**74** 139:1
**76** 38:8
**7th** 63:4

**8**

**8** 65:10 154:3
**80** 3:20 18:15
**81** 5:22 40:19
**850** 3:12
**89** 139:1
**8th** 32:16 63:3,4

**9**

**9** 32:19
**90,000** 18:15,25
**90s** 33:14
**983-1234** 1:25
**9th** 58:8,10 59:24
62:19,24 63:3,8,9
64:20 67:8 106:2

**a**

**a.m.** 54:15,17 73:3
152:10
**aaronson** 4:1
**ability** 155:16
**able** 54:19 104:1
**absolutely** 37:11
**acceptable** 10:12
**access** 112:8
**accountant** 43:25
44:3,4,5
**accurate** 15:24
153:6 155:16
**actual** 104:19
107:1
**add** 50:2
**adding** 40:22
**additional** 9:5
**address** 8:9 19:17
**addresses** 140:7
140:11,15

**adjourn** 152:8
**adjourned** 152:15
**advertising** 139:16
**advice** 13:7
**advised** 9:24
**affiliated** 11:22
12:4
**affirmative** 29:7
**affix** 84:23
**aforesaid** 155:19
**afternoon** 152:1
**age** 38:8
**ago** 14:8 48:15,16
49:25 68:2 116:20
116:22 143:1,1
**agreed** 7:8,13,18
**ailment** 47:5
**ailments** 34:21
42:9 44:21 49:4
50:18 52:3
**air** 4:19 105:11,16
108:1,14,17,18
109:14 110:1,15
110:18,23 111:22
111:23,25 112:21
114:9,22,25
115:15 116:4,13
117:14,17 118:2,9
118:12 119:13
120:23,24 123:13
123:16,20 124:1
125:4,9 129:8
150:3,10,11,17,25
151:5,15,20
**airman** 111:12,14
111:16,17,17,22
112:20 114:2,4,8
114:10,12,13,18
115:22 117:1,3,22
119:12 124:21

**airport** 46:9
**alexandra** 3:9
**allow** 9:25 103:16
**aluminum** 80:22
80:24 81:1,5
97:12,16
**amchem** 4:10
**american** 5:7
**amount** 18:24
**amsterdam** 30:10
**andrew** 5:4 8:22
**angiolillo** 4:7
**anne** 19:24
**anniversary** 32:15
**answer** 9:18 10:1
10:11,12
**answered** 142:7
**answers** 9:11 10:5
15:13,14,20,23
60:24 155:9
**anticipation**
101:18 105:10
**anybody** 17:25
22:21 25:14 27:8
32:8 51:22 138:11
138:16 140:22
**anymore** 21:16
47:9
**apart** 31:14 37:5
47:6
**apartment** 22:14
23:19 24:1,6,12
25:1,16 26:5,6,23
26:25 27:6,10,16
29:8,9,10 30:13,15
**apartments** 23:7
30:16
**appear** 16:7,13
61:22
**appeared** 61:25

**applied** 89:15 90:4
90:8,13
**applies** 1:15
**apply** 84:10,13
89:20,25 90:6
**appropriate** 7:16
**approximate**
18:12,23
**approximately**
2:10 19:4 20:7,16
21:9 25:11 29:15
53:12 70:19 73:8
75:8 82:22 87:18
92:3 95:19 100:25
105:12 111:1
119:11 131:3
134:11 135:22
152:3
**april** 109:7
**architects** 74:1
**area** 60:17
**areas** 79:6 82:6,10
112:4
**arms** 59:22
**arrived** 110:18
**arteries** 12:2
**articles** 132:11,14
**asbestos** 1:4 19:10
23:1 25:19 26:1
27:13 29:21 52:7
56:6 57:14 60:6
65:18 69:5 73:12
73:18 76:25 77:5
83:1,10,15 87:13
91:2,10,23 92:5,6
95:21 96:2 98:14
98:19,25 99:6
100:22 101:5
103:7 109:24
112:19 115:21
116:2 119:18

**129:23** 132:13,14
134:16,21 135:15
135:18 143:14,20
144:1,15 145:12
145:21 149:17
156:3
**aside** 14:20
**asked** 142:6
**asking** 9:2,14
101:16
**aspect** 95:15
**aspirin** 13:10 14:1
14:4,7
**assigned** 110:12
110:13 132:19
**assignment** 117:9
123:16 156:2
**assisted** 146:20
**associated** 88:5,17
89:3,6 99:22
104:9
**assume** 61:23
**assuming** 135:1
**attack** 14:13 41:1
41:3,8
**attend** 131:25
**attended** 52:23,24
**attention** 100:14
**attorney** 7:22 9:24
10:18 101:18
105:9 155:18
**attorneys** 3:3,7,11
3:16,20 4:2,6,10
4:14,19 5:2,7,13
5:17,21 6:1 7:2,19
9:4
**aunts** 51:1
**aurora** 3:11
**ave** 1:23
**avenue** 2:8 3:12
4:2 5:14 6:2 23:10

24:2,4,10 25:13
26:4,11 27:7,17
56:19,22 57:16
58:9,10 59:25
62:14,16,20,21,25
63:2,8,9,20,21,23
64:1,12,19,21
65:13,25 67:8,14
106:1,3
**avid** 132:17
**avoid** 102:4

**b**

**b** 8:1 68:22
**back** 16:10 21:15
35:8 52:25 54:13
54:17,18 75:10
81:23 98:1 99:14
103:18,24,25
124:2,3,16,19,24
125:2,11,12,14,16
125:19 129:8,12
151:25 152:9
**backwards** 16:25
**bad** 81:22 86:7
**bag** 145:4
**balance** 18:13,24
**bank** 50:21 127:3
**barley** 59:5
**barracks** 109:19
110:5 112:25
116:7,10 119:22
119:25 120:12
**barry** 4:14
**base** 69:18 108:17
108:19 109:14
110:1,12,13,15,18
110:24 111:22
112:21 113:7,9,17
113:20 114:1,17
114:22 115:9,15
115:22,23,25

116:4,10,14 117:2
117:7,14,17,23
118:2 119:9,13,20
121:11,14,16
122:2,13,18,21,24
123:3,8,13,15
150:18,20
**bases** 150:14
**basic** 108:13,16,21
109:13,17,25
110:7,10 116:23
150:16
**basically** 36:10
97:25 118:4
**basis** 14:16
**bathroom** 80:12
**bathrooms** 80:2,5
81:3 91:17
**bay** 27:20,25
28:11,20 29:14
39:25 40:5
**bayside** 8:10 17:3
19:3 21:4
**beach** 43:12
**beams** 85:3,4,5
93:18,19
**bearings** 66:20
**beating** 147:23
**bed** 124:8,11,14
**beginning** 136:15
**belief** 153:7
**believe** 19:6,9
22:23 23:1 25:16
25:19 27:10,13
29:18,21 56:3,5
57:11,13 58:9
60:3,5 65:15,17
69:2,4 73:9,12
76:23 82:23 83:1
87:12 96:1 98:11
98:13,19 101:13

| | | | |
|---|---|---|---|
| 103:10 109:21,23 | **board** 79:24 81:17 | **bring** 72:19 | 80:21 81:4 93:2 |
| 112:16,18 115:18 | 82:7,8 83:14 94:3 | **broad** 3:20 | 97:12 |
| 115:20 116:1 | 104:6,11 107:9,13 | **broadway** 3:3,16 | **bulkheads** 96:13 |
| 119:15,17 129:20 | **boiler** 88:10 | **bronx** 137:16,17 | **bulova** 68:11,13 |
| 129:22 134:12,15 | 104:10,11 | **brooklyn** 19:16,21 | 126:25 127:1 |
| 135:13 143:11,17 | **bone** 38:20 39:1 | 22:19 23:5,24 | **burnt** 76:21 |
| 143:23 145:15 | **books** 61:18,19 | 25:13 26:12 27:7 | **business** 43:24 |
| **belle** 43:15 | **boots** 135:10,12 | 28:1,11 29:15 | 44:6 58:25 139:18 |
| **bending** 65:6 | **borg** 5:2 | 35:18 39:25 51:13 | 139:23 |
| 68:16,18 | **born** 16:14 24:18 | 55:14,17 56:9 | **bw** 3:12 |
| **benefits** 36:20 | 24:21 30:21,24,25 | 58:11 59:25 62:25 | |
| **berkon** 5:12 | 43:7 45:22 | 69:21 70:6,14 | **c** |
| **best** 15:24 38:24 | **boroughs** 134:3 | 71:1,16 73:7 75:7 | **c** 3:1 8:1 113:14 |
| 42:22 57:22 107:3 | 137:13 | 78:13 82:21 87:17 | **california** 156:21 |
| 107:21 153:6 | **boy** 55:4,6 56:8 | 91:6 95:18 96:7 | **call** 68:19,20 |
| 155:16 | 57:9 | 97:7 100:24 | **called** 2:2 15:13 |
| **better** 50:3 124:15 | **bradley** 3:15 5:19 | 102:19,23 103:2,9 | 61:15 71:8,9 |
| **big** 40:12 68:14 | **brake** 68:19,19,21 | 104:7 106:3,10,20 | 100:16 101:10,21 |
| 98:1 119:5 141:24 | 68:21 | 133:1,3,25 134:6 | 122:14,19 126:8 |
| **biltrite** 5:7 | **brakes** 65:6 68:22 | 134:11 137:10,11 | 126:11,13,16 |
| **bird** 5:17 | **branch** 107:24 | 137:14,18 140:10 | 139:20 |
| **birth** 31:5 37:18 | **brand** 34:2 39:11 | 140:20 142:13 | **canada** 3:7 |
| **bishop** 5:19 | 41:14 46:20 85:21 | 144:23 145:18 | **cancer** 34:17,20 |
| **bit** 31:20 54:9 | 88:25 89:22 | 147:8 151:12,17 | 38:20 39:1 42:8 |
| 66:16 104:16 | **brands** 34:1 | **brooks** 4:15 | 44:20 47:4 49:1 |
| 130:4 | **break** 10:16 54:6 | **brothers** 29:4 | 50:17 52:2 |
| **bitburg** 117:10,11 | 54:12,19 92:9,10 | 49:16 | **capacity** 42:5 |
| 117:17,23 118:3 | 92:25 103:12,16 | **brought** 73:14 | **captioned** 2:3 |
| 119:9,13,21,25 | 104:1 151:22 | 144:17 | **cardiologist** 13:19 |
| 121:12,13,13,16 | 152:4 | **brown** 1:10,16 8:7 | **care** 40:8,8,10,11 |
| 121:21 122:4,4 | **breaks** 10:19 | 8:18 139:19,20 | **career** 136:7 |
| 123:3,15 150:22 | **breast** 34:16,19 | 142:14 145:19 | **caretaker** 42:3 |
| **blackmer** 3:16 | **breathing** 34:21 | 147:7 153:10 | **carni** 3:13 |
| **blank** 116:18 | 42:8 44:20 47:5 | 155:7 156:3,4,20 | **carotid** 12:1 |
| 121:4 | 49:3 50:17 52:2 | **buba** 4:18 | **carpenter** 6:1 |
| **blau** 4:9 | **breezy** 43:11,15 | **build** 74:2 | **case** 9:1 156:3 |
| **block** 24:5 | **brian** 5:15 | **building** 128:24 | **cash** 146:15,18,24 |
| **blood** 11:3,13 | **brief** 129:9 | **built** 81:20 | **cast** 81:1 |
| 34:14 | **briefly** 16:6 | **bulk** 9:2 | **cause** 38:11 40:23 |
| **blow** 74:2 | 138:18 | **bulkhead** 72:12,23 | 48:19 50:4,12,13 |
| | | 73:25 76:15,17,20 | **caused** 19:7 22:23 |
| | | | 25:16,25 27:10 |

29:18 91:22 92:4
95:20 143:13,19
143:25 145:20
**center** 11:23
**certain** 34:2 36:4
102:2,3
**certainteed** 4:10
**certification** 7:4
153:1 155:1
**certify** 155:6,11
155:17
**change** 156:5
**changing** 96:11
**charge** 7:22
**checking** 115:5
**checks** 61:25
**chemical** 97:16
**cheryl** 2:6 155:3
155:24
**child** 48:8
**child's** 48:12
**children** 24:24
42:11 43:19 46:4
50:24 51:5,23
143:7
**chip** 76:18
**cholesterol** 11:5
12:12
**cifuentes** 5:15
**cigarettes** 33:17
39:6 41:12
**citations** 123:23
**city** 1:2,4 2:8
16:15 35:16 36:2
113:16,18 130:17
130:21 131:1
137:3
**civil** 2:5
**civilian** 115:6
**classification** 79:9
111:11

**clean** 82:11 144:4
**cleaner** 42:2
**clear** 129:3 144:5
**cleaver** 4:15
**clerk** 7:11
**client** 152:5
**client's** 152:12
**close** 17:15 32:21
**cloth** 89:8,11
90:11,12,14,16
99:19
**clothes** 115:7
**coat** 84:15
**cold** 108:25 109:1
**coleman** 5:1 8:24
**college** 52:10,11
52:15
**colloquy** 155:10
**cologne** 113:18,19
113:21 114:18,23
115:15,23,23
116:4,11,14 117:2
117:7,13 122:2,10
122:13,16,16,25
150:21
**combine** 148:18
148:25
**combing** 97:9,14
**come** 19:7 21:15
22:23 25:17 26:1
27:11 29:19 54:13
56:3 60:3 69:20
83:17 91:9,23
92:4 95:20 101:4
103:7,18 105:3
109:21 112:16
115:18 116:2
119:15 129:20
143:13,19,25
145:7,20 149:17

**comes** 148:19
**coming** 75:10
**commencing** 2:10
**commission**
156:25
**common** 86:8,9,9
86:22,23
**companies** 60:23
61:2 86:13 127:2
**companion** 95:7
**company** 39:20,24
40:5 59:10 61:3
61:10,14 62:10,18
63:20 68:12,12,13
126:25
**compartments**
85:17,19 93:17
**completed** 52:24
**compound** 74:15
74:19 75:1,16,20
76:9 81:25,25
82:17 83:8,9,12,17
83:21,24 84:5
85:13 86:25 87:4
**concerned** 104:20
107:5
**concerning** 15:15
**condition** 11:10
**confines** 60:16
110:5 113:3
116:10 119:25
120:11
**confuse** 150:8
**confused** 74:21
105:20 150:7
151:8
**confusion** 104:17
122:3
**congenital** 124:5
**connected** 155:19

**connection** 56:6
57:14 83:25 87:13
91:2,10 98:20
100:22 104:5
109:24 112:19
115:21 116:3
149:18
**consider** 37:8
47:17
**consideration**
152:11
**consist** 115:4
**constellation**
78:15,17,21 79:1
79:10,19 80:15
81:17,19 82:1,7,8
82:20 83:14 85:7
85:8,12 86:5
87:16 88:11 91:5
91:12,14 92:2
93:7 94:3 95:18
96:4,10,15,19 98:8
101:20 102:16
104:6,12 107:10
**constitution**
101:11,15,21,23
102:12
**constructed** 79:2
81:20
**construction**
87:16 91:5
**contact** 19:7 22:24
25:17 26:1 27:11
29:19 56:3 57:12
60:3 91:9,23 92:5
95:21 101:4 103:7
109:21 112:16
115:18 116:2
119:15 129:20
143:13,19,25
145:20 149:17

contained 15:21
19:9 23:1 25:19
27:13 29:21 56:6
57:14 60:6 65:18
69:5 73:12,18
76:25 83:1,14
87:13 91:2 96:2
98:14,19,24 99:5
100:22 109:23
112:18 115:20
119:17 129:22
134:15,21 135:15
135:18 144:15
145:12
containers 83:19
86:25
contents 155:15
continue 21:2
54:19 104:2 152:6
contractor 46:10
70:6
controlling 7:17
convicted 54:1
cook 3:19
copy 7:20
corp 4:19 5:3
correct 19:21
22:10 26:25 29:2
29:24 42:12,15
45:16 56:24 66:18
71:17 75:9 79:2
81:6,20 87:1 95:5
96:21 110:8 111:4
111:5 123:17
125:5 127:24
128:8,14,16
129:10,13,17
130:18 131:8,23
135:1 141:6 142:2
143:4,8 146:9,13
147:25 150:17,22

151:16
correspondence
52:21 53:20
cough 46:14 47:6
counsel 152:2
counselor 35:22
counties 1:2
couple 59:21
60:22 79:15 84:22
85:24 142:19
course 10:17
16:20 19:2 31:17
52:19 65:11 82:19
134:8 149:12
coursework 53:20
court 1:1,22 7:12
9:18 124:9 156:1
cousins 51:2
cover 39:3
covering 92:8 94:2
94:3,6,10,14,22,25
95:9 99:10,12,17
99:22 100:15
coverings 99:7
cplr 7:15,16
crafts 58:4,6,7,20
59:1,24 62:9
125:11,13,15
crazy 113:14
criminal 54:2
cullen 4:5
curb 145:5
current 16:24
currently 17:3
curtis 3:17
customers 45:11
139:14 140:5
cut 81:21
cuttable 88:21,23
cutting 65:7
126:20,21 127:4

d

d 6:3 8:1
dap 3:20
darger 4:9
dash 58:6
daskal 3:6
date 32:13 37:17
156:3
dates 68:3 104:17
107:1
daughter 17:23
22:13 24:19 42:15
137:25 138:14
daughter's 22:16
david 48:13,14
49:8
day 34:6,7 39:9,10
41:18 46:17,18
71:25,25 79:21,21
97:4,4,23,24,24
114:21,21 118:1,1
119:8,8 124:8
133:9,9,15 134:5
139:13 152:9
153:14 156:22
days 34:11 97:23
124:14 133:19,21
133:22 142:19
death 38:12 40:24
48:20 50:4
deceased 37:20
december 2:9
32:16,19
decide 147:20
deck 85:19 96:12
97:10,14
deemed 7:15
defendant 3:16,20
4:2,6,14 5:7,17,21
6:1

defendants 3:7,11
4:10,19 5:2,13 9:1
83:2 87:6 101:12
127:21 141:22
142:6,16
definitely 21:1
75:4 76:11
delivered 55:25
delivering 40:6
56:14
delivery 55:4,6
56:8 57:9
demeusy 5:9
denise 6:3
dennehey 5:1 8:24
denver 3:12
department
130:12,14,17,21
131:1,8,17 136:6
136:18 137:3
dependent 37:9
45:13 47:18
deposition 1:8 2:1
2:4 9:7 101:19
105:10 156:3
designate 111:11
destroyers 96:10
96:21,24 97:2,21
98:3,10 107:15
deutsch 4:1 6:1
diagnosed 44:14
44:19 47:3
diana 31:25 32:1
32:14 33:1 35:9
37:8
diana's 32:11
34:12 37:17
died 38:25
different 15:16
16:19 31:16 59:2
60:12 63:5 72:8

77:21 82:6 91:13
92:7 93:1 95:23
102:22 103:2,6
105:25 127:11
149:11,16,18,19
150:13
**digging** 81:22
**direct** 8:16 154:3
**directly** 65:15
69:2 73:10,16
82:24 84:13,16
85:1 90:8 98:11
134:13
**discharge** 105:15
125:3,8
**discharged** 123:19
124:25
**discussion** 16:9
28:8
**dishes** 80:3,7,12
81:3
**diverticulitis**
44:15,16
**divita** 5:17
**doctor** 11:15 12:3
12:23 13:8,9,13,19
35:2
**document** 1:15
15:12,21 17:8
20:4 23:11 26:8
28:17 32:17 38:5
43:2 50:11 101:17
105:8
**documents** 14:24
15:2
**dogs** 112:9
**doing** 44:7 68:9
77:15,17,18,21,22
78:3,4 80:19
81:15 82:9 83:4,6
88:12 120:19

121:1,19,25 123:5
123:10 127:8,12
135:23 136:1,3,8
136:14 137:6
139:5 142:12
146:11
**door** 86:18
**dosage** 12:6
**doubt** 133:13
**douglas** 18:7 22:2
24:17 45:15,18,24
46:6,12 47:10,17
**dozen** 80:8
**dr** 11:24 13:15,18
**drafted** 108:11
**drawing** 116:18
**drew** 121:4
**drinking** 105:1
115:12
**drugs** 35:7
**due** 148:2
**duly** 8:3
**dunhill** 39:12
41:16
**dusty** 144:3
**duties** 72:1 79:21
97:4 109:12
111:16,21,24
112:11 114:21
115:13 118:1
119:8 126:17
133:9
**duty** 114:24 115:3
**dykman** 4:5

**e**

**e** 3:1,1 5:19 8:1,1
11:19,19 68:22
113:14
**e.d.** 61:4,12 62:4
62:10,12 65:21

**earlier** 17:2 66:19
81:24 137:23
**earliest** 30:5
**early** 26:18 27:7
33:9,14,15 105:15
136:17
**earning** 61:21
**easily** 91:20 143:1
**east** 4:11 19:19
21:12 22:19 23:4
23:14
**easy** 83:7
**eat** 103:17
**eaton** 6:1
**education** 53:18
53:22
**effect** 7:10
**eight** 40:18 71:6
71:23 73:2,3,5
75:8,13,25 76:7
78:7 130:23
**eighth** 58:9,10
59:25 62:16,20,21
62:24 63:20
**either** 38:25 65:15
69:2 73:9 82:23
98:11 123:7,12
134:13
**elbow** 94:4,6
**elbows** 94:16,17
95:3,13 99:23
100:7,18
**eliquis** 11:3,7 12:4
12:7 13:3 14:7,21
**emery** 3:6
**employed** 69:20
70:2,4 125:8
**employee** 69:24
**employer** 130:8
**employment** 15:3
54:24 56:12 125:5

130:13 149:8
**engine** 132:24,25
133:11 134:10
135:21
**enlist** 108:10
**enlisted** 108:12
**entail** 111:25
**entering** 106:7
**entire** 131:16
**entity** 62:10
**equipment** 19:8
22:25 25:18 27:12
29:20 56:5 57:13
60:5 65:17 69:4
73:11 82:25 87:12
98:13,18 109:23
112:18 115:20
119:17 129:22
134:15,20,22
135:6,9,18
**erect** 84:19
**erected** 82:14
85:12,23 86:4
**erecting** 83:25
87:5
**errante** 4:9
**errata** 156:1
**esq** 3:4,9,13,17,21
4:3,7,12,16,21 5:4
5:9,15,19,23 6:3
**esqs** 4:14,18
**established** 106:17
**estimate** 10:14
145:23
**everybody** 9:19
152:10
**exact** 85:15
**exactly** 35:12
**examination** 1:9
2:2 7:4,21 8:16
152:14 154:3,3

155:6,12,15,20
examined 8:4
exhausted 152:6
expires 156:25
exterior 141:19,21
 142:3

**f**

**f** 2:6 8:1 155:3,24
fabricated 72:20
fabricating 65:4
 74:5,14 129:17
factory 60:9,10
faithfully 155:8
familiar 101:25
family 17:17,18
 19:24,25 31:20
 39:15 41:20 52:3
fanatical 34:10
far 52:9 67:6 81:2
 103:4 104:20
 107:1,5 116:23
farms 39:19,22,23
 40:5
father 41:6,15
father's 37:22
fdny 131:16 134:9
 147:3 148:7 149:5
february 37:19
federal 2:5
feeling 38:13
feinstein 4:1
fifteen 33:7 49:25
 55:13 133:22
 136:6 137:5 139:8
 140:13 152:4
fifth 62:14 63:2,8
 63:9 64:21 67:8
 106:3
figure 151:2
figured 91:19

file 37:12
filed 52:6
filing 7:3
fill 97:22
financially 37:9
 45:13 47:18
find 153:5
fine 10:14 11:21
 12:9,10 36:8
 103:21 106:25
 120:2 121:22
finish 9:14,25 76:5
finished 55:19
finishing 44:17
finley 3:4 9:13,17
 11:20 15:10 21:17
 28:5 32:21,23
 37:15 42:20,25
 46:25 50:8 54:7
 66:25 69:19 74:7
 74:22 76:4 80:10
 86:16,19 103:13
 104:22,25 105:4
 105:21 107:3
 109:10 116:21
 121:8 128:2 129:4
 142:2 151:22
 152:1,2
fire 78:19,24,25
 130:12,14,17,21
 131:1,7,17 135:2
 135:14 136:6,18
 137:2
firehouse 132:20
 132:20,22,23
firehouses 136:21
fireman 132:21
 133:10 134:9,20
 135:21 136:20
 146:9,13 147:3,13
 147:15

fireman's 135:12
fires 133:12,13
 134:23 135:3
 147:23
firm 5:21 8:23
first 8:2 16:18
 20:11 26:22 55:1
 55:3 63:6 78:16
 84:15 106:4,5
 111:14,15,18
 112:21 114:8,10
 117:22 119:12
 122:5,5 124:21
 125:7
fitted 72:3
five 12:18,21 17:7
 30:15 37:2 73:2,3
 73:4 137:13 146:2
fixtures 80:2,4,11
 81:3 91:16,17,22
flight 112:2
floor 3:3,8,20 4:11
 5:14 30:16
floral 17:23
fluitt 4:16
folks 30:2
follow 104:4
following 125:3,8
follows 8:4
foot 60:12 65:10
force 7:10 105:11
 105:16 108:1,14
 108:17,18 109:14
 110:1,15,18,24
 111:22 112:21
 114:10 120:23,24
 123:16,20 124:1
 125:4,9 129:8
 150:11,18,25
 151:5,16,20

ford 4:2
foregoing 153:4
forenoon 2:11
forget 14:5 36:7
 88:9
forgot 138:20
form 7:6 10:5 42:8
 44:14,20 47:4
 48:25 50:17
 101:12 127:21
formal 53:18
forms 92:7
fort 53:7
fought 133:13
 135:3
found 57:25
 118:16
four 64:13 65:12
 108:4,22,23
 109:25 110:8
 116:24
francis 40:15
frank 86:20
fred 139:19,20
 142:14 145:18
 147:7
frederick 1:10,16
 8:7 37:23,24 38:1
 153:10 155:7
 156:3,4,20
freeport 65:22
 66:6 67:18 68:6
 68:10,25 69:9,12
 106:2 125:21
 126:19 128:4,7,11
 128:16 129:13,25
 130:2,9,11
friends 87:21,24
front 47:8
fugazi 59:14

full 42:19,20 54:24
  65:9
funny 48:21 81:11
furnished 7:21
further 7:8,13,18
  155:11,17

g

g 1:10,16 8:1,7
  153:10 155:7
  156:4,20
galvanized 59:4
garbage 145:3,7
garden 2:8
gardner 3:12
gary 11:24
gear 135:12,14
generally 133:15
  133:24
generals 118:23
  119:1
genevieve 4:12
germany 113:6,7
  113:16,21 114:18
  114:23 115:15,24
  116:4,11 117:2,8
  117:11,17,23
  118:3 119:14
  122:2,22 123:8
  150:14,21
gesture 10:6
getting 23:6 66:24
  74:21
give 9:18 10:1,14
  28:5 35:7 85:24
  86:1 93:23
given 8:15 62:22
  152:11
giving 34:14,25
  35:4
gloves 135:9

go 9:22 16:5 35:8
  41:9 52:9 58:3
  63:17 65:3 72:4
  72:10 93:9 94:5
  97:25 110:7,10
  113:5,7 115:1,2,8
  116:13 125:16,19
  130:6,16 134:22
  148:4 150:9
goes 87:20
goggin 5:1 8:25
going 16:18,23,24
  31:19 51:18 54:12
  72:7,11 76:19
  78:9 88:4 102:23
  103:15,16,17,18
  115:5 121:7 124:9
  148:18 151:15
  152:6,8
good 8:18,19
  24:11 32:22 38:10
  39:10 42:18,19,20
  43:8 46:13 146:7
  152:1
goodyear 3:7,7
goulds 4:6
government 69:25
  70:11 151:12
graduate 53:3,6
graduated 53:9,13
  53:16 57:2,4,21
  58:1,18 67:4
grasp 86:22
great 44:10
green 5:8
grind 72:22
grinding 72:2,5
  76:14,16
groceries 55:25
grocery 55:4,5

ground 9:23 72:10
guess 10:13,15
  12:21 21:11 25:2
  34:18 36:10 40:21
  41:15 51:21 66:8
  78:22 83:8 88:1
  88:10 95:22 98:15
  101:16 110:22
  125:24
guidance 35:22
gutters 47:16
guy 91:19
guys 37:12 77:8
  79:15 87:19 115:6
  115:9 118:5
gwertzman 11:24
  11:25
gypsum 86:8,12
  87:8

h

hair 45:11
half 63:13 80:8
  139:12
hamilton 53:7
hampton 2:7
hand 90:5,9
handle 87:10
  90:25 98:17,23
  99:5 100:20
handles 48:1
harbor 43:15
hard 34:15 92:20
harris 6:3
hat 134:25
hauled 145:5
head 42:24 48:22
  128:1 151:9
health 34:12 44:8
  46:12 148:2
  152:12

hear 8:20 48:11
  49:22 90:1
heard 59:6 71:22
  86:6 93:24
heart 13:9,13,19
  14:12 41:1,3,7
heavy 135:2
held 16:9 28:8
  149:7 155:7
hell 35:4 92:13
help 13:16,17 43:1
  89:19,19
helped 87:19,24
  89:18
helper 79:14
helpers 84:22
hereto 7:3,20
high 53:3,5,7
  54:22 55:19 56:12
  57:2,19,21 67:5
higher 119:3
hip 11:22 12:4
hired 59:7 70:22
history 15:15 52:1
  78:25
hoarse 104:21
hold 54:23 56:11
  131:19
holding 55:2
holmdel 5:18
home 8:9 16:24
  17:16,17,18 18:8
  19:6,11,12,14,23
  19:25 21:3,3,19
  22:9,22 27:21
  28:10 29:18 30:12
  35:10 41:21,24
  46:23 47:1 140:17
  144:22 145:17
homes 39:15
  137:21 139:7

140:8,13,19 141:5
141:9 142:13
143:12,19,24
147:8
**honorably** 123:19
**hook** 133:1,2,11
134:10
**horses** 40:8,10,12
**hot** 79:6
**hour** 85:9 92:15
133:22,22 146:1
152:8
**hours** 72:25
145:24 146:2,2,4
**house** 24:6 26:6
30:15 34:9 42:2
47:9,9 136:2,23
**houses** 137:7,9
142:25
**huh** 32:6
**hull** 72:11
**hundred** 37:2
**hurt** 124:2,3

**i**

**idea** 49:25
**identifying** 16:12
**ii** 28:15
**illianov** 4:3
**illinois** 5:8
**imo** 5:13
**impartially** 155:8
**inch** 84:8 97:9
**including** 96:21
98:9
**income** 37:5
**incorporated**
139:23
**index** 1:17 154:1
**individual** 97:20
**industries** 5:13

**information** 16:7
16:12 66:14 70:17
130:24
**initial** 91:4
**initially** 11:15
12:23
**injured** 123:25
147:12
**injury** 124:18,19
**inn** 2:8
**inner** 80:25
**inside** 72:12
**install** 79:25 93:3
93:13 94:2
**installing** 80:4,14
81:2 93:10 94:6
143:12
**instance** 92:8
**instructions** 10:21
**insulated** 60:15
69:8 110:4 113:2
116:9 119:24
120:10 123:7,12
**insulation** 87:20
87:25 88:3,16
89:2,5 92:16
**interested** 155:20
**interior** 141:18,20
141:21,25 142:9
142:15,18
**interrogatories**
15:10,13 60:25
**intersection** 24:3
**involved** 82:3
**involving** 137:6
**ip** 3:12
**ireland** 41:4,5,7
**iron** 76:19
**island** 137:15
**issues** 148:3

**itch** 92:21
**itchy** 92:13
**item** 99:2

**j**

**j** 3:4
**jacket** 135:10
**jagger** 13:15,18
**january** 109:4,5
**jersey** 1:24 5:18
6:2
**job** 2:25 46:8 55:1
55:18 57:25 69:23
146:8 147:12
**jobs** 46:11 80:1
141:24 146:16
**john** 59:5
**join** 59:12 131:6
**joined** 66:12,15,22
67:23
**joining** 103:3
**joint** 37:12 74:15
74:19 75:1,16,20
76:9 81:24,25
82:17 83:8,9,12,17
83:20,24 84:5
85:13 86:24 87:4
**joints** 72:4 94:4,7
**joseph** 4:7
**journal** 132:6
**judge** 7:11
**june** 57:22

**k**

**k** 8:1 68:22 113:14
**kaiserslautern**
113:10,11,12,13
122:12
**karnak** 4:19
**keep** 10:4 48:4
120:1

**keeps** 42:23
**keith** 51:8,11,23
138:22,23 139:7,9
**kemble** 6:2
**kids** 146:18
**kind** 142:8
**kluger** 3:19
**knives** 88:20,22
**knocker** 126:10
**know** 10:10,12,18
10:18 11:1,14
12:6,16,22 14:3
15:8 18:12 22:8
23:2 26:7 28:16
30:24 33:19,22,25
34:5 35:6,12,15,20
35:23 36:6,14,18
36:24 37:1,17
38:4,11 39:8,11
40:21,23,25 41:14
41:17 43:22 46:20
47:25 48:2,3,4,6,7
48:19 49:2 50:6,7
50:11,13,16 53:12
59:6 62:6,7,8
65:10 66:20 70:3
70:16 71:22 73:13
73:14 74:10,12
75:15,17 76:10
77:1,1,8,14,16
78:18 83:9 85:16
85:21 86:3,17
87:3,9 88:10,14,25
89:22 90:1,17,20
92:12,13 93:11
95:8,11 97:23
100:8,11 101:14
101:24 104:10,18
105:7 107:20
112:14 121:23,23
122:8 124:4

125:17 127:2
128:19 133:7
135:5,19 139:3,3
140:6,8,22 141:3
141:16 142:10,11
142:21 144:19
148:10
**knowledge** 15:24
34:22 38:25 42:22
49:1 52:5 132:16
153:6
**known** 61:4 66:2
**kurowski** 5:6

**l**

**l** 4:21 113:14
**laid** 92:14 124:14
**langley** 110:15,15
110:18,23 111:22
112:13,21,24
113:3,5 114:7,12
116:25 123:13
150:17
**larancuent** 4:3
**late** 33:9,14 66:9
66:11 69:16
**lately** 34:13
**laura** 40:15,15,16
**law** 5:21
**lawler** 4:18
**lawsuit** 52:7
**lawyer** 43:23 44:2
**lay** 92:10
**layer** 99:19
**leader** 5:12
**leaders** 47:16
**learn** 109:15
**left** 106:9 111:8,13
114:7,9,14,17
115:9 117:7 129:7
**legs** 54:8

**length** 65:9 94:15
94:17
**lengths** 93:1
**letters** 60:11,13
118:23,25 127:11
**levey** 5:23
**leviton** 5:2
**lie** 92:24
**liens** 18:10
**life** 20:19
**lifetime** 14:10
16:21 31:17 38:18
42:9 55:2 149:12
**line** 112:2 154:3
156:5
**liquid** 4:19
**listed** 60:24
**listen** 76:2
**litigation** 1:4
**little** 31:20 33:24
35:7 46:19 50:10
54:8 64:8 66:16
68:2 100:14
104:16 117:12
122:3,17 130:4
**live** 17:3,20,24
19:15 20:2 21:12
21:23 22:2,12
24:14,17,25 28:9
43:9,12 45:24
**lived** 16:20 17:6
17:10 19:16 20:6
20:11 21:19,25
22:9,13 23:3,9,9
23:14,23 25:8,12
26:3,5,10,14 27:2
27:5,15 28:19
29:1,13 30:1,17
31:4,16 39:16
118:24

**lives** 17:23 18:5
22:6 43:10,10
45:25
**living** 19:2 20:14
20:17 23:13 30:6
39:18 42:12 43:21
46:7 50:20
**livingston** 1:24
**llc** 3:15 5:2,6,13
**llp** 3:6 4:1,5,9 5:12
5:21 6:1
**local** 59:19,21
**located** 39:24 63:7
112:5 132:25
137:9
**location** 26:11
31:10 60:17 62:13
63:12 64:1,16,19
64:21 65:21 66:2
66:6 67:13 68:7
68:10,25 69:9,12
106:2 125:18
126:19 127:25
129:13 130:3,11
**locations** 31:16
105:25 106:6
**long** 11:6 12:14,16
12:17 13:18 17:6
20:2 24:25 25:2
28:9 36:10 45:11
55:16 58:19 63:11
63:25 66:5 68:1
70:13 71:4 78:20
92:23 97:19 108:2
108:21 110:23
113:19 116:19
117:16 125:15
130:20 139:4
**longer** 128:13,18
128:20

**look** 15:12 89:6
99:12
**looked** 15:7 61:20
89:7
**looking** 69:22 99:1
**lopez** 4:3
**lost** 79:6 85:8
**lot** 13:23 14:6 80:1
82:3 97:8 102:6
127:2 139:11
**loved** 45:8,10
**low** 35:1,3
**lucky** 30:7
**lunch** 92:9,15,24
103:22 104:1
**lung** 42:8 44:20
47:5 50:17 52:2
**luxenberg** 3:2
**lynch** 3:6

**m**

**m** 11:19
**machinery** 65:1
**macsteel** 4:12
**mahoney** 3:11
**maiden** 32:11
**mail** 52:19
**main** 5:22
**maintenance**
120:14,18 121:1
121:20 122:1
123:6,11
**major** 113:16,18
**majors** 119:2
**making** 64:23 65:3
68:11 72:2,16
74:5,14 76:15
126:22,24 127:10
**malaby** 3:15
**mall** 33:20 41:16
**manhattan** 16:16
16:17 28:12 29:24

30:2 137:12,14,18
140:9,19 142:13
144:23 145:17
147:8
manual 118:17
manufactured
60:11 86:3 95:8
95:11
manufacturer
90:18 93:21 100:9
100:12 104:11
144:20
manufacturer's
85:22 89:1,23
manufacturing
5:3
march 109:16
market 4:20 55:10
55:17 56:8,14,16
56:21 57:16
marriage 32:1,2,4
32:7 33:2 35:10
36:11
married 25:7,9
26:21 28:22 32:8
32:14,18 36:11
43:17 46:2
marshall 5:1 8:24
martial 124:9
maryland 52:12
52:14 53:21
mask 134:25
135:3,4
mastectomy 34:15
material 19:9
22:25 25:18 27:12
29:20 56:4 57:12
60:4 65:16 69:3
73:11,17 82:25
87:11 89:11,13,17
89:24 90:3,13,19

90:23 91:1 92:18
93:22 94:11,22
95:4,9,12 98:12,18
99:4,25 100:1,5,9
100:12,16,16,17
100:21 109:22
112:17 115:19
119:16 129:21
134:14 145:11
materials 74:4,10
74:13 76:23 77:2
144:11,14,21
145:1
matter 2:3
maxess 5:3
mccambridge
3:11
mcdermott 51:8,9
51:12,23 138:22
138:23
mcelroy 6:1
mcgivney 3:19
mctiernan 4:14
mean 83:6 128:19
128:21 142:25
meant 128:17
meat 56:14,14,15
56:21 57:15
mechanic 59:8,10
64:16 68:6,24
70:24 73:8 75:7
79:11,17,23 81:10
81:16 83:13 87:15
91:4,12 95:16
97:1,6 126:7,11,14
medals 123:22
medical 15:5
medication 11:11
11:16 12:24 14:15
medications 10:23
11:2 13:2 14:22

meetings 131:22
131:25
melville 5:4
member 59:15
130:20,25 131:7
131:15
memory 85:25
86:7 107:2
men 88:16 89:2
145:7
mentioned 14:8
31:22 49:14 62:19
80:11,12 81:24
86:11,24 94:1
95:2 100:15 104:8
122:7 141:4 143:2
messed 144:8
metal 59:8,9 60:8
60:21 61:4 62:5
63:2,3 64:15 65:6
68:5,17,18,21,24
70:23,23 71:3,5,8
71:13 72:2,6,7,10
72:23 73:1,6,7
74:16,20 75:3,7,14
76:13,25 77:6,15
77:24 78:1 79:11
79:13,16,22 81:9
81:16 83:13,19
85:5 86:25 87:15
91:4,12 95:16
97:1,3,5,11 102:15
106:11,19 107:6
126:4,7,9,13,16,18
127:4 128:11,15
129:16,17,24
metals 73:14
miceli 32:12
michael 3:17
mid 21:20,21
22:20,20 25:5,14

88:13 136:23
middle 20:20,24
136:9,15
military 15:4
31:14 54:14
106:19,22 107:18
117:20 149:21,23
150:1,5
milk 39:20,23 40:5
40:6
milkman 40:9
mind 121:7
mine 37:25 87:21
minor 54:2
minute 106:16
136:13 152:4,4
minutes 54:8
misinterpreted
38:22
mix 89:19 94:8,18
95:4 100:6
mixed 89:9,14,23
89:24 90:3,13,18
90:22 94:12,20,22
95:12 100:5,12,17
money 70:21
month 37:2 76:7
105:15 110:17
148:16
monthly 37:5
months 71:7,24
73:5 75:9,13 78:7
108:4,22,23
109:25 110:8
116:24 125:25
moonlighting
135:23 139:6
145:16
moore 4:14
morning 8:18,19
10:24 13:2 14:17

38:7
morristown 6:2
morse 5:2
mortgage 18:11
  18:13,15,16,24
mortgages 18:10
mother 41:10,23
  42:5,7
mother's 40:14
mount 5:8 6:2
mouth 139:15
move 56:13
moved 20:25
  29:23 63:21 67:12
mt 1:23
muddled 66:24
mulvaney 6:1

**n**

n 3:1 8:1 49:19
name 8:5,22 11:14
  12:22 13:12 18:6
  22:16 31:24 32:11
  37:22 40:14 48:12
  49:18 51:7 55:8
  56:15 61:24 68:14
  71:21 85:22 86:11
  86:23 89:1,23
  93:24 99:2 101:25
  113:9,15 139:18
  156:3,4
names 11:1 74:3
  74:12 85:24 86:1
  86:6 87:7,8 95:14
  96:23 98:2 140:4
naval 70:14 71:1
  71:16 73:7 75:8
  78:14 82:21 87:17
  91:6 95:18 96:8
  97:7 102:23 103:3
  103:9 104:8
  106:20

navy 58:23 60:20
  67:21 69:13,21
  70:8 100:24
  102:17,19 105:17
  106:11 126:12
  129:1 151:12,17
near 24:3 113:11
  113:17,19,20
  114:17,22 115:15
  115:22,23,25
  116:4,11,14 117:2
  117:7,17,23 118:2
  119:13 121:11
  122:2,11,13,21,24
  150:20
nearly 79:6
need 10:16,19 50:5
neglected 104:5
nephew 51:6,23
  138:19,22 143:7
  146:22
never 9:12 38:23
  120:6,8,9,12,17
  132:2 134:2
  144:16
new 1:2,4,24 2:8
  3:4,4,8,8,13,13,17
  3:17,21,21 4:3,3,7
  4:7,11,11,16,16
  5:4,14,14,18,22
  6:2 8:11 16:15
  19:3 25:13 35:16
  36:1 108:20
  130:18,21 131:1
  133:3 137:3
  144:23 145:18
  155:5
news 132:10
newspaper 132:6
nicholas 4:21

night 115:2 133:23
  134:5
nights 133:20,21
  146:5
nine 71:7,23 73:4
  73:5 75:9,13,25
  76:7 78:7 133:22
nod 10:7
nodding 29:7
north 2:8
notary 2:6 7:10
  8:3 153:17 155:4
  156:21,24
notice 60:14 69:7
  110:3 113:1 116:8
noticed 120:8,9
number 59:19
  71:13,25 77:6
  102:15 106:12,20
  107:6
numbers 21:15

**o**

o 8:1
o'fallon 5:8
ober 3:9
object 83:2 87:6
  101:12 127:21
  141:22 142:6,16
objections 7:5
obtaining 16:11
occasion 50:25
  54:23 128:3
  129:23 136:16
occasionally 47:19
  47:21,22,23
odd 80:1
oddball 91:19
offense 54:2
office 46:9 117:25
  118:5,7,9,11
  131:19

oh 11:8 12:16,19
  13:21 18:11 21:1
  25:1 33:7 36:14
  36:16 41:2 45:9
  46:13 47:25 48:15
  49:22,24 51:18
  58:21 70:3,15
  77:7 85:20 89:8
  93:1 97:22 107:23
  114:9 118:21
  121:3 127:15,22
  128:17 132:7
  133:14 134:1
  138:2,10,10,20,25
  142:17 144:12
  146:10 148:18,23
okay 8:20 9:16,21
  16:21,22,25,25
  18:3 23:8 25:22
  28:3 31:20,21
  37:15 38:3 44:5
  48:2 75:10 103:20
  103:21 104:24
  105:4 115:25
old 28:13 42:17
  45:18 49:20 53:13
  55:11 66:22 144:6
once 57:8 89:10
  99:9
ones 99:23
operating 64:25
oral 1:8 2:2
order 144:11
ortiz 4:21
outdoors 142:19
outside 35:9 41:24
  142:22
overhead 60:15
  69:8 110:4 113:2
  116:9 119:24
  120:11 123:7,12

overlapping 64:9
owned 21:6 61:13
owner 139:25

**p**

p 3:1,1
p.c. 3:2,19 5:1
p.m. 73:3 103:22
  103:24 151:23,25
  152:13
p1-2744594 156:2
pack 34:7 39:10
  41:19 46:18
packaged 83:18
  90:23
page 154:3 156:5
paid 61:17 62:1
  100:14 146:15,24
pain 14:19
paint 146:7
painting 25:20,22
  25:23,25 45:3,4
  46:11 47:12,15
  49:10 51:15 136:2
  136:24 137:7
  139:19,21 141:4
  141:10,12 142:14
  143:2,23 145:19
  147:7
pall 33:19 41:16
pancreatitis 48:23
paneling 141:14
  143:3,12
paper 11:18
  132:17
parents 27:21,22
  28:10 29:2,11
  30:18 31:2 37:20
park 17:23 52:15
part 54:24,25
  55:18 80:20
  139:12

parties 7:2,14,20
  155:19
partners 140:2
parts 72:16,19
  73:25 74:4,6,13
  81:22
pascarella 5:17
pass 38:1 40:16
  48:14 49:23
passed 17:22 38:7
  40:17,20 48:8
  49:21
passing 50:12,14
paste 144:6
patience 152:11
patrick 3:4 152:2
patrol 112:1 115:1
  115:4
pay 47:20,24 51:1
  59:16 146:18
pays 47:22,23 48:3
pennsylvania 4:20
pension 36:19
  148:6,9,22,25
people 119:3
  122:15 137:25
perfectly 10:12
perform 22:21
  25:14 27:8 29:17
performed 19:5
performing
  120:13
period 21:4,7
  25:12 59:23 69:13
  74:24 76:7 79:17
  87:14 98:5 101:5
  101:9 103:8,19
  104:15,20 125:15
  129:5,9 138:4
  139:2,4 145:24
  147:2

periodically
  137:24
person 71:19
personal 15:15
  16:6,11
personally 87:10
  90:25 94:2 98:17
  98:23 99:4 100:20
pfizer 5:21
philadelphia 4:20
phonetic 59:5
phrase 94:12
physically 52:20
  75:15 128:5
  149:20
piece 11:17 19:8
  22:24 25:18 27:12
  29:20 97:9 134:14
pipe 89:7,11 92:8
  94:1,3,6,9,14,15
  94:21,25 95:9
  99:10,12,16,21
  100:15
pipes 87:21 88:4,7
  90:7,9
piping 60:16 69:8
  88:5,17 89:3,6
  99:22 104:9 110:4
  113:2 116:9
  119:24 120:11,15
  120:18,20 121:2
  121:21 122:2
  123:7,12
place 31:10 40:12
  60:19 116:15
  121:11 122:5
  125:7 126:9
places 15:16 16:20
  149:11,18,19
plains 5:22

plaintiff 2:2 3:3
  8:2
plaintiff's 152:2
plane 124:24
planes 112:3,5
plastic 99:14
  145:4
platelets 34:14,24
  35:3 44:9,11
pleasant 1:23
please 8:6,9 9:14
  9:25 10:9
plexiglass 59:3
pliable 92:21
pllp 5:17
plumbers 88:1,2
point 8:11 17:4
  19:3 38:18 43:11
  43:15 78:25 127:9
  134:25
police 114:24
  115:3 118:10,12
policed 112:4
policeman 111:23
  111:25 114:25
  150:4,11
policing 112:2
portion 20:24
  136:9,15,17
possession 140:23
post 46:9
preexisting 144:10
  144:14,20
prefab 97:13
preparation 14:25
  15:6 16:2 17:9
  20:5 23:12 26:9
  28:18 38:6 43:3
prescribed 11:15
  12:3,23

presence 60:15
  69:7 110:3 113:1
  116:8 119:23
present 8:8 9:10
  19:11,12 31:8
  75:19 76:8 102:8
  149:20
presently 81:14,15
  102:18
pretty 32:21,22
  91:20 111:19
previous 21:19
  22:9
previously 42:14
  62:20 64:20
primarily 134:6
primary 146:8
prior 23:4,13 26:4
  27:16 102:23
  103:3 106:6
  136:14 151:15
priority 1:22
  156:1
private 36:2
  137:21
probably 11:8
  25:3 28:14 41:19
  48:16 114:2 120:6
  136:5 139:8
procedure 2:5
product 19:8
  22:24 25:17 27:11
  29:19 56:4 57:12
  60:4 65:16 69:3
  73:11 82:24 87:11
  98:12,18 99:4
  109:22 112:17
  115:19 119:16
  129:21 134:14
products 76:24

projects 144:22
  145:17
properties 21:6,8
protective 134:19
  134:22 135:9
provided 7:14
  15:20 32:18 66:14
  70:18 101:18
  105:9 108:6
  130:25
psychology 53:2
public 2:6 7:10 8:3
  36:2,3 153:17
  155:4 156:24
publications 132:5
  132:9,15
pump 3:11
pumps 5:13
purchased 21:3
pursuant 2:4
put 74:1 80:1
  82:12 83:22 84:3
  84:9,21 94:17
  96:13 97:8,14,17
  99:18,19,19 135:3
  145:2,4
putting 81:23
  82:11 83:25 91:22
  94:13 143:18

                q
queen 19:24
queens 137:12,14
  137:19 140:10,20
  142:14 144:23
  145:18 147:8
question 9:15 10:1
  42:18 74:8,23
  76:3 104:4 133:8
  142:5
questions 9:3,5,11
  10:9,11,17 15:14

15:21 42:19,21
  120:4 155:9
quick 21:15
quit 33:6 40:7

                r
r 3:1 8:1,1,1 11:19
  58:6 68:22 113:14
  113:14
rakison 61:4,12
  62:4,10,13 65:21
ran 118:11,11
  133:12
rank 111:6 114:1
  124:22
ranked 119:3
rappaport 4:1
reaction 97:17
read 132:12,14
  153:4
reader 132:17
real 59:17
really 65:2 76:11
  119:10 120:7
  126:15 135:2
  140:6
reason 14:5 56:2
  57:11 60:2 65:14
  69:1 73:9 76:22
  82:23 98:10
  101:16 109:20
  112:15 115:17
  116:1 119:14
  129:19 134:12
  143:10,16,22
  145:14 156:5
rebuild 18:19,20
recall 23:3,21 30:6
  55:2 57:18 61:1
  67:2 76:12 80:13
  81:14,15 93:20
  101:22 102:19

119:23 120:25
  121:10,19,25
  123:5,10 140:15
recalling 21:14
receive 36:19
  123:22 132:4
  148:6,13,16
receives 36:25
recess 54:16
  103:23 151:24
recollection 31:9
  57:22 75:20 76:8
  86:2 102:9 107:4
  107:21
record 8:6,9,13,22
  16:6,8,9,11,13
  28:8 54:17,18
  103:24,25 151:25
recorded 155:8,12
records 14:25 15:2
  15:3,4,4,4,5 107:1
  107:19 108:5
  140:17,23 141:2
rector 4:15
red 45:11 133:1,2
  133:11 134:10
reduced 155:13
reference 101:19
referring 15:1
refresh 85:25 86:2
refused 124:8
regarding 132:12
  140:18
regular 14:16
  72:24 135:11
related 52:7 148:3
relating 132:14
relative 155:18
relatively 111:18
relatives 51:1,5,24
  52:6

**relocate** 134:4
**rem** 11:18
**remainder** 64:5
  137:2
**remember** 9:13
  19:17 20:16 24:5
  26:3 27:15 30:1
  32:13,25 33:18
  50:8 53:8 55:8
  56:17 61:24 71:21
  74:3 78:16,20
  80:9 81:12 85:6
  85:11 86:10,14,17
  86:21 87:7 89:4
  90:22 95:14 96:23
  98:2 100:13 101:1
  103:4 108:24
  109:11 110:17
  117:6 121:5,22
  140:4,7,10 142:24
  149:14
**remeys** 11:18
**remove** 144:10
**removed** 34:19
  144:15,21 145:11
**rems** 11:18
**renovation** 31:9
**renovations** 19:5
  22:22 25:15 27:9
  29:17
**rent** 47:20,22,23
**rental** 24:1,12
  26:24 27:6,16
**rented** 29:11
**renzulli** 5:21
**repair** 31:9 120:14
  120:18,19 121:1
  121:20 122:1
  123:6,11
**repairs** 19:6 22:22
  25:15 27:9 29:17

**rephrase** 10:9
**reported** 71:19
**reporter** 2:7 8:5,8
  9:10,19 10:2,6
  155:4
**reporting** 1:22
  156:1
**reports** 118:18,19
  118:20
**represent** 8:25
  102:1
**representing** 7:22
**required** 156:21
**reserved** 7:6
**resided** 22:18
**residence** 30:6
**residential** 139:6
  140:19 142:13
  143:24 144:22
  145:17 147:7
**respect** 7:17
**respective** 7:2,19
**respiratory** 34:21
  42:9 44:21 47:5
  49:3 50:18 52:2
**response** 8:15
  62:22
**responsibilities**
  72:1 79:22 97:5
  109:13 112:12
  114:22 118:2
  119:8 133:10
**responsibility**
  120:13
**rest** 117:19
**rested** 124:14
**retire** 147:20
**retired** 20:21
  141:3 147:18
  149:5

**retirement** 36:20
  147:24
**return** 37:13
**review** 14:24 16:1
**reviewed** 17:9
  20:5 23:12 26:9
  28:18 38:6 43:3
**rid** 140:24 141:1
**ridge** 27:20,25
  28:11,20 29:14
  39:25 40:5
**right** 17:12,24
  20:8 23:9,16,17,22
  23:24,25 25:6
  26:13 27:4 28:15
  28:21 32:2,5,19
  33:12 35:24,25
  38:9 43:5 44:12
  45:23,25 46:1,15
  51:16 60:14 61:13
  62:11 67:6,10,20
  67:23 68:3 70:11
  70:20,21 75:18
  84:11 94:23 101:8
  101:22 102:8
  103:14,15 105:13
  106:5 107:22
  108:8 109:8 110:9
  111:15 112:9
  115:12 119:3
  121:17 123:1,4
  127:12 129:5
  131:4 133:25
  138:1,13 142:21
  145:6 150:11
  151:19
**rights** 7:14
**rip** 87:19,24 88:16
  144:2
**ripped** 89:2

**ripping** 88:3
**rivet** 85:1 97:13
**rivets** 84:25 93:11
  93:14
**road** 5:3,8
**robert** 5:9,23
**rockaway** 8:11
  17:4 19:3
**roll** 145:2
**roofing** 47:15
  49:12 51:15
**room** 9:4 29:9,10
  85:15
**rooms** 82:3,4,5,6
  82:10,10,13
**rotted** 97:18
**rough** 49:24
**route** 5:18
**rubber** 97:15,17
  135:12
**rules** 2:5 9:23
**run** 118:9
**running** 88:7
  104:9 118:4,4
**ryan** 3:21

        **s**

**s** 3:1 11:19 113:14
  113:14 156:5
**samantha** 13:15
**sampson** 108:17
  108:18 109:14
  110:1,5 116:23
  123:13 150:16
**sandy** 18:14,17,18
**saw** 120:17,19
  121:5
**saying** 9:20 120:1
**school** 35:12,13,14
  35:16 36:2 52:9
  53:3,5,7,24 54:23
  55:19 56:12 57:2

57:19,21 67:5
schools 36:2
scaling 7:3
second 28:6
111:17 112:20
114:3,4,13,15,19
115:22 117:4
121:9,14 126:18
128:3 129:23
secretary 43:22
44:2
section 28:1,11
29:15 100:4 133:2
134:10
sections 7:16
100:2
security 15:3
36:22,25 37:6
61:21 148:14,17
149:1
see 11:8 13:16
43:1 121:3 149:13
seeing 120:25
121:10
segal 3:11
semiregular 14:16
send 52:25
series 15:14,20
served 105:11
116:15 121:16
150:13
service 20:10,15
31:15 54:14 64:3
64:7 66:12,15,23
67:24 102:24
103:3,20 104:16
104:18,19 105:5
106:7,15,22 107:7
107:11,16,24
108:3,7 117:20

services 1:22
serving 119:12
setting 9:9 60:10
seventh 58:9 63:20
63:23 64:1,12,19
65:13,25 67:13
106:1
shawnette 4:16
she'll 35:6
shear 65:9,10
127:5
shears 65:7,8
68:17
sheet 59:8,9 60:8
60:21 61:4 62:4
63:2,3 64:15 65:6
68:5,16,18,21,24
70:23,23 71:2,5,8
71:13 73:1,6,7
74:16,20 75:3,6,14
76:13,24 77:6,15
77:24 78:1 79:11
79:12,16,22 81:9
81:16 83:13 87:15
91:3,11 93:21
95:16 97:1,3,5,11
102:14 106:11,19
107:6 126:4,7,9,13
126:16,18 128:10
128:15 129:16,24
156:1
sheetrock 82:12
82:14 84:1,4,11,14
84:17,20,21,24
85:12,23 86:4,13
87:5 88:20,22
92:11,12,17,20,20
93:13
sheets 92:6,7,10
92:15,23 93:4,10

sheffield 39:19,22
39:23 40:4
shift 133:16
ship 72:12,14,17
72:20 75:11,16,22
75:24 78:10,12
79:1,7,24 88:13
ships 96:20 97:7
97:20 98:1,4,9,21
100:24 101:7,24
102:17 107:14
127:18,19,24
149:24 150:2,4,6
150:24 151:2,3,11
151:18
shipyard 70:14
71:1 73:7 75:8
82:21 87:17 91:6
95:19 96:8 97:7
104:8 106:21
shop 60:8,10 61:4
63:2,3,6,17,22
65:13 71:3,5,9,12
71:13,24 72:15,16
73:1,6,19 74:17,20
74:24 75:2,3,7,14
75:17,21,24 76:6
76:13,25 77:6,11
77:24 78:1,6
102:15 106:12,20
107:6 127:6,13,16
128:11,14,16,18
128:18,21,21,23
128:23,23,25
129:16,24
shops 63:5
short 21:4 54:15
86:7 108:4 151:23
shorthand 2:7
155:4

shoulders 10:7
show 107:19,19
shrug 10:7
shultz 5:6
sic 113:14
side 45:4 49:10
51:14 135:23
136:4,9,14 137:6
139:5 142:12
145:15,25 146:11
147:1,10
signed 7:9,11
signs 59:2,3,4,4,5
59:10 64:23 65:4
68:11 126:21,22
126:24 127:3,3,10
129:17
silly 133:8
simbach 122:6,7
122:10,11,14,19
122:20,21
simvastatin 11:4
12:11 13:3 14:21
singer 3:11
single 17:18 27:18
sir 16:14,18 54:12
54:18 56:2 103:14
103:25 142:10
150:9
sister 29:5,6 30:18
30:23 49:14
sister's 49:18
sisters 29:4
sit 75:18 101:21
102:7 107:22
142:21
six 17:14 26:6 29:9
29:10 30:14 40:18
71:6
sketch 74:1

slag 76:18,20
sleep 41:3 109:18
112:24 116:6
119:20
slip 48:21
small 24:8 31:13
122:12,20 141:23
smaller 84:9 98:4
98:9
smoke 33:4,17,19
34:9 39:6,15
41:20 46:17,25
47:8 79:5
smoked 33:21,22
33:25 34:3,5 39:8
39:10 41:12,17
smoker 33:1 39:4
41:10 44:23 46:15
49:6
smoker's 46:14
47:6
smokes 46:23
smoking 33:16,23
soap 80:2,7,12
81:3
social 15:3 36:22
36:25 37:6 61:20
148:13,17 149:1
softer 92:7
solid 100:1,9,16
solomon 2:6 155:3
155:24
son 17:21,22 18:2
18:3,5 22:2,7
45:15 138:9
son's 20:19
sons 138:12,13
sorry 48:11 49:22
122:9
sort 73:23 95:6
118:14 132:8

sought 125:4
sound 17:11 20:7
23:15 28:21 32:19
33:12 38:9 43:5
67:10,19 68:3
70:20 105:13
109:8 131:3 133:7
sounds 23:17
24:11 38:10 43:8
45:23 108:8
source 37:5
south 117:12
spackle 90:21
speaking 152:5
specific 75:19
spend 97:19
spent 56:7 57:15
65:12 91:3 104:19
112:20 115:22
116:3 119:12
spots 79:6
spring 110:21
stable 40:11
stainless 59:3
stamina 152:7
standard 135:11
135:14
start 16:23 57:1
105:2 136:3,8
138:3
started 20:13,17
36:12 43:23 44:1
46:8 58:13 71:2
78:17 136:23
137:6 138:25
starting 56:14
state 8:5,8 155:5
statement 61:21
statements 8:13
staten 137:15

states 69:25
124:25 125:3
150:14
stationed 112:13
113:20 115:14
117:16
steel 59:4 80:22,24
81:5 93:16,18
97:15
stenographic 16:8
16:13
stenographically
155:9,12
stenotype 155:3
stephanie 22:17
42:15,17 43:4,9
44:13,23 45:1,12
45:19
stephanie's 44:8
stint 126:18
stipulated 7:1,8,13
7:18
stone 72:24,24
stop 13:25 14:4
36:8,13
store 55:4,5,9
storm 18:21
story 26:6 30:14
straight 94:15,17
94:24 95:2 99:24
100:2,4 151:9
street 3:8,20 4:6
4:11,15,20 5:22
19:19 21:13 22:19
23:4,10,14,15,23
24:4 26:11 27:6
27:17,20,23 28:10
28:20 29:14 30:4
30:9 40:13 43:13
55:10,17 56:8,13
56:18 57:16 58:8

58:10 59:25 62:13
62:16,19,21,24
63:4,8,9,19,23
64:1,12,19,21
65:13,24 67:8,13
106:1,2 140:11
stretch 54:8
stripe 111:8,10
stroke 11:12 14:9
14:10
strong 59:21
study 52:17 53:1
stuff 13:23 60:12
80:3 94:18,20,25
95:2 99:7,24
127:11 140:25
144:3 149:24
subject 132:12
submit 155:14
subscribed 153:12
156:21
subsequently
72:19 78:12
suffer 42:7 48:25
suffered 50:16
suite 1:23 3:12,16
4:20 5:3,8,18,22
supervision
155:14
supervisor 71:18
support 37:10
72:8
supposed 72:3
supreme 1:1
sure 8:21 11:20
23:17 28:7 38:14
38:23 39:2 54:21
72:3 95:6 104:25
112:7 115:9
116:17 142:4

surgery 44:18
surprised 32:24
sweeney 3:21
switched 96:17
sworn 8:3 153:12
  156:21
systems 4:19

t

t 113:14
take 10:2,6 11:10
  12:11 13:5,10
  14:1,15,18,21
  21:17 54:6,7,12
  57:25 66:25,25
  69:19 74:22 80:10
  84:8 86:16,19
  92:9 97:11 105:21
  105:23 116:21
  121:8,8 125:4
  128:2 131:22
  145:8 151:22
taken 2:4 9:7 13:1
  14:17 54:16
  103:23 151:24
talk 16:19 31:19
  33:23 54:13
  103:18 104:14
  105:2
talked 31:15
  105:24 122:18,25
  149:10
talking 15:2 21:18
  74:23 75:23 82:6
  94:9,10,21 120:22
  129:2,5 146:1,3
tape 83:22 84:12
tax 37:12
tb 38:13,15
teacher 35:13,23
  35:25

tear 144:10
tee 5:2
telephone 5:11
tell 32:23 50:7
  83:11 85:15 93:24
  102:2 133:8
  135:17 145:10
  149:25
telling 109:16
ten 12:20,21 36:15
  54:8 139:8 146:2
  152:4
tenure 104:6
  136:18 137:2
term 86:7
test 69:23
testified 8:4
testifying 7:23
  14:25 15:6 16:3
  17:10 23:13 26:10
  28:19 38:7 43:3
testimony 54:20
  104:2 150:10
  153:5 154:1
  155:21
tests 52:24
thank 152:10,12
thereto 7:17
thesaurus 118:24
  119:6
thing 16:18 46:19
  52:22 54:3 55:3
  99:18 126:21
things 15:16 42:23
  48:21 66:24 73:21
  73:23 80:8 91:14
  91:19 95:23 102:7
  118:14 132:8
think 11:4,4 12:19
  18:14,23 19:13
  20:3,18,23 22:15

25:24 26:2,14
27:14 34:7 35:19
36:16 38:21,21
46:22 50:2 53:2
53:16 55:13 58:13
59:18 64:2,9,11,14
69:15,17 70:12,15
73:17,20 74:22
77:4 78:23 83:16
86:12 90:10,21
91:1,7,8,21,24
92:1,4,19 95:20
96:1,5,16 98:24
99:5 100:21 101:1
101:4,8 103:6,15
105:18,22,23
108:22 110:2
116:16 117:18
121:15,24 122:19
123:9 124:4
125:10 130:1
131:13 134:18,20
138:18,25 141:16
143:15,21 144:13
145:22,25 148:10
148:19,23 149:13
149:16
thinking 120:5
thinner 11:3
third 3:12 4:2 5:14
  56:19,20,21 57:16
  111:12,17 112:20
  114:12,13 117:1
thought 114:7
  144:17
three 13:21,24
  21:9 42:11 55:23
  55:24 56:7 64:13
  65:11 66:7 70:16
  85:9 105:14,25
  106:6 108:4,22

109:24 110:8
111:9 116:24
118:5
threw 145:3
ticket 54:3
tied 122:15
till 22:20 28:21
  30:21 109:7
time 7:6 10:3,16
  12:16 14:9 21:4
  21:17 25:12 30:21
  34:15 35:5 40:19
  41:5 54:24,24,25
  55:18 59:23 66:25
  67:1 68:1,15
  69:13,19 72:14
  74:22,24 76:7
  79:18 80:10 86:16
  86:19 87:14 96:18
  98:5 101:5,10
  103:8,19 104:15
  104:19 105:5,21
  105:23 111:2,8,13
  114:2,11 116:20
  116:21 117:24
  121:8 124:6,12,13
  125:16 127:15
  128:2 129:5,9
  131:16 134:1
  135:20 138:4
  139:4,9,12 144:7
  145:24 147:2
  148:7
times 85:9 97:8
  124:17 139:12
  144:9
tin 126:10
tiny 122:17
tire 3:7
title 79:8

today 9:3 15:1,6
16:3,19 17:10
20:6 23:13 26:10
28:19 34:12 43:4
44:8 46:12 152:6
told 13:25 14:3
17:2 35:2 42:14
46:22 52:1 62:23
96:3 102:21 103:1
103:5 106:9 114:6
116:22 121:15
127:23 128:13
129:7 137:23
140:9 142:23,24
149:15 151:7,10
tomorrow 152:10
tools 76:15,16
88:18,19
top 84:11 90:13
92:10,14,16 96:11
99:19
tore 144:14 145:1
total 149:2
totally 105:20
toughy 38:2
tours 133:23
town 112:1 113:11
113:11 115:1,4,6,8
115:10 122:11,12
122:17,20
trade 53:24 85:21
87:23 88:25 89:22
132:6
trades 77:4,10,20
traffic 54:3
training 108:13,16
108:21 109:14,17
109:25 110:8,11
116:23
transcribing 9:10

transcript 2:1 7:9
153:4
treated 34:16 47:4
trial 7:5,7 155:7
tried 124:7
trouble 21:14
34:25 40:22
115:11
trowel 84:8,9
truck 40:7
true 153:5 155:15
truthful 15:23
try 13:17
trying 116:16
150:8,9 151:2
tuberculosis 38:16
38:17 39:1
tuesday 2:9
twenty 17:7,14
130:23
two 11:9,9 14:8
21:6,8 25:3,11
42:11 57:3,15
63:4 66:7 67:14
68:23 70:15 85:9
85:10 97:23
101:24 117:18
133:19,19,21,21
tylenol 13:4,10
14:1,18
type 17:16 19:8,23
22:25 25:18 27:12
29:20 30:12 33:17
34:20 51:14 53:20
56:4 57:13 58:25
60:4,9,10 65:17
69:4 73:11,14,17
78:3 80:18 82:25
87:11 92:18 94:11
95:3 98:12,18
99:3 109:22

112:17 115:19
118:7,17,19,20
119:16 129:21
135:8 141:8
typed 118:18
types 59:3 60:12
77:10
typewriter 118:17
typewriting
155:13

**u**

u 49:19 113:14
u.s. 151:12
ucc 4:10
ufa 131:12,15,20
131:22 132:5
una 49:19,20
unable 152:5
unauthorized
112:8
uncles 51:1
undergo 108:13
understand 10:8
10:20 68:1 74:7
78:24 95:1 102:6
116:19 129:4
134:24 140:14
142:4
understood 22:8
unfiltered 39:13
unidentified 96:20
97:6 98:3,21
100:23 101:6
102:17 107:14
union 15:4 59:12
59:13,14,17 62:13
62:16,20 63:4,19
63:23 64:1,12,19
65:13,24 67:13
106:1 131:6,10
132:10,17

united 58:4,5,7,19
58:25 59:24 61:6
61:8,9,15 62:3,9
62:24 64:11 65:14
65:20 66:3 67:7
67:12,17 68:6,10
68:25 69:25
105:24 106:10,17
125:10,13,14,16
125:18 126:14,19
127:20 128:4,12
129:2,8,25 130:3
130:10,14
university 52:12
52:13 53:21
upper 96:12
upstate 108:20
uri 3:13
usa 86:8,11
use 65:6 72:22
74:19 75:1 81:25
82:16 83:20,24
84:5,7 87:10
88:19 89:17 94:14
94:16 99:16,21
134:19 135:8
uss 79:1 82:20
87:16 91:12 92:1
102:15

**v**

v 58:6 156:3
vari 58:4,6,7,20
59:1,24 61:7,8,9
61:15 62:3,9,24
64:12 65:14,21
66:3 67:7,13,17
68:6,10,25 105:25
106:10,18 125:11
125:13,15,16,18
126:14,19 127:20
128:4 129:2,8,25

130:3,10,14
**varied** 133:18,19
**various** 100:23
107:14
**vehicle** 115:2
**verbal** 8:15 10:5
62:22
**veritext** 156:1
**vessel** 101:10,20
**vessels** 96:7 97:21
98:8
**virginia** 110:16,19
112:22 150:18
**visiting** 41:7
**vocational** 53:24
**voices** 10:3
**volume** 1:11
**voluntary** 147:25

**w**

**w** 8:1
**wait** 9:14 44:15
106:16
**waived** 7:5,15
**walking** 86:17
**wall** 4:6 84:4 85:2
97:13
**wallpaper** 25:23
25:25 141:12
143:3,18 144:3
**wallpapering**
141:11
**walls** 72:8 73:25
76:15,17,20 80:21
81:4 82:12 144:5
**want** 10:13,13
13:11 16:7,12
22:8 54:5,10
60:23,25 74:10
101:16 102:4
103:11 104:14,22
107:2,20 121:22

142:4,10,20 151:9
**wanted** 148:4
**war** 28:15
**warm** 108:25
**warner** 5:1,2 8:24
**warren** 5:13
**warshauer** 5:4
8:12,17,23 16:5,10
28:7 54:5 103:11
154:4
**wash** 144:5
**watch** 68:12,13
126:25
**water** 89:9,14 94:8
100:6 104:23
105:2
**way** 9:18 16:24
20:14 41:8 45:12
91:8 93:23 101:3
143:25
**ways** 103:6 149:16
**we've** 66:14 70:18
106:17 108:6
130:25
**weather** 108:25
146:6
**week** 62:1 145:24
146:1,2,2,4
**weekends** 146:5
**weitz** 3:2
**weld** 80:21 97:10
**welder** 81:5
**welders** 97:10
**welding** 80:16,18
80:20,22,23,24
81:4
**went** 43:24 58:23
60:20,20 63:1,19
64:2 67:17,21
69:12,22 72:17
90:11,15 106:10

106:18,19,23,24
107:7,10,15
115:10 116:25
117:1,8,10 122:5
123:2 125:11,12
125:14 126:11
129:8,12 132:2
134:2 150:17,20
150:21 151:20
**west** 1:23 3:8
**white** 5:22 89:7,8
99:14
**wife** 17:21,25
21:24 22:1 24:15
24:22,23 27:3
31:22 37:4 42:23
47:25 48:6 50:5
**wilbraham** 4:18
**wind** 78:9
**winter** 109:3
**wish** 129:3
**witness** 7:23 8:7
8:10 9:16,21 15:8
15:11 32:24 37:16
47:2 54:10 74:9
74:25 104:21,24
105:1 142:8
152:14 153:1
155:21 156:4
**word** 139:15
**words** 62:23 67:4
72:6,9 84:20 99:3
109:15 116:14
119:5 130:7
132:13 146:1
**work** 16:24 25:25
31:10 36:1,20
40:1 41:23 42:4
45:4 47:10 49:8
49:10 50:22,25
51:4,11,14,14

55:16 58:3,19
60:16 61:3,18,21
62:12 63:11,25
64:18 65:20 66:5
70:13 71:4 73:16
75:11 77:3,15,18
77:21 78:3,13
81:4 85:7 88:12
91:10,15,21,25
93:6 94:18 95:16
96:6 97:3 98:20
100:23 101:9
102:22 103:2
107:9,13 120:14
120:18,20 121:1,6
121:11,20 122:1
123:6,11 127:13
130:6,16 133:15
135:24 136:4,9,14
136:16 137:6
138:3,8,9,24 139:5
139:6,7,12 140:18
141:5,8,18,19,20
141:21 142:3,9,11
142:12,15,18,22
142:25 143:3,6,11
143:17,23 144:11
145:15,16,25
146:12 147:2,6,10
149:7 150:24
151:1
**worked** 15:16
20:22 35:9 39:19
44:3,25 45:2 49:9
50:21 55:11 59:24
60:9 64:11 65:15
67:7 68:24 69:2
69:11,12 70:18
73:6,10 75:4 78:6
78:21 82:20,23
88:13 91:11,13

92:3 95:17 96:1,9
96:10 98:4,11
101:14,24 103:8
105:17 106:11
107:6 128:4 130:2
134:13 137:24,25
138:12 140:8
142:18 147:15
149:4,11,19 151:3
151:10,18
**worker** 70:23
87:23 126:5,10,16
126:18
**workers** 77:4,11
77:17 78:2 97:11
121:1,19,25 123:5
123:10
**working** 35:11
36:9,12 46:8 56:7
57:1,15,19 58:13
61:1 65:12 70:5
70:10,25 71:24
72:13,14,25 73:18
75:6 77:6,9,11,13
78:17 79:9,15,18
79:24 83:13 85:14
87:14 91:3,16
95:22 96:19,20
98:7 101:6,20,22
102:11,14,15,16
102:19 104:7
105:24 117:24
118:5 120:20
127:10,14,17,19
128:5,7,10,14,15
128:18 129:1,15
129:24 131:17
133:24 135:21
139:10 146:12
147:3 149:23
150:2,3,4,6 151:11

**world** 28:15
**wrapped** 90:10
**wrong** 127:25
**wrote** 118:23,25
**wrought** 76:19

**y**

**y** 11:19
**yard** 58:24 60:20
67:22 69:13,21
70:8 71:16 78:14
100:24 102:17,19
102:23 103:3,9
105:17 106:11
126:12 129:1
151:13,17
**yavitz** 4:9
**yeah** 13:6,16
14:11 15:11,22,25
17:1,5,15,15 18:4
18:11,14,18,22
19:1,18 20:1,21
21:1,8,11,22,25
22:11 23:25 24:11
24:23 25:10 26:16
27:24 28:4 30:4,7
30:14,19,19 31:1,3
31:7,23 32:16,20
33:11,13 34:10,18
35:1,19 36:16,16
37:3,14,16 38:16
41:6,13,22,25 43:6
43:6,16 44:6 45:2
45:6,21 46:16,24
47:13,15 48:7,18
49:9,11,13 50:2
51:10 52:16 53:10
53:14 54:21 55:7
55:23 56:13,23
57:7,10,24 58:2,8
58:15,17,17,23
59:11,16 60:1,21

60:21 61:11,13,16
61:23 63:1,16,16
64:6,14 65:9
66:11,17 67:11,21
67:25 68:4,14,18
69:17 70:12,21
71:10,15 73:4
74:15,18,25 75:4
76:18 77:7 78:5,8
80:6,25 81:7,21
82:2,15,18 83:4
84:2,18 85:3,20,20
85:24 86:6 88:24
89:12,18 90:10,15
91:13 92:16 93:5
93:8,15,18 94:4,13
94:24 96:9 97:25
99:11 100:2,7,7,19
105:14 106:13
107:8,17 108:9
109:4,6,9 111:3,19
112:6,6 113:8,13
113:25 114:5,16
115:1 117:5,12,15
117:21 118:13,21
119:2 121:18
122:15,23 123:1
123:18 124:2,7,16
125:22,22 126:1,3
126:6,8,23 128:9
128:17 129:11,18
130:5,19 131:5,9
131:13,18,24
132:7 133:14
134:1 135:2,11,25
136:11,25 137:4
137:20,22 138:2,5
138:7,10,10,15,21
139:11,11,22
140:1 141:7 142:1
143:5,9 144:12

145:9 146:10,14
146:17,19,21,23
146:25 147:9,17
148:1,12,15
149:22 150:19,23
151:14,21
**year** 25:12 26:7,15
27:5 52:10,18
53:8,19 63:13
68:23 69:18 78:22
79:17,23 80:14
81:9,16 82:19
91:3,11 92:2
95:17 110:25
112:12,19 113:22
113:22 115:14,21
116:3,25 117:3
119:12 125:23
126:1,2 130:4
136:3 148:11,21
**years** 11:9 12:18
12:20 13:21,24
14:8 17:7,13 20:3
20:19,21,22 21:9
22:14,15,18 25:3
29:13 33:8,8
36:11,15,17 40:18
48:15,16 49:25
51:17 55:23,24
56:7 57:3,15
58:21 64:10,13
65:12 66:7 67:14
70:15,16 104:20
108:4 115:25
116:22 117:18
130:23 133:5
134:9 136:6 137:5
139:8 140:13
143:1,1 148:4
**york** 1:2,4 2:9 3:4
3:4,8,8,13,13,17

3:17,21,21 4:3,3,7
4:7,11,11,16,16
5:4,14,14,22 8:11
16:15 19:4 25:13
35:16 36:1 108:20
130:18,22 131:2
133:3 137:3
144:23 145:18
155:5
**young** 31:12
**younger** 45:19
**yup** 64:24

          **z**

**zero** 76:11
**zeroed** 77:25
**zeroing** 67:6

1     SUPREME COURT

2     ALL COUNTIES WITHIN THE CITY OF NEW YORK

3

4     IN RE:   NEW YORK CITY ASBESTOS LITIGATION

5

6

7

8                    DEPOSITION UNDER ORAL

9                      EXAMINATION OF

10                   FREDERICK G. BROWN

11                      (VOLUME II)

12

13

14

15    This Document Applies To:

16    FREDERICK G. BROWN

17    INDEX NO.:   190195 17

18

19

20

21

22    PRIORITY ONE COURT REPORTING SERVICES, INC.

23       290 West Mt. Pleasant Ave, Suite 2260

24          Livingston, New Jersey   07039

25                   (718) 983-1234

Page 157

```
 1        Transcript of the deposition of
 2   the Plaintiff called for Oral Examination
 3   in the above-captioned matter, said
 4   deposition being taken pursuant to
 5   Federal Rules of Civil Procedure by and
 6   before CHERYL F. SOLOMON, a Notary Public
 7   and Shorthand Reporter, at the Hampton
 8   Inn, One North Avenue, Garden City, New
 9   York, on Wednesday, December 20, 2017,
10   commencing at approximately 10:23 in the
11   forenoon.
12
13          *     *     *
14
15
16
17
18
19
20
21
22
23
24
25   Job No. 2744596
```

Page 158

```
 1   A P P E A R A N C E S:
 2
       WEITZ & LUXENBERG, P C
 3        Attorneys for Plaintiff
          700 Broadway, 6th Floor
 4        New York, New York 10003
       BY: PATRICK J. FINLEY, ESQ
 5
 6
       SEGAL, MCCAMBRIDGE, SINGER & MAHONEY, LTD
 7        Attorneys for Defendants BW/IP,
          Gardner Denver and Aurora Pump Company
 8        850 Third Avenue, Suite 1100
          New York, New York 10022
 9     BY: URI CARNI, ESQ
10
11     AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH,
       LLP
12        Attorneys for Defendant Ford
          600 Third Avenue
13        New York, New York 10016
       BY: ILLIANOV LOPEZ LARANCUENT, ESQ
14
15
       MALABY & BRADLEY, LLC
16        Attorneys for Defendant Blackmer
          150 Broadway, Suite 600
17        New York, New York 10038
       BY: MICHAEL CURTIS, ESQ
18
19
       McGIVNEY, KLUGER & COOK, P C
20        Attorneys for Defendant DAP
          80 Broad Street, 23rd Floor
21        New York, New York 10004
       BY: RYAN SWEENEY, ESQ
22
23
24
25
```

Page 159

```
 1   LYNCH, DASKAL & EMERY, LLP
        Attorneys for Defendants
 2        Goodyear Tire and Goodyear Canada
          137 West 25th Street, 5th Floor
 3        New York, New York 10001
     BY: ALEXANDRA ORBE, ESQ
 4
 5
     CULLEN & DYKMAN, LLP
 6        Attorneys for Defendant Goulds
          44 Wall Street
 7        New York, New York 10005-2407
     BY: JOSEPH ANGIOLILLO, ESQ
 8
 9
     WILBRAHAM, LAWLER & BUBA, ESQS
10        Attorneys for Defendant Air & Liquid
          Systems Corp and Karnak
11        1818 Market Street, Suite 3100
          Philadelphia, Pennsylvania 19103
12   BY: NICHOLAS L. ORTIZ, ESQ
13
14   MARSHALL, DENNEHEY, WARNER, COLEMAN &
     GOGGIN, P C
15        Attorneys for Defendants Borg Warner
          Morse TEC LLC and Leviton
16        Manufacturing Corp
          105 Maxess Road, Suite 303
17        Melville, New York 11747
     BY: ANDREW WARSHAUER, ESQ
18
19
     DARGER, ERRANTE, YAVITZ & BLAU, LLP
20        Attorneys for Defendants
          Amchem, CertainTeed and OCC
21        116 East 27th Street, 12th Floor
          New York, New York 10016
22   BY: GENEVIEVE MACSTEEL, ESQ
23
24
25
```

Page 160

```
 1   BARRY, McTIERNAN & MOORE, ESQS
        Attorneys for Defendant
 2        Cleaver Brooks, Inc
          2 Rector Street
 3        New York, New York 10006
     BY: SHAWNETTE FLUITT, ESQ
 4
 5
     KUROWSKI SHULTZ, LLC
 6        Attorneys for Defendant
          American Biltrite
 7        1405 Green Mount Road, Suite 400
          O'Fallon, Illinois 62269
 8   BY: ROBERT DEMEUSY, ESQ
 9
10   VIA TELEPHONE:
11
     LEADER & BERKON, LLP
12        Attorneys for Defendants IMO
          Industries, Inc and Warren Pumps LLC
13        630 Third Avenue, 17th Floor
          New York, New York 10017
14   BY: BRIAN CIFUENTES, ESQ
15
16   PASCARELLA DIVITA PLLP
          Attorneys for Defendant Bird Inc
17        2137 Route 35, Suite 290
          Holmdel, New Jersey 07733
18   BY: BRADLEY F BISHOP, ESQ
19
20   RENZULLI LAW FIRM, LLP
          Attorneys for Defendant Pfizer, Inc
21        81 Main Street, Suite 508
          White Plains, New York 10601
22   BY: DAVID PLACKE, ESQ
23
24
25
```

Page 161

```
 1    McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
      Attorneys for Defendant Eaton
 2    1300 Mount Kemble Avenue
      Morristown, New Jersey 07962-2075
 3    BY: DENISE D. HARRIS, ESQ.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 162

```
 1        IT IS HEREBY STIPULATED, by and between
 2    the attorneys for the respective parties
 3    hereto, that filing, sealing and
 4    certification of the within Examination
 5    Before Trial be waived; that all objections,
 6    except as to form, are reserved to the time
 7    of trial.
 8        IT IS FURTHER STIPULATED AND AGREED that
 9    the transcript may be signed before any
10    Notary Public with the same force and effect
11    as if signed before a Clerk or Judge of the
12    Court.
13        IT IS FURTHER STIPULATED AND AGREED that
14    all rights provided to all parties by the
15    CPLR shall not be deemed waived and the
16    appropriate sections of the CPLR shall be
17    controlling with respect thereto,
18        IT IS FURTHER STIPULATED AND AGREED by
19    and between the attorneys for the respective
20    parties hereto that a copy of the
21    Examination shall be furnished, without
22    charge, to the attorney representing the
23    witness testifying herein.
24
25
```

Page 163

```
 1        F R E D E R I C K   G.   B R O W N,
 2    the Plaintiff herein, having previously
 3    been duly sworn by the Notary Public, was
 4    examined and testified as follows:
 5        MR. WARSHAUER:  Any statements for
 6    the record before we begin?
 7        (No verbal response given)
 8    CONTINUED DIRECT EXAMINATION
 9    BY MR. WARSHAUER:
10    Q.    Good morning again, Mr. Brown.
11    A.    Good morning.
12    Q.    Can you hear me okay?
13    A.    Sure.
14    Q.    Once again my name is Andrew
15    Warshauer, I'm from the firm of Marshall,
16    Dennehey, Warner, Coleman and Goggin, I
17    represent a few of the defendants in this
18    case. I'm going to continue with my
19    questions this morning, when I'm finished
20    some of the other attorneys in the room
21    are going to have some additional
22    questions for you.
23        The same ground rules that were
24    in effect yesterday are still in effect
25    for today.
```

Page 164

```
 1    A.    Okay.
 2    Q.    If you don't understand one of
 3    my questions, please ask me to rephrase
 4    and I will do so.
 5    A.    Okay.
 6    Q.    If you don't know the answer to
 7    one of my questions, "I don't know" is a
 8    perfectly acceptable answer.  I don't
 9    want you to guess as to any answers.  If
10    you want to give an estimate that's fine
11    but guessing is not necessary.
12        If you could, please allow me to
13    finish my question before you provide an
14    answer since the reporter cannot take
15    down both of our voices at the same time.
16    And I would also ask that you keep your
17    answers in verbal form as the reporter
18    cannot take down a gesture or a nod or a
19    shrug of the shoulders.
20        Finally, if you need a break at
21    any time during the course of my
22    questions, let me know, let Patrick know,
23    you can have as many breaks as you may
24    need.
25    A.    Okay.
```

3 (Pages 161 - 164)

Page 165

1  Q.  Do you understand these
2  instructions?
3    A.  Yes.
4    Q.  Are you taking the same
5  medications today that you took
6  yesterday?
7    A.  Yes.
8    Q.  You took Eliquis, the blood
9  thinner?
10    A.  Yes.
11    Q.  You took Simvastatin for
12  cholesterol?
13    A.  Yes.
14    Q.  Did you take any Tylenol?
15    A.  Yes.
16    Q.  Anything else?
17    A.  I took a Xanax.
18    Q.  You took a Xanax also?
19    A.  Yes. I got too confused
20  yesterday at the end and I'm never
21  confused.
22        MR. FINLEY:  That's okay.
23    Q.  You didn't mention Xanax as one
24  of the medications that you take.
25    A.  No, because that's the first

Page 166

1  time I took it in six or eight months, I
2  don't know.
3    Q.  So, you have it ready but you
4  don't normally take it?
5    A.  Yeah. I have it already for a
6  year already if I want.
7    Q.  And why did you originally get a
8  prescription for Xanax?
9    A.  There was a good reason for it
10  and I forget. Either my daughter was
11  going through some heavy surgery, I don't
12  know, I forget.
13    Q.  How long ago did you get the
14  prescription?
15    A.  Oh, over a year ago.
16    Q.  Do you remember the name of the
17  doctor that gave you the prescription for
18  Xanax?
19    A.  He's in there somewhere.
20    Q.  Was it your family doctor?
21    A.  No.
22    Q.  Do you know which doctor it was?
23    A.  I think it began with a "W."
24    Q.  Do you know what kind of doctor
25  he was?

Page 167

1    A.  I believe it was a surgeon, I
2  think he did my carotid arteries, I'm not
3  sure. I got four surgeries in a six
4  month period.
5    Q.  It wasn't Dr. Jagger, Samantha
6  Jagger?
7    A.  No. That's my blood doctor.
8    Q.  Was it Dr. Gwertzman?
9    A.  Yeah.
10    Q.  Gary Gwertzman?
11    A.  Yeah, that was it. I only have
12  half a memory.
13    Q.  There's a "W" in there.
14        How long have you been seeing
15  Dr. Gwertzman?
16    A.  Oh, he did -- well, he did my
17  carotid arteries, I went out there once,
18  twice maybe and that's it.
19    Q.  We'll talk more about your
20  medical history in a little while.
21    A.  Okay.
22    Q.  Did you have an opportunity to
23  review your testimony from yesterday?
24    A.  No.
25    Q.  You didn't review the deposition

Page 168

1  transcript?
2    A.  No.
3    Q.  Did you have an opportunity to
4  think back about your testimony
5  yesterday?
6    A.  Yeah, I got a little confused
7  there.
8    Q.  I'm going to continue today
9  talking to you about your medical history
10  and some other areas that we didn't get a
11  chance to cover yesterday.
12        You mentioned briefly yesterday
13  that you were a smoker as well as many of
14  your family members; --
15    A.  Yes.
16    Q.  -- is that correct? How old
17  were you when you started smoking?
18    A.  Twenty-one.
19    Q.  So, that would have been around
20  1956 or so?
21    A.  Yeah. I was a nice, honest kid,
22  I waited.
23    Q.  Did you have a particular brand
24  that you favored when you first started
25  smoking?

4 (Pages 165 - 168)

1    A.    Pall Mall, Chesterfield.

2    Q.    And those were unfiltered,

3    right?

4    A.    Right. Maybe once in a while

5    Parliament, that was filtered.

6    Q.    When you first started smoking,

7    on average how many cigarettes a day were

8    you smoking?

9    A.    About a dozen but I think I went

10    up to about a pack.

11    Q.    Now, according to the document

12    provided to us in anticipation of this

13    deposition, you were pretty much a pack a

14    day smoker --

15    A.    Yeah.

16    Q.    -- throughout the entire period

17    of time you were smoking; is that

18    correct?

19    A.    Yeah.

20    Q.    Did you ever smoke more than a

21    pack a day?

22    A.    Not really. I thought a pack, a

23    pack a day was too much anyway, that's

24    why I quit, I was coughing too much.

25    Q.    Did you start smoking at about

1    the same time you started working for

2    United Vari?

3    A.    No, I don't think so, no.

4    Q.    Well, you told me yesterday you

5    started working for United Vari in the

6    mid-50s. Well, actually you said you

7    started working for them, to be exact you

8    said you started working for them around

9    1953 at the 9th Street and Fifth Avenue

10    location in Brooklyn.

11    A.    Oh, then I was smoking.

12    Q.    So, if you started smoking

13    around '55 or '56 or so, you would have

14    been working at the United Vari location

15    on Union Street and Seventh Avenue in

16    Brooklyn.

17    A.    Yeah, okay.

18    Q.    Were you allowed to smoke at

19    work?

20    A.    Oh, yeah.

21    Q.    Did your co-workers smoke as

22    well, some of them?

23    A.    Not all of them but some of

24    them.

25    Q.    Did they give you smoking

1    breaks?

2    A.    No. We just, we smoked right at

3    the machine where we worked.

4    Q.    You were allowed to smoke --

5    A.    Yeah.

6    Q.    -- on the machinery, okay. And

7    I take it that was also true when you

8    were at United Vari in Freeport?

9    A.    Yeah.

10    Q.    You could smoke when you were

11    operating the machinery?

12    A.    Right.

13    Q.    And some of your co-workers

14    smoked as well?

15    A.    Yes.

16    Q.    How about when you switched and

17    moved on to the sheet metal shop number

18    17 at the Brooklyn Navy Yard in Brooklyn,

19    were you allowed to smoke?

20    A.    I don't think so in there.

21    Q.    You don't think they let you

22    smoke in the Brooklyn Navy Yard?

23    A.    No, because shop 17 was a pretty

24    dusty, dirty shop, you know, where all

25    the filings and stuff, we were cutting up

1    and scraping and plining, plining the

2    ends.

3    Q.    So, to the best of your

4    recollection you weren't allowed to smoke

5    in the shop?

6    A.    No, not in the Brooklyn Navy

7    Yard.

8    Q.    Could you smoke on a break when

9    you were outside of the shop?

10    A.    I'm not sure, I'm not sure on

11    that.

12    Q.    And how about when you were

13    working on the ships, say the USS

14    Constellation, could you smoke when you

15    were down in the spaces on the ships?

16    A.    I don't think. Maybe up on the

17    decks in designated spots. The navy was

18    very conscientious about any time they

19    had work going on, they had a fire watch

20    with a fire extinguisher, a military man

21    and he stands by when you were doing your

22    welding or whatever you were doing.

23    Q.    Do you recall smoking on any

24    occasions while you were on the

25    Constellation?

5 (Pages 169 - 172)

1    A.   I probably did.
2    Q.   Did some of your co-workers --
3    A.   The guys walked on the ships
4  smoking.
5    Q.   Did some of your co-workers
6  smoke as well?
7    A.   Oh, yeah, yes.
8    Q.   And when you were on those other
9  unidentified ships, the small destroyers
10  and some of the other ones whose names
11  you can't recall, do you recall smoking
12  on occasion there too?
13    A.   I think, yeah, yeah.
14    Q.   And some of your co-workers
15  smoked as well?
16    A.   When I was smoking I really
17  liked to smoke.
18    Q.   And I take it you continued to
19  smoke when you were in the US Air Force;
20  is that correct?
21    A.   Oh, yeah.
22    Q.   Did they give you cigarettes?
23    A.   No.
24    Q.   The military didn't provide you
25  with cigarettes?

1    A.   No.
2    Q.   You had to buy your own?
3    A.   Yeah.  Well, you had a discount
4  price.
5    Q.   So, you smoked when you were
6  going through basic training at Sampson
7  Air Force Base?
8    A.   Yeah.
9    Q.   And I take it some of your
10  fellow servicemen or women also smoked?
11    A.   Yeah.
12    Q.   Did you smoke at Langley in
13  Virginia?
14    A.   Yeah.  The basic training was
15  finished then.
16    Q.   Right.  When you went to Langley
17  you continued to smoke at the base?
18    A.   Yeah.
19    Q.   And I take it some of your
20  fellow servicemen and women also smoked?
21    A.   Yeah, and everything else.
22    Q.   How about when you were at the
23  bases in Germany, were you smoking then
24  as well?
25    A.   Oh, yeah.  Totally independent I

1  was.  Someone got in the office working,
2  I was good at my typing, they liked my
3  type because they only had manual
4  typewriters and that's what I learned on.
5       MR. FINLEY:  He's just asking now
6  about the smoking.
7    Q.   I'm just talking to you about
8  smoking right now, sir.  When you were
9  doing your typing work, you were able to
10  smoke at the same time?
11    A.   Oh, yeah.  Smoke and drank
12  coffee all day.
13    Q.   And how about when you went back
14  to United Vari for that brief period of
15  time after you left the air force?
16    A.   Yeah, no change, same thing.
17    Q.   You still smoked?
18    A.   Yeah.
19    Q.   And some of your co-workers
20  smoked as well?
21    A.   Yeah.
22    Q.   And I take it when you were a
23  firemen out of Engine 202, you were
24  allowed to smoke in the firehouse?
25    A.   Oh, yeah.

1    Q.   And some of your fellow firemen
2  smoked as well?
3    A.   Yeah, sure.
4    Q.   And when you did that side work
5  at the residential home projects in
6  Manhattan and Brooklyn and Queens for
7  Fred Brown Painting, you smoked on some
8  of those jobs?
9    A.   Yeah.
10    Q.   Unless the homeowner told you
11  they didn't want you to smoke.
12    A.   Yeah, right.
13    Q.   How long did you smoke
14  cigarettes for?
15    A.   Oh, I would say 25 years.
16    Q.   So, if you started in '56 or so,
17  that would place you smoking until about
18  1981 or so, the early 80s?
19    A.   '56, why would I start --
20    Q.   Well, you told me you started at
21  age 21.
22    A.   Yeah.
23    Q.   That would be '56.  Do you think
24  you started earlier than that?
25    A.   I thought I did.

1    Q.   Well, you told me originally at
2  the age of 21, do you think you were a
3  little younger when you started smoking?
4    A.   I might have been, maybe 18.
5    Q.   Were you smoking when you were
6  in high school?
7    A.   No.
8    Q.   Right after you graduated high
9  school?
10    A.   Maybe.
11    Q.   Sometime in the middle portion
12  of the 50s?
13    A.   Okay.
14    Q.   Well again, I wasn't there, I
15  don't know. I don't want to put words in
16  your mouth, so don't necessarily agree
17  with me, I just want to know what the
18  best of your recollection is. Do you
19  think you started smoking just after you
20  left high school?
21    A.   Yeah, I would have difficulty
22  with a yes or no.
23       MR. FINLEY: Use your high school
24    graduation as an anchor point, was it
25    before your high school graduation or

1  after?
2    A.   What was my graduation again?
3    Q.   Well, you didn't have an exact
4  date I don't think but told me you
5  thought you graduated around 1953 or so.
6    A.   That's right, '53, I have a ring
7  at home.
8    Q.   And did you start smoking just
9  after that?
10    A.   Yeah, I would say so.
11    Q.   And to the best of your
12  recollection you smoked for about 25
13  years?
14    A.   Yeah.
15    Q.   So, that would place us around
16  1978 at the time you stopped, do you
17  think that was right?
18    A.   Yeah, I guess so, yeah.
19       MR. FINLEY: If you're not sure,
20    you're not sure. You think it was about
21    25 years?
22       THE WITNESS: Yeah, I think 25
23    years.
24    Q.   Were you still smoking Pall Mall
25  and Chesterfield and occasionally

1  Parliament filtered cigarettes when you
2  stopped?
3    A.   Probably. A few other brands.
4    Q.   What else?
5    A.   I shouldn't have said that.
6       MR. FINLEY: It's what you
7    remember.
8    Q.   According to this --
9    A.   Wings, there were wings.
10    Q.   Wings, you smoked Viceroy
11  occasionally?
12    A.   Viceroy, yeah.
13    Q.   And how about Marlboro?
14    A.   Marlboro, yeah. If you give me
15  names, I could let you know.
16    Q.   So, in other words, you didn't
17  really have a favorite, you varied
18  between a bunch of different brands?
19    A.   Yeah. All the young kids and
20  stuff, everybody was bumming from
21  everybody else.
22    Q.   Did you smoke more filtered
23  cigarettes than unfiltered cigarettes?
24    A.   Oh, that's a toughy. Probably
25  later on I smoked more filtered.

1    Q.   And at the beginning more
2  unfiltered?
3    A.   Yeah.
4    Q.   What led you to finally quit?
5    A.   Coughing so much. I coughed so
6  much in the morning, I threw up, close to
7  throwing up. Once I stopped coughing I
8  felt good.
9    Q.   Did you use any type of smoking
10  cessation device to help you quit?
11    A.   No.
12    Q.   Cold turkey?
13    A.   Cold turkey. I took up cigars
14  at that time. Just threw them all out at
15  once.
16    Q.   Did you smoke cigars?
17    A.   Yeah.
18    Q.   When did you start smoking
19  cigars?
20    A.   I smoked cigars, a pipe. Pipe
21  was the last thing.
22    Q.   Were you smoking cigars at the
23  same time you were smoking cigarettes?
24    A.   No, no, I smoked -- switched
25  over.

7 (Pages 177 - 180)

1    Q.   So, you stopped smoking
2  cigarettes around 1978 or so and you
3  switched to cigars; is that correct?
4    A.   I think I switched to pipes
5  first.
6    Q.   You switched to a pipe, okay.
7  So, in 1978 or so you switched to smoking
8  a pipe?
9    A.   Yeah.
10    Q.   How long did you smoke a pipe
11  for?
12    A.   Probably about three or four
13  years.
14    Q.   So, till the early 80s?
15    A.   Yeah.
16    Q.   Do you recall how many bowls of
17  pipe tobacco a day you went through?
18    A.   About eight or ten.
19    Q.   Now, you were still working as a
20  fireman during the period of time you
21  were smoking a pipe; is that correct?
22    A.   Yes.
23    Q.   I take it you were able to smoke
24  a pipe in the firehouse?
25    A.   Yeah.

1    Q.   And some of your co-workers or
2  colleagues were still smoking cigarettes
3  at that time I take it, --
4    A.   Yeah.
5    Q.   -- correct?
6    A.   Yeah.
7    Q.   Did any of them smoke a pipe?
8    A.   Not really, I was really the
9  oddball one. Oh, yeah, my captain.
10    Q.   Your captain smoked a pipe also,
11  okay. And when you were doing that side
12  work on the residential homes in Brooklyn
13  or Manhattan or Queens, you were able to
14  smoke a pipe at times during some of that
15  work, correct?
16    A.   Depending on who the people
17  were.
18    Q.   Unless the homeowners didn't
19  want you smoking --
20    A.   Right.
21    Q.   -- in the house.
22        So, you smoked a pipe from
23  approximately 1978 for three or four
24  years into the early 1980s; is that
25  correct?

1    A.   That sounds good.
2    Q.   Why did you stop smoking a pipe?
3    A.   I got tired of it.
4    Q.   Were you still coughing?
5    A.   I was coughing and I had to bite
6  on my tongue and it was horrible. I
7  don't know why I ever started.
8    Q.   And at that point you switched
9  to cigars?
10    A.   Yeah, cigars is the last.
11    Q.   And you switched to cigars after
12  you stopped smoking a pipe; is that
13  correct?
14    A.   Yeah. One at a time.
15    Q.   So, around '82 or so you
16  switched to cigars, correct?
17    A.   Yeah.
18    Q.   How long did you smoke cigars
19  for?
20    A.   Until I quit.
21    Q.   When did you finally quit using
22  any tobacco products?
23    A.   What year are we in now, '82?
24    Q.   You told me you switched from a
25  pipe to cigars around 1982 or so.

1    A.   Yeah, I quit around 1985, I
2  think that was all.
3    Q.   Were you still smoking cigars
4  when you retired from your work as a
5  fireman?
6    A.   No, no, I quit.
7    Q.   You quit before that?
8    A.   Yeah.
9    Q.   So, to the best of your
10  recollection you stopped smoking cigars
11  around 1985 or so?
12    A.   Yeah, '85, '86.
13    Q.   So, you smoked for three or four
14  years?
15    A.   Yeah.
16    Q.   A cigar?
17    A.   Yeah.
18    Q.   Did you have a particular brand
19  of cigars that you favored?
20    A.   I had but I can't remember.
21  Blunts. I can't remember.
22    Q.   Blunts?
23    A.   It's like a short cigar.
24    Q.   Yes.
25    A.   So common that I can't remember

8 (Pages 181 - 184)

1  at this point.
2     Q.   How many cigars a day did you go
3  through?
4     A.   Oh, I went through probably
5  eight or ten.
6     Q.   Eight to ten, okay. And did you
7  stop smoking a pipe and stop smoking
8  cigars on your own you just quit cold
9  turkey?
10    A.   Yeah, everything.
11    Q.   You never used any smoking
12 cessation devices?
13    A.   No.
14    Q.   When you were smoking
15 cigarettes, did you see warning labels on
16 the sides of cigarette packaging?
17    A.   Yeah.
18    Q.   Do you remember what they said?
19    A.   Attorney General says that might
20 be hazardous to your health.
21    Q.   And did you continue to smoke
22 after seeing those warnings?
23    A.   Yeah. Everybody smoked.
24    Q.   Did they also have warnings on
25 the packaging for the cigars?

1     A.   Not that I noticed.
2     Q.   How about on the bowls of the
3  pipe tobacco, do you recall any warnings
4  on the bowls of the pipe tobacco?
5     A.   No.
6     Q.   Just on the cigarette packaging?
7     A.   Yeah.
8     Q.   While you were still smoking,
9  whether it was cigars or a pipe or
10 cigarettes, did any doctor ever advise
11 you to cut back or to quit smoking?
12    A.   Offhand I can't remember any
13 doctor.
14    Q.   You don't recall any doctor ever
15 asking you to quit?
16    A.   No. I recall doctors on the
17 other side of the table smoking while he
18 was talking to me.
19    Q.   You recall some of your doctors
20 smoking?
21    A.   Yeah.
22    Q.   Do you recall any family member
23 ever asking you to quit smoking?
24    A.   No, because my sister and my
25 mother and my father smoked.

1     Q.   Because most of your family
2  members were smoking along with you?
3     A.   Yeah.
4     Q.   And in fact, some of your family
5  members continued to smoke after you
6  quit; is that correct?
7     A.   Oh, yeah. I was the first one
8  to quit.
9     Q.   You were the first one of your
10 family to quit?
11    A.   Yeah.
12    Q.   Your wife continued to smoke
13 after you quit?
14    A.   Yeah, yeah. When she got fed up
15 with it, she quit.
16    Q.   We spent most of the day
17 yesterday talking about the different
18 places you worked and the different
19 places you served in the military and the
20 different places you lived over the
21 course of your lifetime.
22    A.   Yes.
23    Q.   And you told me about the
24 different ways you think you may have
25 come into contact with asbestos over the

1  course of your lifetime.
2     A.   Yes.
3     Q.   As you sit here right now, is
4  there any other way you think you may
5  have come into contact with asbestos over
6  the course of your lifetime that we
7  haven't already talked about?
8        (All defendants object)
9     A.   I don't know, I don't really
10 know.
11    Q.   Now again, your attorney
12 provided us with a document prior to this
13 deposition that lists the different
14 places you worked, the different places
15 you lived, some of the doctors you
16 visited over your lifetime and in that
17 document there's some reference to you
18 doing some work on cars. Did you ever do
19 any work on automobiles?
20    A.   Yeah.
21    Q.   We haven't already talked about
22 that, correct?
23    A.   Right. I did it myself.
24    Q.   Now, is this work you did for
25 pay or just a hobby, something you did on

9 (Pages 185 - 188)

1  the side?

2  A.  I did it, I did it on my own

3  cars to save money. And then being in

4  the firehouse, they had a long driveway

5  and I was a pretty good mechanic, the

6  fellows, they always asked me to help

7  them out and put in a disk or a plate or

8  whatever we were using.

9  Q.  You just mentioned the

10  firehouse, did you ever do any work on

11  your own vehicles prior to being a

12  fireman?

13  A.  No, not really.  I learned a lot

14  from them.

15  Q.  So, the first time you ever did

16  any work on your vehicles would have been

17  after you started working as a fireman

18  for New York City, correct?

19  A.  Yeah.  But I usually, I mean,

20  used to do little jobs, you know, I don't

21  think I did clutches or transmission or

22  anything like that.

23  Q.  And when you say little jobs,

24  what are you talking about, you're

25  talking about changing the oil?

1  A.  Yeah.

2  Q.  Changed spark plugs?

3  A.  Yeah.  Even the points in the

4  regular -- I could do that.

5  Q.  Did you change plugs or points?

6  A.  Yeah.

7  Q.  Did you change tires?

8  A.  Oh, sure.

9  Q.  Did you change filters?

10  A.  Yes.

11  Q.  How about belts or hoses?

12  A.  Yes.  I did a lot.

13  Q.  And did you typically do this

14  work outside of your house, at the fire

15  department?

16  A.  At the firehouse, we had a long

17  alley.

18  Q.  So, most of the work that you

19  did on your cars, your personal vehicles

20  would have been done at the firehouse?

21  A.  Yeah, because if I got stuck I

22  could ask somebody.

23  Q.  Did you ever do any body work?

24  A.  Yeah.

25  Q.  Were all the vehicles that you

1  worked on vehicles that you personally

2  owned?

3  A.  That I personally owned?

4  Q.  In other words, were they all

5  your vehicles?

6  A.  Yeah.  But I did help out

7  friends with their vehicles.  Now I can't

8  even help myself out.

9  Q.  Do you believe that any of the

10  auto work that you did, either on your

11  own vehicles or assisting some friends,

12  perhaps some fellow firefighters with

13  their vehicles, in any way caused you to

14  come into contact with asbestos?

15  A.  Oh, no, I don't think so.

16  Possibly with the brakes, a clutch.

17  Q.  Well, a lot of things are

18  possible.  As you --

19  A.  Well, I'm saying that they

20  contained asbestos.

21  Q.  Can you list for me the

22  different vehicles you recall doing work

23  on that you think may have caused you to

24  come into contact with an asbestos part

25  or component?

1  A.  I don't know, had to be all the

2  cars that I owned.

3  Q.  Let's focus on the period of

4  time that you were a member of the fire

5  department, --

6  A.  Okay.

7  Q.  -- okay?  Can you list for me

8  the different vehicles you owned during

9  that period of time?

10  A.  Well, I know I started off with

11  a '41 Ford.

12  Q.  Okay, 1941 Ford, what else did

13  you own during the period of time that

14  you worked for the fire department that

15  you think you did work on?

16  A.  I had two Buick's.

17  Q.  So, a 1941 Ford, two Buick's.

18  A.  Yeah.

19  Q.  What else?

20  A.  I had a Pontiac convertible.

21  Q.  Okay.

22  A.  I had a Ford van for twelve

23  years.

24  Q.  Anything else?

25  A.  I think that's about it.  I

10 (Pages 189 - 192)

Page 193

1  probably could think of a couple more but
2  now I don't know.
3      Q.   If you think of any others, let
4  me know.
5      A.   Okay.
6      Q.   So far we have a 1941 Ford, two
7  Buick's, a Pontiac convertible and a Ford
8  van.
9      A.   Okay.
10     Q.   The 1941 Ford, I take it you
11  purchased that used, correct?
12     A.   Yeah.
13     Q.   Do you remember what year you
14  purchased it?
15     A.   Oh, that was -- I bought the car
16  for $50, that should give you...
17     Q.   Do you remember who you bought
18  it from?
19     A.   Some guy from Bay Ridge.
20     Q.   Do you remember what year you
21  bought it or how old you were when you
22  bought it?
23     A.   I was probably just about,
24  probably about 19 or 20.
25     Q.   So, that would have been around

Page 194

1  1955 or so?
2      A.   Yeah. That was my first car.
3      Q.   And I take it you didn't do any
4  work on that vehicle until you started
5  working for the fire department?
6      A.   Oh, no, no. I would have worked
7  United Vari-Crafts and I was using the
8  Ford in all that.
9      Q.   How long did you own the 1941
10  Ford?
11     A.   That's a tough question, '41
12  Ford is many years ago.
13     Q.   I understand but approximately
14  how many years did you own it?
15     A.   I probably owned it about six or
16  eight years.
17     Q.   So, that would have been from
18  around the age of 20, which would be
19  around 1955, till around the early 1960s;
20  does that sound about right?
21     A.   Yeah. Everybody used it, it was
22  a street car, street box car. They
23  weren't too tough with insurance, guys
24  could borrow the car no problem.
25     Q.   Did you do things on that

Page 195

1  vehicle, the 1941 Ford, like change the
2  oil?
3      A.   Oh, yeah.
4      Q.   You changed spark plugs on that
5  vehicle?
6      A.   Yeah.
7      Q.   How about plugs or points?
8      A.   Yes.
9      Q.   Did you change tires on that
10  vehicle?
11     A.   Yeah.
12     Q.   Did you change filters on that
13  vehicle?
14     A.   Yeah.
15     Q.   Did you change belts and hoses
16  on that vehicle?
17     A.   Right.
18     Q.   Now, most of the time you owned
19  this vehicle, you weren't working for the
20  fire department?
21     A.   Yeah.
22     Q.   Where did you do this work?
23     A.   In the street.
24     Q.   Outside of your home?
25     A.   Yeah.

Page 196

1      Q.   And you were living at 438 69th
2  Street at that time?
3      A.   Right. We'd go up to the park,
4  63rd Street, three or four guys with
5  cars, all friends would meet and then we
6  would work on cars.
7      Q.   Do you remember the names of any
8  of the friends that helped you with your
9  cars?
10     A.   No. They're probably all dead.
11  I could give you the names, George
12  Gunderson.
13     Q.   George Gunderson?
14     A.   Yeah.
15     Q.   Anybody else?
16     A.   Johnny Hoben.
17     Q.   Johnny?
18     A.   Hoben; H-O-B-E-N.
19     Q.   Anybody else?
20     A.   Louie Thomas. I don't know, I
21  could give you another 20 I think.
22     Q.   Are all these individuals
23  deceased?
24     A.   I don't know, I haven't seen
25  them, I've been living in Breezy Point.

11 (Pages 193 - 196)

1   Q.   So, you don't know if they're
2   still alive?
3   A.   I don't know.
4   Q.   Do you have any reason to
5   believe that any of the work you did on
6   the 1941 Ford either outside of your home
7   in Bay Ridge or perhaps during the first
8   year or two that you worked at the
9   firehouse in any way caused you to come
10  into contact with asbestos, just on the
11  '41 Ford?
12  A.   No.
13  Q.   Now, you also mentioned two
14  Buick's, can you be more specific as to
15  the types of Buick's they were; in other
16  words, the model?
17  A.   Yeah, I think -- I can't think
18  of the sub-name, what they were. There
19  was a four door and I think a two door
20  because they had very big doors.
21  Q.   The two door was a coupe?
22  A.   Yeah.
23  Q.   Do you remember the model of the
24  coupe?
25  A.   No.

1   Q.   Do you remember the year of the
2   vehicle?
3   A.   No.
4   Q.   Did you purchase both vehicles
5   used?
6   A.   Yes.
7   Q.   Do you recall the year of either
8   the two door or the four door?
9   A.   No. I couldn't afford a new
10  car.
11  Q.   How old were you when you
12  purchased the four door Buick?
13  A.   Probably over 18, I don't know,
14  25.
15  Q.   This was after the '41 Ford?
16  A.   Oh, yeah, yeah.
17  Q.   You didn't own it at the same
18  time?
19  A.   No.
20  Q.   So, you owned the four door
21  Buick during the period of time you were
22  working as a fireman, correct?
23  A.   No, no. Four door -- maybe I
24  did, I'm not sure.
25  Q.   Well, you told me you owned the

1   '41 Ford till the early 60s which would
2   have been about the time you started
3   working for the fire department. So, do
4   you think you owned the four door Buick
5   during the early portion of the years you
6   worked for the New York City Fire
7   Department?
8   A.   I don't think so. A little
9   earlier now in those things but I don't
10  think I had the '41 Ford down at the
11  firehouse.
12  Q.   So, you don't think you had the
13  '41 Ford down at the firehouse?
14  A.   No.
15  Q.   Do you think you owned the four
16  door Buick at any time that you were
17  working as a fireman?
18  A.   No. I worked -- I owned the
19  Buick convertible, I remember taking that
20  to Virginia on a few trips.
21  Q.   Was that the coupe, the two
22  door?
23  A.   Yeah.
24  Q.   Which did you own first, the
25  four door or the two door?

1   A.   I think the four door.
2   Q.   And how many years did you own
3   the four door?
4   A.   Probably about three.
5   Q.   And this was before you were a
6   fireman?
7   A.   I was a fireman.
8   Q.   You were a fireman when you
9   owned the four door?
10  A.   Yeah.
11  Q.   Let's just talk about the four
12  door Buick first. Did you do things --
13  A.   I got them mixed up now. I was
14  in the air force.
15  Q.   Do you think you were in the air
16  force when you --
17  A.   Yes.
18  Q.   -- owned the four door Buick?
19  A.   Because I used to make trips
20  from Langley, Virginia.
21  Q.   So, if you were in the air
22  force, that would place us around 1959 to
23  1961 or 2; does that sound about right?
24  A.   Okay.
25  Q.   Did you own the four door Buick

12 (Pages 197 - 200)

1 throughout the entire period of time you
2 were in the air force?
3    A.   No.  Once I shipped overseas I
4 got rid of all my cars.
5    Q.   So, you would have only owned
6 the four door Buick before you went to
7 Germany?
8    A.   Yes.
9    Q.   Which would put us in the late
10 50s?
11   A.   Yes.
12   Q.   And I take you did things like
13 change the oil on that car?
14   A.   Yeah, changed stuff.
15   Q.   You changed the spark plugs?
16   A.   Yes.
17   Q.   Did you do plugs and points on that
18 vehicle?
19   A.   Yes.
20   Q.   Did you change tires on that
21 vehicle?
22   A.   Yes.
23   Q.   Did you change filters and belts
24 and hoses on that vehicle?
25   A.   Yes.

1    Q.   Any body work on that vehicle?
2    A.   Probably, probably some body
3 work but I don't remember.
4    Q.   You don't remember the body
5 work, okay.  Do you have any reason to
6 believe that any of the work you did on
7 the four door Buick that you owned when
8 you were in the air force prior to going
9 overseas in any way caused you to come
10 into contact with asbestos?
11   A.   No.  I never did any grinding on
12 it or anything.
13   Q.   Now, you also told me that you
14 owned a two door Buick; is that correct?
15   A.   Yeah.
16   Q.   Did you own that vehicle after
17 you got back from the air force?
18   A.   No, no.
19   Q.   When did you own that vehicle?
20   A.   Sometime before I went overseas.
21   Q.   So, this was also before you
22 went overseas?
23   A.   Yeah.
24   Q.   So, this would have been mid to
25 late 50s again?

1    A.   Yeah.  I got newer cars when I
2 came back.
3    Q.   I take it you purchased the two
4 door Buick used as well?
5    A.   Yeah.  I don't know if I
6 purchased that before I went to Europe or
7 what.
8    Q.   Well, you told me you think you
9 owned it before you went into the air
10 force; is that incorrect?
11   A.   (No verbal response given)
12   Q.   In other words, do you remember
13 where you drove the two door Buick to and
14 from?
15   A.   Yeah, I must have, I must have.
16 No, I drove that around Brooklyn.
17   Q.   So, would that have been before
18 or after you were in the service?
19   A.   No.  Yeah, that was when I was
20 in the service I used that car.
21   Q.   You used the two door when you
22 were in the service?
23   A.   Yeah.
24   Q.   And this would have been before
25 you went overseas?

1    A.   Right.
2    Q.   Once again, did you do things
3 like change the oil and spark plugs on
4 that vehicle?
5    A.   Yes.
6    Q.   And you changed points on that
7 vehicle?
8    A.   Yes.
9    Q.   Did you change any tires on that
10 vehicle?
11   A.   Yes.
12   Q.   How about filters or belts or
13 hoses?
14   A.   Yes.
15   Q.   Did you do any body work on that
16 vehicle?
17   A.   Yes.
18   Q.   Do you have any reason to
19 believe that any of the work you did on
20 the two door Buick prior to going
21 overseas in the air force in any way
22 caused you to come into contact with
23 asbestos?
24   A.   No.
25   Q.   So, we've talked about the '41

13 (Pages 201 - 204)

Page 205

1  Ford and we've talked about the two
2  Buick's. You also told me that at some
3  point in time you owned a Pontiac
4  convertible; is that correct?
5     A.   Yes.
6     Q.   Do you remember the year of the
7  Pontiac convertible?
8     A.   No.
9     Q.   When did you own that vehicle?
10    A.   I don't know. Let's see, in
11 between -- I don't know, that's a hard
12 question for me.
13       MR. FINLEY:  Take your time.
14    Q.   Sure.
15    A.   I don't know.
16    Q.   Let me try to help you. Did you
17 own the Pontiac convertible before or
18 after you became a New York City
19 firefighter?
20    A.   I owned that before.
21    Q.   You owned that vehicle before
22 you were a firefighter also?
23    A.   I think so, yeah, I'm pretty
24 sure.
25    Q.   You owned a lot of vehicles

Page 206

1  before you were a firefighter; is that
2  correct?
3     A.   Yeah. They're only secondhand
4  cars.
5     Q.   I understand that. You
6  purchased that vehicle used I take it?
7     A.   Yeah.
8     Q.   Do you remember who you
9  purchased it from?
10    A.   No.
11    Q.   Do you remember how long you
12 owned it?
13    A.   The Pontiac?
14    Q.   The Pontiac convertible.
15    A.   I owned that probably about two
16 years.
17    Q.   And this was prior to going
18 overseas?
19    A.   Yeah. I spent a year in
20 Langley, Virginia.
21    Q.   I understand that. Were there
22 times where you owned more than one car
23 at a time before you went overseas?
24    A.   No.
25    Q.   So, all these cars were owned

Page 207

1  individually?
2     A.   Right.
3     Q.   Focusing on the Pontiac
4  convertible, did you change the oil on
5  that car?
6     A.   Yes.
7     Q.   Did you change spark plugs and
8  points on that car?
9     A.   Yes.
10    Q.   Did you change tires on that
11 car?
12    A.   Yes.
13    Q.   Did you change filters on that
14 car?
15    A.   Yes.
16    Q.   Did you change belts and hoses
17 on that car?
18    A.   Yes.
19    Q.   Did you do any body work on that
20 car?
21    A.   Yes. On all the cars.
22    Q.   Do you have any reason to
23 believe that any of the work that you
24 personally did on the Pontiac convertible
25 in any way caused you to come into

Page 208

1  contact with an asbestos part or
2  component?
3     A.   No, I don't think so.
4     Q.   You also told me you owned a
5  Ford van and you owned that for about
6  twelve years, a long time.
7     A.   Right.
8     Q.   Did you own this vehicle while
9  you were a New York City firefighter?
10    A.   Yeah.
11    Q.   This was one of the vehicles you
12 were driving when you were a firefighter?
13    A.   Yes.
14    Q.   Did you purchase the Ford van
15 new or used?
16    A.   Used.
17    Q.   Do you remember what year you
18 purchased it?
19    A.   No, I don't remember.
20    Q.   Do you remember who you
21 purchased it from?
22    A.   Some guy in New Jersey but I
23 don't know.
24    Q.   You said you owned the vehicle
25 for about twelve years, can you give me

14 (Pages 205 - 208)

1  an estimate as to the period of time you
2  owned that vehicle; in other words, when
3  did those twelve years occur?
4      A.  I don't know. I know I got rid
5  of it just before I was getting out of...
6      Q.  Just before you were --
7      A.  Getting out of the service, out
8  of the...
9      Q.  Now I'm confused. You got rid
10 of the Ford van before you got out of the
11 service?
12     A.  (No verbal response given)
13     Q.  That doesn't really make any
14 sense because if you said you owned that
15 vehicle for twelve years, I don't think
16 it's possible that you could have gotten
17 rid of it before you left the service?
18     A.  I owned it for a long time, I
19 know that.
20     Q.  I understand that. Did you own
21 the Ford van while you were a New York
22 City fireman?
23     A.  Oh, yes.
24     Q.  So, this would have been after
25 the service?

1      A.  Yeah. Because I was -- I worked
2  on the Ford van in the fire department
3  driveway.
4      Q.  In the long driveway outside --
5      A.  Yeah.
6      Q.  -- of the fire department?
7      A.  Yeah. And I worked in there for
8  years.
9      Q.  Now, this Ford van, did you own
10 it during the early, the middle or the
11 latter portion of your tenure with the
12 fire department?
13     A.  That's what I was trying to
14 project the next question because I knew
15 it was coming.
16     Q.  In other words, was this towards
17 the end of your years with the fire
18 department?
19     A.  Getting close, I don't know how
20 close.
21     Q.  Do you think you owned this Ford
22 van in the 1970s or the 1980s?
23     A.  Oh, yeah, I think 1980s, I
24 think.
25     Q.  Do you remember what year you

1  sold it?
2      A.  No, I don't.
3      Q.  Do you remember who you sold it
4  to?
5      A.  No. We used to take a lot of
6  trips upstate with it, you know.
7      Q.  Did you do things like change
8  the oil on that vehicle?
9      A.  Yeah.
10     Q.  Did you change spark plugs and
11 points on that vehicle?
12     A.  Yeah, all of that.
13     Q.  You changed tires?
14     A.  Yeah.
15     Q.  You changed filters and belts
16 and hoses?
17     A.  Yeah.
18     Q.  Did you do any body work on that
19 vehicle?
20     A.  Yeah.
21     Q.  Did you ever change a starter or
22 an alternator on that vehicle?
23     A.  Oh, yeah, starter, yeah.
24     Q.  You changed a starter?
25     A.  Oh, yeah. When it didn't work,

1  I hit it with a hammer and it would work.
2      Q.  And you did most of this work in
3  the driveway of the firehouse you were
4  working at?
5      A.  Or wherever it happened, I had
6  to do that on a thruway. The starter was
7  -- got hung up on the first spot but I
8  knew how to fix it with a hammer.
9      Q.  Do you think any of the work
10 that you did on the Ford van that you
11 owned for twelve years in any way caused
12 you to come --
13         MR. WARSHAUER:  Strike that.
14     Q.  Do you think that any of the
15 work that you personally performed on the
16 Ford van in any way caused you to come
17 into contact with an asbestos-containing
18 part or component?
19     A.  I don't think so.
20     Q.  Do you recall any other vehicle
21 you owned during your lifetime that you
22 personally did automotive maintenance or
23 repair work on?
24     A.  I got to tell you about my Ford
25 van, they had asbestos in the brake shoes

Page 213

1   and everything.
2   Q.   Did you ever do any brake work
3   on the Ford van?
4   A.   Oh, sure.
5   Q.   Well, you haven't told me about
6   that, you got to tell me these things.
7   A.   I did a lot of brake work.
8   Q.   How many times do you think you
9   did a brake job on the Ford van?
10   A.   In twelve years?
11   Q.   Yes.
12   A.   I don't know, about 30 times
13   because I hauled a lot of stuff.
14   Q.   Were you tough on brakes?
15   A.   Yeah. Well, I used to do
16   roofing too, I would carry 500 pounds in
17   there, 500, 1,000 pounds.
18   Q.   You used to carry roofing
19   materials --
20   A.   Roofing.
21   Q.   -- in the Ford van?
22   A.   Rolls of roofing material or for
23   shingles.
24   Q.   Now, you didn't -- you only
25   briefly or I think on one occasion

Page 214

1   yesterday you mentioned roofing work but
2   then you didn't tell me that you did that
3   work when you were doing that side work
4   at the residential homes, so we'll come
5   back to that in a minute.
6   A.   I did roofing from day one.
7   Q.   I'll come back to that in a
8   minute, let me --
9        (All defendants move to strike the
10   non-responsive portions)
11   Q.   Let me finish up with the brake
12   work on the Ford van.
13   A.   Sure.
14   Q.   You estimated you did about 30
15   brake jobs on that Ford van?
16   A.   Yeah.
17   Q.   Was all of the brake work you
18   did on the Ford van done outside of the
19   firehouse that you worked at?
20   A.   Yes.
21   Q.   Did anyone such as any of the
22   other firemen ever assist you with any of
23   the brake work?
24   A.   Oh, yeah, they helped me.
25   Q.   Do you remember the names of any

Page 215

1   of your fellow firefighters that assisted
2   you?
3   A.   Ralph Lombardi.
4   Q.   Anyone else?
5   A.   No. Funny names, I can't
6   remember.
7   Q.   Just Mr. Lombardi?
8   A.   Yeah, Lombardi.
9   Q.   What tools would you use to
10   perform a brake job?
11   A.   Oh, well, we had spring
12   releases.
13   Q.   What else?
14   A.   Coil clips, coil clips.
15   Q.   What else?
16   A.   And a special screwdriver wrench
17   that would take off the washer that was
18   holding the pads on.
19   Q.   Did this Ford van take brake
20   pads?
21   A.   Yes, brake pads.
22   Q.   Didn't use drum type brakes, it
23   took pads?
24   A.   No, I don't think -- no, took
25   brake pads. I changed the drum types.

Page 216

1   Q.   But this Ford van took pads?
2   A.   Yeah. But I had cars that was
3   drum.
4   Q.   I understand you had other
5   vehicles but we're just focusing on the
6   Ford van right now.
7   A.   Okay.
8   Q.   How long would it take you start
9   to finish to change the brakes on the
10   van?
11   A.   All four wheels?
12   Q.   Well, did you do all four wheels
13   every time you changed the brakes?
14   A.   No, I generally would do is take
15   off two wheels. I had another car in the
16   firehouse in the garage and we would pull
17   off all four wheels, get them turned
18   down, bring them back and put them on,
19   you know, with the new pads and the new
20   turn down drums.
21   Q.   Is there any part of the process
22   in performing a brake replacement job on
23   the Ford van that you think caused you to
24   come into contact with an
25   asbestos-containing part or component?

16 (Pages 213 - 216)

1    A.   Well, cleaning out brakes you
2  used a dry brush since there's a lot of
3  dust in there, you clean out with a brush
4  and then use a blower.
5    Q.   So, you used a dry brush to
6  clean out the brakes?
7    A.   Inside the drum, when I pulled
8  off the drum and then I blow it with an
9  air hose.
10    Q.   And then you follow up with an
11  air hose?
12    A.   Yeah.
13    Q.   Now, you mentioned the term drum
14  but then you also said pads.  Now, were
15  the type of brakes on this particular
16  vehicle drum type brakes?
17    A.   Drums is a drum that goes around
18  the outside and the pad is a pad that
19  goes on the inside of the drum, one that
20  gets the grooves in it and gets turned
21  down.
22    Q.   How long would it take you to
23  remove the existing pads on this
24  particular Ford van?
25    A.   All eight of them?

1    Q.   Well, how many were there?
2    A.   I only had four tires on it.
3    Q.   So, eight pads total?
4    A.   No.
5    Q.   You said eight.
6    A.   Yeah, I know, wrong guess.
7       MR. FINLEY:  Take your time.
8    Q.   How many pads were there on the
9  Ford van?
10    A.   Each wheel had four -- one,
11  two...
12    Q.   Each wheel had four?
13    A.   No, had two.
14    Q.   And the van had four tires,
15  correct?
16    A.   Yeah.
17    Q.   So, that would be eight pads in
18  total?
19    A.   Yeah.
20    Q.   So, you were right, you said
21  eight pads.
22    A.   Yeah.
23    Q.   How long would it take you to
24  remove the existing pads?
25    A.   I got to jack up the car and all

1  that.
2    Q.   You used a floor jack?
3    A.   Yeah.
4    Q.   No lift or anything?
5    A.   No.
6    Q.   How long would the process of
7  removing the existing brake pads take
8  you?
9    A.   I would say between two and
10  three hours.
11    Q.   And what would you do with the
12  old pads after you took them off?
13    A.   Throw them away.
14    Q.   Any way to tell who made the old
15  pads?
16    A.   I never did, I don't know the
17  name. They're worn down, the asbestos
18  part was worn off.
19    Q.   They were worn out?
20    A.   Yeah, they were gone.
21    Q.   So, you tossed them in the
22  garbage?
23    A.   Right.
24    Q.   Now, did you purchase the
25  replacement pads for that vehicle?

1    A.   Yes.
2    Q.   Do you remember where you
3  purchased them from?
4    A.   Oh, we had automotive stores
5  down around the firehouse.
6    Q.   Do you remember the names of any
7  of the automotive stores you frequented?
8    A.   No, no. There were so many of
9  them down there.
10    Q.   But they were near the house in
11  Brooklyn?
12    A.   Oh, yeah, they were near the
13  firehouse.
14    Q.   Do you remember the make or
15  manufacturer of any of the replacement
16  brake pads you installed on the Ford van?
17    A.   I used mostly used Bendix.
18    Q.   Is there a reason that you
19  mostly used that brand?
20    A.   Well, I got to come in, I got
21  used to using them, there were so many of
22  them.
23    Q.   Do you think you ever used any
24  replacement brake pads manufactured by a
25  company called Raybestos?

17 (Pages 217 - 220)

1     A.   No.
2     Q.   How about Johns-Manville?
3     A.   Oh, yeah, I heard of
4   Johns-Manville.
5     Q.   Did you ever use any pads made
6   by Johns-Manville?
7     A.   I don't know. I bought a set of
8   them somewhere.
9     Q.   Have we now talked about all the
10   different work you did on vehicles that
11   you personally owned that you can
12   presently recall?
13         MR. WARSHAUER: Well, actually let
14   me ask you differently, let me strike
15   that, that's a poorly phrased question.
16     Q.   You also told me that on
17   occasion you may have assisted the
18   firefighters with work on their own
19   vehicles; --
20     A.   Yes.
21     Q.   -- is that correct?
22     A.   Yes.
23     Q.   On occasions when you were
24   assisting the firefighters with work on
25   their own vehicles, did you do the same

1   type of work that you talked about doing
2   on your vehicles?
3     A.   Basically yes.
4     Q.   Did you help them change the
5   oil?
6     A.   Yeah.
7     Q.   Did you help them change spark
8   plugs or points on their own vehicles?
9     A.   All tit for tat, you know.
10     Q.   Helped them change tires?
11     A.   Yes.
12     Q.   Did you ever help them change
13   filters or belts or hoses on their
14   vehicles?
15     A.   Yes.
16     Q.   Did you ever help them with body
17   work on their own vehicles?
18     A.   Yeah.
19     Q.   Did you ever help them change a
20   starter or an alternator on any of their
21   own vehicles?
22     A.   A lot of times I didn't, they
23   did it on their own but a lot of times I
24   did help.
25     Q.   I understand. I only want to

1   focus on the times that you assisted
2   them, okay?
3     A.   Okay.
4     Q.   On any of the occasions when you
5   assisted the other firefighters with work
6   on their own vehicles, do you think that
7   you were in any way ever exposed to a
8   product or a component that contained
9   asbestos?
10     A.   Yeah. If they were working on
11   another set of brakes or clutches that
12   contained asbestos, I could be right
13   behind them with my car. The driveway
14   only held about six cars, five, six cars,
15   we used to line them up and work on each
16   car.
17     Q.   Did you ever assist any of the
18   firemen with any brake work?
19     A.   Oh, sure.
20     Q.   How many occasions?
21     A.   I don't know, a lot. I'm down
22   there 28 years.
23     Q.   When you were assisting the
24   other firemen with brake work on their
25   own vehicles, can you tell me

1   specifically what role if any you played
2   in the changing of the brakes?
3     A.   Sometimes the whole job myself.
4     Q.   Can you recall any specific
5   vehicle that someone else owned at the
6   fire department where you changed the
7   brakes?
8     A.   Oh, no. I didn't have a true
9   interest in it, only my own car.
10     Q.   You just recall doing it?
11     A.   Yeah, oh, yeah. But some guys
12   were really stuck and they couldn't
13   handle it.
14     Q.   And you can't give me an
15   estimate as to how many times you think
16   you helped a firemen change the brakes on
17   one of his vehicles?
18     A.   No, not on one particular
19   fireman but I could tell you about my
20   Ford van.
21     Q.   Well, we talked about your Ford
22   van.
23     A.   Yeah, that was a steady routine.
24     Q.   Would the person who owned the
25   vehicle be responsible for purchasing the

1  replacement brakes on their vehicle?
2      A.   Me, yes.
3      Q.   No.  The firemen who owned the
4  vehicle --
5      A.   Oh, yes.
6      Q.   -- that you assisted on --
7      A.   They bought their own.
8      Q.   Would you know the make or
9  manufacturer of any of the replacement
10  brakes that they purchased?
11      A.   Probably not on one they bought.
12      Q.   You wouldn't know that?
13      A.   No.  Maybe one or two.  We
14  always used a lot of Bendix brakes.
15      Q.   Do you know where they purchased
16  any of those vehicles?
17      A.   Right on Hamilton Avenue.
18      Q.   And you don't remember the name
19  of the supplier?
20      A.   No.  Because they changed, they
21  changed hands three or four times while I
22  was there, you know.  Auto parts store,
23  they changed over three or four times.
24      Q.   And you can't recall the
25  specific make or model of any vehicle you

1  helped another fireman change the brakes
2  on?
3      A.   No.  I used to know how to put
4  the brakes, they're all basically the
5  same, I knew how to put them together.
6      Q.   Did you ever assist a fireman
7  with a clutch job --
8      A.   Yes.
9      Q.   -- on any of their vehicles?
10  Are you okay?
11      A.   Yeah.  Just a cough.
12      Q.   Can you recall the make or model
13  of any vehicle that you assisted a
14  fireman with a clutch job on?
15      A.   No.  I only took interest in my
16  cars because I had a side business and I
17  had to keep them in top shelf condition.
18      Q.   Do you know when the first time
19  you would have assisted a fireman with a
20  clutch job would have been?  I don't want
21  you to guess, I only want you to tell me
22  if you know.
23      A.   Give it a year when they came on
24  the job, approximate give or take because
25  I was very -- well, you know, you knew

1  starting a job you want to help everybody
2  out, anybody needed my help, I gave them
3  help.
4      Q.   I understand that but I'm only
5  talking about a clutch job or clutch
6  work.  Do you know when the first time
7  you would have assisted a fireman with a
8  clutch job?
9      A.   No.  They trust me.
10      Q.   Do you know when the last time
11  would have been?
12      A.   No.  A lot of times just go over
13  there and tighten up a couple of bolts on
14  it.
15      Q.   Do you know what tools would
16  have been used in performing a clutch
17  job?
18      A.   Basically vice grips and channel
19  locks, always a persuasive hammer.  A few
20  other tools, I just can't put the name on
21  them.  I like tools.
22      Q.   Do you know the steps the
23  firemen and perhaps yourself in assisting
24  him would go through in replacing a
25  clutch?

1      A.   Not offhand, it's been quite a
2  while.
3      Q.   And you can't recall any
4  specific vehicle you assisted a firemen
5  with changing the clutch on; is that
6  correct?
7      A.   No.
8      Q.   That's correct?
9      A.   Yeah.  See, the clutch that I
10  had on the Ford van, I never changed that
11  one because that's the one I was doing
12  all the heavy lugging with.
13      Q.   The clutch lasted, you never had
14  to change it?
15      A.   Oh, no, it lasted.  I burned out
16  a lot of clutches.
17      Q.   Right.
18      A.   I never knew how long they
19  lasted.  I really abused a clutch, I had
20  a double clutch going up to maybe 1,000
21  pounds in the van.
22      Q.   On occasions when you were
23  assisting the firemen with changing a
24  clutch on any of their vehicles, what
25  roll if any would you play in the process

19 (Pages 225 - 228)

Page 229

1  of changing the clutch?
2      A.  Basically just advice, I'd be
3  working right alongside of them, maybe
4  help out with a few ways, they're
5  twisting a bolt or something.
6      Q.  The fireman was responsible for
7  changing the clutch on his own vehicle?
8      A.  Oh, yeah.
9      Q.  And I take it he would be the
10 one responsible for purchasing the
11 replacement clutch?
12     A.  I would say yeah.
13     Q.  And I take it the fireman would
14 purchase the replacement clutch from one
15 of those area supply houses in Brooklyn?
16     A.  Yeah.
17     Q.  Do you know how long the process
18 of removing an existing clutch would take
19 on any vehicle?
20     A.  Forty-five minutes I would say.
21     Q.  And how about the process of
22 installing the replacement clutch?
23     A.  About the same.
24     Q.  The firemen who owned the
25 vehicle that the clutch was being put in,

Page 230

1  he would be the one that was responsible
2  for purchasing the replacement clutch,
3  correct?
4      A.  Correct.
5      Q.  Would you know who the make of
6  any of the replacement clutches that the
7  firemen would install in his own vehicle?
8      A.  Yeah.  I just gave you the name
9  of the clutch before, what was the name
10 of the clutch I gave you before?  Well,
11 we used basically all the same clutches
12 from the store, the store on Hamilton
13 Avenue.
14     Q.  And do you know the name of the
15 store?
16     A.  No.  In fact, I can't remember
17 it now.  See, what was the name of the
18 clutch that I bought from that store,
19 what was the name of it, the clutch?
20 See, I forgot it already.
21     Q.  I can't help you, sir.
22     A.  I gave it to you before.
23     Q.  I don't think so.
24     A.  I gave you the name of the
25 clutch, yeah.

Page 231

1      Q.  Well, the transcript will speak
2  for itself, okay?
3      A.  Okay.
4          MR. FINLEY:  How many more
5  questions do you have along this line?
6          MR. WARSHAUER:  I'm pretty much
7  finished, this is good time to take a
8  break.
9      Q.  Sir, we're going to take a short
10 break now and we'll come back.
11     A.  Okay.
12         (Whereupon, at 11:27 A.M., a short
13     recess was taken)
14         (Back on the record at 11:44 A.M.)
15     Q.  Sir, we're back on the record
16 after a short break, are you able to
17 continue with your testimony?
18     A.  Okay.
19     Q.  You had told me that during our
20 previous session that you had
21 periodically used a Ford van to haul
22 around what you characterized as roofing
23 materials; is that correct?
24     A.  Yes.
25     Q.  Is this material that you used

Page 232

1  in connection with the work that you did
2  when you owned and operated Fred Brown
3  Painting?
4      A.  Is that the same material?
5      Q.  Well, you told me when you
6  operated your company which you called
7  Fred Brown Painting, --
8      A.  Yeah.
9      Q.  -- you had mentioned you did
10 work on residential homes in Manhattan
11 and in Brooklyn and in Queens and you
12 mentioned that you did painting work and
13 wallpaper work and paneling work at these
14 residential homes; --
15     A.  Yeah.
16     Q.  -- is that correct?
17     A.  Right.
18     Q.  Now, you just mentioned that
19 when you owned this Ford van, you used
20 the Ford van to carry around roofing
21 materials.
22     A.  Used it for painting materials
23 and everything.
24     Q.  Did you use it to carry around
25 roofing materials?

20 (Pages 229 - 232)

Page 233

1    A.    Yes, yes.
2         (All defendants object)
3    Q.    You didn't mention doing any
4    roofing work when you did the residential
5    home work in Manhattan and Brooklyn and
6    Queens.
7    A.    Well, I was a slow starter with
8    the roofing.
9    Q.    You were a?
10   A.    Slow starter with the roofing
11   work.
12   Q.    What does that mean?
13   A.    Newcomer, I was painting and
14   doing wallpaper and whatever way before I
15   was doing roofing material. Then the
16   roofing material got too heavy.
17   Q.    What type of roofing work if any
18   did you do when you were on those
19   residential home projects?
20   A.    I used to do the flat roof which
21   was the plane roofing material and then
22   it had a 90 pound mineral surface on top
23   of it that was -- and I did shingle
24   roofs, they weigh 100 pounds and were
25   10 x 10 square.

Page 234

1         MR. BISHOP: Can I get read back
2    when he's done?
3    Q.    Are you done with your answer,
4    sir?
5    A.    Yes.
6         (Whereupon, at this time, the
7    requested portion was read back by the
8    reporter)
9    Q.    Could you recall the address of
10   any home that you worked on where you did
11   roofing work?
12   A.    An address?
13   Q.    Yes.
14   A.    No, but I had plenty of them.
15   Q.    Can you recall the name or names
16   of any customers on whose homes you did
17   roofing work?
18   A.    I would have to make some phone
19   calls.
20   Q.    Can you tell me the first year
21   you would have done a roofing job on any
22   of these homes?
23   A.    I could give you the address --
24   not the address, I could give you the
25   location.

Page 235

1    Q.    Where was the location?
2    A.    I know I did a few of them on
3    Church Avenue.
4    Q.    Church Avenue where?
5    A.    Off of a few blocks --
6    Q.    What borough was that?
7    A.    In Brooklyn.
8    Q.    Anywhere else other than homes
9    on Church Avenue?
10   A.    Church Avenue. Was it also
11   Avenue U down there?
12   Q.    Avenue U?
13   A.    Yeah. And I think Church
14   crosses Avenue U, I did a home there, 25
15   years ago, you know.
16        MR. FINLEY: To the best that you
17   can remember.
18        THE WITNESS: Pardon?
19        MR. FINLEY: To the best that you
20   can remember.
21   Q.    Can you tell me the decade you
22   would have done this work?
23   A.    I got to get a starting point.
24   Q.    Yes.
25   A.    I don't know, I don't know right

Page 236

1    now. I probably been out from doing the
2    home jobs, probably been out about
3    fifteen years, I haven't done any home
4    work, home jobs I can't do anymore.
5    Q.    Well, fifteen years would put us
6    back in 2002, were you still doing home
7    renovation work back in 2002?
8    A.    Yeah, yeah, a little bit I
9    guess.
10   Q.    You did home renovation work
11   after you left the fire department?
12   A.    Oh, yeah. Well, not that long,
13   mostly for friends and callbacks from
14   over the years and I didn't even want to
15   do them but I did them.
16   Q.    When would have been the first
17   time you did any roofing work on any of
18   these home renovation projects?
19   A.    I don't know when I cut it off.
20   Q.    And that would have been when?
21   A.    When I cut -- I got out in '89
22   and...
23   Q.    Well, you got out in '89 but you
24   just told me a minute ago you did some
25   work after you left the fire department.

21 (Pages 233 - 236)

Page 237

1    A.   Absolutely. '95, maybe 2000.
2    Q.   So, you think the last time you
3  did any work on these residential home
4  projects would have been the late 90s to
5  perhaps about 2000?
6    A.   I think that would have been
7  most of it.
8    Q.   Did anyone ever assist you with
9  any of the roofing work?
10   A.   Oh, yeah.
11   Q.   Any of your children?
12   A.   Yes.
13   Q.   Which ones?
14   A.   All three of them, I had two
15  sons and a daughter.
16   Q.   I understand. All of them
17  assisted you with roofing work?
18   A.   Yes, at one time. I lost one
19  son.
20   Q.   I understand that. Did all
21  three of your children assist you with
22  roofing work?
23   A.   Yes. Not so much the roofing
24  with my daughter, she did the delicate
25  work.

Page 238

1    Q.   What tools would you use in
2  connection with these roofing projects?
3    A.   Hook knives, hook knife,
4  sheetrock knife, hammers. In my day we
5  didn't use the air gun, we used
6  three-quarter nails where you bang them
7  in. We always used nails, much easier
8  than the air gun.
9    Q.   Obviously this is all outdoor
10  work, correct?
11   A.   Yeah.
12   Q.   Do you know the make or
13  manufacturer of any of the roofing
14  materials you used during this period of
15  time?
16   A.   We used to have all five to ten
17  brands. Bought them all on McDonald
18  Avenue.
19   Q.   On where?
20   A.   McDonald Avenue.
21   Q.   This was a supplier on McDonald
22  Avenue?
23   A.   Yeah. It's been there for 30
24  years.
25   Q.   Do you remember the name of the

Page 239

1  supplier?
2    A.   McDonald Roofing.
3    Q.   What's the name of the
4  individual who owns McDonald Roofing?
5    A.   I don't know if his father is
6  still alive anymore. Richie was there,
7  the father's son.
8    Q.   Richie McDonald?
9    A.   Yeah, that was his son. I'm
10  assuming he took over the business from
11  the father, his father must have passed
12  away.
13   Q.   Do you know the make of any of
14  the materials you purchased in connection
15  with the roofing work that you performed
16  on these residential projects?
17   A.   The flashing cement, come in 5
18  gallon tins.
19        MR. BISHOP: Can I get a read back
20  when he's done?
21        (Whereupon, at this time, the
22  requested portion was read back by the
23  reporter)
24   Q.   Do you know the make or
25  manufacturer of any of the flashing

Page 240

1  cement that came in the 5 gallon tins?
2    A.   McCormick -- no, I don't know.
3    Q.   Do you know the make or
4  manufacturer of any of the roofing
5  shingles you used?
6    A.   Used to have them all on the
7  back of my hand, I didn't have to worry
8  about the names, I just don't remember.
9    Q.   Do you know the make or
10  manufacturer of any of the flat roofing
11  materials you used?
12   A.   Jeez, I always used to call it
13  60 pound and 90 pound, flat roofing.
14  Sixty pound was just a tar covering and
15  90 pound was tarpaper with mineral
16  surface on top.
17   Q.   Do you know the brand, trade or
18  manufacturer's name of any of the
19  tarpaper you used?
20   A.   No. I knew them all, I don't
21  know them now.
22        MR. BISHOP: Can I get a read back
23  of that answer?
24        (Whereupon, at this time, the
25  requested portion was read back by the

22 (Pages 237 - 240)

Page 241

1    reporter)
2    Q.   Is there any other type of
3    residential renovation work that you
4    performed on those homes in Manhattan,
5    Brooklyn and Queens for Fred Brown
6    Painting that you haven't already told me
7    about?
8    A.   Not that I remember, no.
9    Basically standard stuff, just painting
10   inside and wallpaper.
11   Q.   You told me that. You told me
12   you did painting, you did wallpaper, you
13   did paneling and you just mentioned today
14   you did some roofing work.
15   A.   Yeah, yeah. When you're taking
16   the wallpaper and sometimes you use water
17   to take it off. Sometimes you used razor
18   blades to take it off depending what kind
19   of paper it was.
20   Q.   You used razor blades to remove
21   the wallpaper?
22   A.   Yeah. That got dirty. Then you
23   had to sand the wall around there, all
24   the paper, the dried up paper would be
25   flying around.

Page 242

1    Q.   Why would you have to sand the
2    walls down?
3    A.   Because it would leave it lumpy
4    on the wall, the sheetrock walls, you
5    need it all smooth, you can get it all
6    off. And if they had the metallic paper,
7    any little bump behind the metallic paper
8    would show up.
9    Q.   So, you would sand the walls
10   down after you removed the paper?
11   A.   Yeah. And it dried, let the
12   glue dry, strip down the wall, go back
13   the next day, do another room. Dry the
14   room, as it dries that's the way you
15   would sand it. You couldn't sand it when
16   it was wet.
17   Q.   This is all work that you did
18   before you painted?
19   A.   Yeah. Or home, remove the
20   wallpaper.
21   Q.   Before you hung new wallpaper?
22   A.   Yeah, both.
23   Q.   So, either before you painted or
24   before you hung the new wallpaper?
25   A.   Right.

Page 243

1    Q.   You had mentioned that in
2    connection with the Ford van that you
3    owned during that twelve year period of
4    time that you used to haul around
5    materials, --
6    A.   Yes.
7    Q.   -- you had done about 30 or so
8    brake jobs on that vehicle.
9    A.   Yeah, the brake jobs, yeah.
10   Q.   All of them done to the best of
11   your recollection outside of the
12   firehouse where you were working,
13   correct?
14   A.   Right.
15   Q.   Is there any other work that you
16   did in connection with the Ford van that
17   you owned during that twelve year period
18   of time other than the brake work that
19   you've already told me about --
20   A.   Yeah.
21   Q.   -- that you think may have
22   caused you to come into contact with an
23   asbestos-containing part or component?
24   Just focusing on the Ford van.
25   A.   I don't think so, I think it was

Page 244

1    all outside. Maybe a little bit with the
2    -- when I tried to tell you before,
3    cleaning out the drums.
4    Q.   And you would use compressed air
5    and --
6    A.   A stiff dry brush, you know, all
7    that stuff.
8    Q.   And you would clean out the dust
9    and debris with the air hose?
10   A.   Air hose, yeah.
11   Q.   What would you use to clean out
12   the dust and debris?
13   A.   Air hose and a dry -- an old
14   paintbrush.
15   Q.   An old paintbrush?
16   A.   It was stiff.
17   Q.   And how long would that process
18   take you?
19   A.   Not too bad, I changed -- I
20   would say two, three hours, all four
21   tires.
22   Q.   Sir, have we now talked about
23   all the different ways you think you may
24   have come into contact with asbestos
25   throughout the course of your lifetime?

23 (Pages 241 - 244)

Page 245

1    A.  I guess, I think so. A lot of
2  things I can't remember.
3    Q.  I understand that. Did there
4  come a time either during your employment
5  history or shortly after you retired that
6  you first learned or heard about the
7  potential health issues associated with
8  the use of asbestos in products?
9    A.  There was a point in time when
10  they were talking about it.
11    Q.  When was that?
12    A.  That's what I don't know. But I
13  know about asbestos being dangerous.
14    Q.  You don't know when you learned
15  or heard about the potential health
16  issues about asbestos?
17    A.  No. I disregarded it like 9,000
18  people on the street.
19    Q.  And why did you disregard it?
20    A.  Because nobody else stops
21  smoking or anything like that.
22    MR. FINLEY: He's not asking about
23  smoking.
24    Q.  We're only talking about
25  asbestos.

Page 246

1    MR. FINLEY: When you learned
2  asbestos was dangerous.
3    A.  Oh, oh. I was careful when I
4  was working with it I thought, asbestos,
5  I don't know. Some houses had asbestos
6  shingle on it, used to break them, take
7  all the broken ones and drill holes and
8  shingles that fell off.
9    Q.  Have you ever been a regular or
10  daily consumer of alcohol or alcoholic
11  beverages?
12    A.  Yes.
13    Q.  Do you still drink alcohol?
14    A.  Yes. Even tonight.
15    Q.  What do you drink?
16    A.  Just beer.
17    Q.  Do you have a particular brand
18  that you favor?
19    A.  Coors Light. I'm a, I'm a
20  functional alcoholic.
21    Q.  How many beers a day do you
22  normally drink?
23    A.  I would say about six.
24    Q.  About a six pack?
25    A.  (Nodding in the affirmative)

Page 247

1    Q.  Has that been fairly consistent
2  throughout your adult lifetime?
3    A.  Yes. It's my reward for still
4  being able to work.
5    Q.  How long have you consumed
6  approximately a six pack of beer per day?
7    A.  Oh, I don't know, 20 years.
8    Q.  Were you consuming beer when you
9  were a member of the FDNY?
10    A.  Yeah.
11    Q.  How about when you were in the
12  service?
13    A.  Yeah. More than that, more than
14  20 years.
15    Q.  Were you consuming beer when you
16  were in high school?
17    A.  No.
18    Q.  So, you started shortly after
19  you left high school?
20    A.  Yeah. Never drank when I was in
21  high school.
22    Q.  You started shortly after you
23  left high school?
24    A.  Yeah.
25    Q.  So, you would have started

Page 248

1  drinking beer at about the time you
2  started working for United Vari?
3    A.  Even after that I didn't drink,
4  I drank three or four years after that.
5    Q.  Did you start right around the
6  time you went into the air force?
7    A.  Yeah, about then.
8    Q.  And you continue to drink about
9  a six pack per day?
10    A.  Yeah.
11    Q.  Ever anything else, hard liquor,
12  scotch?
13    A.  Oh, yeah, we used to go to the
14  SCO club and I used to take a couple of
15  hard liquors, I didn't like, I never
16  liked that, Seagram 7 and stuff, but I
17  couldn't handle it, so I quit it. Quit
18  it very quick actually, this is not for
19  me.
20    Q.  And you've consumed beer on a
21  daily basis since that time?
22    A.  Yeah, I could control it.
23    Q.  Has any health care professional
24  ever told you to cut back on your alcohol
25  consumption?

24 (Pages 245 - 248)

1　A.　No, not really.
2　Q.　Have you ever been diagnosed
3　with any alcohol-related illness or
4　disease?
5　A.　No.
6　Q.　We're going to talk now about
7　your medical history, okay?
8　A.　Okay.
9　Q.　From the time you were born
10　until you graduated from high school in
11　around 1953 or so, were you ever
12　hospitalized for any reason?
13　A.　No.
14　Q.　Were you ever treated for any
15　ailments or illnesses as a child other
16　common variety type things like colds or
17　flu?
18　A.　No.
19　Q.　Did you have the polio vaccine
20　as a child, if you can remember?
21　A.　I don't remember. Probably did.
22　Q.　Between the time you graduated
23　high school up until you went into the
24　air force, were you ever hospitalized for
25　any reason?

1　A.　No.
2　Q.　Were you ever treated for any
3　ailments or illnesses other than common
4　variety type things like colds or flu?
5　A.　No.
6　Q.　I think you told me that when
7　you were in the service, you had a back
8　injury and you stayed in bed for a few
9　days --
10　A.　Yeah.
11　Q.　-- to get better. Nothing more
12　serious than that, correct?
13　A.　Oh, yeah, I had back surgery.
14　Q.　Well, when did you have the back
15　surgery?
16　A.　After the service.
17　Q.　While you were in the service,
18　were you ever treated for any ailments or
19　injury?
20　A.　No, no. They just took that --
21　when they wanted a court martial because
22　I wouldn't...
23　Q.　Because you wouldn't get out of
24　bed, you told me that yesterday.
25　A.　I said go ahead, court martial

1　me, call the cops, I can't get out of
2　bed.
3　Q.　Any other ailments or illnesses
4　while you were in the air force?
5　A.　No, no, I never really got hurt.
6　Q.　Was the back surgery the first
7　time you were hospitalized?
8　A.　I think -- oh, when I got out?
9　Q.　Yes. Was that the first time
10　you were hospitalized?
11　A.　Oh, no, I got all kinds of
12　surgeries.
13　Q.　What's the first surgery you can
14　recall having during your lifetime?
15　A.　Total knee replacement.
16　Q.　When was that?
17　A.　I was going to go along with you
18　but now you want all the days, it's
19　tough.
20　Q.　Well, you don't have to
21　necessarily give me the exact date, we
22　can get your medical records but if you
23　could give me an estimate of how old you
24　were or what decade it was, that would
25　help.

1　A.　I think it was about fifteen
2　years ago, fourteen years ago.
3　Q.　All right, that would place us
4　after 2000.
5　A.　Okay.
6　Q.　Were you ever hospitalized prior
7　to 2000?
8　A.　I don't think so.
9　Q.　You were never treated for any
10　ailments or illnesses that required a
11　hospitalization prior to 2000?
12　A.　This is 2017?
13　Q.　Yes. In other words, you worked
14　for the FDNY until 1989, correct?
15　A.　Yes.
16　Q.　You started in '62 approximately
17　and you left in '89.
18　A.　Yeah.
19　Q.　Were you ever hospitalized at
20　any time during the period you worked for
21　the FDNY?
22　A.　No, I don't think so.
23　Q.　Were you ever injured on the
24　job?
25　A.　No.

Page 253

1   Q.   Were you ever treated for any
2   ailments or illnesses during that period
3   of time other than common variety type
4   things like colds or flu?
5   A.   No. I got dragged out a few
6   times because of smoke inhalation.
7   Q.   But nothing that required an
8   extended hospitalization?
9   A.   No.
10  Q.   Did you have both knees replaced
11  or just one?
12  A.   I had that (indicating).
13  Q.   Left knee?
14  A.   Left knee, that was a total
15  replacement.
16  Q.   So, you had the left knee
17  replacement.
18  A.   Yeah.
19  Q.   You had back surgery, correct?
20  A.   Yeah. I had arthroscopic
21  surgery on my right knee.
22  Q.   So, you had a left knee
23  replacement, you had arthroscopic surgery
24  on your right knee.
25  A.   Yeah.

Page 254

1   Q.   You had back surgery, correct?
2   A.   Yes.
3   Q.   What other surgeries?
4   A.   That one's still a killer, the
5   back surgery was slipped off -- my spine
6   was slipping off my pelvis and I had a
7   rod and screws and four or eight screws
8   in there.
9   Q.   So, we have left knee
10  replacement, arthroscopic surgery on the
11  right knee, back surgery relating to your
12  spine slipping off your pelvis. I think
13  you told me previously you had carotid
14  artery surgery, correct?
15  A.   Both of them cleaned out.
16  Q.   So, you had two surgeries?
17  A.   Yeah, two surgeries.
18  Q.   What other kind of surgeries did
19  you have?
20  A.   I had lung cancer.
21  Q.   We'll get to that.
22  A.   Well, you should know about
23  that.
24  Q.   Yes, we'll get to the lung
25  cancer, I promise.

Page 255

1   A.   Okay.
2   Q.   Were you ever treated for any
3   other types of cancer?
4   A.   I had so many surgeries.
5   Q.   Did you have prostate cancer?
6   A.   Yes.
7   Q.   Did you have surgery for the
8   prostate surgery?
9   A.   I had seeds implanted.
10  Q.   You had radioactive seed
11  implantation?
12  A.   Yes.
13  Q.   Any other type of cancer; skin
14  cancer, melanoma, anything like that?
15  A.   No.
16  Q.   And I think I asked you this
17  yesterday, you never had a heart attack?
18  A.   No, I never had a heart attack.
19  Q.   You did have a heart attack?
20  A.   No, I had a stroke.
21  Q.   I know you had a stroke, just
22  once?
23  A.   Yeah, one stroke.
24  Q.   Okay, one stroke, no heart
25  attacks?

Page 256

1   A.   No heart attack, there was the
2   stroke.
3   Q.   Any other surgeries that you can
4   recall?
5   A.   Oh, yeah, I got the hand surgery
6   here (indicating).
7   Q.   Carpal tunnel?
8   A.   No. This was that thing with
9   contraction -- see, I can't lift these
10  two fingers up (indicating).
11  Q.   So, you had surgery on your
12  hand?
13  A.   Yeah. It's a common disease
14  getting surgery up to here (indicating),
15  but it didn't work.
16       MR. FINLEY:  Plaintiff is
17  indicating to a scar on his left hand.
18       MR. WARSHAUER:  On his left hand.
19  Q.   Has any doctor ever told you you
20  suffer from a condition known as
21  emphysema?
22  A.   No.
23  Q.   Have you ever been told you
24  suffer from a condition known as COPD or
25  chronic obstructive pulmonary disease?

26 (Pages 253 - 256)

Page 257

1    A.   No.
2    Q.   Have you ever been treated for
3  tuberculosis or TB?
4    A.   No.
5    Q.   Have you ever been treated for
6  pleurisy?
7    A.   No.
8    Q.   Have you ever been told you
9  suffer from asthma?
10   A.   No.
11   Q.   Have you ever been diagnosed or
12  treated for pneumonia?
13   A.   No.
14   Q.   Have you ever been diagnosed or
15  treated for a condition called chronic
16  bronchitis?
17   A.   No.
18   Q.   I already asked you, you never
19  had a heart attack, correct?
20   A.   Right.  Probably working my way
21  towards it.
22       MR. FINLEY:  I think we can take a
23  break if you think you're going to have
24  a heart attack.
25       THE WITNESS:  Not now.

Page 258

1    Q.   Where did you have the left knee
2  replacement done?
3    A.   Oh, hospital down off of
4  Atlantic Avenue.
5    Q.   In Brooklyn?
6    A.   Brooklyn near the Belt Parkway.
7       MR. FINLEY:  Off the record.
8       (Discussion held off the record)
9    Q.   You had your left knee replaced
10  at a hospital in Brooklyn down by the
11  Belt Parkway you said, correct?
12   A.   Yes.
13   Q.   You don't know the name of the
14  hospital?
15   A.   Yeah, working on it.
16   Q.   Is it SUNY Downstate or
17  Methodist Hospital or Mount Sinai in
18  Brooklyn?
19   A.   Mounts Sinai?  It's right by
20  Atlantic Avenue and the highway there in
21  Brooklyn.
22   Q.   Not Coney Island Hospital?
23   A.   Yes -- oh, no, Coney Island is
24  at the other end.  By the Brooklyn
25  Battery Tunnel.

Page 259

1    Q.   I'm not sure of the name of the
2  hospital but that's where you had the
3  surgery performed, correct?
4    A.   Yeah.
5    Q.   Do you remember the name of the
6  doctor that performed the surgery?
7    A.   It's a three letter name, it's
8  an Indian name, I don't know.
9       MR. FINLEY:  If you can't remember
10  they can get your medical records, so
11  just what you can remember.
12       THE WITNESS:  Attached to my name
13  and it's eleven, twelve years ago.
14   Q.   It wasn't Dr. Maheshwari, was
15  it?
16   A.   Maheshwari.
17   Q.   It wasn't that doctor.
18   A.   Yeah, he did some work on me but
19  I don't know what he did.
20   Q.   You also had arthroscopic
21  surgery on your right knee, correct?
22   A.   Yes.
23   Q.   Do you remember where that was
24  performed?
25   A.   Same place I think.

Page 260

1    Q.   Hospital in Brooklyn.
2    A.   Yeah.
3    Q.   Same surgeon?
4    A.   No, it was a different one, I
5  don't know though.
6    Q.   Do you remember when the left
7  knee replacement and the arthroscopic
8  surgery on your right knee was performed?
9    A.   Probably about five years after
10  the other one.
11   Q.   Which was first?
12   A.   The left one.
13   Q.   The left knee replacement was
14  first?
15   A.   Yeah.
16   Q.   And arthroscopic surgery was
17  about five years later?
18   A.   Right.
19   Q.   When was the back surgery
20  performed?
21   A.   About five years ago.
22   Q.   So, that would have been about
23  2012?
24   A.   Yeah, I guess.
25   Q.   Where did you have the back

27 (Pages 257 - 260)

Page 261

1   surgery done?
2   A.   Downstate.
3   Q.   SUNY Downstate?
4   A.   Yeah.
5   Q.   Do you remember the name of the
6   doctor that performed the surgery?
7   A.   Yoshiharra. Ten hours on the
8   table, so it was serious.
9   Q.   Did you require any physical
10  therapy following the back surgery in
11  2012?
12  A.   Oh, yeah.
13  Q.   Where did you go for physical
14  therapy?
15  A.   I think I went to Sands Point in
16  Rockaway.
17  Q.   Were you admitted or did you go
18  on an outpatient basis?
19  A.   No, in and out because it's
20  right next to my house.
21  Q.   Have you just had the one back
22  surgery?
23  A.   Yeah, I think so.
24  Q.   You also mentioned you had two
25  carotid artery surgeries; is that

Page 262

1   correct?
2   A.   Yes.
3   Q.   Both performed by Dr. Gwertzman?
4   A.   Yes, I believe so, yeah.
5   Q.   When was the first one
6   performed?
7   A.   Oh, I don't know. I would say
8   -- I'm just guessing in the ballpark,
9   like a year ago, a year and a half ago.
10  Q.   Where were you hospitalized?
11  A.   Damn it, I need my daughter or
12  my wife.
13  Q.   Again, it's what you remember
14  and if you don't remember, just tell me
15  you don't remember.
16  A.   I can't remember.
17  Q.   And you had two surgeries,
18  correct?
19  A.   Yeah.
20  Q.   How much time elapsed between
21  the first and second surgery?
22  A.   On the carotid artery?
23  Q.   Yes.
24  A.   Oh, about six months I guess. I
25  had two friends die from that surgery.

Page 263

1   Q.   Do you remember how long ago you
2   were treated for prostate cancer?
3   A.   After the knee probably about
4   five to six years ago.
5   Q.   Do you remember the name of the
6   doctor that treated you for prostate
7   cancer?
8   A.   Yeah, I don't know but it was at
9   Kings Highway Medical Center.
10  Q.   So, Dr. Greenstein?
11  A.   Yeah.
12  Q.   And Dr. Greenstein performed the
13  radioactive seed implantation?
14  A.   Yes.
15  Q.   And where was that done?
16  A.   In Kings Highway, I think it was
17  a little room.
18  Q.   Was that a division of Mount
19  Sinai, 3201 Kings Highway in Brooklyn?
20  A.   No, no. It was on Nostrand
21  Avenue in Brooklyn.
22  Q.   How long ago did you have your
23  stroke?
24  A.   Oh, I guess about four or five
25  months ago at least.

Page 264

1   Q.   So, 2017 and you were treated by
2   Dr. Ahmed?
3   A.   Yeah, Dr. Ahmed.
4   Q.   Where were you hospitalized
5   following your stroke?
6   A.   I can't remember. I was only in
7   the hospital for one or two nights before
8   I was out.
9   Q.   Do you remember where you were
10  hospitalized?
11  A.   Can't remember.
12  Q.   And you also had hand surgery on
13  your left hand, correct?
14  A.   Yes.
15  Q.   How long ago was that?
16  A.   That was about two years ago.
17  That's annoying, worse than it was, never
18  worked out.
19  Q.   Did you require any chemotherapy
20  following your diagnosis with prostate
21  cancer?
22  A.   No.
23  Q.   Just the seeds?
24  A.   Just the seeds. And then the
25  seeds didn't do anything.

28 (Pages 261 - 264)

Page 265

1   Q.   But they never took out your
2   prostate?
3      A.   No.
4      Q.   You still have it.
5      A.   Yeah.
6      Q.   And also told me you were
7   diagnosed with lung cancer, correct?
8      A.   Right.
9      Q.   When were you diagnosed with
10  lung cancer?
11     A.   About two months ago, two
12  months.
13     Q.   Do you remember the name of the
14  doctor that diagnosed you with lung
15  cancer?
16     A.   Yeah, it was right over here,
17  Reyes.
18     Q.   It was Dr. Reyes?
19     A.   Reyes, yeah.
20     Q.   What were you experiencing just
21  prior to your going to the doctor that
22  led to the diagnosis; in other words,
23  what were you feeling?
24     A.   Before I had, before I had the
25  surgery, right?

Page 266

1      Q.   Yes.  What were you experiencing
2   that led you to seek medical attention?
3      A.   I don't know, I don't know if it
4   was hard breathing or what, I really
5   don't know.
6      Q.   Did you get a CAT scan or a
7   pulmonary function test?
8      A.   PTA?
9      Q.   PET scan, did you have a PET
10  scan?
11     A.   PET; P-E-T, yeah.
12     Q.   Where did you have the PET scan?
13     A.   I don't know.
14     Q.   Is Dr. Reyes the doctor that
15  told you you had lung cancer?
16     A.   Yes, I think so.
17     Q.   And he's a thoracic surgeon?
18     A.   He did the automatic surgery.
19     Q.   Did Dr. Reyes recommend surgery?
20     A.   I don't know.
21     Q.   You had surgery?
22     A.   Yeah.
23     Q.   Where did you have the surgery?
24     A.   I had so many of them in a three
25  month period.

Page 267

1      Q.   Do you remember where you had
2   the surgery following the lung cancer
3   diagnosis?
4      A.   Can't remember the hospital.
5   It's locally, it's around here somewhere.
6      Q.   Was it on Long Island?
7      A.   What?
8      Q.   Was it on Long Island or was it
9   in Brooklyn?
10     A.   One of those two but I don't
11  know which one.
12        MR. FINLEY:  If you don't remember
13     it's in your records, just to the best
14     of your recollection.
15     Q.   Has any doctor ever told you you
16  suffer from a condition known as
17  asbestosis?
18     A.   No.  Oh, a rhythm, a rhythm of
19  the heart?
20     Q.   No.  Did Dr. Reyes ever tell you
21  that he thought your lung cancer was
22  caused by cigarette smoking?
23     A.   No.
24     Q.   Did any doctor ever tell you
25  that they thought your lung cancer was

Page 268

1   caused by cigarette smoking?
2      A.   No.  Never got into a heavy
3   conversation about my smoking.
4      Q.   Have you received any
5   chemotherapy in relation to your lung
6   cancer diagnosis?
7      A.   No.
8      Q.   Do you know what they did during
9   the surgery?
10     A.   Yeah.  They said they cut out a
11  piece, a piece, a pieces, pieces, shaved
12  a piece and they said they got it all,
13  whatever it is they got it all.
14     Q.   Left side or the right side?
15     A.   I think the left side.
16     Q.   Have you undergone any radiation
17  therapy following that surgery?
18     A.   No.  They said everything was
19  clean.
20     Q.   Dr. Michael Crismali, is he your
21  family doctor?
22     A.   He was, he was but no more, he
23  left about a month ago.
24     Q.   How long was Dr. Crismali your
25  family doctor?

29 (Pages 265 - 268)

1    A.   Oh, I would say about 20 years.
2    The new doctor is Tung; T-U-N-G.
3    Q.   Dr. Tung?
4    A.   Yeah.
5    Q.   And he's been your family
6    doctor --
7    A.   Yeah. For about --
8    Q.   -- for the last few months?
9    A.   Yeah, last couple of months.
10   Q.   What sort of things did you see
11   Dr. Crismali for over the years?
12   A.   That's 20 years, general
13   checkup, you know.
14   Q.   General checkups every year?
15   A.   Yeah. I never went to the
16   doctors much until these last four or
17   five years.
18   Q.   Did you ever treat with a
19   Dr. Anthony Maniscalo?
20   A.   Yeah, the name is familiar.
21   Q.   Do you remember what you saw Dr.
22   Maniscalo for?
23   A.   No, he was, he was like a
24   mystery doctor, I never seen him much, I
25   never seen him. I think I seen him for

1    about ten minutes three different times
2    and I never knew what he did.
3    Q.   And you also treated with
4    Dr. Aditya Maheshwari?
5    A.   Maheshwari, yeah.
6    Q.   Do you remember what you saw
7    Dr. Maheshwari for?
8    A.   No.
9    Q.   Do you remember what kind of
10   doctor Dr. Maheshwari was?
11   A.   No, but I remember seeing him.
12   Q.   Who is your next doctor's
13   appointment scheduled with?
14   A.   I don't know. I give that
15   authority over to my wife, she takes care
16   of the calendar because of my memory.
17   Q.   Do you know when your next
18   doctor's appointment is?
19   A.   Could be this week or next week.
20   Q.   You don't know off the top of
21   your head?
22   A.   No.
23   Q.   Did you ever file a Workers'
24   Compensation claim at any time during
25   your working lifetime?

1    A.   No.
2    Q.   You mentioned as your sources of
3    income pension and Social Security; is
4    that correct?
5    A.   Yes.
6    Q.   Do you have any other source of
7    monthly income?
8    A.   No.
9    Q.   Your wife gets Social Security
10   also; is that correct?
11   A.   Yes.
12   Q.   Does she have any other source
13   of monthly income?
14   A.   No.
15   Q.   Is anyone other than your wife
16   and partially your son Douglas in any way
17   financially dependent upon you for
18   support, anybody else?
19   A.   My son gets -- loses his jobs
20   very easily.
21   Q.   Well, you told me occasionally
22   you give some support to Douglas.
23   A.   Right.
24   Q.   Other than your wife and
25   Douglas, anyone else financially

1    dependent upon you for support?
2    A.   No.
3    Q.   Are you Medicare eligible, do
4    you receive Medicare?
5    A.   I don't know.
6    Q.   You don't know?
7    A.   I do.
8    Q.   That's what I'm asking.
9    A.   Oh, I thought you meant my wife.
10   Q.   No, you.
11   A.   Yes.
12   Q.   Do you have a supplement as
13   well?
14   A.   Yes.
15   Q.   Who is the supplement with?
16   A.   GHI.
17   Q.   Where do you get your
18   prescriptions for medication filled?
19   A.   Hannas Drugstore.
20   Q.   Hannas?
21   A.   H-A-N-N-A-S.
22   Q.   Where is Hannas Drugstore?
23   A.   Rockaway Beach Boulevard.
24   Q.   Have you spent any of your own
25   money out-of-pocket for treatment for

Page 273

1  your current illness?
2  A.  Which one is that?
3  Q.  For your lung cancer condition
4  have you spent any of your own money --
5  A.  No.
6  Q.  -- out of your own pocket?
7  A.  Not that I know of.
8  Q.  How was your health when you
9  retired from the fire department in 1989?
10  A.  Great.
11  Q.  When did your health start to
12  deteriorate?
13  A.  Right after I retired but
14  slowly. I had 25 years of retirement, so
15  I can't complain.
16  Q.  And gradually things began to
17  crop up like your knee needed to be
18  replaced and you had the arthroscopic
19  surgery on your right knee, correct?
20  A.  Yeah. My left knee was...
21  Q.  Your left knee needed to be
22  replaced and --
23  A.  Getting weaker. I'm waiting
24  whether it's going to be my knee to go
25  first or me to go first.

Page 274

1  Q.  To your knowledge has anyone
2  filed any claims on your behalf to any
3  bankrupt entities or bankruptcy trusts
4  alleging an asbestos-related illness?
5  A.  No, not that I know of.
6  Q.  Not that you know of, okay.
7  MR. WARSHAUER:  Is that correct;
8  no bankruptcy trusts filing to date?
9  MR. FINLEY:  Correct. I don't
10  know if you're moving on to another
11  topic but it's 12:30 --
12  MR. WARSHAUER:  Yes, I would say
13  now is a pretty good time to break.
14  MR. FINLEY:  Let's take an hour.
15  (Whereupon, at 12:33 P.M., a lunch
16  recess was taken)
17  (Back on the record at 1:53 P.M.)
18  Q.  Back on the record after a break
19  for lunch, are you able to continue with
20  your testimony, sir?
21  A.  Sure.
22  Q.  Do you recall the name of the
23  pipe tobacco you used when you were
24  smoking a pipe?
25  A.  I only smoked it for five years

Page 275

1  and I can't remember.
2  Q.  But you used about eight to ten
3  bowls per day --
4  A.  Yeah.
5  Q.  -- to the best of your
6  recollection?
7  A.  Yeah.
8  Q.  You retired from the FDNY around
9  1989, right?
10  A.  Yes.
11  Q.  And this retirement was
12  voluntary although you started to get a
13  little slower as far as being able to do
14  the work as a fireman, correct?
15  A.  Yes. Well, I had my 20 years in
16  and a couple of bad fires and I quit, I
17  retired.
18  Q.  Following your retirement when
19  did you first start to notice your
20  overall level of activity start to slow
21  down?
22  A.  From retirement --
23  Q.  From the time you left the fire
24  department.
25  A.  Oh, about ten years.

Page 276

1  Q.  So, about the late 90s?
2  A.  Yeah.
3  Q.  What did you begin to experience
4  in the late 90s?
5  A.  Getting harder to work and
6  getting up in the morning and doing a
7  full day's work and in the late 90s I was
8  in my seventies, in my seventies.
9  Q.  Well, you weren't in your
10  seventies, you were about 60, 63, 64.
11  A.  Oh, okay, yeah. But probably
12  when it started to bother me.
13  Q.  What did you attribute that
14  change in your health condition to at the
15  time?
16  A.  My energy I guess.
17  Q.  Was there any particular
18  condition or health-related condition
19  that you attributed your lowering of your
20  overall level of activity to at that
21  time?
22  A.  At the end strangely enough we
23  caught -- like three guys working, the
24  same group, and we caught three bad fires
25  in three weeks and we were all around the

31 (Pages 273 - 276)

1  same age and we were sitting out on the
2  sidewalk and we looked at each other and
3  it was a summer night and tanks on our
4  back and we're all exhausted, sweat
5  dripping and we said it's time, got to
6  get out.
7      Q.  You think it was just from the
8  demands or rigors or working for the fire
9  department?
10     A.  Well, we had plenty of time, we
11 had all our time in.
12     Q.  Do you think that it was due to
13 the demands or rigors of all those years
14 you spent working as a fireman?
15     A.  Probably an accumulation.
16     Q.  How has your overall health
17 condition changed since you suffered your
18 stroke?
19     A.  It's going down pretty rapidly.
20     Q.  What have you noticed has
21 changed since you had your stroke?
22     A.  My walk, my gait, my steps,
23 everything. I walk pathetically but I've
24 started to come along too.
25     Q.  You noticed that before, even

1  before the stroke?
2      A.  Yeah, yeah. So, I didn't know
3  it was really a stroke until I got out of
4  there. All of the volunteer fire
5  department are very aware of the elderly
6  community.
7      Q.  Are you a member of the
8  volunteer fire department?
9      A.  Oh, no, no, no. Too old.
10     Q.  Have you been told by a doctor
11 to limit your overall activity levels
12 since the stroke?
13     A.  No. I was always very active, I
14 went to the gym three days a week. I
15 used to run three or four days a week,
16 average 10 to 12 miles every day.
17     Q.  You used to run 10 or 12 miles a
18 day?
19     A.  Yeah. Not seven days a week,
20 three or four days a week.
21     Q.  And you haven't been able to do
22 that since the stroke?
23     A.  No.
24     Q.  When did you stop running that
25 much?

1      A.  Oh, that was quite a while ago,
2  I think about five years, at least five
3  years.
4      Q.  So, you haven't been able to do
5  that at any time over the last five
6  years?
7      A.  No, no.
8      Q.  Did you ever work around any
9  welders when you were working at the navy
10 yard?
11     A.  Yeah.
12     Q.  Do you think you were exposed to
13 welding smoke or fumes?
14     A.  Yeah. They were teaching me how
15 to weld because -- I wasn't supposed to
16 weld but I used to weld every day.
17     Q.  Did you use welding rods?
18     A.  Welding rods, yes.
19     Q.  Do you think any of the wedding
20 rods you used contained asbestos?
21     A.  I don't know.
22     Q.  Do you know who made any of the
23 welding rods you used?
24     A.  No. I used to use welding rods
25 for aluminum, special type of rod.

1      Q.  Do you know who made those?
2      A.  No. But I know who -- they made
3  an inner cast that went all around the
4  rod and was coming out burning.
5      Q.  And did you do that work when
6  you were at the navy yard?
7      A.  Yeah, when I was a sheet metal
8  worker. He'd do something for me and I'd
9  do something for him.
10     Q.  Did you do any welding at United
11 Vari?
12     A.  No.
13     Q.  Just when you were working at
14 the navy yard?
15     A.  Right. Soldering, I did
16 soldering at the navy yard.
17     Q.  You did soldering too?
18     A.  Yeah. Sometimes I soldered for,
19 you know.
20     Q.  Did you breathe in fumes when
21 you were doing soldering as well?
22     A.  I'm sure I did, yeah.
23     Q.  Did you ever wear any protective
24 equipment when you were doing welding or
25 soldering?

32 (Pages 277 - 280)

1   A.   Yeah, I used a mask.
2   Q.   How about gloves?
3   A.   Yeah, I used gloves, yeah.
4   Q.   Did you use gloves when you were
5   welding?
6   A.   Yeah.
7   Q.   Do you know whether those gloves
8   contained asbestos?
9   A.   No, I don't.
10   Q.   Do you know who made them?
11   A.   No. I just wore them.
12   Q.   Other than the left knee
13   replacement, the arthroscopic surgery on
14   your right knee, the back surgery, the
15   two carotid artery surgeries, the
16   radioactive seed implantation following
17   your prostate cancer diagnosis, your hand
18   surgery and the surgery you had on your
19   lung following your lung cancer
20   diagnosis, have you ever had any other
21   surgeries during your lifetime that you
22   can presently recall?
23   A.   I had surgery on my arm
24   (indicating).
25   Q.   Indicating your left arm?

1   A.   Yeah.
2   Q.   Why did you have surgery on your
3   left arm?
4   A.   I tripped on the stairs and I
5   broke off the tendon going from my elbow
6   to my shoulders.
7   Q.   How long ago did you do that?
8   A.   Oh, that was quite a while,
9   about fifteen years ago. I couldn't hold
10   my arm up, it would fall down.
11   Q.   Where did you have that surgery
12   performed?
13   A.   I don't know.
14   Q.   Do you remember the name of the
15   doctor that performed that surgery?
16   A.   I always put my arm and this
17   tendon was broke, it's all messed up.
18   Q.   Do you have any limitation in
19   the mobility of your left arm?
20   A.   Not really, it's not bad, it
21   just falls down. It would fall down when
22   I didn't have the surgery. I forgot
23   all --
24   Q.   You lost some strength in your
25   left arm?

1   A.   Not a lot.
2   Q.   How long were you hospitalized
3   following that surgery?
4   A.   Oh, only about a week.
5   Q.   Any other surgeries that you can
6   recall?
7   A.   No, I think that's enough.
8   Probably dig up a few more if you want.
9   Q.   Just what you recall. Nothing
10   else you can recall?
11   A.   No.
12   MR. FINLEY:  Just what you
13   remember.
14   A.   No.
15   Q.   Do you derive any monthly income
16   from any other investment sources from
17   stocks or bonds or annuities or anything
18   like that?
19   A.   No.
20   Q.   Have you ever been a member of
21   any other union other than the UFA when
22   you were a member of the New York City
23   Fire Department?
24   A.   Yeah, it was literally a sheet
25   metal union there that I got on.

1   Q.   Right but you said that wasn't
2   really a union.
3   A.   No, it wasn't, it was a fugazi
4   one.
5   Q.   It wasn't an official union.
6   A.   No. It was heavy hitters, just
7   collect the money, you know.
8   Q.   You didn't go to any meetings
9   other than --
10   A.   No.
11   Q.   -- them hitting you up for
12   money?
13   A.   But we had to, otherwise we get
14   strong armed.
15   Q.   You told me earlier you were
16   familiar with the name Johns-Manville,
17   with what do you associate that name?
18   A.   Johns-Manville?
19   Q.   Johns-Manville.
20   A.   It's insulation.
21   Q.   Do you think you ever worked
22   either directly with or around any
23   insulation products manufactured by
24   Johns-Manville over the course of your
25   career?

Page 285

1    A.   Oh, yeah, I'm quite sure.
2    Q.   And you think that contributed
3  to your overall exposure to asbestos?
4    A.   I guess so.  Johns-Manville was
5  very popular.
6    Q.   Are you familiar with a company
7  or entity known as Babcock and Wilcox?
8    A.   No.
9    Q.   Are you familiar with a company
10  or entity known as Combustion
11  Engineering?
12    A.   No.
13    Q.   Are you familiar with a company
14  or entity known as Harbison Walker?
15    A.   No.
16    Q.   How about NARCO or North
17  American Refractories?
18    A.   Neither, neither.
19    MR. FINLEY:  What was that?
20    A.   Neither one.
21    MR. WARSHAUER:  Sir, I'm going to
22  look over all my notes, those are all
23  the questions I have for you right now.
24  I may have some additional questions for
25  you a little later on after your

Page 286

1  attorney asks you some questions.
2    THE WITNESS:  Don't knock yourself
3  out.
4    MR. WARSHAUER:  I'll try not to.
5  I'm going to step aside now and see if
6  some of the other attorneys in this room
7  have some additional questions --
8    THE WITNESS:  All right.
9    MR. WARSHAUER:  -- for you.  I
10  thank you very much for your time over
11  the last two days.
12    THE WITNESS:  Thank you.
13    MR. FINLEY:  Anybody in the room?
14    MR. LARANCUENT:  Yes, I have some
15  questions.
16  CROSS-EXAMINATION
17  BY MR. LARANCUENT:
18    Q.   Good afternoon, Mr. Brown.  My
19  name is Illianov Lopez Larancuent, I'm
20  with the firm of Aaronson, Rappaport,
21  Feinstein and Deutsch.
22    I'm going to be asking you some
23  follow-up questions regarding some of the
24  automotive work that you did while you
25  were in the fire department.

Page 287

1    The same rules apply.  If you --
2    A.   Yeah.
3    Q.   I'm just going to ask you to let
4  me finish my questions before you give me
5  your answers.  If you don't understand
6  anything that -- some of my questions,
7  just let me know, I will try to rephrase
8  them.
9    A.   Okay.
10    Q.   Thank you.
11    A.   Where are you from, Weitz and
12  Luxenberg?
13    Q.   Aaronson, Rappaport, Feinstein
14  and Deutsch.
15    MR. FINLEY:  I'm Weitz and
16  Luxenberg.
17    THE WITNESS:  Oh, that's right.
18    MR. FINLEY:  Your lawyers.
19    Q.   Mr. Brown, you testified that
20  you were -- while you were a firefighter,
21  you were pulled out of several fires for
22  smoke inhalation; is that correct?
23    A.   Yeah, yeah.
24    Q.   How many times did that occur?
25    A.   I would say roughly three times

Page 288

1  at least.  They pull that -- sometimes
2  you throw up before you get pulled out,
3  sometimes you just throw up and walk out.
4    Q.   On those three occasions that
5  that happened, how many times -- were you
6  unconscious during any of these times?
7    A.   No, no.
8    Q.   How many times did you throw up?
9    A.   Overall, then I went back and
10  fought the fire.
11    Q.   After you were pulled up, did
12  you ever have to go to an infirmary or a
13  clinic --
14    A.   No.
15    Q.   -- to get treatment?
16    A.   No.  I didn't pass out or
17  anything but I got -- just fed smoke, it
18  happens that you throw up.
19    Q.   So, during the time that you had
20  smoke inhalation, you were inhaling the
21  smoke from the fire into your lungs,
22  correct?
23    A.   Yeah.
24    Q.   Were you wearing a mask?
25    A.   Not at that time.

34 (Pages 285 - 288)

Page 289

1    Q.   During your career did you wear
2  a mask when you were fighting fires?
3    A.   Oh, yeah.
4    Q.   Did you always wear a mask?
5    A.   Yeah.  Well, not all the time,
6  no, no.  A lot of times when we were
7  first, we didn't take the time to put on
8  a mask, we just ran in and the second we
9  realized, we put on a mask.
10    Q.   So, how often would you say that
11  you would go into a fire without wearing
12  a mask?
13    A.   Pretty often, pretty often.
14  First engine company would go in without
15  the mask and that would happen with every
16  alarm.  And we'd get the oil burner
17  fires, oil ignition where there was no
18  fire but smoke, only smoke down there.
19    Q.   At any time during your career
20  when you were fighting these fires, did
21  you ever have to break down walls or
22  ceilings?
23    A.   Yeah.
24    Q.   How many times did that occur?
25    A.   I don't know.  I remember

Page 290

1  breaking down a wall on Flatbush Avenue,
2  Atlantic Avenue.  It was an A&P or a
3  supermarket, it was built over a prison
4  down in Red Hook, the wall was 8 feet
5  thick.
6    Q.   And what tool did you use to
7  break that wall down?
8    A.   A sledge and we had four men on
9  the other side that we had to get out, we
10  lost three of them I think.
11    Q.   Do you remember what decade you
12  did that?
13    A.   Oh, that was very early in my
14  career.
15    Q.   So, it would have been the early
16  60s?
17    A.   Early 60s or 70s.
18    Q.   Now, fair to say that that
19  building was an older building?
20    A.   Well, it was like I said on
21  Flatbush Avenue and closer to the water
22  and it was built, it was built over --
23  the A&P supermarket, it was built over a
24  prison.  And, you know, that's what
25  happened, all the big machinery,

Page 291

1  refrigerator and everything, after the
2  fire is burning on and you couldn't find
3  the fire, after the fire was burning
4  underneath, the weight finally got to the
5  floor and fell through the floor so it
6  took three or four firefighters.
7    Q.   I want to ask you some questions
8  about your testimony regarding the Ford
9  van that you had while you were at the
10  fire department.
11    A.   The Ford van?
12    Q.   Yes, the Ford van.  You owned a
13  Ford van while you --
14    A.   Oh, the Ford van, yes.
15    Q.   Now, you testified that you
16  performed about 30 brake jobs on this
17  van?
18    A.   Yeah.
19    Q.   And that was over a period of
20  twelve years that you --
21    A.   Probably, yeah.
22    Q.   So, you were performing two to
23  three brake jobs per year on this van?
24    A.   Yeah.
25    Q.   Is there any reason why you were

Page 292

1  performing so many brake jobs on that
2  van?
3    A.   I was heavy on the brake pedal
4  and the weights I carried were average
5  2,000 pounds, maybe more.  And going from
6  the job to the buildings where we would
7  put on the roof, you know, it was tough
8  going up hills and down, tough on the
9  brakes.  The van I had was a standard
10  clutch and I used to use that to help
11  brake.
12    Q.   Now, on those two to three brake
13  jobs that you were doing on that van per
14  year, were you sometimes just replacing
15  the front or rear brakes or did you
16  always replace all four brakes?
17    A.   All four brakes.  If the ones
18  were bad, I pull off the drum and I look
19  at it and if it was thin, you know, no
20  ribbon showing or anything, I would put
21  it back.
22    Q.   And this Ford van had drum
23  brakes in the front and in the rear?
24    A.   Yeah.
25    Q.   Now, you purchased this van,

35 (Pages 289 - 292)

Page 293

1  when you first purchased it it was a used
2  van, correct?
3     A.  Yes.
4     Q.  The very first time you
5  performed a brake job on that van, were
6  you able to tell what the manufacturer of
7  the brakes that you were removing?
8     A.  No, I don't think, I don't think
9  I could tell what it was.
10    Q.  And did you always use Bendix
11 replacement brakes?
12    A.  Yeah, usually.
13    Q.  When you say usually did you use
14 any other brakes?
15    A.  Well, because it was disk
16 brakes, we'd go to automotive stores and
17 we would easily get them.  Go to one
18 automotive store right off Hamilton
19 Avenue and ask for Bendix.  If I had to
20 wait a day, I'd wait a day, I always
21 liked to keep the same brakes.
22    Q.  I just want to clarify.  You
23 said that you usually used Bendix.
24    A.  Yeah.
25    Q.  Did you usually or always use

Page 294

1  Bendix?
2     A.  I would say -- well, I was at
3  the same firehouse all the time and I
4  bought my stuff at the same store.  I
5  always used it, I always know that always
6  or never what should be used or should
7  not be used.
8     Q.  So, if the store where you used
9  to go and buy the Bendix brakes, if they
10 didn't have them available what other
11 manufacturer of brakes would you use?
12    A.  Well, I could wait.  I don't
13 know if you know Red Hook but there's a
14 lot of automotive stores out there, you
15 could always get them, so I'd go to the
16 next store.  I never had trouble getting
17 Bendix brakes.
18    Q.  Now, Mr. Brown, you also
19 testified that you also performed clutch
20 jobs on this Ford van, correct?
21    A.  Yeah.
22    Q.  Can you give me an estimate of
23 how many times you performed a clutch
24 job?
25    A.  Not all that much, not clutch --

Page 295

1  what's the other thing I was working on?
2     Q.  You were just talking about
3  brakes.
4     A.  Yeah.
5     Q.  Which you said you performed two
6  to three times per year.
7     A.  We're talking about clutch or
8  brakes?
9     Q.  Now for the clutches do you know
10 how many times you performed those over
11 the twelve year period that you had that
12 van?
13    A.  Oh, I didn't do as many clutches
14 as I did brakes.
15    Q.  Did you do a clutch job once
16 every couple of years?
17       MR. WARSHAUER:  Objection.
18    A.  Oh, yeah, easy.  The clutch used
19 to go on that too.  He had a hard time
20 getting -- I don't know what kind of
21 clutch he used but I had to go to a
22 special place to buy the clutch plate.
23    Q.  Where did you go and purchase --
24 where did you purchase your clutch parts?
25    A.  I don't know, there was a place

Page 296

1  on 86th Street.
2     Q.  Do you recall the name of the
3  store, --
4     A.  No.
5     Q.  -- of the parts store?
6     A.  No.  That was quite a while ago
7  now.
8     Q.  So, you don't recall any -- the
9  manufacturer of the clutches that you
10 installed?
11    A.  No, no.
12    Q.  I want to move on to the brake
13 jobs that you performed or assisted with
14 for your fellow firefighters.
15    A.  I think it was a double name
16 clutch, two names they had.  I can't,
17 can't see what was on it.
18    Q.  I want to move on to the brake
19 jobs you performed on vehicles belonging
20 to your fellow firefighters.  Now, for
21 the brake jobs that you performed on
22 those vehicles that belonged to your
23 fellow firefighters, you weren't able to
24 tell if the brake, the manufacturer of
25 the brake that you were removing,

36 (Pages 293 - 296)

Page 297

1 correct?
2   A.   No, not really. I don't know if
3 I -- I don't remember if I could see on
4 the brake pad, the name of it, I don't
5 know.
6   Q.   Now, what about for the brake
7 jobs that other firefighters around you
8 were performing, were you able to tell
9 what brake, what manufacturer of brakes
10 they were removing?
11   A.   Oh, no, I don't know.
12   Q.   Fair to say that you also don't
13 know the manufacturer of the brakes that
14 the other firefighters around you were
15 installing?
16   A.   No, I guess not. They were in
17 the same neighborhood as the firehouse
18 though.
19   Q.   Now, I'm referring to the -- you
20 said in the firehouse there would be
21 other firefighters performing automotive
22 repair work around you, correct?
23   A.   Not in the firehouse, in an
24 alley.
25   Q.   In an alley, was that next to

Page 298

1 the firehouse?
2   A.   Yeah.
3   Q.   Now, would you be around other
4 firefighters as they would be doing brake
5 jobs?
6   A.   Yeah, I guess so, yeah, yeah.
7   Q.   But you're not able to tell the
8 manufacturer of the brakes --
9   A.   No.
10   Q.   -- that they were putting in?
11   A.   No. But I presumed that they
12 were Bendix because we always went to the
13 same store with the one rig.
14   Q.   But you don't know that,
15 correct?
16   A.   No. I mean, I used to go to the
17 store with them and everything, buy the
18 parts. I don't know if I physically seen
19 the Bendix brake come in, go out.
20   Q.   Now, you testified that you also
21 helped your fellow firefighters with
22 clutch jobs, correct?
23   A.   Yes.
24   Q.   Can you give me an estimate of
25 how many times you helped your fellow

Page 299

1 firefighters with clutch jobs?
2       MR. WARSHAUER:  Objection, asked
3 and answered.
4   A.   I don't know. You can go over,
5 help them put on one or two nuts, it
6 would take ten minutes, that's all they
7 needed to get on the drum. It's all
8 various times.
9   Q.   Did the portion of what you did,
10 did that include removing the clutch?
11   A.   Sometimes.
12   Q.   On these occasions where you
13 helped your fellow firefighters remove a
14 clutch, were you able to tell the make,
15 brand or manufacturer of the clutch?
16       MR. WARSHAUER:  Objection, asked
17 and answered.
18   A.   The clutch would be removed and
19 I wouldn't see what it was because he
20 took it out.
21       MR. LARANCUENT:  Mr. Brown, thank
22 you. Those are all the questions I have
23 for now. I'm going to review my notes
24 but for now those are all the ones I
25 have. Thank you.

Page 300

1       THE WITNESS:  I have more if you
2 want.
3       MR. LARANCUENT:  Thank you.
4       MR. FINLEY:  Does anybody else in
5 the room have questions?
6       (No verbal response given)
7       MR. FINLEY:  Does anybody on the
8 phone have any questions?
9       (No verbal response given)
10       MR. FINLEY:  Why don't we take
11 five minutes, I'm going to check in with
12 him and figure out what we're doing.
13       (Whereupon, at 2:21 P.M., a short
14 recess was taken)
15       (Back on the record at 2:34 P.M.)
16       MR. FINLEY:  This is plaintiff's
17 counsel, Patrick Finley. It is
18 approximately 2:34. After speaking with
19 my client he is unable to continue
20 testifying today. We are going to
21 adjourn for the afternoon and will be
22 back at 10:00 A.M. tomorrow. Thank you.
23       (Whereupon, at 2:34 P.M., the
24 examination of this witness was
25 adjourned.)

37 (Pages 297 - 300)

Page 301

WITNESS CERTIFICATION

1
2
3
4    I have read the foregoing transcript of
5    my testimony and find it to be true and
6    accurate to the best of my knowledge and
7    belief.
8
9

10    _____
      FREDERICK G. BROWN
11
12

      Subscribed and sworn to
13
      before me on this
14
      day of _____ 2017.
15
16
17
      Notary Public
18
19
20        *    *    *
21
22
23
24
25

Page 302

INDEX TO TESTIMONY

1
2
3    EXAMINATION BY        PAGE  LINE
     Continued Direct Examination  163    8
4    by Mr. Warshauer
5    Cross-Examination     286    16
     by Mr. Larancuent
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 303

CERTIFICATION

1
2
3    I, CHERYL F. SOLOMON, a Stenotype
4    Shorthand Reporter and Notary Public within
5    and for the State of New York, do hereby
6    certify that the within Continued
7    Examination Before Trial of FREDERICK G.
8    BROWN was held before me and I faithfully
9    and impartially recorded stenographically
10   the questions, answers and colloquy.
11   I further certify that after said
12   examination was recorded stenographically by
13   me, it was reduced to typewriting under my
14   supervision, and I hereby submit that the
15   within contents of said examination are true
16   and accurate to the best of my ability.
17   I further certify that I am not a
18   relative of nor an attorney for any of
19   the parties connected with the aforesaid
20   examination, nor otherwise interested in
21   the testimony of the witness.
22
23

24        _____
          CHERYL F. SOLOMON
25

Page 304

1                 ERRATA SHEET
             Priority-One Court Reporting/Veritext
2                 718-983-1234
             ASSIGNMENT NO. P1 2784896
3    CASE NAME: Brown, Frederick v Asbestos
             DATE OF DEPOSITION: 12/20/2017
4    WITNESS' NAME: Frederick G Brown
5
     PAGE(/LINE(S))/  CHANGE      REASON
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
          Frederick G Brown
21   (Notary not required in California)
          SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS ____ DAY
          OF _____, 2018
23
24   ____ NOTARY PUBLIC
25   MY COMMISSION EXPIRES

38 (Pages 301 - 304)

**&**

**&**  158:2,6,11,15
158:19 159:1,5,9
159:10,14,19
160:1,11 161:1

**0**

**07039**  156:24
**07733**  160:17
**07962-2075**  161:2

**1**

**1,000**  213:17
228:20
**10**  233:25,25
278:16,17
**100**  233:24
**10001**  159:3
**10003**  158:4
**10004**  158:21
**10005-2407**  159:7
**10006**  160:3
**10016**  158:13
159:21
**10017**  160:13
**10022**  158:8
**10038**  158:17
**105**  159:16
**10601**  160:21
**10:00**  300:22
**10:23**  157:10
**1100**  158:8
**116**  159:21
**11747**  159:17
**11:27**  231:12
**11:44**  231:14
**12**  278:16,17
**12/20/2017**  304:3
**12:30**  274:11
**12:33**  274:15
**12th**  159:21

**1300**  161:2
**137**  159:2
**1405**  160:7
**150**  158:16
**16**  302:5
**163**  302:3
**17**  171:18,23
**17th**  160:13
**18**  177:4 198:13
**1818**  159:11
**19**  193:24
**190195-17**  156:17
**19103**  159:11
**1941**  192:12,17
193:6,10 194:9
195:1 197:6
**1953**  170:9 178:5
249:11
**1955**  194:1,19
**1956**  168:20
**1959**  200:22
**1960s**  194:19
**1961**  200:23
**1970s**  210:22
**1978**  178:16 181:2
181:7 182:23
**1980s**  182:24
210:22,23
**1981**  176:18
**1982**  183:25
**1985**  184:1,11
**1989**  252:14 273:9
275:9
**1:53**  274:17

**2**

**2**  160:2 200:23
**2,000**  292:5
**20**  157:9 193:24
194:18 196:21
247:7,14 269:1,12
275:15

**2000**  237:1,5 252:4
252:7,11
**2002**  236:6,7
**2012**  260:23
261:11
**2017**  157:9 252:12
264:1 301:14
**2018**  304:22
**202**  175:23
**21**  176:21 177:2
**2137**  160:17
**2260**  156:23
**23rd**  158:20
**25**  176:15 178:12
178:21,22 198:14
235:14 273:14
**25th**  159:2
**2744596**  157:25
**27th**  159:21
**28**  223:22
**286**  302:5
**290**  156:23 160:17
**2:21**  300:13
**2:34**  300:15,18,23

**3**

**30**  213:12 214:14
238:23 243:7
291:16
**303**  159:16
**3100**  159:11
**3201**  263:19
**35**  160:17

**4**

**400**  160:7
**41**  192:11 194:11
197:11 198:15
199:1,10,13
204:25
**438**  196:1

**44**  159:6

**5**

**5**  239:17 240:1
**50**  193:16
**500**  213:16,17
**508**  160:21
**50s**  170:6 177:12
201:10 202:25
**53**  178:6
**55**  170:13
**56**  170:13 176:16
176:19,23
**5th**  159:2

**6**

**60**  240:13 276:10
**600**  158:12,16
**60s**  199:1 290:16
290:17
**62**  252:16
**62269**  160:7
**63**  276:10
**630**  160:13
**63rd**  196:4
**64**  276:10
**69th**  196:1
**6th**  158:3

**7**

**7**  248:16
**700**  158:3
**70s**  290:17
**718**  156:25
**718-983-1234**
304:2

**8**

**8**  290:4 302:3
**80**  158:20
**80s**  176:18 181:14
**81**  160:21

**82** 183:15,23
**85** 184:12
**850** 158:8
**86** 184:12
**86th** 296:1
**89** 236:21,23
   252:17

**9**

**9,000** 245:17
**90** 233:22 240:13
   240:15
**90s** 237:4 276:1,4
   276:7
**95** 237:1
**983-1234** 156:25
**9th** 170:9

**a**

**a&p** 290:2,23
**a.m.** 231:12,14
   300:22
**aaronson** 158:11
   286:20 287:13
**ability** 303:16
**able** 175:9 181:23
   182:13 231:16
   247:4 274:19
   275:13 278:21
   279:4 293:6
   296:23 297:8
   298:7 299:14
**absolutely** 237:1
**abused** 228:19
**acceptable** 164:8
**accumulation**
   277:15
**accurate** 301:6
   303:16
**active** 278:13
**activity** 275:20
   276:20 278:11

**additional** 163:21
   285:24 286:7
**address** 234:9,12
   234:23,24
**aditya** 270:4
**adjourn** 300:21
**adjourned** 300:25
**admitted** 261:17
**adult** 247:2
**advice** 229:2
**advise** 186:10
**affirmative** 246:25
**afford** 198:9
**aforesaid** 303:19
**afternoon** 286:18
   300:21
**age** 176:21 177:2
   194:18 277:1
**ago** 166:13,15
   194:12 235:15
   236:24 252:2,2
   259:13 260:21
   262:9,9 263:1,4,22
   263:25 264:15,16
   265:11 268:23
   279:1 282:7,9
   296:6
**agree** 177:16
**agreed** 162:8,13
   162:18
**ahead** 250:25
**ahmed** 264:2,3
**ailments** 249:15
   250:3,18 251:3
   252:10 253:2
**air** 159:10 173:19
   174:7 175:15
   200:14,15,21
   201:2 202:8,17
   203:9 204:21
   217:9,11 238:5,8

244:4,9,10,13
   248:6 249:24
   251:4
**alarm** 289:16
**alcohol** 246:10,13
   248:24 249:3
**alcoholic** 246:10
   246:20
**alexandra** 159:3
**alive** 197:2 239:6
**alleging** 274:4
**alley** 190:17
   297:24,25
**allow** 164:12
**allowed** 170:18
   171:4,19 172:4
   175:24
**alongside** 229:3
**alternator** 211:22
   222:20
**aluminum** 279:25
**amchem** 159:20
**american** 160:6
   285:17
**anchor** 177:24
**andrew** 159:17
   163:14
**angiolillo** 159:7
**annoying** 264:17
**annuities** 283:17
**answer** 164:6,8,14
   234:3 240:23
**answered** 299:3
   299:17
**answers** 164:9,17
   287:5 303:10
**anthony** 269:19
**anticipation**
   169:12
**anybody** 196:15
   196:19 227:2

271:18 286:13
   300:4,7
**anymore** 236:4
   239:6
**anyway** 169:23
**applies** 156:15
**apply** 287:1
**appointment**
   270:13,18
**appropriate**
   162:16
**approximate**
   226:24
**approximately**
   157:10 182:23
   194:13 247:6
   252:16 300:18
**area** 229:15
**areas** 168:10
**arm** 281:23,25
   282:3,10,16,19,25
**armed** 284:14
**arteries** 167:2,17
**artery** 254:14
   261:25 262:22
   281:15
**arthroscopic**
   253:20,23 254:10
   259:20 260:7,16
   273:18 281:13
**asbestos** 156:4
   187:25 188:5
   191:14,20,24
   197:10 202:10
   204:23 208:1
   212:17,25 216:25
   219:17 223:9,12
   243:23 244:24
   245:8,13,16,25
   246:2,4,5 274:4
   279:20 281:8

| | | | |
|---|---|---|---|
| 285:3 304:3 | 161:1 162:2,19 | 253:19 254:1,5,11 | 262:4 |
| **asbestosis** 267:17 | 163:20 286:6 | 260:19,25 261:10 | **belonged** 296:22 |
| **aside** 286:5 | **attribute** 276:13 | 261:21 274:17,18 | **belonging** 296:19 |
| **asked** 189:6 | **attributed** 276:19 | 277:4 281:14 | **belt** 258:6,11 |
| 255:16 257:18 | **aurora** 158:7 | 288:9 292:21 | **belts** 190:11 |
| 299:2,16 | **authority** 270:15 | 300:15,22 | 195:15 201:23 |
| **asking** 175:5 | **auto** 191:10 | **bad** 244:19 275:16 | 204:12 207:16 |
| 186:15,23 245:22 | 225:22 | 276:24 282:20 | 211:15 222:13 |
| 272:8 286:22 | **automatic** 266:18 | 292:18 | **bendix** 220:17 |
| **asks** 286:1 | **automobiles** | **ballpark** 262:8 | 225:14 293:10,19 |
| **assignment** 304:2 | 188:19 | **bang** 238:6 | 293:23 294:1,9,17 |
| **assist** 214:22 | **automotive** 212:22 | **bankrupt** 274:3 | 298:12,19 |
| 223:17 226:6 | 220:4,7 286:24 | **bankruptcy** 274:3 | **berkon** 160:11 |
| 237:8,21 | 293:16,18 294:14 | 274:8 | **best** 172:3 177:18 |
| **assisted** 215:1 | 297:21 | **barry** 160:1 | 178:11 184:9 |
| 221:17 223:1,5 | **available** 294:10 | **base** 174:7,17 | 235:16,19 243:10 |
| 225:6 226:13,19 | **ave** 156:23 | **bases** 174:23 | 267:13 275:5 |
| 227:7 228:4 | **avenue** 157:8 | **basic** 174:6,14 | 301:6 303:16 |
| 237:17 296:13 | 158:8,12 160:13 | **basically** 222:3 | **better** 250:11 |
| **assisting** 191:11 | 161:2 170:9,15 | 226:4 227:18 | **beverages** 246:11 |
| 221:24 223:23 | 225:17 230:13 | 229:2 230:11 | **big** 197:20 290:25 |
| 227:23 228:23 | 235:3,4,9,10,11,12 | 241:9 | **biltrite** 160:6 |
| **associate** 284:17 | 235:14 238:18,20 | **basis** 248:21 | **bird** 160:16 |
| **associated** 245:7 | 238:22 258:4,20 | 261:18 | **bishop** 160:18 |
| **assuming** 239:10 | 263:21 290:1,2,21 | **battery** 258:25 | 234:1 239:19 |
| **asthma** 257:9 | 293:19 | **bay** 193:19 197:7 | 240:22 |
| **atlantic** 258:4,20 | **average** 169:7 | **beach** 272:23 | **bit** 236:8 244:1 |
| 290:2 | 278:16 292:4 | **bed** 250:8,24 | **bite** 183:5 |
| **attached** 259:12 | **aware** 278:5 | 251:2 | **blackmer** 158:16 |
| **attack** 255:17,18 | **b** | **beer** 246:16 247:6 | **blades** 241:18,20 |
| 255:19 256:1 | | 247:8,15 248:1,9 | **blau** 159:19 |
| 257:19,24 | **b** 163:1 196:18 | 248:20 | **blocks** 235:5 |
| **attacks** 255:25 | **babcock** 285:7 | **beers** 246:21 | **blood** 165:8 167:7 |
| **attention** 266:2 | **back** 168:4 175:13 | **began** 166:23 | **blow** 217:8 |
| **attorney** 162:22 | 186:11 202:17 | 273:16 | **blower** 217:4 |
| 185:19 188:11 | 203:2 214:5,7 | **beginning** 180:1 | **blunts** 184:21,22 |
| 286:1 303:18 | 216:18 231:10,14 | **behalf** 274:2 | **body** 190:23 202:1 |
| **attorneys** 158:3,7 | 231:15 234:1,7 | **belief** 301:7 | 202:2,4 204:15 |
| 158:12,16,20 | 236:6,7 239:19,22 | **believe** 167:1 | 207:19 211:18 |
| 159:1,6,10,15,20 | 240:7,22,25 | 191:9 197:5 202:6 | 222:16 |
| 160:1,6,12,16,20 | 242:12 248:24 | 204:19 207:23 | |
| | 250:7,13,14 251:6 | | |

**bolt** 229:5
**bolts** 227:13
**bonds** 283:17
**borg** 159:15
**born** 249:9
**borough** 235:6
**borrow** 194:24
**bother** 276:12
**bought** 193:15,17
193:21,22 221:7
225:7,11 230:18
238:17 294:4
**boulevard** 272:23
**bowls** 181:16
186:2,4 275:3
**box** 194:22
**bradley** 158:15
160:18
**brake** 212:25
213:2,7,9 214:11
214:15,17,23
215:10,19,21,25
216:22 219:7
220:16,24 223:18
223:24 243:8,9,18
291:16,23 292:1,3
292:11,12 293:5
296:12,18,21,24
296:25 297:4,6,9
298:4,19
**brakes** 191:16
213:14 215:22
216:9,13 217:1,6
217:15,16 223:11
224:2,7,16 225:1
225:10,14 226:1,4
292:9,15,16,17,23
293:7,11,14,16,21
294:9,11,17 295:3
295:8,14 297:9,13
298:8

**brand** 168:23
184:18 220:19
240:17 246:17
299:15
**brands** 179:3,18
238:17
**break** 164:20
172:8 231:8,10,16
246:6 257:23
274:13,18 289:21
290:7
**breaking** 290:1
**breaks** 164:23
171:1
**breathe** 280:20
**breathing** 266:4
**breezy** 196:25
**brian** 160:14
**brief** 175:14
**briefly** 168:12
213:25
**bring** 216:18
**broad** 158:20
**broadway** 158:3
158:16
**broke** 282:5,17
**broken** 246:7
**bronchitis** 257:16
**brooklyn** 170:10
170:16 171:18,18
171:22 172:6
176:6 182:12
203:16 220:11
229:15 232:11
233:5 235:7 241:5
258:5,6,10,18,21
258:24 260:1
263:19,21 267:9
**brooks** 160:2
**brown** 156:10,16
163:10 176:7

232:2,7 241:5
286:18 287:19
294:18 299:21
301:10 303:8
304:3,4,20
**brush** 217:2,3,5
244:6
**buba** 159:9
**buick** 198:12,21
199:4,16,19
200:12,18,25
201:6 202:7,14
203:4,13 204:20
**buick's** 192:16,17
193:7 197:14,15
205:2
**building** 290:19
290:19
**buildings** 292:6
**built** 290:3,22,22
290:23
**bumming** 179:20
**bump** 242:7
**bunch** 179:18
**burned** 228:15
**burner** 289:16
**burning** 280:4
291:2,3
**business** 226:16
239:10
**buy** 174:2 294:9
295:22 298:17
**bw** 158:7

**c**

**c** 158:1 163:1
**calendar** 270:16
**california** 304:21
**call** 240:12 251:1
**callbacks** 236:13
**called** 157:2
220:25 232:6

257:15
**calls** 234:19
**canada** 159:2
**cancer** 254:20,25
255:3,5,13,14
263:2,7 264:21
265:7,10,15
266:15 267:2,21
267:25 268:6
273:3 281:17,19
**captain** 182:9,10
**captioned** 157:3
**car** 193:15 194:2
194:22,22,24
198:10 201:13
203:20 206:22
207:5,8,11,14,17
207:20 216:15
218:25 223:13,16
224:9
**care** 248:23
270:15
**career** 284:25
289:1,19 290:14
**careful** 246:3
**carni** 158:9
**carotid** 167:2,17
254:13 261:25
262:22 281:15
**carpal** 256:7
**carpenter** 161:1
**carried** 292:4
**carry** 213:16,18
232:20,24
**cars** 188:18 189:3
190:19 192:2
196:5,6,9 201:4
203:1 206:4,25
207:21 216:2
223:14,14 226:16

case 163:18 304:3
cast 280:3
cat 266:6
caught 276:23,24
caused 191:13,23
  197:9 202:9
  204:22 207:25
  212:11,16 216:23
  243:22 267:22
  268:1
ceilings 289:22
cement 239:17
  240:1
center 263:9
certainteed 159:20
certification 162:4
  301:1 303:1
certify 303:6,11
  303:17
cessation 180:10
  185:12
chance 168:11
change 175:16
  190:5,7,9 195:1,9
  195:12,15 201:13
  201:20,23 204:3,9
  207:4,7,10,13,16
  211:7,10,21 216:9
  222:4,7,10,12,19
  224:16 226:1
  228:14 276:14
  304:5
changed 190:2
  195:4 201:14,15
  204:6 211:13,15
  211:24 215:25
  216:13 224:6
  225:20,21,23
  228:10 244:19
  277:17,21

changing 189:25
  224:2 228:5,23
  229:1,7
channel 227:18
characterized
  231:22
charge 162:22
check 300:11
checkup 269:13
checkups 269:14
chemotherapy
  264:19 268:5
cheryl 157:6 303:3
  303:24
chesterfield 169:1
  178:25
child 249:15,20
children 237:11
  237:21
cholesterol 165:12
chronic 256:25
  257:15
church 235:3,4,9
  235:10,13
cifuentes 160:14
cigar 184:16,23
cigarette 185:16
  186:6 267:22
  268:1
cigarettes 169:7
  173:22,25 176:14
  179:1,23,23
  180:23 181:2
  182:2 185:15
  186:10
cigars 180:13,16
  180:19,20,22
  181:3 183:9,10,11
  183:16,18,25
  184:3,10,19 185:2
  185:8,25 186:9

city 156:2,4 157:8
  189:18 199:6
  205:18 208:9
  209:22 283:22
civil 157:5
claim 270:24
claims 274:2
clarify 293:22
clean 217:3,6
  244:8,11 268:19
cleaned 254:15
cleaning 217:1
  244:3
cleaver 160:2
clerk 162:11
client 300:19
clinic 288:13
clips 215:14,14
close 180:6 210:19
  210:20
closer 290:21
club 248:14
clutch 191:16
  226:7,14,20 227:5
  227:5,8,16,25
  228:5,9,13,19,20
  228:24 229:1,7,11
  229:14,18,22,25
  230:2,9,10,18,19
  230:25 292:10
  294:19,23,25
  295:7,15,18,21,22
  295:24 296:16
  298:22 299:1,10
  299:14,15,18
clutches 189:21
  223:11 228:16
  230:6,11 295:9,13
  296:9
coffee 175:12

coil 215:14,14
cold 180:12,13
  185:8
colds 249:16 250:4
  253:4
coleman 159:14
  163:16
colleagues 182:2
collect 284:7
colloquy 303:10
combustion
  285:10
come 187:25 188:5
  191:14,24 197:9
  202:9 204:22
  207:25 212:12,16
  214:4,7 216:24
  220:20 231:10
  239:17 243:22
  244:24 245:4
  277:24 298:19
coming 210:15
  280:4
commencing
  157:10
commission
  304:25
common 184:25
  249:16 250:3
  253:3 256:13
community 278:6
company 158:7
  220:25 232:6
  285:6,9,13 289:14
compensation
  270:24
complain 273:15
component 191:25
  208:2 212:18
  216:25 223:8
  243:23

compressed 244:4
condition 226:17
256:20,24 257:15
267:16 273:3
276:14,18,18
277:17
coney 258:22,23
confused 165:19
165:21 168:6
209:9
connected 303:19
connection 232:1
238:2 239:14
243:2,16
conscientious
172:18
consistent 247:1
constellation
172:14,25
consumed 247:5
248:20
consumer 246:10
consuming 247:8
247:15
consumption
248:25
contact 187:25
188:5 191:14,24
197:10 202:10
204:22 208:1
212:17 216:24
243:22 244:24
contained 191:20
223:8,12 279:20
281:8
containing 212:17
216:25 243:23
contents 303:15
continue 163:18
168:8 185:21
231:17 248:8

274:19 300:19
continued 163:8
173:18 174:17
187:5,12 302:3
303:6
contraction 256:9
contributed 285:2
control 248:22
controlling 162:17
conversation
268:3
convertible 192:20
193:7 199:19
205:4,7,17 206:14
207:4,24
cook 158:19
coors 246:19
copd 256:24
cops 251:1
copy 162:20
corp 159:10,16
correct 168:16
169:18 173:20
181:3,21 182:5,15
182:25 183:13,16
187:6 188:22
189:18 193:11
198:22 202:14
205:4 206:2
218:15 221:21
228:6,8 230:3,4
231:23 232:16
238:10 243:13
250:12 252:14
253:19 254:1,14
257:19 258:11
259:3,21 262:1,18
264:13 265:7
271:4,10 273:19
274:7,9 275:14
287:22 288:22

293:2 294:20
297:1,22 298:15
298:22
cough 226:11
coughed 180:5
coughing 169:24
180:5,7 183:4,5
counsel 300:17
counties 156:2
coupe 197:21,24
199:21
couple 193:1
227:13 248:14
269:9 275:16
295:16
course 164:21
187:21 188:1,6
244:25 284:24
court 156:1,22
162:12 250:21,25
304:1
cover 168:11
covering 240:14
cplr 162:15,16
crafts 194:7
crismali 268:20,24
269:11
crop 273:17
cross 286:16 302:5
crosses 235:14
cullen 159:5
current 273:1
curtis 158:17
customers 234:16
cut 186:11 236:19
236:21 248:24
268:10
cutting 171:25

**d**

d 161:3 163:1
daily 246:10
248:21
damn 262:11
dangerous 245:13
246:2
dap 158:20
darger 159:19
daskal 159:1
date 178:4 251:21
274:8 304:3
daughter 166:10
237:15,24 262:11
david 160:22
day 169:7,14,21
169:23 175:12
181:17 185:2
187:16 214:6
238:4 242:13
246:21 247:6
248:9 275:3
278:16,18 279:16
293:20,20 301:14
304:22
day's 276:7
days 250:9 251:18
278:14,15,19,20
286:11
dead 196:10
debris 244:9,12
decade 235:21
251:24 290:11
deceased 196:23
december 157:9
decks 172:17
deemed 162:15
defendant 158:12
158:16,20 159:6
159:10 160:1,6,16
160:20 161:1

defendants 158:7
  159:1,15,20
  160:12 163:17
  188:8 214:9 233:2
delicate 237:24
demands 277:8,13
demeusy 160:8
denise 161:3
dennehey 159:14
  163:16
denver 158:7
department
  190:15 192:5,14
  194:5 195:20
  199:3,7 210:2,6,12
  210:18 224:6
  236:11,25 273:9
  275:24 277:9
  278:5,8 283:23
  286:25 291:10
dependent 271:17
  272:1
depending 182:16
  241:18
deposition 156:8
  157:1,4 167:25
  169:13 188:13
  304:3
derive 283:15
designated 172:17
destroyers 173:9
deteriorate 273:12
deutsch 158:11
  161:1 286:21
  287:14
device 180:10
devices 185:12
diagnosed 249:2
  257:11,14 265:7,9
  265:14

diagnosis 264:20
  265:22 267:3
  268:6 281:17,20
die 262:25
different 179:18
  187:17,18,20,24
  188:13,14 191:22
  192:8 221:10
  244:23 260:4
  270:1
differently 221:14
difficulty 177:21
dig 283:8
direct 163:8 302:3
directly 284:22
dirty 171:24
  241:22
discount 174:3
discussion 258:8
disease 249:4
  256:13,25
disk 189:7 293:15
disregard 245:19
disregarded
  245:17
division 263:18
divita 160:16
doctor 166:17,20
  166:22,24 167:7
  186:10,13,14
  256:19 259:6,17
  261:6 263:6
  265:14,21 266:14
  267:15,24 268:21
  268:25 269:2,6,24
  270:10 278:10
  282:15
doctor's 270:12,18
doctors 186:16,19
  188:15 269:16

document 156:15
  169:11 188:12,17
doing 172:21,22
  175:9 182:11
  188:18 191:22
  214:3 222:1
  224:10 228:11
  233:3,14,15 236:1
  236:6 276:6
  280:21,24 292:13
  298:4 300:12
door 197:19,19,21
  198:8,8,12,20,23
  199:4,16,22,25,25
  200:1,3,9,12,18,25
  201:6 202:7,14
  203:4,13,21
  204:20
doors 197:20
double 228:20
  296:15
douglas 271:16,22
  271:25
downstate 258:16
  261:2,3
dozen 169:9
dr 167:5,8,15
  259:14 262:3
  263:10,12 264:2,3
  265:18 266:14,19
  267:20 268:20,24
  269:3,11,19,21
  270:4,7,10
dragged 253:5
drank 175:11
  247:20 248:4
dried 241:24
  242:11
dries 242:14
drill 246:7

drink 246:13,15
  246:22 248:3,8
drinking 248:1
dripping 277:5
driveway 189:4
  210:3,4 212:3
  223:13
driving 208:12
drove 203:13,16
drugstore 272:19
  272:22
drum 215:22,25
  216:3 217:7,8,13
  217:16,17,19
  292:18,22 299:7
drums 216:20
  217:17 244:3
dry 217:2,5
  242:12,13 244:6
  244:13
due 277:12
duly 163:3
dust 217:3 244:8
  244:12
dusty 171:24
dykman 159:5

            e

e 158:1,1 160:18
  163:1,1 196:18
  266:11
earlier 176:24
  199:9 284:15
early 176:18
  181:14 182:24
  194:19 199:1,5
  210:10 290:13,15
  290:17
easier 238:7
easily 271:20
  293:17

east 159:21
easy 295:18
eaton 161:1
effect 162:10
  163:24,24
eight 166:1 181:18
  185:5,6 194:16
  217:25 218:3,5,17
  218:21 254:7
  275:2
either 166:10
  191:10 197:6
  198:7 242:23
  245:4 284:22
elapsed 262:20
elbow 282:5
elderly 278:5
eleven 259:13
eligible 272:3
eliquis 165:8
emery 159:1
emphysema
  256:21
employment 245:4
ends 172:2
energy 276:16
engine 175:23
  289:14
engineering
  285:11
entire 169:16
  201:1
entities 274:3
entity 285:7,10,14
equipment 280:24
errante 159:19
errata 304:1
esq 158:4,9,13,17
  158:21 159:3,7,12
  159:17,22 160:3,8
  160:14,18,22

161:3
esqs 159:9 160:1
estimate 164:10
  209:1 224:15
  251:23 294:22
  298:24
estimated 214:14
europe 203:6
everybody 179:20
  179:21 185:23
  194:21 227:1
exact 170:7 178:3
  251:21
examination 156:9
  157:2 162:4,21
  163:8 286:16
  300:24 302:3,3,5
  303:7,12,15,20
examined 163:4
exhausted 277:4
existing 217:23
  218:24 219:7
  229:18
experience 276:3
experiencing
  265:20 266:1
expires 304:25
exposed 223:7
  279:12
exposure 285:3
extended 253:8
extinguisher
  172:20

f

f 157:6 163:1
  303:3,24
fact 187:4 230:16
fair 290:18 297:12
fairly 247:1
faithfully 303:8

fall 282:10,21
falls 282:21
familiar 269:20
  284:16 285:6,9,13
family 166:20
  168:14 186:22
  187:1,4,10 268:21
  268:25 269:5
far 193:6 275:13
father 186:25
  239:5,11,11
father's 239:7
favor 246:18
favored 168:24
  184:19
favorite 179:17
fdny 247:9 252:14
  252:21 275:8
fed 187:14 288:17
federal 157:5
feeling 265:23
feet 290:4
feinstein 158:11
  286:21 287:13
fell 246:8 291:5
fellow 174:10,20
  176:1 191:12
  215:1 296:14,20
  296:23 298:21,25
  299:13
fellows 189:6
felt 180:8
fifteen 236:3,5
  252:1 282:9
fifth 170:9
fighting 289:2,20
figure 300:12
file 270:23
filed 274:2
filing 162:3 274:8

filings 171:25
filled 272:18
filtered 169:5
  179:1,22,25
filters 190:9
  195:12 201:23
  204:12 207:13
  211:15 222:13
finally 164:20
  180:4 183:21
  291:4
financially 271:17
  271:25
find 291:2 301:5
fine 164:10
fingers 256:10
finish 164:13
  214:11 216:9
  287:4
finished 163:19
  174:15 231:7
finley 158:4
  165:22 175:5
  177:23 178:19
  179:6 205:13
  218:7 231:4
  235:16,19 245:22
  246:1 256:16
  257:22 258:7
  259:9 267:12
  274:9,14 283:12
  285:19 286:13
  287:15,18 300:4,7
  300:10,16,17
fire 172:19,20
  190:14 192:4,14
  194:5 195:20
  199:3,6 210:2,6,12
  210:17 224:6
  236:11,25 273:9
  275:23 277:8

278:4,8 283:23
286:25 288:10,21
289:11,18 291:2,3
291:3,10
**firefighter** 205:19
205:22 206:1
208:9,12 287:20
**firefighters** 191:12
215:1 221:18,24
223:5 291:6
296:14,20,23
297:7,14,21 298:4
298:21 299:1,13
**firehouse** 175:24
181:24 189:4,10
190:16,20 197:9
199:11,13 212:3
214:19 216:16
220:5,13 243:12
294:3 297:17,20
297:23 298:1
**fireman** 181:20
184:5 189:12,17
198:22 199:17
200:6,7,8 209:22
224:19 226:1,6,14
226:19 227:7
229:6,13 275:14
277:14
**firemen** 175:23
176:1 214:22
223:18,24 224:16
225:3 227:23
228:4,23 229:24
230:7
**fires** 275:16
276:24 287:21
289:2,17,20
**firm** 160:20
163:15 286:20

**first** 165:25
168:24 169:6
181:5 187:7,9
189:15 194:2
197:7 199:24
200:12 212:7
226:18 227:6
234:20 236:16
245:6 251:6,9,13
260:11,14 262:5
262:21 273:25,25
275:19 289:7,14
293:1,4
**five** 223:14 229:20
238:16 260:9,17
260:21 263:4,24
269:17 274:25
279:2,2,5 300:11
**fix** 212:8
**flashing** 239:17,25
**flat** 233:20 240:10
240:13
**flatbush** 290:1,21
**floor** 158:3,20
159:2,21 160:13
219:2 291:5,5
**flu** 249:17 250:4
253:4
**fluitt** 160:3
**flying** 241:25
**focus** 192:3 223:1
**focusing** 207:3
216:5 243:24
**follow** 217:10
286:23
**following** 261:10
264:5,20 267:2
268:17 275:18
281:16,19 283:3
**follows** 163:4

**force** 162:10
173:19 174:7
175:15 200:14,16
200:22 201:2
202:8,17 203:10
204:21 248:6
249:24 251:4
**ford** 158:12
192:11,12,17,22
193:6,7,10 194:8
194:10,12 195:1
197:6,11 198:15
199:1,10,13 205:1
208:5,14 209:10
209:21 210:2,9,21
212:10,16,24
213:3,9,21 214:12
214:15,18 215:19
216:1,6,23 217:24
218:9 220:16
224:20,21 228:10
231:21 232:19,20
243:2,16,24 291:8
291:11,12,13,14
292:22 294:20
**foregoing** 301:4
**forenoon** 157:11
**forget** 166:10,12
**forgot** 230:20
282:22
**form** 162:6 164:17
**forty** 229:20
**fought** 288:10
**four** 167:3 181:12
182:23 184:13
196:4 197:19
198:8,12,20,23
199:4,15,25 200:1
200:3,9,11,18,25
201:6 202:7
216:11,12,17

218:2,10,12,14
225:21,23 244:20
248:4 254:7
263:24 269:16
278:15,20 290:8
291:6 292:16,17
**fourteen** 252:2
**fred** 176:7 232:2,7
241:5
**frederick** 156:10
156:16 301:10
303:7 304:3,4,20
**freeport** 171:8
**frequented** 220:7
**friends** 191:7,11
196:5,8 236:13
262:25
**front** 292:15,23
**fugazi** 284:3
**full** 276:7
**fumes** 279:13
280:20
**function** 266:7
**functional** 246:20
**funny** 215:5
**furnished** 162:21
**further** 162:8,13
162:18 303:11,17

                 **g**

**g** 156:10,16 163:1
269:2 301:10
303:7 304:4,20
**gait** 277:22
**gallon** 239:18
240:1
**garage** 216:16
**garbage** 219:22
**garden** 157:8
**gardner** 158:7
**gary** 167:10

general 185:19
269:12,14
generally 216:14
genevieve 159:22
george 196:11,13
germany 174:23
201:7
gesture 164:18
getting 209:5,7
210:19 256:14
273:23 276:5,6
294:16 295:20
ghi 272:16
give 164:10 170:25
173:22 179:14
193:16 196:11,21
208:25 224:14
226:23,24 234:23
234:24 251:21,23
270:14 271:22
287:4 294:22
298:24
given 163:7
203:11 209:12
300:6,9
gloves 281:2,3,4,7
glue 242:12
go 185:2 196:3
227:12,24 242:12
248:13 250:25
251:17 261:13,17
273:24,25 284:8
288:12 289:11,14
293:16,17 294:9
294:15 295:19,21
295:23 298:16,19
299:4
goes 217:17,19
goggin 159:14
163:16

going 163:18,21
166:11 168:8
172:19 174:6
202:8 204:20
206:17 228:20
231:9 249:6
251:17 257:23
265:21 273:24
277:19 282:5
285:21 286:5,22
287:3 292:5,8
299:23 300:11,20
good 163:10,11
166:9 175:2 180:8
183:1 189:5 231:7
274:13 286:18
goodyear 159:2,2
gotten 209:16
goulds 159:6
gradually 273:16
graduated 177:8
178:5 249:10,22
graduation 177:24
177:25 178:2
great 273:10
green 160:7
greenstein 263:10
263:12
grinding 202:11
grips 227:18
grooves 217:20
ground 163:23
group 276:24
guess 164:9
178:18 218:6
226:21 236:9
245:1 260:24
262:24 263:24
276:16 285:4
297:16 298:6

guessing 164:11
262:8
gun 238:5,8
gunderson 196:12
196:13
guy 193:19 208:22
guys 173:3 194:23
196:4 224:11
276:23
gwertzman 167:8
167:10,15 262:3
gym 278:14

                    h

h 196:18 272:21
half 167:12 262:9
hamilton 225:17
230:12 293:18
hammer 212:1,8
227:19
hammers 238:4
hampton 157:7
hand 240:7 256:5
256:12,17,18
264:12,13 281:17
handle 224:13
248:17
hands 225:21
hannas 272:19,20
272:22
happen 289:15
happened 212:5
288:5 290:25
happens 288:18
harbison 285:14
hard 205:11
248:11,15 266:4
295:19
harder 276:5
harris 161:3
haul 231:21 243:4

hauled 213:13
hazardous 185:20
head 270:21
health 185:20
245:7,15 248:23
273:8,11 276:14
276:18 277:16
hear 163:12
heard 221:3 245:6
245:15
heart 255:17,18,19
255:24 256:1
257:19,24 267:19
heavy 166:11
228:12 233:16
268:2 284:6 292:3
held 223:14 258:8
303:8
help 180:10 189:6
191:6,8 205:16
222:4,7,12,16,19
222:24 227:1,2,3
229:4 230:21
251:25 292:10
299:5
helped 196:8
214:24 222:10
224:16 226:1
298:21,25 299:13
hereto 162:3,20
high 177:6,8,20,23
177:25 247:16,19
247:21,23 249:10
249:23
highway 258:20
263:9,16,19
hills 292:8
history 167:20
168:9 245:5 249:7
hit 212:1

**hitters** 284:6
**hitting** 284:11
**hobby** 188:25
**hoben** 196:16,18
**hold** 282:9
**holding** 215:18
**holes** 246:7
**holmdel** 160:17
**home** 176:5 178:7
  195:24 197:6
  233:5,19 234:10
  235:14 236:2,3,4,6
  236:10,18 237:3
  242:19
**homeowner**
  176:10
**homeowners**
  182:18
**homes** 182:12
  214:4 232:10,14
  234:16,22 235:8
  241:4
**honest** 168:21
**hook** 238:3,3
  290:4 294:13
**horrible** 183:6
**hose** 217:9,11
  244:9,10,13
**hoses** 190:11
  195:15 201:24
  204:13 207:16
  211:16 222:13
**hospital** 258:3,10
  258:14,17,22
  259:2 260:1 264:7
  267:4
**hospitalization**
  252:11 253:8
**hospitalized**
  249:12,24 251:7
  251:10 252:6,19

262:10 264:4,10
  283:2
**hour** 274:14
**hours** 219:10
  244:20 261:7
**house** 182:21
  190:14 220:10
  261:20
**houses** 229:15
  246:5
**hung** 212:7 242:21
  242:24
**hurt** 251:5

**i**

**ignition** 289:17
**ii** 156:11
**illianov** 158:13
  286:19
**illinois** 160:7
**illness** 249:3 273:1
  274:4
**illnesses** 249:15
  250:3 251:3
  252:10 253:2
**imo** 160:12
**impartially** 303:9
**implantation**
  255:11 263:13
  281:16
**implanted** 255:9
**include** 299:10
**income** 271:3,7,13
  283:15
**incorrect** 203:10
**independent**
  174:25
**index** 156:17
  302:1
**indian** 259:8
**indicating** 253:12
  256:6,10,14,17

281:24,25
**individual** 239:4
**individually** 207:1
**individuals** 196:22
**industries** 160:12
**infirmary** 288:12
**inhalation** 253:6
  287:22 288:20
**inhaling** 288:20
**injured** 252:23
**injury** 250:8,19
**inn** 157:8
**inner** 280:3
**inside** 217:7,19
  241:10
**install** 230:7
**installed** 220:16
  296:10
**installing** 229:22
  297:15
**instructions** 165:2
**insulation** 284:20
  284:23
**insurance** 194:23
**interest** 224:9
  226:15
**interested** 303:20
**investment** 283:16
**ip** 158:7
**island** 258:22,23
  267:6,8
**issues** 245:7,16

**j**

**j** 158:4
**jack** 218:25 219:2
**jagger** 167:5,6
**jeez** 240:12
**jersey** 156:24
  160:17 161:2
  208:22

**job** 157:25 213:9
  215:10 216:22
  224:3 226:7,14,20
  226:24 227:1,5,8
  227:17 234:21
  252:24 292:6
  293:5 294:24
  295:15
**jobs** 176:8 189:20
  189:23 214:15
  236:2,4 243:8,9
  271:19 291:16,23
  292:1,13 294:20
  296:13,19,21
  297:7 298:5,22
  299:1
**johnny** 196:16,17
**johns** 221:2,4,6
  284:16,18,19,24
  285:4
**joseph** 159:7
**judge** 162:11

**k**

**k** 163:1
**karnak** 159:10
**keep** 164:16
  226:17 293:21
**kemble** 161:2
**kid** 168:21
**kids** 179:19
**killer** 254:4
**kind** 166:24
  241:18 254:18
  270:9 295:20
**kinds** 251:11
**kings** 263:9,16,19
**kluger** 158:19
**knee** 251:15
  253:13,14,16,21
  253:22,24 254:9
  254:11 258:1,9

259:21 260:7,8,13
263:3 273:17,19
273:20,21,24
281:12,14
**knees** 253:10
**knew** 210:14
212:8 226:5,25
228:18 240:20
270:2
**knife** 238:3,4
**knives** 238:3
**knock** 286:2
**know** 164:6,7,22
164:22 166:2,12
166:22,24 171:24
177:15,17 179:15
183:7 188:9,10
189:20 192:1,10
193:2,4 196:20,24
197:1,3 198:13
203:5 205:10,11
205:15 208:23
209:4,4,19 210:19
211:6 213:12
216:19 218:6
219:16 221:7
222:9 223:21
225:8,12,15,22
226:3,18,22,25
227:6,10,15,22
229:17 230:5,14
235:2,15,25,25
236:19 238:12
239:5,13,24 240:2
240:3,9,17,21
244:6 245:12,13
245:14 246:5
247:7 254:22
255:21 258:13
259:8,19 260:5
262:7 263:8 266:3

266:3,5,13,20
267:11 268:8
269:13 270:14,17
270:20 272:5,6
273:7 274:5,6,10
278:2 279:21,22
280:1,2,19 281:7
281:10 282:13
284:7 287:7
289:25 290:24
292:7,19 294:5,13
294:13 295:9,20
295:25 297:2,5,11
297:13 298:14,18
299:4
**knowledge** 274:1
301:6
**known** 256:20,24
267:16 285:7,10
285:14
**kurowski** 160:5

**l**

**l** 159:12
**labels** 185:15
**langley** 174:12,16
200:20 206:20
**laraneuent** 158:13
286:14,17,19
299:21 300:3
302:5
**lasted** 228:13,15
228:19
**late** 201:9 202:25
237:4 276:1,4,7
**law** 160:20
**lawler** 159:9
**lawyers** 287:18
**leader** 160:11
**learned** 175:4
189:13 245:6,14
246:1

**leave** 242:3
**led** 180:4 265:22
266:2
**left** 175:15 177:20
209:17 236:11,25
247:19,23 252:17
253:13,14,16,22
254:9 256:17,18
258:1,9 260:6,12
260:13 264:13
268:14,15,23
273:20,21 275:23
281:12,25 282:3
282:19,25
**letter** 259:7
**level** 275:20
276:20
**levels** 278:11
**leviton** 159:15
**lifetime** 187:21
188:1,6,16 212:21
244:25 247:2
251:14 270:25
281:21
**lift** 219:4 256:9
**light** 246:19
**liked** 173:17 175:2
248:16 293:21
**limit** 278:11
**limitation** 282:18
**line** 223:15 231:5
302:3 304:5
**liquid** 159:10
**liquor** 248:11
**liquors** 248:15
**list** 191:21 192:7
**lists** 188:13
**literally** 283:24
**litigation** 156:4
**little** 167:20 168:6
177:3 189:20,23

199:8 236:8 242:7
244:1 263:17
275:13 285:25
**lived** 187:20
188:15
**living** 196:1,25
**livingston** 156:24
**llc** 158:15 159:15
160:5,12
**llp** 158:11 159:1,5
159:19 160:11,20
161:1
**locally** 267:5
**location** 170:10,14
234:25 235:1
**locks** 227:19
**lombardi** 215:3,7
215:8
**long** 166:13
167:14 176:13
181:10 183:18
189:4 190:16
194:9 206:11
208:6 209:18
210:4 216:8
217:22 218:23
219:6 228:18
229:17 236:12
244:17 247:5
263:1,22 264:15
267:6,8 268:24
282:7 283:2
**look** 285:22
292:18
**looked** 277:2
**lopez** 158:13
286:19
**loses** 271:19
**lost** 237:18 282:24
290:10

| | | | |
|---|---|---|---|
| **lot** 189:13 190:12 | **maniscalo** 269:19 | **mccormick** 240:2 | **metal** 171:17 |
| 191:17 205:25 | 269:22 | **mcdonald** 238:17 | 280:7 283:25 |
| 211:5 213:7,13 | **manual** 175:3 | 238:20,21 239:2,4 | **metallic** 242:6,7 |
| 217:2 222:22,23 | **manufactured** | 239:8 | **methodist** 258:17 |
| 223:21 225:14 | 220:24 284:23 | **mcelroy** 161:1 | **michael** 158:17 |
| 227:12 228:16 | **manufacturer** | **mcgivney** 158:19 | 268:20 |
| 245:1 283:1 289:6 | 220:15 225:9 | **mctiernan** 160:1 | **mid** 170:6 202:24 |
| 294:14 | 238:13 239:25 | **mean** 189:19 | **middle** 177:11 |
| **louie** 196:20 | 240:4,10 293:6 | 233:12 298:16 | 210:10 |
| **lowering** 276:19 | , 294:11 296:9,24 | **meant** 272:9 | **miles** 278:16,17 |
| **lugging** 228:12 | 297:9,13 298:8 | **mechanic** 189:5 | **military** 172:20 |
| **lumpy** 242:3 | 299:15 | **medical** 167:20 | 173:24 187:19 |
| **lunch** 274:15,19 | **manufacturer's** | 168:9 249:7 | **mineral** 233:22 |
| **lung** 254:20,24 | 240:18 | 251:22 259:10 | 240:15 |
| 265:7,10,14 | **manufacturing** | 263:9 266:2 | **minute** 214:5,8 |
| 266:15 267:2,21 | 159:16 | **medicare** 272:3,4 | 236:24 |
| 267:25 268:5 | **manville** 221:2,4,6 | **medication** 272:18 | **minutes** 229:20 |
| 273:3 281:19,19 | 284:16,18,19,24 | **medications** 165:5 | 270:1 299:6 |
| **lungs** 288:21 | 285:4 | 165:24 | 300:11 |
| **luxenberg** 158:2 | **market** 159:11 | **meet** 196:5 | **mixed** 200:13 |
| 287:12,16 | **marlboro** 179:13 | **meetings** 284:8 | **mobility** 282:19 |
| **lynch** 159:1 | 179:14 | **melanoma** 255:14 | **model** 197:16,23 |
| **m** | **marshall** 159:14 | **melville** 159:17 | 225:25 226:12 |
| **machine** 171:3 | 163:15 | **member** 186:22 | **money** 189:3 |
| **machinery** 171:6 | **martial** 250:21,25 | 192:4 247:9 278:7 | 272:25 273:4 |
| 171:11 290:25 | **mask** 281:1 | 283:20,22 | 284:7,12 |
| **macsteel** 159:22 | 288:24 289:2,4,8,9 | **members** 168:14 | **month** 167:4 |
| **maheshwari** | 289:12,15 | 187:2,5 | 266:25 268:23 |
| 259:14,16 270:4,5 | **material** 213:22 | **memory** 167:12 | **monthly** 271:7,13 |
| 270:7,10 | 231:25 232:4 | 270:16 | 283:15 |
| **mahoney** 158:6 | 233:15,16,21 | **men** 290:8 | **months** 166:1 |
| **main** 160:21 | **materials** 213:19 | **mention** 165:23 | 262:24 263:25 |
| **maintenance** | 231:23 232:21,22 | 233:3 | 265:11,12 269:8,9 |
| 212:22 | 232:25 238:14 | **mentioned** 168:12 | **moore** 160:1 |
| **malaby** 158:15 | 239:14 240:11 | 189:9 197:13 | **morning** 163:10 |
| **mall** 169:1 178:24 | 243:5 | 214:1 217:13 | 163:11,19 180:6 |
| **man** 172:20 | **matter** 157:3 | 232:9,12,18 | 276:6 |
| **manhattan** 176:6 | **maxess** 159:16 | 241:13 243:1 | **morristown** 161:2 |
| 182:13 232:10 | **mccambridge** | 261:24 271:2 | **morse** 159:15 |
| 233:5 241:4 | 158:6 | **messed** 282:17 | **mother** 186:25 |

| | | | |
|---|---|---|---|
| **mount** 160:7 | **near** 220:10,12 | **night** 277:3 | **occur** 209:3 |
| 161:2 258:17 | 258:6 | **nights** 264:7 | 287:24 289:24 |
| 263:18 | **necessarily** 177:16 | **nod** 164:18 | **oddball** 182:9 |
| **mounts** 258:19 | 251:21 | **nodding** 246:25 | **offhand** 186:12 |
| **mouth** 177:16 | **necessary** 164:11 | **non** 214:10 | 228:1 |
| **move** 214:9 | **need** 164:20,24 | **normally** 166:4 | **office** 175:1 |
| 296:12,18 | 242:5 262:11 | 246:22 | **official** 284:5 |
| **moved** 171:17 | **needed** 227:2 | **north** 157:8 | **oh** 166:15 167:16 |
| **moving** 274:10 | 273:17,21 299:7 | 285:16 | 170:11,20 173:7 |
| **mt** 156:23 | **neighborhood** | **nostrand** 263:20 | 173:21 174:25 |
| **mulvaney** 161:1 | 297:17 | **notary** 157:6 | 175:11,25 176:15 |
| **mystery** 269:24 | **neither** 285:18,18 | 162:10 163:3 | 179:24 182:9 |
| | 285:20 | 301:17 303:4 | 185:4 187:7 190:8 |
| **n** | **never** 165:20 | 304:21,24 | 191:15 193:15 |
| **n** 158:1 163:1 | 185:11 202:11 | **notes** 285:22 | 194:6 195:3 |
| 196:18 269:2 | 219:16 228:10,13 | 299:23 | 198:16 209:23 |
| 272:21,21 | 228:18 247:20 | **notice** 275:19 | 210:23 211:23,25 |
| **nails** 238:6,7 | 248:15 251:5 | **noticed** 186:1 | 213:4 214:24 |
| **name** 163:14 | 252:9 255:17,18 | 277:20,25 | 215:11 220:4,12 |
| 166:16 197:18 | 257:18 264:17 | **number** 171:17 | 221:3 223:19 |
| 219:17 225:18 | 265:1 268:2 | **nuts** 299:5 | 224:8,11 225:5 |
| 227:20 230:8,9,14 | 269:15,24,25 | | 228:15 229:8 |
| 230:17,19,24 | 270:2 294:6,16 | **o** | 236:12 237:10 |
| 234:15 238:25 | **new** 156:2,4,24 | **o** 163:1 196:18 | 246:3,3 247:7 |
| 239:3 240:18 | 157:8 158:4,4,8,8 | **o'fallon** 160:7 | 248:13 250:13 |
| 258:13 259:1,5,7,8 | 158:13,13,17,17 | **ober** 159:3 | 251:8,11 256:5 |
| 259:12 261:5 | 158:21,21 159:3,3 | **object** 188:8 233:2 | 258:3,23 261:12 |
| 263:5 265:13 | 159:7,7,17,21,21 | **objection** 295:17 | 262:7,24 263:24 |
| 269:20 274:22 | 160:3,3,13,13,17 | 299:2,16 | 267:18 269:1 |
| 282:14 284:16,17 | 160:21 161:2 | **objections** 162:5 | 272:9 275:25 |
| 286:19 296:2,15 | 189:18 198:9 | **obstructive** 256:25 | 276:11 278:9 |
| 297:4 304:3,4 | 199:6 205:18 | **obviously** 238:9 | 279:1 282:8 283:4 |
| **names** 173:10 | 208:9,15,22 | **occasion** 173:12 | 285:1 287:17 |
| 179:15 196:7,11 | 209:21 216:19,19 | 213:25 221:17 | 289:3 290:13 |
| 214:25 215:5 | 242:21,24 269:2 | **occasionally** | 291:14 295:13,18 |
| 220:6 234:15 | 283:22 303:5 | 178:25 179:11 | 297:11 |
| 240:8 296:16 | **newcomer** 233:13 | 271:21 | **oil** 189:25 195:2 |
| **narco** 285:16 | **newer** 203:1 | **occasions** 172:24 | 201:13 204:3 |
| **navy** 171:18,22 | **nice** 168:21 | 221:23 223:4,20 | 207:4 211:8 222:5 |
| 172:6,17 279:9 | **nicholas** 159:12 | 228:22 288:4 | 289:16,17 |
| 280:6,14,16 | | 299:12 | |

okay 163:12 164:1
164:5,25 165:22
167:21 170:17
171:6 177:13
181:6 182:11
185:6 192:6,7,12
192:21 193:5,9
200:24 202:5
216:7 223:2,3
226:10 231:2,3,11
231:18 249:7,8
252:5 255:1,24
274:6 276:11
287:9
old 168:16 193:21
198:11 219:12,14
244:13,15 251:23
278:9
older 290:19
once 163:14
167:17 169:4
180:7,15 201:3
204:2 255:22
295:15
one's 254:4
ones 173:10
237:13 246:7
292:17 299:24
operated 232:2,6
operating 171:11
opportunity
167:22 168:3
oral 156:8 157:2
originally 166:7
177:1
ortiz 159:12
outdoor 238:9
outpatient 261:18
outside 172:9
190:14 195:24
197:6 210:4

214:18 217:18
243:11 244:1
overall 275:20
276:20 277:16
278:11 285:3
288:9
overseas 201:3
202:9,20,22
203:25 204:21
206:18,23
owned 191:2,3
192:2,8 194:15
195:18 198:20,25
199:4,15,18 200:9
200:18 201:5
202:7,14 203:9
205:3,20,21,25
206:12,15,22,25
208:4,5,24 209:2
209:14,18 210:21
212:11,21 221:11
224:5,24 225:3
229:24 232:2,19
243:3,17 291:12
owns 239:4

p

p 158:1,1 266:11
p.e. 158:2,19
159:14
p.m. 274:15,17
300:13,15,23
p1-2744596 304:2
pack 169:10,13,21
169:22,23 246:24
247:6 248:9
packaging 185:16
185:25 186:6
pad 217:18,18
297:4
pads 215:18,20,21
215:23,25 216:1

216:19 217:14,23
218:3,8,17,21,24
219:7,12,15,25
220:16,24 221:5
page 302:3 304:5
paintbrush 244:14
244:15
painted 242:18,23
painting 176:7
232:3,7,12,22
233:13 241:6,9,12
pall 169:1 178:24
paneling 232:13
241:13
paper 241:19,24
241:24 242:6,7,10
pardon 235:18
park 196:3
parkway 258:6,11
parliament 169:5
179:1
part 191:24 208:1
212:18 216:21,25
219:18 243:23
partially 271:16
particular 168:23
184:18 217:15,24
224:18 246:17
276:17
parties 162:2,14
162:20 303:19
parts 225:22
295:24 296:5
298:18
pascarella 160:16
pass 288:16
passed 239:11
pathetically
277:23
patrick 158:4
164:22 300:17

pay 188:25
pedal 292:3
pelvis 254:6,12
pennsylvania
159:11
pension 271:3
people 182:16
245:18
perfectly 164:8
perform 215:10
performed 212:15
239:15 241:4
259:3,6,24 260:8
260:20 261:6
262:3,6 263:12
282:12,15 291:16
293:5 294:19,23
295:5,10 296:13
296:19,21
performing
216:22 227:16
291:22 292:1
297:8,21
period 167:4
169:16 175:14
181:20 192:3,9,13
198:21 201:1
209:1 238:14
243:3,17 252:20
253:2 266:25
291:19 295:11
periodically
231:21
person 224:24
personal 190:19
personally 191:1,3
207:24 212:15,22
221:11
persuasive 227:19
pet 266:9,9,11,12

pfizer 160:20
philadelphia
  159:11
phone 234:18
  300:8
phrased 221:15
physical 261:9,13
physically 298:18
piece 268:11,11,12
pieces 268:11,11
pipe 180:20,20
  181:6,8,10,17,21
  181:24 182:7,10
  182:14,22 183:2
  183:12,25 185:7
  186:3,4,9 274:23
  274:24
pipes 181:4
place 176:17
  178:15 200:22
  252:3 259:25
  295:22,25
places 187:18,19
  187:20 188:14,14
placke 160:22
plains 160:21
plaintiff 157:2
  158:3 163:2
  256:16
plaintiff's 300:16
plane 233:21
plate 189:7 295:22
play 228:25
played 224:1
pleasant 156:23
please 164:3,12
plenty 234:14
  277:10
pleurisy 257:6
plining 172:1,1

pllp 160:16
plugs 190:2,5
  195:4,7 201:15,17
  204:3 207:7
  211:10 222:8
pneumonia 257:12
pocket 272:25
  273:6
point 177:24 183:8
  185:1 196:25
  205:3 235:23
  245:9 261:15
points 190:3,5
  195:7 201:17
  204:6 207:8
  211:11 222:8
polio 249:19
pontiac 192:20
  193:7 205:3,7,17
  206:13,14 207:3
  207:24
poorly 221:15
popular 285:5
portion 177:11
  199:5 210:11
  234:7 239:22
  240:25 299:9
portions 214:10
possible 191:18
  209:16
possibly 191:16
potential 245:7,15
pound 233:22
  240:13,13,14,15
pounds 213:16,17
  228:21 233:24
  292:5
prescription 166:8
  166:14,17
prescriptions
  272:18

presently 221:12
  281:22
presumed 298:11
pretty 169:13
  171:23 189:5
  205:23 231:6
  274:13 277:19
  289:13,13
previous 231:20
previously 163:2
  254:13
price 174:4
prior 188:12
  189:11 202:8
  204:20 206:17
  252:6,11 265:21
priority 156:22
  304:1
prison 290:3,24
probably 173:1
  179:3,24 181:12
  185:4 193:1,23,24
  194:15 196:10
  198:13 200:4
  202:2,2 206:15
  225:11 236:1,2
  249:21 257:20
  260:9 263:3
  276:11 277:15
  283:8 291:21
problem 194:24
procedure 157:5
process 216:21
  219:6 228:25
  229:17,21 244:17
product 223:8
products 183:22
  245:8 284:23
professional
  248:23

project 210:14
projects 176:5
  233:19 236:18
  237:4 238:2
  239:16
promise 254:25
prostate 255:5,8
  263:2,6 264:20
  265:2 281:17
protective 280:23
provide 164:13
  173:24
provided 162:14
  169:12 188:12
pta 266:8
public 157:6
  162:10 163:3
  301:17 303:4
  304:24
pull 216:16 288:1
  292:18
pulled 217:7
  287:21 288:2,11
pulmonary 256:25
  266:7
pump 158:7
pumps 160:12
purchase 198:4
  208:14 219:24
  229:14 295:23,24
purchased 193:11
  193:14 198:12
  203:3,6 206:6,9
  208:18,21 220:3
  225:10,15 239:14
  292:25 293:1
purchasing 224:25
  229:10 230:2
pursuant 157:4
put 177:15 189:7
  201:9 216:18

| 226:3,5 227:20 | raybestos 220:25 | recommend | 249:20,21 259:5,9 |
|---|---|---|---|
| 229:25 236:5 | razor 241:17,20 | 266:19 | 259:11,23 260:6 |
| 282:16 289:7,9 | read 234:1,7 | record 163:6 | 261:5 262:13,14 |
| 292:7,20 299:5 | 239:19,22 240:22 | 231:14,15 258:7,8 | 262:15,16 263:1,5 |
| putting 298:10 | 240:25 301:4 | 274:17,18 300:15 | 264:6,9,11 265:13 |
| | ready 166:3 | recorded 303:9,12 | 267:1,4,12 269:21 |
| **q** | realized 289:9 | records 251:22 | 270:6,9,11 275:1 |
| quarter 238:6 | really 169:22 | 259:10 267:13 | 282:14 283:13 |
| queens 176:6 | 173:16 179:17 | rector 160:2 | 289:25 290:11 |
| 182:13 232:11 | 182:8,8 188:9 | red 290:4 294:13 | 297:3 |
| 233:6 241:5 | 189:13 209:13 | reduced 303:13 | remove 217:23 |
| question 164:13 | 224:12 228:19 | reference 188:17 | 218:24 241:20 |
| 194:11 205:12 | 249:1 251:5 266:4 | referring 297:19 | 242:19 299:13 |
| 210:14 221:15 | 278:3 282:20 | refractories | removed 242:10 |
| questions 163:19 | 284:2 297:2 | 285:17 | 299:18 |
| 163:22 164:3,7,22 | rear 292:15,23 | refrigerator 291:1 | removing 219:7 |
| 231:5 285:23,24 | reason 166:9 | regarding 286:23 | 229:18 293:7 |
| 286:1,7,15,23 | 197:4 202:5 | 291:8 | 296:25 297:10 |
| 287:4,6 291:7 | 204:18 207:22 | regular 190:4 | 299:10 |
| 299:22 300:5,8 | 220:18 249:12,25 | 246:9 | renovation 236:7 |
| 303:10 | 291:25 304:5 | related 249:3 | 236:10,18 241:3 |
| quick 248:18 | recall 172:23 | 274:4 276:18 | renzulli 160:20 |
| quit 169:24 180:4 | 173:11,11 181:16 | relating 254:11 | repair 212:23 |
| 180:10 183:20,21 | 186:3,14,16,19,22 | relation 268:5 | 297:22 |
| 184:1,6,7 185:8 | 191:22 198:7 | relative 303:18 | rephrase 164:3 |
| 186:11,15,23 | 212:20 221:12 | releases 215:12 | 287:7 |
| 187:6,8,10,13,15 | 224:4,10 225:24 | remember 166:16 | replace 292:16 |
| 248:17,17 275:16 | 226:12 228:3 | 179:7 184:20,21 | replaced 253:10 |
| quite 228:1 279:1 | 234:9,15 251:14 | 184:25 185:18 | 258:9 273:18,22 |
| 282:8 285:1 296:6 | 256:4 274:22 | 186:12 193:13,17 | replacement |
| | 281:22 283:6,9,10 | 193:20 196:7 | 216:22 219:25 |
| **r** | 296:2,8 | 197:23 198:1 | 220:15,24 225:1,9 |
| r 158:1 163:1,1,1 | receive 272:4 | 199:19 202:3,4 | 229:11,14,22 |
| radiation 268:16 | received 268:4 | 203:12 205:6 | 230:2,6 251:15 |
| radioactive 255:10 | recess 231:13 | 206:8,11 208:17 | 253:15,17,23 |
| 263:13 281:16 | 274:16 300:14 | 208:19,20 210:25 | 254:10 258:2 |
| ralph 215:3 | recollection 172:4 | 211:3 214:25 | 260:7,13 281:13 |
| ran 289:8 | 177:18 178:12 | 215:6 220:2,6,14 | 293:11 |
| rapidly 277:19 | 184:10 243:11 | 225:18 230:16 | replacing 227:24 |
| rappaport 158:11 | 267:14 275:6 | 235:17,20 238:25 | 292:14 |
| 286:20 287:13 | | 240:8 241:8 245:2 | |

reporter 157:7
164:14,17 234:8
239:23 241:1
303:4
reporting 156:22
304:1
represent 163:17
representing
162:22
requested 234:7
239:22 240:25
require 261:9
264:19
required 252:10
253:7 304:21
reserved 162:6
residential 176:5
182:12 214:4
232:10,14 233:4
233:19 237:3
239:16 241:3
respect 162:17
respective 162:2
162:19
response 163:7
203:11 209:12
300:6,9
responsible
224:25 229:6,10
230:1
responsive 214:10
retired 184:4
245:5 273:9,13
275:8,17
retirement 273:14
275:11,18,22
review 167:23,25
299:23
reward 247:3
reyes 265:17,18,19
266:14,19 267:20

rhythm 267:18,18
ribbon 292:20
richie 239:6,8
rid 201:4 209:4,9
209:17
ridge 193:19 197:7
rig 298:13
right 169:3,4
171:2,12 174:16
175:8 176:12
177:8 178:6,17
182:20 188:3,23
194:20 195:17
196:3 200:23
204:1 207:2 208:7
216:6 218:20
219:23 223:12
225:17 228:17
229:3 232:17
235:25 242:25
243:14 248:5
252:3 253:21,24
254:11 257:20
258:19 259:21
260:8,18 261:20
265:8,16,25
268:14 271:23
273:13,19 275:9
280:15 281:14
284:1 285:23
286:8 287:17
293:18
rights 162:14
rigors 277:8,13
ring 178:6
road 159:16 160:7
robert 160:8
rockaway 261:16
272:23
rod 254:7 279:25
280:4

rods 279:17,18,20
279:23,24
role 224:1
roll 228:25
rolls 213:22
roof 233:20 292:7
roofing 213:16,18
213:20,22 214:1,6
231:22 232:20,25
233:4,8,10,15,16
233:17,21 234:11
234:17,21 236:17
237:9,17,22,23
238:2,13 239:2,4
239:15 240:4,10
240:13 241:14
roofs 233:24
room 163:20
242:13,14 263:17
286:6,13 300:5
roughly 287:25
route 160:17
routine 224:23
rules 157:5 163:23
287:1
run 278:15,17
running 278:24
ryan 158:21

## s

s 158:1 272:21
304:5
samantha 167:5
sampson 174:6
sand 241:23 242:1
242:9,15,15
sands 261:15
save 189:3
saw 269:21 270:6
saying 191:19
says 185:19

scan 266:6,9,10,12
scar 256:17
scheduled 270:13
school 177:6,9,20
177:23,25 247:16
247:19,21,23
249:10,23
sco 248:14
scotch 248:12
scraping 172:1
screwdriver
215:16
screws 254:7,7
seagram 248:16
sealing 162:3
second 262:21
289:8
secondhand 206:3
sections 162:16
security 271:3,9
see 185:15 205:10
228:9 230:17,20
256:9 269:10
286:5 296:17
297:3 299:19
seed 255:10
263:13 281:16
seeds 255:9 264:23
264:24,25
seeing 167:14
185:22 270:11
seek 266:2
seen 196:24
269:24,25,25
298:18
segal 158:6
sense 209:14
serious 250:12
261:8
served 187:19

| | | | |
|---|---|---|---|
| **service** 203:18,20 | **shrug** 164:19 | 173:17,19 174:12 | **soldering** 280:15 |
| 203:22 209:7,11 | **shultz** 160:5 | 174:17 175:10,11 | 280:16,17,21,25 |
| 209:17,25 247:12 | **side** 176:4 182:11 | 175:24 176:11,13 | **solomon** 157:6 |
| 250:7,16,17 | 186:17 189:1 | 179:22 180:16 | 303:3,24 |
| **servicemen** 174:10 | 214:3 226:16 | 181:10,23 182:7 | **somebody** 190:22 |
| 174:20 | 268:14,14,15 | 182:14 183:18 | **son** 237:19 239:7,9 |
| **services** 156:22 | 290:9 | 185:21 187:5,12 | 271:16,19 |
| **session** 231:20 | **sides** 185:16 | 253:6 279:13 | **sons** 237:15 |
| **set** 221:7 223:11 | **sidewalk** 277:2 | 287:22 288:17,20 | **sort** 269:10 |
| **seven** 278:19 | **signed** 162:9,11 | 288:21 289:18,18 | **sound** 194:20 |
| **seventh** 170:15 | **simvastatin** | **smoked** 171:2,14 | 200:23 |
| **seventies** 276:8,8 | 165:11 | 173:15 174:5,10 | **sounds** 183:1 |
| 276:10 | **sinai** 258:17,19 | 174:20 175:17,20 | **source** 271:6,12 |
| **shaved** 268:11 | 263:19 | 176:2,7 178:12 | **sources** 271:2 |
| **shawnette** 160:3 | **singer** 158:6 | 179:10,25 180:20 | 283:16 |
| **sheet** 171:17 280:7 | **sir** 175:8 230:21 | 180:24 182:10,22 | **spaces** 172:15 |
| 283:24 304:1 | 231:9,15 234:4 | 184:13 185:23 | **spark** 190:2 195:4 |
| **sheetrock** 238:4 | 244:22 274:20 | 186:25 274:25 | 201:15 204:3 |
| 242:4 | 285:21 | **smoker** 168:13 | 207:7 211:10 |
| **shelf** 226:17 | **sister** 186:24 | 169:14 | 222:7 |
| **shingle** 233:23 | **sit** 188:3 | **smoking** 168:17 | **speak** 231:1 |
| 246:6 | **sitting** 277:1 | 168:25 169:6,8,17 | **speaking** 300:18 |
| **shingles** 213:23 | **six** 166:1 167:3 | 169:25 170:11,12 | **special** 215:16 |
| 240:5 246:8 | 194:15 223:14,14 | 170:25 172:23 | 279:25 295:22 |
| **shipped** 201:3 | 246:23,24 247:6 | 173:4,11,16 | **specific** 197:14 |
| **ships** 172:13,15 | 248:9 262:24 | 174:23 175:6,8 | 224:4 225:25 |
| 173:3,9 | 263:4 | 176:17 177:3,5,19 | 228:4 |
| **shoes** 212:25 | **sixty** 240:14 | 178:8,24 180:9,18 | **specifically** 224:1 |
| **shop** 171:17,23,24 | **skin** 255:13 | 180:22,23 181:1,7 | **spent** 187:16 |
| 172:5,9 | **sledge** 290:8 | 181:21 182:2,19 | 206:19 272:24 |
| **short** 184:23 231:9 | **slipped** 254:5 | 183:2,12 184:3,10 | 273:4 277:14 |
| 231:12,16 300:13 | **slipping** 254:6,12 | 185:7,7,11,14 | **spine** 254:5,12 |
| **shorthand** 157:7 | **slow** 233:7,10 | 186:8,11,17,20,23 | **spot** 212:7 |
| 303:4 | 275:20 | 187:2 245:21,23 | **spots** 172:17 |
| **shortly** 245:5 | **slower** 275:13 | 267:22 268:1,3 | **spring** 215:11 |
| 247:18,22 | **slowly** 273:14 | 274:24 | **square** 233:25 |
| **shoulders** 164:19 | **small** 173:9 | **smooth** 242:5 | **stairs** 282:4 |
| 282:6 | **smoke** 169:20 | **social** 271:3,9 | **standard** 241:9 |
| **show** 242:8 | 170:18,21 171:4 | **sold** 211:1,3 | 292:9 |
| **showing** 292:20 | 171:10,19,22 | **soldered** 280:18 | **stands** 172:21 |
| | 172:4,8,14 173:6 | | |

**start** 169:25
176:19 178:8
180:18 216:8
248:5 273:11
275:19,20
**started** 168:17,24
169:6 170:1,5,7,8
170:12 176:16,20
176:24 177:3,19
183:7 189:17
192:10 194:4
199:2 247:18,22
247:25 248:2
252:16 275:12
276:12 277:24
**starter** 211:21,23
211:24 212:6
222:20 233:7,10
**starting** 227:1
235:23
**state** 303:5
**statements** 163:5
**stayed** 250:8
**steady** 224:23
**stenographically**
303:9,12
**stenotype** 303:3
**step** 286:5
**steps** 227:22
277:22
**stiff** 244:6,16
**stipulated** 162:1,8
162:13,18
**stocks** 283:17
**stop** 183:2 185:7,7
278:24
**stopped** 178:16
179:2 180:7 181:1
183:12 184:10
**stops** 245:20

**store** 225:22
230:12,12,15,18
293:18 294:4,8,16
296:3,5 298:13,17
**stores** 220:4,7
293:16 294:14
**strangely** 276:22
**street** 158:20
159:2,6,11,21
160:2,21 170:9,15
194:22,22 195:23
196:2,4 245:18
296:1
**strength** 282:24
**strike** 212:13
214:9 221:14
**strip** 242:12
**stroke** 255:20,21
255:23,24 256:2
263:23 264:5
277:18,21 278:1,3
278:12,22
**strong** 284:14
**stuck** 190:21
224:12
**stuff** 171:25
179:20 201:14
213:13 241:9
244:7 248:16
294:4
**sub** 197:18
**submit** 303:14
**subscribed** 301:12
304:21
**suffer** 256:20,24
257:9 267:16
**suffered** 277:17
**suite** 156:23 158:8
158:16 159:11,16
160:7,17,21

**summer** 277:3
**suny** 258:16 261:3
**supermarket**
290:3,23
**supervision**
303:14
**supplement**
272:12,15
**supplier** 225:19
238:21 239:1
**supply** 229:15
**support** 271:18,22
272:1
**supposed** 279:15
**supreme** 156:1
**sure** 163:13 167:3
172:10,10 176:3
178:19,20 190:8
198:24 205:14,24
213:4 214:13
223:19 259:1
274:21 280:22
285:1
**surface** 233:22
240:16
**surgeon** 167:1
260:3 266:17
**surgeries** 167:3
251:12 254:3,16
254:17,18 255:4
256:3 261:25
262:17 281:15,21
283:5
**surgery** 166:11
250:13,15 251:6
251:13 253:19,21
253:23 254:1,5,10
254:11,14 255:7,8
256:5,11,14 259:3
259:6,21 260:8,16
260:19 261:1,6,10

261:22 262:21,25
264:12 265:25
266:18,19,21,23
267:2 268:9,17
273:19 281:13,14
281:18,18,23
282:2,11,15,22
283:3
**sweat** 277:4
**sweeney** 158:21
**switched** 171:16
180:24 181:3,4,6,7
183:8,11,16,24
**sworn** 163:3
301:12 304:21
**systems** 159:10

**t**

**t** 266:11 269:2
**table** 186:17 261:8
**take** 164:14,18
165:14,24 166:4
171:7 173:18
174:9,19 175:22
181:23 182:3
193:10 194:3
201:12 203:3
205:13 206:6
211:5 215:17,19
216:8,14 217:22
218:7,23 219:7
226:24 229:9,13
229:18 231:7,9
241:17,18 244:18
246:6 248:14
257:22 274:14
289:7 299:6
300:10
**taken** 157:4
231:13 274:16
300:14

| | | | |
|---|---|---|---|
| **takes** 270:15 | **testifying** 162:23 | 210:24 212:9,14 | **threw** 180:6,14 |
| **talk** 167:19 200:11 | 300:20 | 212:19 213:8,25 | **throw** 219:13 |
| 249:6 | **testimony** 167:23 | 215:24 216:23 | 288:2,3,8,18 |
| **talked** 188:7,21 | 168:4 231:17 | 220:23 223:6 | **throwing** 180:7 |
| 204:25 205:1 | 274:20 291:8 | 224:15 230:23 | **thruway** 212:6 |
| 221:9 222:1 | 301:5 302:1 | 235:13 237:2,6 | **tighten** 227:13 |
| 224:21 244:22 | 303:21 | 243:21,25,25 | **till** 181:14 194:19 |
| **talking** 168:9 | **thank** 286:10,12 | 244:23 245:1 | 199:1 |
| 175:7 186:18 | 287:10 299:21,25 | 250:6 251:8 252:1 | **time** 162:6 164:15 |
| 187:17 189:24,25 | 300:3,22 | 252:8,22 254:12 | 164:21 166:1 |
| 227:5 245:10,24 | **therapy** 261:10,14 | 255:16 257:22,23 | 169:17 170:1 |
| 295:2,7 | 268:17 | 259:25 261:15,23 | 172:18 175:10,15 |
| **tanks** 277:3 | **thereto** 162:17 | 263:16 266:16 | 178:16 180:14,23 |
| **tar** 240:14 | **thick** 290:5 | 268:15 269:25 | 181:20 182:3 |
| **tarpaper** 240:15 | **thin** 292:19 | 277:7,12 279:2,12 | 183:14 189:15 |
| 240:19 | **thing** 175:16 | 279:19 283:7 | 192:4,9,13 195:18 |
| **tat** 222:9 | 180:21 256:8 | 284:21 285:2 | 196:2 198:18,21 |
| **tb** 257:3 | 295:1 | 290:10 293:8,8 | 199:2,16 201:1 |
| **teaching** 279:14 | **things** 191:17 | 296:15 | 205:3,13 206:23 |
| **tec** 159:15 | 194:25 199:9 | **thinner** 165:9 | 208:6 209:1,18 |
| **telephone** 160:10 | 200:12 201:12 | **third** 158:8,12 | 216:13 218:7 |
| **tell** 212:24 213:6 | 204:2 211:7 213:6 | 160:13 | 226:18 227:6,10 |
| 214:2 219:14 | 245:2 249:16 | **thomas** 196:20 | 231:7 234:6 |
| 223:25 224:19 | 250:4 253:4 | **thoracic** 266:17 | 236:17 237:2,18 |
| 226:21 234:20 | 269:10 273:16 | **thought** 169:22 | 238:15 239:21 |
| 235:21 244:2 | **think** 166:23 | 176:25 178:5 | 240:24 243:4,18 |
| 262:14 267:20,24 | 167:2 168:4 169:9 | 246:4 267:21,25 | 245:4,9 248:1,6,21 |
| 293:6,9 296:24 | 170:3 171:20,21 | 272:9 | 249:9,22 251:7,9 |
| 297:8 298:7 | 172:16 173:13 | **three** 181:12 | 252:20 253:3 |
| 299:14 | 176:23 177:2,19 | 182:23 184:13 | 262:20 270:24 |
| **ten** 181:18 185:5,6 | 178:4,17,20,22 | 196:4 200:4 | 274:13 275:23 |
| 238:16 261:7 | 181:4 184:2 | 219:10 225:21,23 | 276:15,21 277:5 |
| 270:1 275:2,25 | 187:24 188:4 | 237:14,21 238:6 | 277:10,11 279:5 |
| 299:6 | 189:21 191:15,23 | 244:20 248:4 | 286:10 288:19,25 |
| **tendon** 282:5,17 | 192:15,25 193:1,3 | 259:7 266:24 | 289:5,7,19 293:4 |
| **tenure** 210:11 | 196:21 197:17,17 | 270:1 276:23,24 | 294:3 295:19 |
| **term** 217:13 | 197:19 199:4,8,10 | 276:25 278:14,15 | **times** 182:14 |
| **test** 266:7 | 199:12,15 200:1 | 278:20 287:25 | 206:22 213:8,12 |
| **testified** 163:4 | 200:15 203:8 | 288:4 290:10 | 222:22,23 223:1 |
| 287:19 291:15 | 205:23 208:3 | 291:6,23 292:12 | 224:15 225:21,23 |
| 294:19 298:20 | 209:15 210:21,23 | 295:6 | 227:12 253:6 |

270:1 287:24,25
288:5,6,8 289:6,24
294:23 295:6,10
298:25 299:8
**tins** 239:18 240:1
**tire** 159:2
**tired** 183:3
**tires** 190:7 195:9
201:20 204:9
207:10 211:13
218:2,14 222:10
244:21
**tit** 222:9
**tobacco** 181:17
183:22 186:3,4
274:23
**today** 163:25
165:5 168:8
241:13 300:20
**told** 170:4 176:10
176:20 177:1
178:4 183:24
187:23 198:25
202:13 203:8
205:2 208:4 213:5
221:16 231:19
232:5 236:24
241:6,11,11
243:19 248:24
250:6,24 254:13
256:19,23 257:8
265:6 266:15
267:15 271:21
278:10 284:15
**tomorrow** 300:22
**tongue** 183:6
**tonight** 246:14
**tool** 290:6
**tools** 215:9 227:15
227:20,21 238:1

**top** 226:17 233:22
240:16 270:20
**topic** 274:11
**tossed** 219:21
**total** 218:3,18
251:15 253:14
**totally** 174:25
**tough** 194:11,23
213:14 251:19
292:7,8
**toughy** 179:24
**trade** 240:17
**training** 174:6,14
**transcript** 157:1
162:9 168:1 231:1
301:4
**transmission**
189:21
**treat** 269:18
**treated** 249:14
250:2,18 252:9
253:1 255:2 257:2
257:5,12,15 263:2
263:6 264:1 270:3
**treatment** 272:25
288:15
**trial** 162:5,7 303:7
**tried** 244:2
**tripped** 282:4
**trips** 199:20
200:19 211:6
**trouble** 294:16
**true** 171:7 224:8
301:5 303:15
**trust** 227:9
**trusts** 274:3,8
**try** 205:16 286:4
287:7
**trying** 210:13
**tuberculosis** 257:3

**tung** 269:2,3
**tunnel** 256:7
258:25
**turkey** 180:12,13
185:9
**turn** 216:20
**turned** 216:17
217:20
**twelve** 192:22
208:6,25 209:3,15
212:11 213:10
243:3,17 259:13
291:20 295:11
**twenty** 168:18
**twice** 167:18
**twisting** 229:5
**two** 192:16,17
193:6 197:8,13,19
197:21 198:8
199:21,25 202:14
203:3,13,21
204:20 205:1
206:15 216:15
218:11,13 219:9
225:13 237:14
244:20 254:16,17
256:10 261:24
262:17,25 264:7
264:16 265:11,11
267:10 281:15
286:11 291:22
292:12 295:5
296:16 299:5
**tylenol** 165:14
**type** 175:3 180:9
215:22 217:15,16
222:1 233:17
241:2 249:16
250:4 253:3
255:13 279:25

**types** 197:15
215:25 255:3
**typewriters** 175:4
**typewriting**
303:13
**typically** 190:13
**typing** 175:2,9

**u**

**u** 235:11,12,14
269:2
**uce** 159:20
**ufa** 283:21
**unable** 300:19
**unconscious** 288:6
**undergone** 268:16
**underneath** 291:4
**understand** 164:2
165:1 194:13
206:5,21 209:20
216:4 222:25
227:4 237:16,20
245:3 287:5
**unfiltered** 169:2
179:23 180:2
**unidentified** 173:9
**union** 170:15
283:21,25 284:2,5
**united** 170:2,5,14
171:8 175:14
194:7 248:2
280:10
**upstate** 211:6
**uri** 158:9
**use** 177:23 180:9
215:9,22 217:4
221:5 232:24
238:1,5 241:16
244:4,11 245:8
279:17,24 281:4
290:6 292:10
293:10,13,25

294:11
uss 172:13
usually 189:19
293:12,13,23,25

**v**

**v** 304:3
**vaccine** 249:19
**van** 192:22 193:8
208:5,14 209:10
209:21 210:2,9,22
212:10,16,25
213:3,9,21 214:12
214:15,18 215:19
216:1,6,10,23
217:24 218:9,14
220:16 224:20,22
228:10,21 231:21
232:19,20 243:2
243:16,24 291:9
291:11,12,13,14
291:17,23 292:2,9
292:13,22,25
293:2,5 294:20
295:12
**vari** 170:2,5,14
171:8 175:14
194:7 248:2
280:11
**varied** 179:17
**variety** 249:16
250:4 253:3
**various** 299:8
**vehicle** 194:4
195:1,5,10,13,16
195:19 198:2
201:18,21,24
202:1,16,19 204:4
204:7,10,16 205:9
205:21 206:6
208:8,24 209:2,15
211:8,11,19,22

212:20 217:16
219:25 224:5,25
225:1,4,25 226:13
228:4 229:7,19,25
230:7 243:8
**vehicles** 189:11,16
190:19,25 191:1,5
191:7,11,13,22
192:8 198:4
205:25 208:11
216:5 221:10,19
221:25 222:2,8,14
222:17,21 223:6
223:25 224:17
225:16 226:9
228:24 296:19,22
**verbal** 163:7
164:17 203:11
209:12 300:6,9
**veritext** 304:1
**vice** 227:18
**viceroy** 179:10,12
**virginia** 174:13
199:20 200:20
206:20
**visited** 188:16
**voices** 164:15
**volume** 156:11
**voluntary** 275:12
**volunteer** 278:4,8

**w**

**w** 163:1 166:23
167:13
**wait** 293:20,20
294:12
**waited** 168:22
**waiting** 273:23
**waived** 162:5,15
**walk** 277:22,23
288:3

**walked** 173:3
**walker** 285:14
**wall** 159:6 241:23
242:4,12 290:1,4,7
**wallpaper** 232:13
233:14 241:10,12
241:16,21 242:20
242:21,24
**walls** 242:2,4,9
289:21
**want** 164:9,10
166:6 176:11
177:15,17 182:19
222:25 226:20,21
227:1 236:14
251:18 283:8
291:7 293:22
296:12,18 300:2
**wanted** 250:21
**warner** 159:14,15
163:16
**warning** 185:15
**warnings** 185:22
185:24 186:3
**warren** 160:12
**warshauer** 159:17
163:5,9,15 212:13
221:13 231:6
256:18 274:7,12
285:21 286:4,9
295:17 299:2,16
302:4
**washer** 215:17
**watch** 172:19
**water** 241:16
290:21
**way** 188:4 191:13
197:9 202:9
204:21 207:25
212:11,16 219:14
223:7 233:14

242:14 257:20
271:16
**ways** 187:24 229:4
244:23
**we've** 204:25
205:1
**weaker** 273:23
**wear** 280:23 289:1
289:4
**wearing** 288:24
289:11
**wedding** 279:19
**wednesday** 157:9
**week** 270:19,19
278:14,15,19,20
283:4
**weeks** 276:25
**weigh** 233:24
**weight** 291:4
**weights** 292:4
**weitz** 158:2 287:11
287:15
**weld** 279:15,16,16
**welders** 279:9
**welding** 172:22
279:13,17,18,23
279:24 280:10,24
281:5
**went** 167:17 169:9
174:16 175:13
181:17 185:4
201:6 202:20,22
203:6,9,25 206:23
248:6 249:23
261:15 269:15
278:14 280:3
288:9 298:12
**west** 156:23 159:2
**wet** 242:16
**wheel** 218:10,12

**wheels** 216:11,12
216:15,17
**white** 160:21
**wife** 187:12
262:12 270:15
271:9,15,24 272:9
**wilbraham** 159:9
**wilcox** 285:7
**wings** 179:9,9,10
**witness** 162:23
178:22 235:18
257:25 259:12
286:2,8,12 287:17
300:1,24 301:1
303:21 304:4
**women** 174:10,20
**words** 177:15
179:16 191:4
197:16 203:12
209:2 210:16
252:13 265:22
**wore** 281:11
**work** 170:19
172:19 175:9
176:4 182:12,15
184:4 188:18,19
188:24 189:10,16
190:14,18,23
191:10,22 192:15
194:4 195:22
196:6 197:5 202:1
202:3,5,6 204:15
204:19 207:19,23
211:18,25 212:1,2
212:9,15,23 213:2
213:7 214:1,3,3,12
214:17,23 221:10
221:18,24 222:1
222:17 223:5,15
223:18,24 227:6
232:1,10,12,13,13

233:4,5,11,17
234:11,17 235:22
236:4,7,10,17,25
237:3,9,17,22,25
238:10 239:15
241:3,14 242:17
243:15,18 247:4
256:15 259:18
275:14 276:5,7
279:8 280:5
286:24 297:22
**worked** 171:3
187:18 188:14
191:1 192:14
194:6 197:8 199:6
199:18 210:1,7
214:19 234:10
252:13,20 264:18
284:21
**worker** 280:8
**workers** 170:21
171:13 173:2,5,14
175:19 182:1
270:23
**working** 170:1,5,7
170:8,14 172:13
175:1 181:19
189:17 194:5
195:19 198:22
199:3,17 212:4
223:10 229:3
243:12 246:4
248:2 257:20
258:15 270:25
276:23 277:8,14
279:9 280:13
295:1
**worn** 219:17,18,19
**worry** 240:7
**worse** 264:17

**wrench** 215:16
**wrong** 218:6

**x**

**x** 233:25
**xanax** 165:17,18
165:23 166:8,18

**y**

**yard** 171:18,22
172:7 279:10
280:6,14,16
**yavitz** 159:19
**yeah** 166:5 167:9
167:11 168:6,21
169:15,19·170:17
170:20 171:5,9
173:7,13,13,21
174:3,8,11,14,18
174:21,25 175:11
175:16,18,21,25
176:3,9,12,22
177:21 178:10,14
178:18,18,22
179:12,14,19
180:3,17 181:9,15
181:25 182:4,6,9
183:10,14,17
184:1,8,12,15,17
185:10,17,23
186:7,21 187:3,7
187:11,14,14
188:20 189:19
190:1,3,6,21,24
191:6 192:18
193:12 194:2,21
195:3,6,11,14,21
195:25 196:14
197:17,22 198:16
198:16 199:23
200:10 201:14
202:15,23 203:1,5

203:15,19,23
205:23 206:3,7,19
208:10 210:1,5,7
210:23 211:9,12
211:14,17,20,23
211:23,25 213:15
214:16,24 215:8
216:2 217:12
218:6,16,19,22
219:3,20 220:12
221:3 222:6,18
223:10 224:11,11
224:23 226:11
228:9 229:8,12,16
230:8,25 232:8,15
235:13 236:8,8,12
237:10 238:11,23
239:9 241:15,15
241:22 242:11,19
242:22 243:9,9,20
244:10 247:10,13
247:20,24 248:7
248:10,13,22
250:10,13 252:18
253:18,20,25
254:17 255:23
256:5,13 258:15
259:4,18 260:2,15
260:24 261:4,12
261:23 262:4,19
263:8,11 264:3
265:5,16,19
266:11,22 268:10
269:4,7,9,15,20
270:5 273:20
275:4,7 276:2,11
278:2,2,19 279:11
279:14 280:7,18
280:22 281:1,3,3,6
282:1 283:24
285:1 287:2,23,23

288:23 289:3,5,23
291:18,21,24
292:24 293:12,24
294:21 295:4,18
298:2,6,6,6
**year** 166:6,15
183:23 193:13,20
197:8 198:1,7
205:6 206:19
208:17 210:25
226:23 234:20
243:3,17 262:9,9
269:14 291:23
292:14 295:6,11
**years** 176:15
178:13,21,23
181:13 182:24
184:14 192:23
194:12,14,16
199:5 200:2
206:16 208:6,25
209:3,15 210:8,17
212:11 213:10
223:22 235:15
236:3,5,14 238:24
247:7,14 248:4
252:2,2 259:13
260:9,17,21 263:4
264:16 269:1,11
269:12,17 273:14
274:25 275:15,25
277:13 279:2,3,6
282:9 291:20
295:16
**yesterday** 163:24
165:6,20 167:23
168:5,11,12 170:4
187:17 214:1
250:24 255:17
**york** 156:2,4
157:9 158:4,4,8,8

158:13,13,17,17
158:21,21 159:3,3
159:7,7,17,21,21
160:3,3,13,13,21
189:18 199:6
205:18 208:9
209:21 283:22
303:5
**yoshiharra** 261:7
**young** 179:19
**younger** 177:3

1   SUPREME COURT

2   ALL COUNTIES WITHIN THE CITY OF NEW YORK

3

4   IN RE:   NEW YORK CITY ASBESTOS LITIGATION

5

6

7

8                   DEPOSITION UNDER ORAL

9                     EXAMINATION OF

10                   FREDERICK G. BROWN

11                     (VOLUME III)

12

13

14

15   This Document Applies To:

16   FREDERICK G. BROWN

17   INDEX NO.:   190195-17

18

19

20

21

22   PRIORITY ONE COURT REPORTING SERVICES, INC.

23      290 West Mt. Pleasant Ave, Suite 2260

24         Livingston, New Jersey   07039

25               (718) 983-1234

Page 305

1    Transcript of the deposition of
2    the Plaintiff called for Oral Examination
3    in the above-captioned matter, said
4    deposition being taken pursuant to
5    Federal Rules of Civil Procedure by and
6    before CHERYL F. SOLOMON, a Notary Public
7    and Shorthand Reporter, at the Hampton
8    Inn, One North Avenue, Garden City, New
9    York, on Thursday, December 21, 2017,
10   commencing at approximately 10:23 in the
11   forenoon.
12
13            *     *     *
14
15
16
17
18
19
20
21
22
23
24
25   Job No. 2780313

Page 306

1  APPEARANCES:
2

    WEITZ & LUXENBERG, P C
3       Attorneys for Plaintiff
        700 Broadway, 6th Floor
4       New York, New York 10003
    BY: PATRICK J FINLEY, ESQ
5
6
    MARSHALL, DENNEHEY, WARNER, COLEMAN &
7   GOGGIN, P C
        Attorneys for Defendants Borg Warner
8       Morse TEC LLC and Leviton
        Manufacturing Corp
9       105 Maxess Road, Suite 303
        Melville, New York 11747
10  BY: ANDREW WARSHAUER, ESQ
11
12  SEGAL, MCCAMBRIDGE, SINGER & MAHONEY, LTD
        Attorneys for Defendants Gardner
13      Denver, BW/IP and Aurora Pump Company
        850 Third Avenue, Suite 1100
14      New York, New York 10022
    BY: URI CARNI, ESQ
15
16
    AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH,
17  LLP
        Attorneys for Defendant Ford
18      680 Third Avenue
        New York, New York 10016
19  BY: ILLIANOV LOPEZ LARANCUENT, ESQ
20
21  MALABY & BRADLEY, LLC
        Attorneys for Defendant Blackmer
22      150 Broadway, Suite 600
        New York, New York 10038
23  BY: MICHAEL CURTIS, ESQ
24
25

Page 307

1   McGIVNEY, KLUGER & COOK, P C
        Attorneys for Defendant DAP
2       80 Broad Street, 23rd Floor
        New York, New York 10004
3   BY: RYAN SWEENEY, ESQ
4
5   LYNCH, DASKAL & EMERY, LLP
        Attorneys for Defendants
6       Goodyear Tire and Goodyear Canada
        137 West 25th Street, 5th Floor
7       New York, New York 10001
    BY: ALEXANDRA OBER, ESQ
8
9
    WILBRAHAM, LAWLER & BUBA, ESQS
10      Attorneys for Defendants Air & Liquid
        Systems Corp and Karnak
11      1818 Market Street, Suite 3100
        Philadelphia, Pennsylvania 19103
12  BY: NICHOLAS L ORTIZ, ESQ
13
14  BARRY, McTIERNAN & MOORE, ESQS
        Attorneys for Defendant
15      Cleaver Brooks, Inc
        2 Rector Street
16      New York, New York 10006
    BY: SHAWNETTE FLUITT, ESQ
17
18
    DARGER, ERRANTE, YAVITZ & BLAU, LLP
19      Attorneys for Defendants Amchem,
        CertainTeed and UCC
20      116 East 27th Street, 12th Floor
        New York, New York 10016
21  BY: GENEVIEVE MACSTEEL, ESQ
22
23
24
25

Page 308

1   VIA TELEPHONE:
2
    RENZULLI LAW FIRM, LLP
3       Attorneys for Defendant Pfizer, Inc
        81 Main Street, Suite 508
4       White Plains, New York 10601
    BY: ROBERT LEVEY, ESQ
5
6
    LEADER & BERKON, LLP
7       Attorneys for Defendants IMO
        Industries, Inc and Warren Pumps LLC
8       630 Third Avenue, 17th Floor
        New York, New York 10017
9   BY: BRIAN CIFUENTES, ESQ
10
11  PASCARELLA DIVITA PLLP
        Attorneys for Defendant BnJ
12      2137 Route 35, Suite 290
        Holmdel, New Jersey 07733
13  BY: GABRIEL S MILLER, ESQ
14
15  KUROWSKI SHULTZ, LLC
        Attorneys for Defendant
16      American Biltrite
        99 Hudson Street
17      New York, New York 10013
    BY: ROBERT DEMEUSY, ESQ
18
19
    CULLEN & DYKMAN, LLP
20      Attorneys for Defendant Goulds
        44 Wall Street
21      New York, New York 10005-2407
    BY: JOSEPH ANGIOLILLO, ESQ
22
23
24
25

2 (Pages 305 - 308)

Page 309

1   McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
    Attorneys for Defendant Eaton
2      1300 Mount Kemble Avenue
       Morristown, New Jersey  07962-2075
3   BY: DENISE D. HARRIS, ESQ.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 310

1      IT IS HEREBY STIPULATED, by and between
2   the attorneys for the respective parties
3   hereto, that filing, sealing and
4   certification of the within Examination
5   Before Trial be waived; that all objections,
6   except as to form, are reserved to the time
7   of trial.
8      IT IS FURTHER STIPULATED AND AGREED that
9   the transcript may be signed before any
10  Notary Public with the same force and effect
11  as if signed before a Clerk or Judge of the
12  Court.
13     IT IS FURTHER STIPULATED AND AGREED that
14  all rights provided to all parties by the
15  CPLR shall not be deemed waived and the
16  appropriate sections of the CPLR shall be
17  controlling with respect thereto.
18     IT IS FURTHER STIPULATED AND AGREED by
19  and between the attorneys for the respective
20  parties hereto that a copy of the
21  Examination shall be furnished, without
22  charge, to the attorney representing the
23  witness testifying herein.
24
25

Page 311

1       F R E D E R I C K   G.   B R O W N,
2    the Plaintiff herein, having previously
3    been duly sworn by the Notary Public, was
4    examined and testified as follows:
5        MR. FINLEY:  Does anyone in the
6    room have any questions before I ask my
7    questions this morning?
8        (No verbal response given)
9        MR. FINLEY:  Anybody on the phone?
10       (No verbal response given)
11   EXAMINATION BY
12   MR. FINLEY:
13   Q.   Good morning, Mr. Brown.
14   A.   Good morning.
15   Q.   How are you today?
16   A.   Good.
17   Q.   As you know my name is Patrick
18   Finley and I am your attorney
19   representing you from Weitz and
20   Luxenberg.
21       Now, I'm going to ask you a
22   couple of questions today, okay?  Even
23   though I'm your attorney, the same rules
24   apply as when Andrew and some of the
25   other lawyers spoke with you this week.

Page 312

1       If I ask you a question, if you
2    don't understand my question or if you
3    need me to rephrase it, please let me
4    know and I'll do so.  Please, wait for me
5    to finish asking my question before you
6    start your answer so that the court
7    reporter gets everything down and that's
8    pretty much it.  Same ground rules apply
9    even though I'm your lawyer.
10       Now, before we begin did you
11   take any medications today that are
12   different than the medications you took
13   on Tuesday and Wednesday that you
14   previously testified to?
15   A.   No.
16   Q.   Is there anything about the way
17   you feel today that would prohibit you
18   from testifying this morning?
19   A.   No.
20   Q.   So you're good to go?
21   A.   Yup.
22   Q.   Okay, good.
23       Now, I'm going -- I'd like to
24   draw your attention to the time period
25   right after you graduated high school,

3 (Pages 309 - 312)

Page 313

1  okay?
2      A.   Okay.
3      Q.   So, I believe you testified on
4  Tuesday and Wednesday you graduated high
5  school in approximately 1953; is that
6  correct?
7      A.   Yes.
8      Q.   And after you graduated you
9  started to work as a sheet metal worker
10  with E.D. Rakison --
11     A.   Yeah.
12     Q.   -- which I believe was also
13  United Vari?
14     A.   Vari-Crafts.
15     Q.   Okay, correct. And you worked
16  there from approximately 1953, 1954 to
17  about 1955; is that correct?
18     A.   Yeah.
19     Q.   So, I want to talk to you just
20  about that time period right now.
21     A.   Then the service.
22     Q.   And then you went into the
23  service, right? Okay. So, what I want
24  to talk to you about right now is the
25  period between 1953 and when you went

Page 314

1  into the service in 1955, so that two
2  year period at E.D. Rakison, okay?
3      A.   Yeah.
4      Q.   Just so we're clear, that this
5  is the only period right now that we're
6  talking about.
7      A.   Okay.
8      Q.   Your job responsibilities there,
9  you were a sheet metal worker and you
10  assisted in the creation of signs,
11  correct?
12     A.   Yes.
13     Q.   And I believe that you testified
14  that you worked, the plant was on 9th
15  Street and Fifth Avenue in Brooklyn?
16     A.   Yes.
17     Q.   And that at some point it moved
18  to Union Street between Seventh and
19  Eighth Avenue in Brooklyn?
20     A.   Yes. It moved into bigger
21  shops.
22     Q.   Now, as part of your
23  responsibilities at E.D. Rakison, you
24  worked both in the shop and did you ever
25  --

Page 315

1      MR. FINLEY:  Withdrawn.
2      Q.   As part of your responsibilities
3  at E.D. Rakison, did you have to travel?
4      A.   Travel where, meaning where?
5      Q.   So, your job responsibilities as
6  a sheet metal worker you worked in the
7  shop, correct?
8      A.   Yeah.
9      Q.   Did there ever come a point in
10  time where you would have to leave the
11  shop for work purpose?
12     A.   Sometimes I had to hang some
13  signs.
14     Q.   And would you hang the signs at
15  commercial and industrial locations
16  throughout --
17     A.   Yeah. On banks and stuff.
18     Q.   And would that be throughout New
19  York City?
20     A.   Yes. Basically Brooklyn and New
21  York.
22     Q.   Brooklyn, Manhattan?
23     A.   Brooklyn and Manhattan.
24     Q.   Queens?
25     A.   Maybe a few in Queens. I didn't

Page 316

1  go into the Bronx or Staten Island.
2      Q.   So, during this period of time
3  between about 1953 and 1955, you would
4  travel throughout Brooklyn and Manhattan;
5  is that correct?
6      A.   Yeah.
7      Q.   Sometimes Queens?
8      A.   Yeah.
9      Q.   And what type of locations would
10  you be going to?
11     A.   Various ones, John's bargain
12  stores were very popular, it was a chain
13  of stores.
14     Q.   So, you would be going to
15  commercial locations?
16     A.   Yes.
17     Q.   Did there ever come a point in
18  time where you would go to industrial
19  locations?
20     A.   I guess, offhand I don't
21  remember.
22     Q.   But you definitely remember
23  going to commercial locations; --
24     A.   Yeah.
25     Q.   -- is that correct?

4 (Pages 313 - 316)

Page 317

1    When you were going to these
2  locations, would there sometimes be other
3  tradesmen who would be working at these
4  locations?
5    A.   Oh, yeah, all kinds.
6    Q.   So, these would be -- can you
7  tell me what type of tradesmen would be
8  there?
9    A.   There would be everything, there
10  would be plumbers, electricians,
11  carpenters, all, all the trades that they
12  needed.
13    Q.   So, you would be working either
14  hanging the sign or doing some type of
15  sheet metal work --
16    A.   Yeah.
17    Q.   -- and there would be plumbers
18  and electricians and carpenters working
19  around you; --
20    A.   Yeah.
21       (All defendants object)
22    Q.   -- is that correct?
23    A.   Yes.
24       (All defendants object)
25    Q.   Again, during this period

Page 318

1  between 1953 and about 1955, do you
2  recall offhand approximately how many
3  commercial and industrial locations you
4  would have been to throughout New York
5  City?
6       (All defendants object to form)
7    Q.   You can answer the question.
8       (All defendants object, asked and
9  answered)
10    A.   I don't recall.
11    Q.   Was it many?
12       (All defendants object)
13    Q.   You can answer the question.
14       (All defendants object)
15    A.   Not too many, I don't think, not
16  -- I did most of my work in the shop.
17    Q.   Do you recall the type of work
18  that the tradesmen that you would have
19  been around on the instances where you
20  did travel, what type of work they'd be
21  doing?
22       (All defendants object)
23    A.   Offhand no.
24    Q.   You just remember working around
25  them?

Page 319

1       (All defendants object)
2    A.   Yeah.
3    Q.   At the end of your time at E.D.
4  Rakison, that was about 1955; is that
5  correct?
6    A.   Yeah.
7    Q.   After that period of time, you
8  went into the United States Air Force; is
9  that correct?
10    A.   Correct.
11    Q.   And you were in the air force
12  you said for about three --
13    A.   Four years.
14    Q.   About four years?
15    A.   Three years and eight months I
16  think.
17    Q.   About three years and eight
18  months, okay.  So, that would bring us to
19  about 1958?
20    A.   Right.
21    Q.   When you got out of the air
22  force, you started to work again with
23  E.D. Rakison, --
24    A.   Right.
25    Q.   -- correct?  So, that would be

Page 320

1  in about 1958?
2    A.   Yes.
3    Q.   Do you recall for about how long
4  you worked for E.D. Rakison before you
5  went to the navy yards?
6    A.   Not too long, I knew that job
7  wasn't going anywhere.
8       I keep losing my voice.
9    Q.   Would you like some water?
10    A.   No, no.  I think it's in my
11  throat.
12    Q.   If you need to take a moment or
13  take a break or get some water, just let
14  me know, okay?
15    A.   Okay.  I'm fine but I think it's
16  going to be a permanent thing which I
17  don't like.
18    Q.   We'll go slow and take your
19  time.
20    A.   Okay.
21    Q.   So, when you got out of the air
22  force and you started with E.D. Rakison,
23  again were your job duties about the same
24  as they were before you went into the air
25  force?

5 (Pages 317 - 320)

Page 321

1    (All defendants object)
2    A.   My job in E.D. Rakison?
3    Q.   When you went back after --
4    A.   Oh, yeah.
5    Q.   -- you left the service.
6    A.   Same thing, yeah.
7    Q.   So you did the same work?
8    A.   Yeah.
9    Q.   And that work included both
10   being in the shop and being at other
11   locations?
12       (All defendants object)
13   A.   Right.
14   Q.   And those locations, would they
15   also have been throughout New York City?
16       (All defendants object)
17   A.   Would they all what?
18   Q.   Throughout New York City.
19   A.   For E.D.?
20   Q.   For E.D., yes. Would you have
21   to go to locations commercial and
22   industrial?
23       (All defendants object)
24   A.   I'd take these outside jobs
25   occasionally.

Page 322

1    Q.   And they'd be the same types of
2    locations --
3        (All defendants object)
4    A.   Basically I was in the shop most
5    of the time.
6    Q.   You were in the shop most of the
7    time --
8    A.   Yeah.
9    Q.   -- but there would be some times
10   you would --
11   A.   Yeah.
12   Q.   -- have to travel?
13   A.   Yeah.
14       (All defendants object)
15   A.   Like a special job or if I was
16   working on in the shop, I would go to the
17   site and install it.
18   Q.   You would have to go to the site
19   and install it, is that what you said?
20   A.   Yeah.
21   Q.   And those sites were throughout
22   New York City, --
23   A.   Yes.
24   Q.   -- correct?
25       (All defendants object)

Page 323

1    A.   Yes.
2    Q.   And that was in 1958?
3    A.   Yeah.
4    Q.   Would that also have been in
5    1959?
6        (All defendants object)
7    A.   '58 or --
8    Q.   Do you recall the years that you
9    worked at E.D. following the service?
10   A.   Yeah. '58 -- it would be '59.
11   Q.   So, 1958 and 1959. And when you
12   went to those sites, would you have seen
13   the same tradesmen, the same types of
14   tradesmen that you testified to
15   previously?
16       (All defendants object)
17   A.   What was the question again?
18   Q.   You saw the same types of
19   tradesmen?
20       (All defendants object)
21   A.   Yeah.
22   Q.   And then at some point you
23   started to work at the Brooklyn Navy
24   Yard, correct?
25   A.   Yes.

Page 324

1    Q.   Do you recall what year that
2    was?
3    A.   I guess it was '59, starting in
4    '59.
5    Q.   Approximately 1959?
6    A.   Yeah.
7    Q.   And I believe you testified on
8    Tuesday that the first place you worked
9    at the navy yards was shop 17; is that
10   correct?
11   A.   Right. I had to take a test to
12   get in to there, mechanic, sheet metal
13   mechanic.
14   Q.   You took a sheet metal mechanic
15   exam?
16   A.   Yeah. Otherwise I would have
17   been an apprentice and it was St. Paddy's
18   Day, the guy said you pass.
19   Q.   So, you went in as a mechanic,
20   not as an apprentice then?
21   A.   Yeah.
22   Q.   You got to skip that part.
23   A.   Yeah.
24   Q.   And when you started you started
25   at shop 17, correct?

6 (Pages 321 - 324)

1   A.   Correct.
2   Q.   And is that located at the
3   Brooklyn Navy Yard?
4   A.   In the navy yard.
5   Q.   In the Brooklyn Navy Yard, okay.
6   A.   Yeah.
7   Q.   And was shop 17 a designated
8   sheet metal shop?
9   A.   Yeah, yeah.
10   Q.   Were there any other tradesmen
11   that were working in shop 17?
12   A.   Mostly sheet metal workers.
13   Q.   As part of your duties in shop
14   17, did you have to go on to any of the
15   ships that were docked there?
16        (All defendants object)
17   A.   I used to work on a ship and
18   come back to the shop, yeah, right.
19   Q.   Do you recall for approximately
20   how long you worked at shop 17?
21   A.   Probably about a year and a
22   half. They tested me to see what I could
23   do, what type of work I did because you
24   were on a ship, sometimes you'd be your
25   own supervisor and they wanted to make

1   sure you're doing work.
2        MS. FLUITT: Can I have a read
3   back, please?
4        (All defendants object)
5        MR. ORTIZ: Move to strike
6   non-responsive portions.
7   Q.   Do you recall what the interior
8   of shop 17 looked like?
9   A.   Yeah. It had big tables like
10   this (indicating), had two guys working
11   on each table doing what they were doing,
12   you know, making bulkhead walls and stuff
13   and they had -- I don't know if there was
14   a dozen of them.
15   Q.   A dozen tables like the one
16   that's in this room?
17   A.   A big, wide, open area.
18   Q.   Do you recall approximately how
19   many people would be working in shop 17
20   at any given time?
21   A.   Oh, I don't know, I didn't count
22   them.
23   Q.   Was it big enough to hold 25
24   people?
25   A.   Oh, yeah, yeah.

1   Q.   You're --
2   A.   It was a pretty dirty shop.
3   Q.   What do you mean by that?
4   A.   Well, it was dirty, it wasn't
5   swept up that much, dust all over the
6   place.
7   Q.   Was there any piping inside shop
8   17?
9   A.   All along the walls but I don't
10   know the condition they were.
11   Q.   Do you recall if that piping was
12   insulated?
13   A.   No, I don't.
14   Q.   During the period of time you
15   worked at shop 17, do you recall what
16   your hours were?
17   A.   It's regular -- yeah, I would
18   say eight to four or nine to five, either
19   one.
20   Q.   Eight to four or nine to five,
21   is that Monday to Friday?
22   A.   Yeah.
23   Q.   Did you have to work on nights
24   or weekends?
25   A.   Oh, I worked all the time every

1   day.
2   Q.   During a given seven day period
3   of time, how often would you say you were
4   working in shop 17?
5   A.   I was getting married so I was
6   working all overtime.
7   Q.   So, you were working both your
8   regular time and overtime during that
9   period?
10   A.   Oh, yeah, yeah.
11   Q.   Did there come a point in time
12   when you were transferred to the USS
13   Constellation?
14        (All defendants object)
15   A.   Yes, I was.
16   Q.   And --
17   A.   Because it was smaller -- the
18   Constellation was a big ship and there
19   were other smaller ships, battle
20   cruisers, I don't know what the heck they
21   called them, I'm not a navy man.
22   Q.   When you worked at the navy
23   yards, you were a civilian employee,
24   correct?
25   A.   Yeah.

1   Q.   Do you recall on Tuesday when
2   Andrew was asking you about your time on
3   the USS Constellation, he referred to a
4   fire that happened on the ship; do you
5   remember that?
6         (All defendants object)
7   A.   Oh, yeah, I was very aware of
8   the fire.
9   Q.   Did you start --
10   A.   In fact, it was still smoking,
11   the fire.
12   Q.   Right, I remember you said that
13   on Tuesday.  Did you start working on the
14   Constellation before the fire or after
15   the fire?
16   A.   After the fire.
17   Q.   After the fire, okay.
18   A.   The decks on the Constellation
19   which were tremendous size, couple of
20   ball fields, they were all twisted and
21   warped and they were 5 inch steel, solid
22   steel.
23   Q.   On the deck of the
24   Constellation?
25   A.   Yeah.  Cut them out and take

1   them out, tremendous job.
2   Q.   Do you recall for approximately
3   how long you worked on the USS
4   Constellation for?
5   A.   I would say probably a year.
6   Q.   Of the time you were in the navy
7   yards, about a year was on the
8   Constellation?
9         (All defendants object)
10   A.   Yeah.  But I was at the navy
11   yards longer than that.
12   Q.   Correct.  No, I know what.  I'm
13   just talking about the period of time you
14   were on the Constellation itself.
15   A.   About a year.
16   Q.   And during your time on the
17   Constellation, do you recall working
18   around other tradesmen besides sheet
19   metal workers?
20         (All defendants object)
21   A.   Yeah.
22   Q.   Do you recall what other trades
23   you worked around?
24         (All defendants object)
25   A.   Yeah, there was all kinds of

1   trades working.
2   Q.   Do you recall --
3   A.   Plumbers and electricians,
4   welders, sheet metal workers, all kinds
5   of trades.  Any kind of trades you can
6   think of was practically there.
7   Q.   Do you recall what these
8   tradesmen were working on?
9         (All defendants object)
10   A.   Some guys were working on
11   installing bathrooms, bulkhead walls and
12   that was it.  Actually everything, they
13   were building the ship inside.
14   Q.   Were they rebuilding what had
15   been destroyed by the fire?
16         (All defendants object)
17   A.   What they could they would cut
18   out, some of those 5 inch plates of steel
19   or the -- not the plates of steel but the
20   duct work that put them in the air
21   conditioner and breathing the air and
22   completely burnt, gone, disintegrated.
23   Q.   And as part of your duties on
24   the USS Constellation, do you recall what
25   areas of the ship you were in?

1         (All defendants object)
2   A.   On the Constellation?
3   Q.   Yes.
4   A.   I got lost two or three times on
5   the Constellation, a couple of hours each
6   time because it was 3,000 compartments
7   and so I was pretty much all over the
8   ship.  I was down in the boiler room and
9   plus all the jobs I was doing on the
10   ships, on the ship was pretty much all
11   over the boiler room -- all over the
12   ship.
13   Q.   You just mentioned that you
14   recalled being in the boiler room, do you
15   remember what tradesmen would have been
16   working in the boiler room at the same
17   time you were there?
18         (All defendants object)
19   Q.   You can answer the question.
20   A.   Pipe latherers and stuff putting
21   in, putting in the pipes and for the
22   boilers and all of that and the lath,
23   when they mixed up lath.
24   Q.   Do you recall seeing these men
25   do that?

8 (Pages 329 - 332)

Page 333

1    A.   Oh, yeah.
2    Q.   As part of the work that they
3    were doing, did you happen to notice
4    what the air looked like in the boiler
5    room?
6         (All defendants object)
7    A.   Well, there was -- it wasn't
8    like outside, that's for sure.
9    Q.   What do you mean by that?
10        (All defendants object)
11   A.   Dust, there's stuff in the air.
12   Q.   There's dust?
13   A.   Yeah.
14   Q.   Did you see that dust?
15        (All defendants object)
16   A.   Yeah.
17   Q.   Did you breathe that dust?
18        (All defendants object)
19   A.   Yeah.
20   Q.   Do you believe that dust exposed
21   you to asbestos?
22        (All defendants object)
23   A.   I don't know, I guess it was.
24   Q.   While you were in the boiler
25   room, do you recall any individuals

Page 334

1    working on any pumps?
2         (All defendants object to form)
3    A.   Yeah.
4         (All defendants object to form)
5         MR. CURTIS:  What was his answer?
6         (Whereupon, at this time, the
7    requested portion was read back by the
8    reporter)
9    Q.   Do you recall what pieces of
10   equipment you would have seen in the
11   boiler room?
12        (All defendants object)
13   A.   That would be pumps in the
14   boiler room.
15   Q.   Any other pieces of equipment
16   you remember?
17        MR. ORTIZ:  Can I get a read back,
18   please?
19        (Whereupon, at this time, the
20   requested portion was read back by the
21   reporter)
22   Q.   Do you recall any other
23   equipment you would have seen in the
24   boiler room other than the pumps you
25   mentioned?

Page 335

1    A.   Yeah. Boiler room is big.
2    Q.   You recall the boiler?
3    A.   Yeah.
4    Q.   And do you recall seeing
5    tradesmen working on the boiler and the
6    pumps you just mentioned?
7         (All defendants object to form)
8    A.   Yeah.
9    Q.   Do you recall what type of work
10   they'd be doing?
11        (All defendants object)
12   A.   I don't know, attaching pipes
13   and the lath, I don't know. The
14   mechanics covered the new pipes with the
15   lath.
16   Q.   But you just recall them doing
17   the work?
18   A.   Yeah.
19        MR. ORTIZ:  Can I get a read back
20   of the last answer, please?
21        (Whereupon, at this time, the
22   requested portion was read back by the
23   reporter)
24   Q.   Do you recall when these
25   individuals were doing the work you just

Page 336

1    mentioned, what the air looked like?
2         (All defendants object)
3    A.   Yeah. It was pretty -- it was
4    dusty and mostly dusty in the shop.
5    Q.   So, it was dustier than in the
6    shop?
7    A.   Yeah.
8         (All defendants object)
9    A.   They were doing a lot of filing
10   and grinding.
11        MR. ORTIZ:  Move to strike the
12   non-responsive portions.
13   Q.   Did there ever come a point in
14   time when you were in the engine room of
15   the Constellation?
16        (All defendants object, leading)
17   A.   Yeah. Even when I was lost.
18   Q.   When you were lost; do you
19   remember that?
20        (All defendants object)
21   A.   Yeah.
22   Q.   What do you remember about being
23   in the engine room?
24        (All defendants object)
25   A.   How big it was, the engine room.

9 (Pages 333 - 336)

1    Q.   Do you recall seeing men working
2    in the engine room?
3         (All defendants object, leading)
4    A.   Yeah. There was a drive shaft
5    on the Constellation, was humongous.
6    Q.   Do you recall seeing men work on
7    the drive shaft you just mentioned?
8         (All defendants object to form)
9    A.   Like the whole ship, the drive
10   shaft, it went from, like, forward to aft
11   and it was a powerful looking pipe, like
12   a pipe on there.
13   Q.   And you recall being around that
14   drive shaft?
15   A.   Yeah.
16        (All defendants object)
17   A.   Everybody would walk by it.
18   Q.   Do you recall any other areas of
19   the ship you would have been on?
20        (All defendants object)
21   A.   Well, sometimes what they would
22   do is assign me -- after I got a little
23   established there, I had a couple of
24   helpers, two or three helpers and they
25   assign me a room where they had their own

1    drafted out and then they put, all got
2    put in the bulkhead walls here, here and
3    that was a job with the helpers.
4    Q.   So, you'd be doing that work
5    with helpers that you were assigned?
6    A.   Yeah.
7         (All defendants object)
8    Q.   And while you were doing the
9    work with these helpers, were there other
10   tradesmen working around you?
11        (All defendants object)
12   A.   Sure.
13   Q.   Do you recall what other
14   tradesmen would be working around you
15   while you were doing this specific work?
16        (All defendants object)
17   A.   Well, they had all kinds of
18   running electrical wire for
19   communications within the ship and there
20   was a lot of trades stepping on top of
21   each other and having arguments who had
22   the right.
23   Q.   And you remember having those
24   arguments?
25   A.   Yeah. I had more priority than

1    you.
2    Q.   And I believe you testified on
3    Tuesday that some of the work that you
4    did in addition to the sheet metal work
5    involved sheetrock; is that correct?
6    A.   Yeah.
7    Q.   Do you recall what area of the
8    ship you were doing the sheetrock work?
9         (All defendants object)
10   A.   I think in the beginning I
11   started, that's when I started, about
12   mid-ship.
13   Q.   And do you recall what your
14   hours of work were while you worked on
15   the Constellation?
16   A.   Pretty varied because they
17   wanted the ship done fast. Anybody
18   wanted to work overtime and I worked
19   overtime all the time.
20   Q.   So, you were working, would it
21   be fair to say you were working five days
22   a week?
23        (All defendants object)
24   A.   Oh, yeah, it would be fair. To
25   work I did that, like, 60 hours a week.

1    Q.   You were working about 60 hours
2    a week?
3    A.   Yeah.
4    Q.   And if you had the opportunity
5    for overtime, you said you took the
6    overtime?
7         (All defendants object)
8    A.   Overtime, yeah.
9    Q.   And I recall on Tuesday you
10   testified that you helped some of the
11   plumbers do work on insulation on the
12   Constellation; is that correct?
13        (All defendants object)
14   Q.   You helped plumbers?
15   A.   Yeah, I helped them.
16   Q.   And --
17   A.   They would help me too, we were
18   pretty friendly.
19   Q.   You guys worked together?
20   A.   Yeah.
21   Q.   The guys on the ship worked
22   together?
23        (All defendants object to form)
24   A.   Oh, yeah.
25   Q.   When you worked on the

1  Constellation, were you given breaks
2  throughout the day?
3  A.  Yeah.  Coffee breaks and you get
4  one in the morning and one in the
5  afternoon.
6  Q.  What would you do when you were
7  on your breaks when you were working on
8  the Constellation?
9  A.  Go to sleep.
10  Q.  Where would you sleep?
11  A.  Anywhere.  We used to sleep on
12  the insulation I remember until we all
13  started getting very itchy.
14  Q.  You slept on the insulation of
15  the ship?
16  A.  Summertime it was very hot.
17  Q.  This was inside the ship,
18  correct?
19  A.  Insulation, no, we went outside.
20  If it was bottled up on the deck
21  materials because that's where they
22  stored the insulation.
23  Q.  On the top of the deck?
24  A.  On one deck, didn't have to be
25  the top.

1  Q.  And you recall laying on the
2  insulation?
3  A.  Oh, yeah.  I only got itchy
4  once.
5  Q.  Approximately how many times, if
6  you can recall, would you lay on the
7  insulation?
8  A.  If it was nice and clean, I
9  would just lay -- but I seen them take
10  away a guy to the hospital because he got
11  so itchy.  He was working so hard and got
12  sweaty and they just throw down the
13  insulation.
14  Q.  What was the working environment
15  on the Constellation like, you just said
16  people were sweaty, do you recall what it
17  was like in there?
18      (All defendants object)
19  A.  They did everything in there,
20  you know, they did welding and they
21  installed everything, toilets,
22  everything.
23  Q.  And did there come a point in
24  time when you worked on any other ships
25  in the Brooklyn Navy Yard?

1      (All defendants object)
2  A.  Yeah.
3  Q.  And do you recall the names of
4  any of the other ships you worked on?
5  A.  Yeah -- no, I don't recall.
6  They were small, they were destroyers and
7  they were smaller than the Constellation.
8  Q.  The Constellation was the
9  largest ship you worked on?
10  A.  Yeah.
11  Q.  Do you recall how many other
12  ships you did work on?
13  A.  No.  I know it was a few
14  destroyers.
15  Q.  And what type of work did you do
16  on these ships?
17  A.  Well, what they were doing was
18  take everything from the main deck up on
19  the top and taking all of that off
20  because it was steel, it was too top
21  heavy.  And they'd take that off and then
22  put down combing, metal combing to the
23  deck, bring it and then when they built
24  the new bulkhead, which we did, they put
25  rubber in between the steel and the

1  metal, the metal combing.
2  Q.  And this was on the destroyers
3  that you did the work on?
4  A.  Destroyer, yeah.  Probably they
5  -- always put rubber in between the
6  steel, chemical reaction, it would rot
7  out in maybe a year or two.
8  Q.  When you were doing that type of
9  work on these other ships, were there
10  other tradesmen working around you?
11      (All defendants object)
12  A.  Uh-huh.
13  Q.  Do you recall what other
14  tradesmen would have been working around
15  you?
16  A.  Same thing, welders -- sometimes
17  it had to get so crowded, you had to get
18  out of the way of the plumbers, out of
19  the way of plumbers.  You worked there
20  for two hours and we'll come back, it
21  just got too crowded.
22  Q.  Do you recall seeing these
23  workers do any work with insulation?
24      MR. CURTIS:  Leading.
25  A.  Yeah.  The straight insulation,

11 (Pages 341 - 344)

1  it was all prefabricated and then when it
2  came to the elbows, they used to put on
3  the straightest right up to the elbow and
4  then they mix up their own, their own
5  insulation and put it on by hand.
6      Q.   Did you help them with this or
7  just watch them do it?
8      A.   No, I watched them do it.
9      Q.   Watched them do it?
10     A.   Too sloppy.
11         MR. CURTIS:  Form.
12     A.   It took a little talent to do it
13  nice and neat.
14     Q.   When you were watching them do
15  this, did you notice anything about the
16  air around where they were doing this
17  work?
18         (All defendants object to form)
19     A.   When they first put it on, might
20  get a little dusty.
21     Q.   Do you recall seeing that dust?
22     A.   Yeah. I was watching, I could
23  see, next day they would smooth it down.
24  Some of them used wet rags, some used
25  sandpaper, sandpaper created dust.

1      Q.   And you saw the dust be created?
2      A.   Oh, yeah.
3      Q.   And were you close enough to
4  breathe in this dust?
5      A.   Yeah, very easy.
6      Q.   And do you believe this dust
7  exposed you to asbestos?
8      A.   Yeah, I guess it did.
9      Q.   Did you do any sheetrock work on
10  these destroyers?
11         (All defendants object)
12     A.   I'm sure I did.  I think I put
13  in four bathrooms in the destroyers.  I
14  was putting in all the appliances, soap
15  trays, you know, stuff on -- the
16  convenience items.
17     Q.   But do you recall working with
18  sheetrock?
19         (All defendants object)
20     A.   Yeah.
21     Q.   Do you recall the name of the
22  sheetrock you would have used?
23     A.   Georgia-Pacific, is that a
24  sheetrock?
25     Q.   I don't know, sir,

1         What do you recall doing with
2  the sheetrock?
3      A.   Putting it up on the beams, I
4  think we used to rivet it on, top rivets,
5  put it up there.
6      Q.   But you don't remember the name
7  of the manufacturer of the sheetrock you
8  used?
9      A.   No.
10     Q.   Do you recall for approximately
11  how long you worked on these other ships?
12     A.   Probably a year and a half.
13     Q.   So, you were on --
14     A.   I switched around from the
15  Constellation to the other ships.
16     Q.   And how long did you say you
17  remembered being on the Constellation
18  for?
19         (All defendants object to form)
20     A.   I think it's three years -- or
21  one year, one year -- I'm not sure.  It
22  might have been three, I don't know.
23     Q.   During the period of time you
24  worked at the navy yard, did you work on
25  any other ships or in any other places

1  other than what you've already told us
2  here?
3         (All defendants object)
4      A.   No.  The only thing I think when
5  I was working on the Constellation and
6  the cruise ships where they were changing
7  the top, they only used me to put in the
8  bathrooms and stuff as a filler because
9  they wanted me to be busy up there.
10     Q.   Are there any other ships or any
11  other shops or any other places at the
12  navy yard that you remember working at
13  during the period of time you were at the
14  Brooklyn Navy Yard?
15         (All defendants object)
16     A.   No.
17     Q.   And did there come a point in
18  time where you stopped working at the
19  navy yard?
20     A.   Yeah.
21     Q.   Do you remember when that was?
22     A.   Definitely stopped.
23     Q.   Yes.  Did you stop working there
24  before you went to the fire department?
25     A.   Oh, yeah, that's why I stopped.

12 (Pages 345 - 348)

1   Q.   That's why you stopped?
2   A.   Yeah.
3   Q.   So, you went from working at the
4   navy yard to the FDNY; is that correct?
5        (All defendants object)
6   A.   Yeah.
7   Q.   So, you would have been out of
8   the navy yards from approximately 1959,
9   1960 to about 1962; is that correct?
10  A.   Yeah. That's what the fire
11  department was about.
12       (All defendants object)
13  Q.   And when you started --
14  A.   Took a hell of a cut in pay too,
15  the fire department, down to one third.
16  Q.   Took a one third cut in pay?
17  A.   Yeah.
18  Q.   When you --
19  A.   Because they had more benefits
20  in the fire department, so that's why I
21  did it.
22  Q.   When you went to the fire
23  department, I believe you testified you
24  were assigned to Engine 202 in Red Hook;
25  is that correct?

1   A.   Correct.
2   Q.   And is that the only location
3   that you were assigned during your time
4   at the fire department?
5   A.   Yes. I worked -- we relocated
6   to other firehouses maybe just for
7   overnight or two nights.
8   Q.   Right, right. Aside from like a
9   special assignment, you were assigned to
10  202?
11  A.   Like that.
12  Q.   So, you were there for the
13  entirety of your career as a firefighter?
14  A.   Yeah. It was right by the
15  Brooklyn Battery Tunnel.
16  Q.   And Engine 202; is that correct,
17  am I saying that correctly?
18  A.   Yeah.
19  Q.   Do you recall how Engine 202 was
20  heated by chance?
21  A.   No. How was it what?
22  Q.   How the building was heated?
23  A.   I think it was oil heat I
24  believe.
25  Q.   Did you ever have any occasion

1   to, you know, be in the boiler room of
2   Engine 202?
3        (All defendants object to form)
4   A.   Yeah.
5   Q.   Did you ever do any work on the
6   boiler there?
7   A.   Yeah. It was a mess, the boiler
8   room, had to be keep cleaning it out.
9   Q.   Was that part of your duties as
10  a firefighter?
11  A.   No, but it was a problem.
12  Q.   And at some point I believe you
13  testified after you started in the fire
14  department is when you began your side
15  business; is that correct?
16  A.   When I what?
17  Q.   At some point after you started
18  in the fire department, --
19  A.   Yes.
20  Q.   -- you started a side business;
21  is that correct?
22  A.   Yeah.
23  Q.   Do you recall what year you
24  started that side business?
25  A.   No, no, I don't know. I just, I

1   started off very light with my two sons
2   and my daughter because the customers
3   liked to see -- found out they were my
4   family and plus they did very nice work.
5   They liked watching the long redheaded
6   girl.
7   Q.   Your daughter you're referring
8   to, right?
9   A.   Yeah.
10  Q.   I believe when you testified on
11  Tuesday and Wednesday, you mentioned that
12  you did both interior and exterior work
13  as part of your side business; is that
14  correct?
15       (All defendants object)
16  A.   Yeah.
17  Q.   And if I recall correctly, I
18  believe you said you worked about 20
19  hours a week doing that side business?
20       (All defendants object)
21  A.   Yeah. I had a career with the
22  fire department to keep it legitimate, I
23  only worked so many hours.
24  Q.   So, you would keep the fire
25  department appraised of your side

1  business?
2      A.   Yeah.
3      Q.   Okay.
4      A.   And then after a while I --
5      Q.   You were able to balance both.
6      A.   Yeah.
7          (All defendants object)
8      Q.   As part of the interior work you
9  did, did you ever do any work with
10 sheetrock?
11     A.   Yeah, sure.
12     Q.   What kind of work did you do
13 with sheetrock?
14     A.   Sheetrock is a drywall and
15 everything else.
16     Q.   And what kind of work would you
17 do?
18     A.   Putting up all the walls and I
19 tape it, sand it or wipe it down smooth.
20 A lot of times I could use sandpaper on
21 that.
22     Q.   Do you recall what products you
23 used with the sheetrock when you were
24 doing this taping work?
25         (All defendants object)

1      A.   Yeah, I used spackle.
2      Q.   Anything else?
3      A.   I said I used the tape, taping,
4  the tape all over and then another layer
5  of spackle, then sand it all down.
6      Q.   Do you recall what the air
7  looked like while you were doing this
8  sanding work?
9          (All defendants object)
10     A.   The air got a little sloppy from
11 sanding down the -- I don't know what you
12 call it, joint compound.
13     Q.   Did you say joint compound?
14     A.   Yeah.
15         (All defendants object)
16         MS. MACSTEEL:   Can I get a read
17 back, please?
18         (Whereupon, at this time, the
19 requested portion was read back by the
20 reporter)
21     Q.   Do you recall the name of the
22 joint compound you would have used?
23         (All defendants object)
24     A.   Georgia-Pacific.
25     Q.   You recall Georgia-Pacific joint

1  compound?
2      A.   Yeah.
3      Q.   Do you recall what it came in,
4  like how it was packaged?
5      A.   It came in a 5 gallon bucket,
6  tin buckets.
7      Q.   And you used that during your
8  time in Fred Brown Painting?
9      A.   Yeah.  When I got, like, four or
10 five guys, I used quite a lot of it.
11     Q.   And you mentioned that the air
12 looked sloppy, can you describe what you
13 meant by that?
14     A.   After it's dry you can't sand
15 it, the joint compound.  And even the
16 sheetrock, when you're putting the joint
17 compound in, you got to wait overnight
18 sometimes before you could sand it
19 because it's too soft.
20     Q.   And after it hardened what would
21 you do?
22     A.   Well, after you -- then when you
23 sanded it, it was all full of dust, then
24 you sand it, then you brush it down and
25 then sweep it up.

1      Q.   And did you see that dust?
2      A.   Yeah, I did it.
3      Q.   You did that.
4      A.   Yeah.
5      Q.   Did you breathe that dust?
6      A.   Yeah.
7          (All defendants object)
8      Q.   Do you believe that dust exposed
9  you to asbestos?
10         (All defendants object)
11     A.   You'd be all white.
12     Q.   When you were doing this work,
13 did you ever wear a mask?
14     A.   I don't think so.
15     Q.   Do you recall seeing any
16 warnings on the --
17     A.   Too much, I didn't wear a mask.
18     Q.   Do you recall seeing any
19 warnings on the Georgia-Pacific tin
20 bucket?
21         (All defendants object)
22     A.   Might have been but I didn't pay
23 any attention to it.
24     Q.   Can you say for sure whether you
25 saw a warning or not?

14 (Pages 353 - 356)

Page 357

1      (All defendants object)
2      A.   I don't know if there was -- on
3  the tin cans maybe there was a warning
4  but I believe they changed the tin cans
5  to plastic.
6      Q.   Do you remember when they
7  changed from tin cans to plastic?
8      A.   No, no.
9      Q.   But do you specifically recall
10  seeing a warning on the tin can?
11      (All defendants object)
12      A.   Yeah, on the tin can, yeah,
13  yeah.
14      Q.   Do you remember what it said?
15      A.   No. I could see the warning on
16  a cigarette pack, it's like a warning on
17  a cigarette pack.
18      Q.   Do you recall seeing that?
19      A.   No. The attorney general on the
20  cigarette pack, smoking may be hazardous
21  to your health.
22      Q.   Do you remember seeing a warning
23  like that on the joint compound bucket?
24      A.   I don't know if I did or not.
25      (All defendants object)

Page 358

1      A.   Nobody paid attention to it, it
2  was not on every can. We thought it was,
3  like, just required for the law, the law
4  required it.
5      MS. MACSTEEL: Can I get a read
6  back?
7      (Whereupon, at this time, the
8  requested portion was read back by the
9  reporter)
10      Q.   Other than the sheetrock work
11  you just mentioned with the joint
12  compound, was there any other work that
13  you would have done as part of Fred Brown
14  Painting that you haven't already
15  discussed?
16      (All defendants object)
17      A.   Oh, I don't think so.
18      Q.   You did roofing work you
19  testified to, right?
20      (All defendants object)
21      A.   Yeah.
22      Q.   And you did painting work?
23      A.   Yes.
24      Q.   And this drywall work?
25      A.   Yeah.

Page 359

1      Q.   And anything else?
2      A.   Well, I did some renovation
3  work, especially with roofing work, it
4  involved you got to put a new beam or
5  something, you just can't put a little --
6  a lot of rooms were rotten, so you have
7  to take that out and when you take that
8  out, 2 x 6 beams, 2 x 8 beams were also
9  rotted, you had to replace that beam.
10      Q.   And you did this work during the
11  period of time you worked as a
12  firefighter, correct?
13      A.   Yeah.
14      Q.   Do you recall what year you
15  stopped doing this type of work?
16      A.   I don't know, I stopped -- I
17  don't know exactly when I stopped roofing
18  but I got -- those rolls were 90 pounds a
19  roll, carry them up a 35 foot ladder.
20      Q.   If you recall you testified that
21  you stopped working, the fire department,
22  you retired in 1989, were you still doing
23  this work after 1989?
24      A.   I might have done small, little
25  jobs, like a garage or something.

Page 360

1      Q.   So, the bulk of the Fred Brown
2  Painting business occurred during the
3  years you were a firefighter; is that
4  correct?
5      A.   Yeah.
6      Q.   Do you recall yesterday you
7  testified about some cars that you owned;
8  do you remember that?
9      A.   Yeah.
10      Q.   And you testified to doing I
11  believe approximately 30 brake jobs on a
12  Ford van; do you remember that?
13      A.   Yeah. That was the one I used
14  for all the work on the roofing.
15      Q.   For the Fred Brown Painting
16  business, correct?
17      A.   Yeah. I did clutches and
18  brakes, they didn't last much time.
19      Q.   Do you recall the manufacturer
20  of the clutch you would have used?
21      MR. WARSHAUER: Objection.
22      Q.   Take your time.
23      A.   Do I recall what?
24      Q.   The manufacturer of the clutch
25  you would have replaced.

15 (Pages 357 - 360)

Page 361

1    MR. WARSHAUER: Objection to form.
2    A.   I think the clutch was Borg
3    Warner.
4    Q.   Borg Warner?
5    A.   Yeah.
6    MR. WARSHAUER: Objection to form.
7    Q.   Do you recall approximately how
8    many clutch jobs you would have done on
9    that van?
10   A.   I don't know, maybe we used to
11   put them out quite a lot on the van, I
12   pushed that truck.
13   Q.   Do you recall how long you owned
14   the van for?
15   A.   Twelve years, I replaced three
16   motors.
17   Q.   Three motors?
18   A.   Yeah.
19   Q.   Do you recall if you --
20   MR. FINLEY: Withdrawn.
21   Q.   If you recall three motor
22   replacements, do you recall how many
23   clutch replacements you would have done?
24   A.   I don't know. The clutch, I
25   don't know, maybe in twelve years, maybe

Page 362

1    about ten.
2    Q.   About ten clutch jobs over the
3    twelve years?
4    A.   But a lot more -- well, I don't
5    know if there was more brakes or
6    clutches. I had different fellows
7    driving the van, standard shift, some
8    guys don't know how to drive standard.
9    Q.   Do you recall the process by
10   which you would have changed the clutch
11   in the van, what you would have done?
12   A.   Little bits and pieces on a
13   clutch.
14   Q.   To the best of your
15   recollection, how would you go about
16   changing the clutch in the van?
17   A.   I think most of my work was on
18   the brakes.
19   Q.   Right. And then you testified
20   to the brake work yesterday but with
21   regards to the clutch work, do you recall
22   what you would have done in order to
23   change the clutch on the van?
24   A.   Not offhand, I'm drawing a blank
25   there.

Page 363

1    Q.   But you think you probably did
2    about twelve; is that correct?
3    A.   I'm assuming --
4    MR. WARSHAUER: Objection to form,
5    mischaracterizes testimony.
6    A.   I'm assuming over a twelve year
7    period that I owned it.
8    Q.   You also mentioned a two door
9    Buick that you owned --
10   A.   Yeah.
11   Q.   -- yesterday, do you recall any
12   brake work you would have done on the two
13   door Buick?
14   A.   Oh, those were just social cars,
15   you know, I didn't...
16   Q.   So, you didn't do any brake work
17   on the two door Buick?
18   A.   I might have did one job or
19   something, I didn't beat them up that
20   much.
21   Q.   I know you testified about a
22   four door Buick that you owned, do you
23   recall doing any brake work on the four
24   door Buick?
25   A.   No, but I had that for quite a

Page 364

1    while too.
2    Q.   But do you recall doing any
3    brake jobs on the four door Buick?
4    A.   Yeah, probably a couple. Brake
5    jobs were very easy, much easier than a
6    clutch.
7    Q.   Do you recall what brand of
8    brake you would have used on the four
9    door Buick?
10   A.   Bendix.
11   Q.   Do you recall approximately how
12   many brake jobs you may have done on the
13   four door Buick?
14   A.   Didn't you just ask me that
15   question?
16   Q.   No. On the four door Buick you
17   testified that you recalled doing Bendix
18   or replacing the brakes on the four door
19   Buick with Bendix brakes, do you recall
20   approximately how many times you would
21   have done that?
22   A.   You're asking me two similar
23   questions.
24   Q.   I'll rephrase the question. You
25   owned a four door Buick, correct?

16 (Pages 361 - 364)

Page 365

1    A.   Yeah.
2    Q.   Do you recall doing brake jobs
3  on the four door Buick?
4    A.   Yeah. That was basically a
5  family car.
6    Q.   And you testified that you
7  remembered using Bendix brakes when you
8  did those brakes jobs, --
9    A.   Yeah.
10   Q.   -- correct?
11       Do you recall how many times you
12  did brake jobs on the four door Buick?
13  Just the four4 door Buick.
14   A.   Oh, four times that was.
15   Q.   Approximately four times on the
16  four door Buick?
17   A.   Yeah.
18   Q.   And you recall using Bendix
19  brakes for those jobs, correct?
20   A.   Yeah.
21   Q.   Do you remember testifying about
22  the 1941 Ford yesterday?
23   A.   Yeah.
24   Q.   Do you recall --
25   A.   I had that car.

Page 366

1    Q.   Did you do any brake jobs on the
2  1941 Ford?
3    A.   Yeah, on that car.
4    Q.   And I believe you testified that
5  you bought that car for $50; is that
6  correct?
7    A.   Yeah.
8    Q.   That's a pretty good deal.
9    A.   Had no windshield.
10   Q.   When you bought it it had no
11  windshield?
12   A.   Yeah.
13   Q.   Do you recall --
14   A.   I wasn't the richest of kids.
15   Q.   I understand that.
16       Do you recall doing brake jobs
17  on that 1941 Ford?
18   A.   Oh, yeah.
19   Q.   Do you remember what type of
20  brake you would have used when you did
21  the brake jobs on the 1941 Ford?
22   A.   Bendix.
23   Q.   When you --
24   A.   There were simpler brake jobs,
25  there wasn't as many -- say you take a

Page 367

1  carburetor apart, you got to give it to a
2  regular mechanic, it's so complicated.
3    Q.   But you did this work yourself?
4    A.   Yeah, yeah.
5    Q.   And the Ford, the 1941 Ford you
6  purchased, again you purchased that used,
7  correct?
8    A.   Yeah.
9    Q.   So, do you recall the
10  manufacturer of the brakes you would have
11  removed from the Ford the first time you
12  had to change the brakes?
13   A.   I don't know the first, what it
14  was, I just took it out and bought new
15  brakes, brake pads and everything for it.
16   Q.   The new brakes you put on would
17  have been Bendix, correct?
18   A.   Yeah.
19   Q.   And did you do additional jobs
20  on that 1941 Ford?
21   A.   Yeah, yeah.
22   Q.   And you used Bendix for those
23  jobs too, correct?
24   A.   Yeah. I had the '41 Ford about
25  six or seven years.

Page 368

1    Q.   So, you wouldn't know the name
2  of the manufacturer of the brakes
3  initially but subsequently it was Bendix,
4  correct?
5    A.   On that, yeah.
6    Q.   Do you recall being diagnosed
7  with lung cancer?
8    A.   Yeah. When I went -- I found
9  out, I found out like a flu, I didn't
10  expect it.
11   Q.   Do you remember when that was?
12   A.   It was probably about two years
13  ago, three years ago.
14   Q.   That you were diagnosed with
15  lung cancer?
16   A.   Yeah.
17   Q.   Do you recall going to the
18  doctor in 2017?
19       (All defendants object)
20   A.   For lung cancer?
21   Q.   Yes.
22   A.   No -- yeah, yeah -- no, I don't
23  know. My short-term memory --
24   Q.   No, I understand that, sir.
25       As part of your lung cancer

17 (Pages 365 - 368)

1 diagnosis, did you have surgery?
2    A.   Yes.
3    Q.   Do you remember when that
4 surgery was?
5    A.   That was only about...
6    Q.   Was that done recently?
7    A.   Yeah, within the year.
8    Q.   Do you recall how long after you
9 were diagnosed with lung cancer that you
10 had the surgery?
11       (All defendants object)
12    A.   I had -- they took out a piece
13 of pie slice.
14    Q.   Do you remember when that
15 surgery was?
16    A.   No, but I know it wasn't too
17 long ago.
18    Q.   Do you remember how much time
19 passed between the diagnosis and the
20 surgery?
21       (All defendants object)
22    A.   Not too much time, months I
23 would say. I don't know how many months,
24 six months, eight months, I don't know.
25    Q.   When the doctor gave you your

1 diagnosis, do you recall what he said to
2 you?
3       (All defendants object)
4    A.   They were figuring it was
5 asbestos related.
6    Q.   You remember the doctor saying
7 that to you?
8       (All defendants object)
9    A.   Yeah, right. Began with an "R,"
10 R-E-something.
11       MR. FINLEY:  Off the record.
12       (Discussion held off the record)
13    Q.   Do you recall how you felt when
14 you were given this diagnosis?
15    A.   For what, the lung cancer?
16    Q.   Yes.
17    A.   I felt fine.
18    Q.   Do you have any grandchildren?
19    A.   No.
20    Q.   Do you have any nieces or
21 nephews?
22    A.   Yes.
23    Q.   Do you have any grandnieces or
24 nephews?
25    A.   No.

1    Q.   Approximately how many nieces
2 and nephews do you have?
3    A.   It's another week for my family
4 tree.
5    Q.   More than one?
6    A.   Yeah, I got nephews, two nephews
7 and that's about it.
8    Q.   Two nephews, okay. Do they have
9 any children?
10    A.   Yeah.
11    Q.   Do you know about how many?
12    A.   They have about -- one nephew
13 has two and the other nephew single.
14    Q.   About how often do you see your
15 nephews?
16    A.   Over the holidays.
17    Q.   And you have two children still
18 alive today, correct?
19    A.   Right.
20    Q.   And how often do you see your
21 children?
22    A.   Well, my son lives with me, my
23 daughter is about a mile away.
24    Q.   So, you see them fairly often?
25    A.   Yeah.

1    Q.   Did you tell them about your
2 lung cancer diagnosis?
3    A.   Oh, yeah, they know about it.
4    Q.   How did they respond to that?
5    A.   Well, my daughter was in the
6 hospital getting diverticulosis surgery.
7 She got out, like, two days ago, three
8 days ago.
9    Q.   But do you remember when you
10 were given the diagnosis talking to your
11 children about it?
12    A.   Oh, yeah.
13    Q.   Do you remember how they felt,
14 did they tell you how they felt when they
15 heard about it?
16    A.   No, not really because I had so
17 many surgeries between my shoulders and
18 my knee, my wrist and all, they don't
19 want to hear any more about surgery.
20    Q.   And you're married, correct?
21    A.   Yes.
22    Q.   Do you recall when you got
23 married?
24    A.   Yeah, sure. My wife would kill
25 me if I don't. December 9th.

18 (Pages 369 - 372)

1   Q.   December 9th, do you remember
2   what year?
3   A.   '61.
4   Q.   Do you recall approximately how
5   long you were dating your wife before you
6   got married?
7   A.   Oh, about seven years.
8   Q.   So, you've known your wife for
9   the majority of your life then; is that
10   fair to say?
11   A.   Yeah. Since I came out of the
12   service.
13   Q.   Did you tell her about your lung
14   cancer diagnosis?
15   A.   Oh, yeah.
16   Q.   How does she feel about that?
17   A.   Just get it done and we'll see.
18   Q.   And I believe that you testified
19   that she's dependent on you; is that
20   correct?
21   A.   Yeah.
22   Q.   I just want to go back quick to
23   your time as a firefighter at the FDNY,
24   did you have any other duties aside from
25   just fighting fires?

1   A.   Yeah. Well, as I got more
2   senior, I ended up driving the -- I drove
3   the rigs for about ten years.
4   Q.   The fire trucks?
5   A.   Yeah. The engines, the pumpers
6   and stuff. Not the ladder one but the
7   engine.
8   Q.   The engine trucks?
9   A.   Yeah.
10   Q.   Did you have any other duties
11   aside from driving the trucks?
12   A.   Well, then after a while some
13   battalions wanted me to come to their aid
14   and just be a personal driver for them
15   and that's what I did with them for a few
16   years.
17       MR. FINLEY: I think that's all
18   the questions I have for you. I'm going
19   to look over my notes but I believe
20   that's all the questions I have for you
21   right now.
22       THE WITNESS: That's enough.
23       MR. FINLEY: Thank you for your
24   time, sir.
25       THE WITNESS: Thank you.

1       MR. FINLEY: It's about 11:30,
2   let's take about ten minutes before we
3   continue, ten minute break.
4       (Whereupon, at 11:29 A.M., a short
5   recess was taken)
6       (Back on the record at 11:45 A.M.)
7   CROSS-EXAMINATION
8   BY MR. ORTIZ:
9   Q.   Good morning, sir. My name is
10   Nick Ortiz, I'm going to have some
11   questions for you, okay?
12   A.   Okay.
13   Q.   Same rules apply and I don't
14   want you to guess at any answers. If you
15   do not know an answer to one of my
16   questions, let me know that, okay, sir?
17   A.   Okay.
18   Q.   And if you need to take a break
19   for any reason, as long as a question is
20   not pending, just let me know, you can
21   take as many breaks as you need, okay?
22   A.   Fine.
23   Q.   And if you would, please wait
24   until I complete the question before you
25   start your answer and I will wait until

1   you finish your answer before I ask the
2   next question so we're not speaking over
3   each other and the court reporter can
4   take down the questions and answers,
5   okay?
6   A.   Okay.
7   Q.   Sir, I first of all just want to
8   go back and fill in a couple -- so I'm
9   going to jump around, fill in a couple of
10   blanks here from some of your earlier
11   testimony.
12       Is it accurate, sir, does your
13   son Douglas smoke currently?
14   A.   Yes.
15   Q.   Is it accurate that as long as
16   your son Douglas has lived in your home,
17   he has smoked in the family home?
18   A.   Yeah. Well, we kind of chopped
19   down on that because we gave up smoking,
20   we said it's not fair, we quit smoking,
21   so no more smoking in the house.
22   Q.   But as of today Douglas still
23   smokes in the family home, correct?
24   A.   Very rarely. He's not terrible
25   himself, he smokes, he smokes at night.

19 (Pages 373 - 376)

1   Q.   Up until the current date, does
2   Douglas still smoke in your presence?
3       A.   Only when we're outside, yeah.
4       Q.   How about when you're in the car
5   together?
6       A.   No, he won't smoke in the car.
7       Q.   When was it that you had that
8   discussion to try and have Douglas not
9   smoke as much in the family home, when
10  did that happen?
11      A.   He doesn't smoke in the living
12  room, the kitchen, nobody does in the
13  house anymore now.
14      Q.   When did that happen, sir?
15      A.   Oh, I have to guess.
16          MR. FINLEY: Nobody wants you to
17  guess, if you can recall approximately.
18      A.   Approximately about eight years
19  ago.
20      Q.   I don't know if this was asked
21  of you but has your son Douglas lived
22  with you throughout his lifetime?
23      A.   Yeah.
24      Q.   Have you lived in the same home?
25      A.   Yeah, unfortunately.

1          MR. FINLEY: We won't tell him you
2   said that.
3          THE WITNESS: Can't kick him out.
4       Q.   The doctors that currently treat
5   you for your cancer, sir, did any of the
6   doctors that treat you for your cancer
7   ask you what you did for a living?
8       A.   Offhand I can't remember, I
9   don't know.
10      Q.   Have you ever told any of the
11  doctors that are treating you for your
12  current condition about any of the
13  equipment or products that you worked
14  with or around in your career?
15      A.   I didn't get that full question.
16      Q.   Yes, sure. Have you told any of
17  the doctors that are treating you for
18  your current condition about any of the
19  equipment, products or materials that you
20  worked with or around in your working
21  career or did that topic never come up?
22      A.   I don't think it ever came up.
23      Q.   Did you ever tell any doctor
24  that's treating you for your current
25  condition that you worked with or around

1   any asbestos-containing products or
2   materials during your lifetime?
3       A.   No.
4       Q.   For any of the doctors that are
5   treating you for your lung cancer, have
6   you told those doctors, have you been
7   truthful with those doctors with any
8   questions they've asked you?
9       A.   Oh, yeah.
10      Q.   Have any of those doctors asked
11  you about your smoking history?
12          MR. FINLEY: Objection.
13      A.   I don't think so. They might
14  have asked just in passing, I don't know,
15  I don't know.
16      Q.   As you sit here today, do you
17  remember telling any doctor that's
18  treating you for your lung cancer about
19  your smoking history and how much you
20  smoked and when you smoked?
21          MR. FINLEY: Objection.
22      A.   Have doctors asked me that?
23      Q.   What I'm asking is just a little
24  different question. Are the doctors that
25  are treating you for your lung cancer

1   condition, --
2       A.   Oh, I don't know.
3       Q.   -- has the topic of your smoking
4   history even come up?
5       A.   No, I don't think so.
6       Q.   I believe you had surgery, one
7   of the surgeries was to -- did you have
8   arteries?
9       A.   Yeah, carotid arteries.
10      Q.   And I'm sorry if I missed this
11  but when did that happen?
12      A.   You're forgiven.
13      Q.   Thank you. When did that
14  happen, sir?
15      A.   That happened I would say about
16  two years ago at least.
17      Q.   Did any doctors tell you that
18  that condition that led to the surgery
19  for your carotid arteries had anything to
20  do with your smoking history?
21          MR. FINLEY: Objection.
22      A.   No, no.
23      Q.   Counsel had asked you questions
24  and I don't want to go back through this
25  but the times that you smoked and when

20 (Pages 377 - 380)

Page 381

1  you ultimately stopped smoking, from the
2  time you started smoking cigarettes until
3  the time you ultimately stopped cold
4  turkey, did you ever attempt to stop
5  smoking in between that time period?
6     A.  No.
7     Q.  From the time that you started
8  smoking cigars until the time that you
9  ultimately stopped smoking cigars cold
10 turkey, did you make any attempts to stop
11 smoking in between that period?
12    A.  No.
13    Q.  And same question for your pipe
14 smoking:  From the time you started
15 smoking the pipe until the time that you
16 stopped smoking the pipe, did you make
17 any attempts to stop smoking?
18    A.  No.  I see that it wasn't, it
19 wasn't worth to smoke now.  I'm still
20 coughing in the morning and everything,
21 that's when I decided okay, cut it all
22 out.
23    Q.  You were asked questions about
24 and you testified that you read warnings
25 on cigarette packages, I want to ask you

Page 382

1  is it accurate to say that before you
2  started smoking cigars, you knew that
3  smoking tobacco products could cause lung
4  cancer?
5        MR. FINLEY:  Objection.
6     A.  I think so though.
7     Q.  And same question --
8        MR. ORTIZ:  Well, strike that,
9  let's just move on.
10    Q.  Sir, for any of the homes you've
11 lived in, have any of those homes been
12 tested for radon?
13    A.  For what?
14    Q.  For radon.
15       MR. FINLEY:  Objection.
16    A.  What is radon?
17    Q.  Do you know what radon is?
18    A.  No.
19    Q.  So, have you had anyone test
20 your homes for the presence of radon in
21 the homes?
22    A.  No.
23    Q.  And you are not aware that any
24 of your homes were tested for radon,
25 that's accurate?

Page 383

1        MR. FINLEY:  Objection.
2     A.  I don't even know what it is.
3     Q.  Sir, during your time period
4  working for the fire department, you were
5  asked questions yesterday about what you
6  would do when you would fight fires.  Is
7  it accurate to say that it would be a
8  regular occurrence during the time that
9  you fought fires that you would have to
10 break through walls?
11    A.  Yes.  Oh, that was a truck
12 company, I was the engine and I was also
13 driving the engine.  Other than that the
14 breaks were often but if I had a problem,
15 I'd go in there and help.
16    Q.  Is that something that would
17 happen in the regular course during the
18 time that you worked in the fire
19 department?
20    A.  Oh, yeah, yeah.  Had one on
21 Atlantic Avenue, ended up being an 8 foot
22 thick wall and we finally broke through
23 it because we were using everybody and
24 that's when we lost three firemen.
25    Q.  And during the time periods that

Page 384

1  you would break through the walls, was it
2  your understanding that you were breaking
3  through insulation that was in the walls
4  as well?
5        MR. FINLEY:  Objection.
6     A.  Well, it was a dirty job.
7     Q.  Was it dirty because of the
8  insulation that you were breaking through
9  as well?
10    A.  It could have been dust,
11 insulation, deteriorated insulation or
12 could have been just deteriorated
13 concrete, mortar.
14    Q.  When you did break through
15 walls, did you notice insulation as you
16 were breaking through the walls?
17    A.  No, I didn't.
18    Q.  When you would break through the
19 walls, you testified that that was a
20 dusty process?
21    A.  Oh, yeah.
22    Q.  You could see dust in the air?
23    A.  Very obvious.
24    Q.  And I believe your testimony was
25 you were not wearing a mask during that

21 (Pages 381 - 384)

1 time period, correct?
2    A.   No.  Too hard breathing, just
3 put up with the aggravation, do your job
4 and get out.
5    Q.   Rather than wear the mask,
6 correct?
7    A.   Right.
8    Q.   And did the mask we're talking
9 about also include a respirator as well?
10    A.   No.  Just had a mask on that was
11 coming from an air tank, had the air tank
12 on it.
13    Q.   So, when you would break through
14 these walls or you were present when
15 others were breaking through the walls,
16 which happened, correct?
17    A.   Yeah.
18    Q.   The dust that was created from
19 the walls, did you breathe that dust in?
20    A.   Oh, yeah, I had to.  Had no mask
21 on.
22    Q.   And did that occur each and
23 every time that you broke through the
24 walls or others were breaking through the
25 walls in your presence?

1    A.   Sometimes we'd have enough air
2 in the tanks that we didn't need it.
3    Q.   For the majority of these
4 occasions you were not wearing the --
5 using the respirator, the air tank,
6 correct?
7    A.   Right.
8    Q.   So, on those occasions that you
9 were not using the air tank or respirator
10 and either you broke through the walls or
11 someone broke through the walls in your
12 presence, is it accurate to say that you
13 breathed in that dust that was created?
14    A.   Oh, yeah.
15    Q.   I know you testified yesterday,
16 sir, that when you would fight these
17 fires, obviously there would be smoke
18 present, correct?
19    A.   Yeah.
20    Q.   And you were sick to your
21 stomach from breathing in the smoke?
22    A.   Yeah.  Just from eating dinner.
23    Q.   How many times in your career
24 were you treated for smoke inhalation?
25        MR. FINLEY:  Objection.

1    A.   Never really treated, I just
2 threw up, got rid of it.  Took two
3 minutes before we went back in and fought
4 the fire.
5    Q.   Is that something, sir, that
6 occurred during a regular course when you
7 fought fires?
8    A.   Not usually but if you just
9 finished a big meal, that usually came
10 up.
11    Q.   Was it regular and frequent when
12 you fought the fires that you would
13 breathe in smoke?
14    A.   Oh, yeah.
15    Q.   Did that happen on each and
16 every occasion you fought the fires?
17    A.   Many, many occasions.
18    Q.   And is it accurate to say that
19 you fought hundreds of fires in your
20 career?
21    A.   Oh, yeah.
22    Q.   Did you fight thousands of fires
23 in your career?
24    A.   No.  My whole career was in Red
25 Hook when it first started burning down

1 and then it all burned down.  And now
2 it's all yuppie-yuppie land, it's all
3 built up beautiful.
4    Q.   Okay, sir, I'm going to move to
5 your time period working for the Brooklyn
6 Navy Yard, okay, sir?
7    A.   Okay.
8    Q.   All right, sir, you testified,
9 in fact today you testified that when you
10 were assigned at the Brooklyn Navy Yard
11 you were assigned to shop 17, --
12    A.   Right.
13    Q.   -- correct?  And you worked at
14 shop 17 for a year and a half before you
15 were transferred, correct?
16    A.   Short staff.
17    Q.   Do you remember when in -- you
18 had the years 1959 and 1960 as a start
19 date, do you know when your start date
20 was, what month?
21    A.   Start date?
22    Q.   When did you start at the
23 Brooklyn Navy Yard, what month?
24    A.   Oh, I don't know.
25    Q.   You worked at the Brooklyn Navy

22 (Pages 385 - 388)

1  Yard till somewhere around 1961, '62 time
2  period, approximate dates, sir, correct?
3     A.   Yeah.
4     Q.   Do you know what month you ended
5  at the Brooklyn Navy Yard?
6     A.   When I quit it for good?
7     Q.   Yes.
8     A.   I would say that would be in --
9  '61 or '62 -- when did I get out of the
10 fire department? I went right from one
11 to the other.
12    Q.   Do you know what month you
13 started at the fire department?
14    A.   2/10 I think.
15    Q.   February 10th?
16    A.   Yeah. Because it was my wife's
17 birthday.
18    Q.   You worked on some unknown
19 destroyers for approximately a one year
20 time period.
21    A.   Yeah.
22    Q.   You talked about the USS
23 Constellation. Do you know, sir, if the
24 Constellation was in the water or out of
25 the water when you worked on the

1  Constellation?
2     A.   In the water.
3     Q.   In the water?
4     A.   Just listing.
5     Q.   Sorry?
6     A.   Listing badly.
7     Q.   I just couldn't -- I didn't hear
8  what you said, sir, I'm sorry.
9     A.   It was listing badly. I think
10 the fire department nearly sank it, then
11 it was in dry dock, had to pour so much
12 water on it.
13    Q.   Given that you were in shop 17
14 for a year and a half and you were on the
15 destroyers for another year, would it be
16 accurate that if you looked at the time
17 you were on the Constellation since you
18 were only at the Brooklyn Navy Yard for
19 approximately one to two years, that you
20 were only on the Constellation for a
21 short period of time?
22       MR. FINLEY: Objection.
23    A.   No. When I was on the --
24 there's an overlapping in the year and a
25 half and then the year when I was in shop

1  17, and then another period there, that
2  was the same time period.
3     Q.   Are you saying the overlapping
4  time period?
5     A.   That period was over...
6     Q.   So, the times you were on the
7  USS Constellation was not -- what's the
8  word I'm looking for -- long durations
9  just on the Constellation, you could be
10 back and forth between the Constellation
11 and shop 17, correct?
12    A.   Yeah, could, but they didn't put
13 us back to shop 17, they put us on the
14 smaller ships.
15    Q.   So, over the time period, over a
16 one year time period you could be on the
17 Constellation, correct?
18    A.   Yeah. But I could have, could
19 be on the Constellation, which I could
20 also be in the shop a little bit, you
21 know.
22    Q.   And that's what I just want to
23 follow up on. So, if we just looked at
24 the time that you were only on the
25 Constellation, understanding that it may

1  not be cumulative -- may not be
2  consecutive days that you were there --
3     A.   Okay.
4     Q.   -- but if we just looked at the
5  time on the Constellation, just there,
6  not on the shop and not on the
7  destroyers, and if you added that time
8  period up --
9     A.   Well, I used to bounce back and
10 forth, that's what I mean overlap, I used
11 to bounce back from the destroyers to the
12 shop or the Constellation.
13    Q.   I understand.
14    A.   They needed me to fill in where
15 they needed work.
16    Q.   So, let me just get the question
17 out so that we're on the same page. If
18 we just took the time that you were
19 physically on the Constellation and not
20 in the shop and not on the destroyers, --
21    A.   Okay.
22    Q.   -- just that time period, are we
23 talking about a month or two?
24       MR. FINLEY: Objection.
25    Q.   Just on the Constellation itself

23 (Pages 389 - 392)

Page 393

1   and not anywhere else.
2       A.   I was on the Constellation more
3   than a month or two.
4       Q.   So, what's your best estimate?
5       A.   I don't know, I would call it
6   over a year anyway.
7       Q.   Now, let me just ask you some
8   questions, sir.  The U.S. Government,
9   were they your employer?  You were
10  working for the union, was the union
11  hired by the government to do the work?
12      A.   I don't know that.
13      Q.   Do you know one way or the
14  other --
15          MR. ORTIZ:  Strike that, I'm
16  sorry.
17      Q.   Did the U.S. Navy have a
18  presence on the Constellation when you
19  would be on the Constellation?
20      A.   Yeah, they were there every day.
21      Q.   Would it be accurate that the
22  U.S. Navy would oversee the work that was
23  done on the Constellation?
24      A.   Yeah.  They set up fire watches
25  and everything because they didn't want

Page 394

1   another fire.
2       Q.   Is it accurate that the navy
3   directed the work that was to be
4   performed on the Constellation?
5          MR. FINLEY:  Objection.
6       A.   We had supervisors on the ship
7   overseeing the work I was doing,
8   overseeing the work that the guys working
9   for me were doing but we were responsible
10  for our jobs and I guess the supervisors,
11  the same, same supervisors on the ship
12  every day.
13      Q.   And when you say supervisors,
14  were these navy personnel?
15      A.   No, civilian.
16      Q.   Did your supervisors report to
17  the navy?
18      A.   I don't know.  I think so.
19      Q.   Do you know if the work that you
20  performed on the Constellation or the
21  other destroyers was ultimately
22  controlled and supervised by the navy?
23          MR. FINLEY:  Objection.
24      A.   Well, now you're getting down to
25  the lower echelon of labor, so I think we

Page 395

1   were just supervised by supervisors and
2   they didn't answer to the navy for any
3   direction.
4       Q.   Do you know if they answered to
5   the navy; you do not know one way or the
6   other?
7       A.   No, no.
8       Q.   The Constellation itself, sir,
9   that was an extremely large vessel?
10      A.   Oh, yeah.
11      Q.   Was it a carrier?
12      A.   Yeah, a carrier.
13      Q.   Just as a frame of reference, if
14  we took the Constellation and put it down
15  in Manhattan and stood it from top to
16  bottom, would it be taller than
17  skyscrapers down in Manhattan?
18          MR. FINLEY:  Objection.
19      A.   I never measured it.
20      Q.   Did you know that -- do you know
21  one way or the other, were there
22  thousands of different compartments on
23  the Constellation?
24      A.   Yeah, thousands.  Yeah, I think
25  there were over 3,000 rooms.

Page 396

1       Q.   Obviously you did not work in
2   every compartment, correct?
3       A.   No, but I got lost in a lot of
4   them.
5       Q.   It would be easy to get lost,
6   right, because of how large it was?
7       A.   There was no -- everything was
8   -- there was no exit signs, no nothing.
9       Q.   You, sir, were a sheet metal
10  worker, correct?
11      A.   Correct.
12      Q.   Your responsibility was to
13  fabricate, to cut, to weld and work with
14  steel, correct?
15      A.   Anything, aluminum, brass.
16      Q.   Any metal, correct?
17      A.   Yeah, yeah.
18      Q.   You were never trained at all to
19  work on any equipment, correct?
20      A.   No, not really.
21      Q.   That's correct?
22      A.   Yeah.
23      Q.   Today for the first time you
24  were asked questions --
25          MR. ORTIZ:  Let me just put on the

24 (Pages 393 - 396)

Page 397

1    record because the questions I'm going
2    to ask now I made many objections to the
3    questions by plaintiff's counsel, I'm
4    going to ask these questions pending a
5    ruling on those objections as a courtesy
6    to plaintiff given his health and to
7    plaintiff's counsel.
8        MR. FINLEY: Sure.
9        MR. ORTIZ: Without waiving any of
10   those objections.
11       MR. FINLEY: Understood.
12   Q.    Sir, you were asked questions
13   for the first time today about pumps,
14   okay?
15   A.    Yeah.
16   Q.    First of all, is it fair to say
17   that you have never received training on
18   working on pumps, correct?
19       MR. CURTIS: Form.
20   A.    I -- pumps, I worked on pumps
21   training different -- I have pumps at
22   home and I worked on mine but I don't
23   have any idea how to do it.
24   Q.    The pumps you worked with in
25   your home have nothing to do with your

Page 398

1    current diagnosis, correct?
2    A.    No, because I used to remove
3    water in the basement and things like
4    that.
5    Q.    A sump pump?
6    A.    Yeah.
7    Q.    The pumps that you've testified
8    to on the Constellation, it's fair to say
9    that you never worked on those pumps,
10   correct?
11       MR. CURTIS: Form.
12   A.    Correct.
13   Q.    You never received any training
14   to work on those pumps because you were a
15   sheet metal worker, correct?
16       MR. CURTIS: Form.
17   A.    Right.
18   Q.    If I asked you to just tell me
19   what the pump looked like on the
20   Constellation, could you do that?
21       MR. CURTIS: Form.
22   A.    No, I don't think so because I
23   didn't watch them on the Constellation, I
24   would just walk on by.
25   Q.    If I asked you to tell me the

Page 399

1    size of any pump on the Constellation,
2    could you do that?
3    A.    No.
4        MR. CURTIS: Form.
5    Q.    If I asked you to tell me the
6    color of any pump on the Constellation,
7    could you do that?
8    A.    Well, most of them were white
9    that I know of, most of them were white.
10   Q.    Do you know if that was an
11   original color or if they were painted?
12       MR. CURTIS: Form.
13   A.    I don't know if they were
14   painted.
15   Q.    You don't know one way or the
16   other?
17   A.    No.
18   Q.    Is it accurate, sir, that -- do
19   you know if there was various different
20   systems that existed on the
21   Constellation, do you know one way or the
22   other as a sheet metal worker?
23       MR. CURTIS: Form.
24   Q.    Systems.
25   A.    For what?

Page 400

1    Q.    For the vessel to operate.
2    A.    Oh, yeah, there had to be.
3    Q.    Do you know what those systems
4    were?
5        MR. CURTIS: Form.
6    A.    Had dozens of systems.
7    Q.    Do you know the systems?
8    A.    No.
9    Q.    For any pump that you observed
10   on the Constellation, would it be
11   accurate to say that you could not
12   describe that pump based on which system
13   it was associated with?
14       MR. CURTIS: Form.
15   A.    Absolutely.
16   Q.    That would be correct, you could
17   not?
18   A.    Yes, I could not.
19   Q.    If I asked you to provide the --
20   to describe the function of any pump that
21   was on the Constellation that you
22   observed, could you do that?
23       MR. CURTIS: Form.
24   A.    That's how it was doing by
25   looking at the pump?

25 (Pages 397 - 400)

Page 401

1    Q.   Yes.
2    A.   No.
3    Q.   If I asked you to tell me what
4    was flowing through any pump that you
5    observed on the Constellation, could you
6    do that?
7         MR. CURTIS:  Form.
8    A.   No.
9    Q.   If I asked you to tell me the
10   temperature of anything that was flowing
11   through any pump on the Constellation,
12   could you do that?
13        MR. CURTIS:  Form.
14   A.   No.
15   Q.   If I asked you for the age of
16   any pump on the Constellation, could you
17   do that, --
18        MR. CURTIS:  Form.
19   Q.   -- could you give me that?
20   A.   No.
21   Q.   Would it be accurate that you
22   would not know how many times a pump may
23   have been worked on on the Constellation
24   before you first observed it; --
25        MR. CURTIS:  Form.

Page 402

1    A.   No.
2    Q.   -- is that true?
3    A.   No.
4    Q.   Is that true?
5    A.   True, yeah.
6         MR. CURTIS:  Form.
7    Q.   Would you know the maintenance
8    history for any pump that was on the
9    Constellation?
10   A.   No.
11        MR. CURTIS:  Form.
12        MR. FINLEY:  Objection.
13   Q.   Did you read any manuals for any
14   pumps on the Constellation?
15        MR. CURTIS:  Form.
16   A.   No, not really.
17   Q.   Did you read any specifications
18   for any pumps on the Constellation?
19        MR. CURTIS:  Form.
20   A.   No. That wasn't my field.
21   Q.   I understand that. I'm just
22   going to ask you these questions -- I
23   understand it was not your field, that's
24   why I'm just asking.
25        You said there was about 3,000

Page 403

1    different compartments on this
2    Constellation.
3    A.   At least.
4    Q.   If I asked you to describe for
5    me the designation of any of those
6    compartments where you observed a pump,
7    could you do that for me?
8         MR. CURTIS:  Form.
9    A.   Now?
10   Q.   Yes.
11   A.   No, no. I'm lucky I find myself
12   a home.
13   Q.   For any pump that you observed
14   on the Constellation, is it fair, sir,
15   that you could not tell me if anyone was
16   working on a pump in your presence on the
17   Constellation?
18        MR. CURTIS:  Form.
19        MR. FINLEY:  Objection.
20   A.   No.
21   Q.   Is that accurate?
22   A.   Yeah.
23        MR. CURTIS:  Form.
24        MR. FINLEY:  Do you understand his
25   question?

Page 404

1         THE WITNESS:  If a pump was
2    working, it looked like it's working.
3         MR. FINLEY:  That's not the
4    question he asked you.
5    A.   Rephrase it then.
6    Q.   All right, sir. And if you do
7    not understand one of my questions,
8    you'll tell me that, okay?
9    A.   Yeah, okay.
10   Q.   Sir, for any pump that you
11   observed -- first of all, let me ask you
12   this: How many pumps were there on the
13   Constellation, would you know one way or
14   the other?
15   A.   No.
16   Q.   For any compartment that you
17   were in on the Constellation, could you
18   tell me how many pumps were in per any
19   compartment?
20   A.   No.
21        MR. CURTIS:  Let me just make a
22   blanket objection to all the pump
23   inquiries so I don't keep chirping.
24        MR. ORTIZ:  That's fine.
25        MR. CURTIS:  Thanks.

26 (Pages 401 - 404)

Page 405

1    Q.   Were you in any compartments --
2        MR. ORTIZ: Strike that.
3    Q.   Is it accurate to say that the
4   majority of the compartments that you
5   entered on the Constellation, there was
6   not even a pump present?
7        MR. FINLEY: Objection.
8    A.   I don't know.
9    Q.   You don't know one way or the
10   other?
11   A.   No.
12   Q.   You mentioned that there were
13   plumbers working on the Constellation,
14   are you sure about that?
15   A.   When they were working on the
16   pumps, I assumed they were hooking up the
17   pumps to where they had to be working on
18   them.
19   Q.   Well, you're assuming that and I
20   really don't want you to assume here
21   because I'm going to ask you about facts
22   and what you recall.
23   A.   Well, how did they get on a
24   boiler, isn't that a --
25   Q.   Let me just follow up on

Page 406

1   questions with you, okay, sir?
2    A.   Okay.
3    Q.   For any pump that you observed
4   on the Constellation, is it accurate to
5   say that you never saw any other
6   individuals work on that pump?
7        MR. FINLEY: Objection.
8    A.   I saw --
9    Q.   Is that accurate?
10   A.   I saw them working on the pump
11   but I didn't know what they were doing.
12   Q.   How many times did you actually
13   see someone work on a pump as opposed to
14   any other piece of equipment?
15   A.   You mean working on a pump
16   and --
17   Q.   Just on a pump and I'll follow
18   up on that but I want to ask you just on
19   a pump, can you say that you saw someone
20   in your presence working on a pump on the
21   Constellation more than one time, can you
22   say one way or the other?
23       MR. FINLEY: Objection.
24   A.   No, I don't think so.
25   Q.   So, for that one occasion where

Page 407

1   you saw someone working on a pump on the
2   Constellation, is it fair to say you do
3   not know what they were doing on the
4   pump?
5        MR. FINLEY: Objection.
6    A.   I don't -- if they were working
7   on the pump, I don't know what was wrong
8   with the pump.
9    Q.   On that one occasion where you
10   saw other individuals working on a pump
11   in your presence, is it accurate to say
12   that you do not know what compartment
13   they were in when they were working on
14   the pump?
15   A.   Yes.
16   Q.   So, do you have an understanding
17   that these various compartments on the
18   Constellation had designations?
19       MR. FINLEY: Objection.
20   A.   Yeah.
21   Q.   You know that, okay. Do you
22   know how the compartments were
23   designated? For instance, you were asked
24   questions over objection by your counsel
25   about boiler rooms and engine rooms; do

Page 408

1   you remember those questions or do you
2   not remember them?
3    A.   No. Continue with the question.
4    Q.   Well, do you remember being
5   asked by your counsel about questions
6   pertaining to the boiler rooms on the
7   Constellation, do you remember that or
8   not?
9    A.   What questions?
10   Q.   Do you remember your counsel
11   asking you questions about boiler rooms
12   on the Constellation?
13   A.   Asked me about where were they
14   located.
15   Q.   Do you remember or not?
16   A.   Well, I probably answered
17   negative.
18       MR. FINLEY: Do you remember me
19   asking you those questions?
20       MR. ORTIZ: Counsel, I'll ask the
21   questions.
22   A.   Not offhand.
23   Q.   You do not, okay.
24       MR. FINLEY: Are you okay?
25       THE WITNESS: Yeah.

27 (Pages 405 - 408)

Page 409

1    Q.   Sir, let me ask you, do you know
2   how many boiler rooms were on the
3   Constellation?
4    A.   No.
5    Q.   Do you know if there was more
6   than one boiler room on the
7   Constellation?
8    A.   No, but I assume.
9    Q.   Do you know how many engine
10   rooms there were on the Constellation?
11    A.   No.
12    Q.   Do you know if there was any
13   machinery rooms on the Constellation?
14    A.   I know there were but I didn't
15   see them.
16    Q.   Okay, you didn't see them.
17        Is it accurate to say, sir, that
18   you could not tell me which boiler room
19   you ever entered on the Constellation by
20   designation or name?
21    A.   Yes, that's accurate.
22    Q.   Is it accurate that you could
23   not tell me what engine room you ever
24   entered on the Constellation by
25   designation or name; is that accurate?

Page 410

1    A.   Yes.
2    Q.   Thinking back, sir, on this pump
3   that you recall somebody working on in
4   your presence, do you know what that pump
5   was --
6    A.   I think it wasn't on pumps every
7   day but I would just walk by, not pay
8   much attention to them. They had them on
9   the floor but...
10       MR. CURTIS: Move to strike as
11   unresponsive.
12       MR. ORTIZ: Join.
13       MR. FINLEY: Oppose.
14    Q.   So, when you would be walking by
15   and anybody was working on a pump in your
16   presence or --
17       MR. ORTIZ: Strike that.
18    Q.   When you would be walking by,
19   did you just assume that individuals were
20   working on pumps?
21    A.   Yes.
22    Q.   You did not know if these
23   individuals were working on pumps as
24   opposed to any other piece of equipment,
25   true?

Page 411

1    A.   That's true.
2    Q.   And just regardless of the
3   number of times that you may have
4   observed pumps on the Constellation, you
5   could not tell me where those pumps were
6   by any type of designation, correct?
7    A.   Correct.
8    Q.   You could not tell me where
9   those pumps were by telling me the type
10   of pump it was, the function or which
11   system it was associated with, correct?
12    A.   Correct.
13    Q.   So, if I wanted to try and
14   figure out where any pump was located
15   when you walked by a pump or you may have
16   seen somebody near a pump or working on
17   it, it would be unable to give you -- for
18   you to give me any facts or information
19   to describe where that pump would be
20   located on the Constellation?
21    A.   Correct.
22    Q.   And would your answer be the
23   same regardless if anybody else asked you
24   those questions in the future?
25    A.   Yeah, I wouldn't know.

Page 412

1    Q.   The plumbers that you testified
2   to, were they union plumbers?
3    A.   Oh, I don't know.
4    Q.   You don't know.
5    A.   I don't even know if I was a
6   union worker.
7    Q.   You do not know?
8    A.   No.
9    Q.   And that's during the time you
10   were at the Brooklyn Navy Yard?
11    A.   Yeah.
12    Q.   Your counsel asked you about
13   plumbers and if you were friendly with
14   the plumbers. Did you have friends that
15   were plumbers in the Brooklyn Navy Yard?
16    A.   No, not really.
17    Q.   No?
18    A.   I made friends there.
19    Q.   If I asked you for the names of
20   any of those individuals, could you give
21   them to me?
22    A.   No, no. Less than 50 years ago
23   I couldn't.
24    Q.   Sir, you testified that you
25   yourself would remove insulation on the

28 (Pages 409 - 412)

Page 413

1  piping; do you remember that testimony?
2  A.  Yeah.
3  Q.  And others removed insulation on
4  this overhead piping, correct?
5  A.  Yeah.
6  Q.  Was it your understanding that
7  the insulation that was on the piping
8  contained asbestos?
9  A.  No, I don't think so.
10  Q.  You don't know one way or the
11  other?
12  A.  No.
13  Q.  Did the piping, the overhead
14  piping that was on the Constellation run
15  through every single compartment on that
16  vessel?
17  A.  Oh, I don't know.
18  Q.  Is the reason, sir, that you
19  could not answer any specific questions
20  concerning pumps because your job as a
21  sheet metal worker had nothing to do with
22  the equipment that was on the vessel,
23  correct?
24  A.  Correct.
25  Q.  All of your attention that

Page 414

1  was --
2  MR. ORTIZ:  Strike that.
3  Q.  Your attention on the
4  Constellation was diverted to your work
5  that was dealing with metal that was in
6  the bulkheads and the beams, correct?
7  A.  Right.
8  Q.  Sir, is it accurate that you
9  never saw anyone working with any type of
10  insulation regarding the pumps; is that
11  accurate?
12  MR. FINLEY:  Objection.
13  A.  Pumps, I don't know what -- they
14  had to be working with some sort of
15  insulation with the pipes going through
16  there.
17  Q.  That's what I was going to ask
18  you.  So, the insulation that you
19  observed on the Constellation, is it
20  accurate to say that the insulation you
21  observed was work by you or others on
22  pipes that was running through the
23  Constellation, not on any equipment,
24  correct?
25  A.  I would think that's correct.

Page 415

1  Q.  Do you know where the insulation
2  that was used on this piping through the
3  Constellation, do you know if that was
4  provided by the navy?
5  MR. FINLEY:  Objection.
6  A.  I don't know.
7  Q.  You don't know one way or the
8  other?
9  A.  (Nodding in the negative)
10  Q.  Do you know where the insulation
11  that was used on the Constellation was
12  provided?
13  MR. FINLEY:  Objection.
14  Q.  Who supplied it, do you know who
15  did that?
16  A.  I don't know.
17  Q.  For any insulation that was --
18  that either you removed or was removed in
19  your presence, would it be accurate to
20  say that you would have no idea when that
21  insulation was installed?
22  MR. FINLEY:  Objection.
23  A.  Right.
24  Q.  And would it be fair to say,
25  sir, that you would have no facts or

Page 416

1  information to say whether any of the
2  insulation that either you removed or was
3  removed in your presence was installed
4  after the equipment was installed?
5  MR. FINLEY:  Objection.
6  MR. ORTIZ:  I'll strike that too.
7  A.  What was that last question?
8  Q.  I'll rephrase it.  Do you need a
9  break, sir, are you okay?
10  A.  No, I'm okay.
11  Q.  Do you want some water?
12  A.  I'm getting a cold.  No, I don't
13  need that.
14  Q.  Was it your understanding, sir,
15  that the equipment that was on the
16  Constellation did not come with any
17  insulation; is that fair?
18  MR. FINLEY:  Objection.
19  A.  Yeah, I couldn't tell.
20  Q.  You wouldn't know one way or the
21  other, right?
22  A.  No.
23  Q.  Is that accurate?
24  A.  Yeah.
25  Q.  And sir, you would have no facts

29 (Pages 413 - 416)

Page 417

1  or information that any of the pump
2  manufacturers specified for any
3  asbestos-containing product or material
4  to be applied or installed to pumps,
5  correct?
6     A.  Right, yeah.
7        MR. FINLEY: Objection.
8     Q.  You would not know, that's
9  accurate?
10    A.  Yeah. I read up, I usually
11 didn't read up on a pump.
12    Q.  I understand, that wasn't your
13 responsibility, correct?
14    A.  (Nodding in the affirmative)
15    Q.  Sir, in those other naval
16 destroyers that you worked on, did you
17 also work on the pipe insulation that ran
18 through those vessels as well?
19    A.  I don't know. I think I -- I
20 know I did the bulkhead walls on those
21 but I don't know if I worked on the
22 pipes.
23    Q.  Do you remember seeing pipes
24 that ran through every compartment on
25 those vessels?

Page 418

1     A.  Oh, yeah.
2     Q.  Were those pipes insulated as
3  well?
4     A.  I didn't particularly notice.
5     Q.  Do you remember seeing dust
6  coming from pipes on the vessels?
7     A.  There's always dust in those
8  rooms.
9     Q.  Did you breathe that dust in?
10    A.  Did I breathe in what?
11    Q.  Did you breathe that dust in?
12    A.  Oh, breathe it in, sure.
13    Q.  Sir, at any time did the navy
14 ever provide you with any warnings about
15 the hazards of asbestos?
16    A.  The navy?
17    Q.  Yes.
18    A.  No, I don't know.
19       MR. ORTIZ: All right, sir, I
20 think I'm going to check my notes, thank
21 you for your time. If I have any
22 follow-ups, I'll come back.
23       THE WITNESS: Do your notes ever
24 end?
25       MR. ORTIZ: They usually do.

Page 419

1        MR. FINLEY:  Off the record.
2        (Discussion held off the record)
3  CROSS-EXAMINATION
4  BY MR. CARNI:
5     Q.  Good afternoon, Mr. Brown.
6     A.  Good afternoon.
7     Q.  My name is Uri Carni. Are you
8  okay to continue?
9     A.  Sure.
10    Q.  When your lawyer was asking you
11 questions a little bit earlier today, you
12 testified that you saw dust in the boiler
13 room that you inhaled; do you recall that
14 testimony?
15    A.  Yeah.
16    Q.  And you further testified when
17 your lawyer was asking you questions that
18 you guess that dust was asbestos; do you
19 remember that?
20    A.  Not really but I can understand
21 saying it.
22    Q.  Why do you guess that the dust
23 you saw in the boiler room contained
24 asbestos?
25       MR. FINLEY: Objection.

Page 420

1        MR. CARNI: I'll rephrase.
2     Q.  What's the basis for your guess
3  that the dust you saw in the boiler room
4  contained asbestos?
5     A.  I don't know if there was a
6  reason for it. Oh, because of the piping
7  having asbestos, having a covering on it.
8     Q.  So, you believe that the dust
9  that you inhaled in the boiler room which
10 had asbestos came from the piping; is
11 that what you're saying?
12    A.  The covering, yeah.
13    Q.  The insulation on the piping?
14    A.  Yeah.
15       MR. CARNI: All right, that's all
16 I have for now, thank you.
17       THE WITNESS: Thanks for being
18 short.
19       MR. CARNI: My pleasure.
20       MR. FINLEY: Does anybody have
21 short questions before I give him a
22 lunch break?
23       Off the record.
24       (Discussion held off the record)
25 CROSS-EXAMINATION

30 (Pages 417 - 420)

Page 421

1  BY MR. LARANCUENT:
2     Q.   Good afternoon, Mr. Brown.
3     A.   Good afternoon.
4     Q.   Again, my name is Illianov Lopez
5  Larancuent. I'm just going to be
6  following up on some of the things that
7  you told your attorney.
8     A.   Okay.
9     Q.   Yesterday you testified that you
10 purchased a used 1941 Ford around 1955
11 for $50, correct?
12    A.   Yes.
13    Q.   So, this 1941 Ford was about
14 fourteen years old when you purchased it?
15    A.   Yeah, yeah.
16    Q.   And when you purchased it, you
17 didn't know the maintenance history of
18 this car, correct?
19    A.   No.
20    Q.   What condition was this 1941
21 Ford when you purchased it?
22    A.   It had, it had a banged in rear
23 left fender, it had no front windshield
24 and it was through a fellow that lived on
25 my block.

Page 422

1     Q.   Fair to say it wasn't in mint
2  condition?
3     A.   No, it wasn't in mint. I bought
4  it in January, February, January or
5  February.
6     Q.   So, this car needed a lot of
7  repair work?
8     A.   Yeah.
9     Q.   The tires were worn down?
10    A.   Oh, I don't know offhand.
11    Q.   Did the car have dings, dents
12 and scratches on the body?
13    A.   Oh, yeah, it had a dent, the
14 rear fender was --
15    Q.   Do you know how many miles this
16 Ford had, this 1941 Ford?
17    A.   No. The engines were good, very
18 good.
19    Q.   Was it a high mileage vehicle
20 when you purchased it fourteen years --
21    A.   It was pre-owned but I knew the
22 guy who had it.
23    Q.   How many miles can you estimate
24 that the vehicle had?
25    A.   Oh, I don't know, I don't know.

Page 423

1     Q.   Do you know if it had over
2  30,000 miles?
3     A.   Probably did.
4     Q.   Would it have had over 60,000
5  miles?
6     A.   No, I don't think that.
7     Q.   So, it had somewhere in
8  between --
9     A.   60,000 miles back then was a lot
10 of mileage.
11    Q.   Would it have had over 50,000
12 miles?
13    A.   Let's keep it at 50.
14    Q.   So, fair to say that it would
15 have been highly unusual for a car with
16 50,000 miles to have original brakes on
17 it?
18    A.   Oh, yeah, I think so.
19    Q.   Practically impossible, correct?
20    A.   Yeah.
21       MR. LARANCUENT: I have no further
22 questions, thank you.
23       THE WITNESS: All right.
24       MR. FINLEY: Anybody else have
25 questions?

Page 424

1       Off the record.
2       (Discussion held off the record)
3       MR. FINLEY: Why don't we stop
4  right now and we'll come back after
5  lunch.
6       (Whereupon, at 12:36 P.M., a lunch
7  recess was taken)
8       (Back on the record at 1:51 P.M.)
9  CROSS-EXAMINATION
10 BY MS. MACSTEEL:
11    Q.   Good afternoon, sir. My name is
12 Genevieve MacSteel and I'm from the law
13 firm of Darger, Errante, Yavitz and Blau.
14       I wanted to ask you about the
15 Fred Brown Painting Company, do you
16 recall when you first started that
17 business?
18    A.   The date?
19    Q.   Or the year?
20    A.   I could come up with one because
21 I started early. Let's see, I got out of
22 the service, got out of the service about
23 '55 --
24       THE WITNESS: The zone area, '55
25 and what?

31 (Pages 421 - 424)

Page 425

1    MR. FINLEY: Do you recall
2  approximately when you started your side
3  business?
4    THE WITNESS: As soon as I got
5  back from the service, that was --
6    MR. FINLEY: I can't.
7    THE WITNESS: Oh, you can't say
8  that.
9    Q.  Well, let me ask you this: You
10  already were working as a New York City
11  firefighter at the time, correct?
12    A.  When I was making?
13    Q.  When you had your side job --
14    A.  Yes.
15    Q.  -- you were already in the fire
16  department, correct?
17    A.  Yes, yes.
18    Q.  Do you recall how long after you
19  were in the fire department that you
20  started the side jobs, if it was years
21  later or --
22    A.  Oh, no.  I worked, I worked in
23  the fire department for seven or eight,
24  about seven or eight years before I
25  started the painting.  I started off very

Page 426

1  small, just me myself.
2    Q.  Do you recall when you started
3  with the fire department?
4    MR. FINLEY: Objection, asked and
5  answered.
6    A.  Well, I'll try and get a
7  starting date on this.  About '52 -- I'm
8  terrible with dates.
9    Q.  It's okay.  So, approximately
10  seven years after you started with the
11  fire department you started your
12  business, correct?
13    A.  Started what?
14    Q.  Your side business, the Fred --
15    A.  Yeah.
16    Q.  -- Brown Painting, correct?
17    A.  When did I start in the fire
18  department?
19    Q.  That's okay if --
20    MR. FINLEY: You testified to it
21  already in the record.
22    Q.  Yes, it's in the record, so
23  that's okay.  I'm just trying to get a
24  time frame if you were able to give me
25  that, so that's fine if it's seven years

Page 427

1  after, that's fine.
2    A.  Seven years.
3    Q.  And was that company ever
4  registered with the state?
5    MR. FINLEY: Objection, asked and
6  answered.
7    A.  No.
8    Q.  Did you file separate taxes for
9  that business?
10    A.  No.
11    MR. FINLEY: Objection.
12    Q.  Did you maintain any paperwork
13  with regard to that side business?
14    MR. FINLEY: Objection.
15    Q.  Did you retain any kind of
16  records or paperwork?
17    A.  No, no.  It started off as a
18  father and son and a father and two sons,
19  then a father and two sons and my
20  daughter, then it dwindled down.
21    Q.  When you first started was it
22  just you and your son Douglas or your
23  other son?
24    A.  Me and my son David.
25    Q.  Oh, sorry, David, okay.

Page 428

1    A.  He's the one who passed away.
2    Q.  Right.
3    And how long were you and David
4  doing this business before your other son
5  joined you?
6    A.  Before he started?  Oh, I don't
7  know, we did it for, I would say fifteen
8  years.
9    Q.  And when did your daughter join
10  after you started the business?
11    A.  Oh, she used to because she
12  didn't like being a waitress and she
13  enjoyed painting.
14    Q.  Would she do that more on a
15  full-time basis?
16    A.  When she did it for me, yes,
17  when she first started, yeah.
18    Q.  When you started the business,
19  did you have a regular place where you
20  bought your supplies?
21    A.  Yeah.
22    Q.  Where was that?
23    A.  Malacoff Paint Store.
24    Q.  Muller?
25    A.  M-A-L-A-C-O-F-F.

32 (Pages 425 - 428)

Page 429

1 Q. Malacoff?
2 A. Malacoff.
3 Q. And where was that located?
4 A. It was located on Nostrand
5 Avenue between C and D, I think. He
6 might not be there anymore.
7 Q. I was just going to ask you if
8 you knew whether he was still in
9 business.
10 A. He might be.
11 Q. Did you know who the owner was
12 for Malacoff supply?
13 A. Yeah, Mr. Malacoff.
14 Q. Do you know his first name?
15 A. Izzy.
16 Q. Do you recall what type of
17 painting you would buy, what kind of
18 paints you would buy when you --
19 A. Mostly Benjamin Moore.
20 Q. Do you know what type of
21 Benjamin Moore paint you would buy?
22 A. There was a lot of painting in
23 flat in the beginning, selected.
24 Q. Did you buy flat, latex or what
25 type of paint?

Page 430

1 A. All of it before.
2 Q. All of it?
3 A. I bought flat, latex, oil based,
4 alcohol based. A professional painter
5 uses everything.
6 Q. On average in a week do you
7 recall how many jobs you would do when
8 you started the business?
9 A. I didn't do much, it was all
10 full family, like. I had to cover two
11 guys that were steady for about fifteen
12 years I guess.
13 Q. And what was the name of the two
14 guys that worked with you on a steady
15 basis?
16 A. Oh, wow. I don't know where
17 they lived. Jimmy Ryan and Pete Calcio.
18 Q. And do you know where they
19 lived?
20 A. Jimmy Ryan lives in South
21 Carolina, that's all I know.
22 Q. And do you know where Pete
23 lives?
24 A. In Staten Island.
25 Q. Do you still communicate with

Page 431

1 either one of them?
2 A. Once in a while. We're all
3 getting too old to talk on the phone, too
4 old to get out of the chair.
5 Q. Did you pay Jimmy and Pete off
6 the books?
7 MR. FINLEY: Objection.
8 A. Yes.
9 Q. I know I asked you this before
10 but I don't think you gave me an answer:
11 On average how many jobs would you have a
12 week?
13 A. Oh, some jobs would last a month
14 if it was a big Queen Anne family home.
15 I would say the average job, average job
16 was too big, I would hire more guys.
17 Q. My question is how many of those
18 jobs on average would you have a week;
19 would you have one job, would you have
20 two jobs a week? Just an average amount
21 that you would have per week.
22 A. I would stay with one job until
23 I finish it, go on to the next. I didn't
24 like all the mumbo-jumbo.
25 Q. So, when you had a job, some of

Page 432

1 them would last up to a month; is that
2 correct?
3 A. Yeah. If it was a big job, I
4 would get on them, like half of them.
5 Q. What was the most amount of
6 people you employed to do a job?
7 A. I was on an average ratio,
8 average amount of people?
9 Q. No. You already told me that
10 you always had Jimmy and Pete as staples.
11 A. Yeah, yeah.
12 Q. But I'm saying what was the most
13 amount of people you ever had on one job?
14 A. Let's say seven or eight, yeah.
15 But I never hired them all for long, I
16 didn't want too many.
17 Q. And what kind of trades did you
18 hire, just painters?
19 A. Painters, yeah. But we were
20 putting up Sanitas wallpaper and...
21 Q. You mentioned earlier today
22 after your attorney asked you some
23 questions that you recalled using
24 Georgia-Pacific joint compound; do you
25 recall that?

33 (Pages 429 - 432)

Page 433

1    A.   Yeah.
2    Q.   Do you recall at what location
3 you recall using Georgia-Pacific joint
4 compound?
5    A.   I used Georgia-Pacific for
6 years. Sometimes I had three or four
7 guys working, we go through a lot, five
8 or six 5 gallon buckets.
9    Q.   Did you use spackle or joint
10 compound or both?
11    A.   I don't know technically the
12 difference, I used both of them all my
13 life.
14    Q.   You used both?
15    A.   Yeah.
16    Q.   What was the difference between
17 the spackle and the joint compound?
18       MR. FINLEY: Objection.
19    A.   I really don't know the
20 difference, I just know I used to call it
21 -- I don't know what they call it now, if
22 they call it joint compound or spackle.
23 What's the most common name? It's the
24 same thing basically.
25    Q.   Let me ask you this again: At

Page 434

1 the time that you had your side job, your
2 side business, sorry, did you use spackle
3 or did you use joint compound?
4       MR. FINLEY: Objection.
5    A.   I don't know what's the
6 difference. It was a case of 5 gallon
7 bucket, joint compound or spackle, come
8 out with the same can I guess all the
9 time.
10    Q.   Well, let me ask you this, do
11 you know the difference between spackle
12 and joint compound?
13    A.   No. I don't know the technical
14 difference.
15    Q.   Pardon?
16    A.   I don't know the different
17 ingredients, the difference.
18    Q.   Do you know what spackle is used
19 for?
20    A.   Yeah.
21    Q.   And do you know what joint
22 compound is used for?
23    A.   One is used for, one is used for
24 wallboard, sheetrock.
25    Q.   Which one is used for the

Page 435

1 sheetrock, the spackle or the joint
2 compound?
3    A.   Joint compound.
4    Q.   And what is the spackle used
5 for?
6    A.   Spackle is used for small cracks
7 and stuff on the wall, for leveling them
8 out, skim coating the wall.
9    Q.   Do you know who made the spackle
10 that you recall using?
11    A.   I don't know what was there. I
12 know I used Montrose and something else,
13 Montrose and -- also I used a lot of
14 Synkoloid, I never heard.
15    Q.   Did you use Synkoloid joint
16 compound?
17    A.   I think so, yeah.
18    Q.   Do you recall using other brands
19 of joint compound?
20    A.   No, just those few. You used
21 the sheet board, they used to shrink too
22 much.
23    Q.   The Georgia-Pacific, do you
24 recall whether you used joint compound or
25 spackle?

Page 436

1       MR. FINLEY: Objection.
2    A.   I don't know which one I got,
3 probably used both of them.
4    Q.   Do you know if Georgia-Pacific
5 made both spackle and joint compound?
6       MR. FINLEY: Objection.
7    A.   I thought they did.
8       MR. FINLEY: Do you know?
9       THE WITNESS: I would say yes.
10    Q.   Can you --
11    A.   They changed at one point.
12       MR. FINLEY: Wait for her to ask
13 the questions.
14    Q.   Do you recall how the
15 Georgia-Pacific came packaged, the joint
16 compound?
17    A.   When I first started using it,
18 it was metal cans, 5 gallon buckets.
19    Q.   Do you recall what the color
20 was?
21    A.   No.
22    Q.   Do you recall what the color of
23 the lid was?
24    A.   No. I only used the inside.
25    Q.   How did you know it was

34 (Pages 433 - 436)

Page 437

1 Georgia-Pacific who made that joint
2 compound that you used?
3    A.   Well, when I asked for it, I
4 always bought mostly Georgia-Pacific.
5    Q.   Do you recall what the color of
6 the Synkoloid joint compound was?
7    A.   That came in a yellow can.
8    Q.   Do you recall anything on the
9 metal buckets that you recall being made
10 by Georgia-Pacific?
11    A.   I might have read something on
12 it but I -- maybe I forgot it, maybe I
13 didn't, I don't know. I might have
14 gotten confused.
15    Q.   Do you recall any color
16 associated with the Georgia-Pacific joint
17 compound on the packaging?
18    A.   No. The Montrose I know was
19 black I think, black.
20    Q.   Do you recall if there were any
21 pictures or logos on the metal cans that
22 you associate with Georgia-Pacific?
23    A.   No.
24    Q.   Do you recall if there was any
25 writing on the cans that you associate

Page 438

1 with Georgia-Pacific?
2    A.   I thought there was some warning
3 on it, I don't know if there was.
4    Q.   You indicated that at some point
5 you recall that there was a change to the
6 actual container, correct?
7    A.   Yeah.
8    Q.   What was the change?
9    A.   It went from a metal to plastic.
10    Q.   Do you recall when that was?
11    A.   No.
12    Q.   Do you recall how long after you
13 started your business that this change
14 took place?
15    A.   No.
16    Q.   You indicated that they came in
17 5 gallon buckets, correct?
18    A.   Yes.
19    Q.   Was this a powder form?
20    A.   Paste.
21    Q.   What color was the paste?
22    A.   Yellowish, white-yellow, a cream
23 color. I don't know, I thought it was a
24 cream or white color.
25       MR. FINLEY:  Off the record.

Page 439

1       (Discussion held off the record)
2    Q.   Did you have to do any kind of
3 mixing of this paste-like joint compound
4 that you bought?
5    A.   Yeah. Most of the time I would
6 thin it down a little bit so it was
7 easier to work with.
8    Q.   How would you do that?
9    A.   To put it -- 5 gallon, put a
10 gallon in there, mix it up.
11    Q.   When you say put a gallon in,
12 what are you referring to?
13    A.   Into a 5 gallon plastic pail and
14 mix it up a little, just a little water,
15 sort of the way you would thin paint so
16 it would be brushable.
17    Q.   Would you add water to it, is
18 that what you're saying?
19    A.   Yeah.
20    Q.   And it already came in a 5
21 gallon container, correct?
22    A.   Yeah.
23    Q.   So, you would transfer to
24 another container?
25    A.   No. Just a small, a gallon at a

Page 440

1 time.
2    Q.   And what would you mix it with?
3    A.   Water.
4    Q.   Would you use any kind of tools
5 to do the mixing or --
6    A.   Oh, a metal stirrer or a wooden
7 one if it wasn't too thick.
8    Q.   You indicated that you saw some
9 warnings on the bucket, do you recall if
10 you saw the warning on the metal bucket
11 or on the plastic bucket or both?
12    A.   I think the metal bucket -- no,
13 no, no. I'm switching back and forth
14 from the metal --
15    Q.   Was it either one or on both?
16    A.   No, no, the metal bucket didn't
17 have it.
18    Q.   Do you recall what color the
19 warning was on the bucket?
20       MR. FINLEY:  Objection.
21    A.   Only bucket that I know of color
22 I remember was the Synkoloid one which
23 was yellow with cream.
24    Q.   So, just so the record is clear,
25 you don't recall the color of the

35 (Pages 437 - 440)

Page 441

1 Georgia-Pacific joint compound container,
2 correct?
3       MR. FINLEY: You're talking about
4 the metal bucket or the plastic bucket?
5       MS. MACSTEEL: Either one.
6   A.   No.
7   Q.   Just so it's clear, is it
8 correct that you don't recall the color
9 of the Georgia-Pacific joint compound
10 bucket that was made of metal, correct?
11  A.   Right.
12  Q.   And is it correct that you don't
13 recall the color of the Georgia-Pacific
14 joint compound container that was made of
15 plastic that you recall?
16  A.   Yeah.
17  Q.   Do you recall what the warning
18 said on the bucket that you recall?
19      MR. FINLEY: Objection. I'm
20 confused, which bucket?
21      MS. MACSTEEL: He wasn't sure if
22 it was metal or plastic, so whichever
23 one it was, I'm just asking does he
24 recall what the warning said.
25      MR. FINLEY: Do you understand the

Page 442

1 question?
2       THE WITNESS: Before I did.
3       MR. FINLEY: Okay.
4   A.   I wasn't sure if it was so much
5 about the tin bucket having a warning.
6   Q.   Right, I understand that you're
7 not sure which one.
8   A.   Yeah.
9   Q.   But I'm just asking you do you
10 recall what the actual warning said?
11  A.   No, the actual warning I don't
12 remember.
13  Q.   Do you recall if there was a
14 warning on any of the paint buckets that
15 you used?
16  A.   What type of paint bucket?
17  Q.   On any of the paint buckets.
18  A.   No. But it was probably a
19 warning on all of them, flat, semigloss,
20 oil base, alcohol base, whatever.
21  Q.   Did you ever read those
22 warnings?
23  A.   Oh, yeah, I read them, stand
24 right out.
25  Q.   Did you read the warnings on the

Page 443

1 joint compound containers?
2       MR. FINLEY: Objection.
3   A.   Yeah, but I don't know how long
4 ago I read it. I don't know if I...
5   Q.   Do you recall if there was --
6   A.   I was there to paint, not to
7 read the labels.
8   Q.   Do you recall if there was any
9 other writing on the containers? And
10 we're talking about the joint compound.
11  A.   No.
12  Q.   Was there any other writing
13 besides the warning?
14      MR. FINLEY: Objection.
15  A.   I don't know.
16  Q.   Do you recall if there were any
17 instructions on the containers of joint
18 compound that you used?
19  A.   Oh, there probably were but I
20 don't know what they are now.
21  Q.   Well, do you recall what they
22 were when you used them?
23      MR. FINLEY: Objection.
24  A.   Not really. It's 50 years ago,
25 remember if I recall those instructions?

Page 444

1 Very tough.
2   Q.   Do you recall if the
3 instructions that you recall were the
4 same on all the joint compound
5 containers, whether they were made by
6 Synkoloid or Montrose or Georgia-Pacific?
7   A.   No, I don't know. They could
8 have been all made by the same company
9 but I don't know.
10  Q.   When would you use the
11 Georgia-Pacific joint compound, like on
12 what occasion?
13  A.   Well, most of the time on all
14 the jobs.
15  Q.   And when would you use the
16 Montrose?
17  A.   All the time, whenever I bought
18 the -- I think Montrose was the best one.
19 Also Mansfield [sic].
20  Q.   Manville, Johns-Manville?
21  A.   Yeah, I liked that one. I used
22 them, the ones I liked, which didn't
23 shrink up too much.
24  Q.   So, would it be -- would I be
25 correct in saying that you used the

36 (Pages 441 - 444)

Page 445

1  Johns-Manville and the Montrose the most?
2       MR. FINLEY: Objection.
3    A.  I don't know which one I used
4  the most. I used to use Synkoloid when I
5  first started off the most.
6    Q.  When did you start using the
7  Georgia-Pacific; do you recall?
8    A.  They were mixed up, you know,
9  like one week I use this. I thought they
10  were all the same to be honest.
11    Q.  Do you recall if there was a
12  difference in the color of the joint
13  compound in the bucket between the
14  different manufacturers?
15    A.  Oh, no, I don't know that.
16    Q.  Where would you apply the
17  Georgia-Pacific joint compound on a job?
18    A.  Wherever I had I would apply the
19  Montrose to a specific spot, I considered
20  them all basically the same.
21    Q.  But I'm just asking you right
22  now about Georgia-Pacific, where would
23  you use it on a job; do you understand
24  what I'm saying?
25    A.  On any place that I would use

Page 446

1  the others.
2    Q.  But would you use it to repair a
3  wall, would you use it for what purpose?
4    A.  Yeah, to repair a wall or even
5  seams that I was going to tape, taping
6  and then give another coat the next day.
7    Q.  And when you used it, would you
8  just be trying to cover up the seam or
9  would it be for some other purpose?
10    A.  No. I used two, I used two or
11  three layers anyway.
12    Q.  No, I understand, we're going to
13  get to that. I'm just trying to figure
14  out when you got into a room or an area,
15  what would you do, the first thing you
16  would do?
17    A.  I'd see which one of them I was
18  going to use. But I had all three, most
19  of the time I used the one I had the most
20  of.
21    Q.  I understand that. I'm trying
22  to understand when you walk into the room
23  that you're going to paint, what do you
24  do first?
25    A.  I put down drop cloths, strip

Page 447

1  off all the scales off the wall, give it
2  a quick skim coat. When that dries a
3  quick light sanding with a stick and then
4  I go over and then I coat it or give it a
5  coat of primer paint and this way you
6  wouldn't see the marks in the wall.
7  There's so many different ways of doing
8  spackle.
9    Q.  We're talking about doing the
10  joint compound.
11    A.  Okay.
12    Q.  When would you use the joint
13  compound in that process?
14    A.  Hanging, when you hang new
15  sheetrock.
16    Q.  You would hang the sheetrock and
17  then what would you do next?
18    A.  Put joint compound over after
19  the space was left.
20    Q.  Would you ever tape it first?
21    A.  I put the joint compound first
22  and then I put the tape on, this way the
23  tape, the room, put the tape on and then
24  I give it another coat of joint compound.
25  Then I let it dry overnight and come back

Page 448

1  and give it another coat when it dried.
2    Q.  And when you would apply the
3  joint compound, how long would that take
4  to apply it to that seam?
5    A.  Well, depends on how big the
6  seams were, how deep it was.
7    Q.  Can you give me an average?
8    A.  Eight foot seam.
9    Q.  For example, if it was an 8 foot
10  seam, how long would that take you to
11  apply the joint compound?
12    A.  Ten minutes.
13    Q.  And when you applied the joint
14  compound, it was wet, correct?
15    A.  Yes.
16    Q.  And you would then apply the
17  tape?
18    A.  Yeah.
19    Q.  And then you would let it dry?
20    A.  Yeah. If I had time, the job
21  was big enough, I would apply the tape
22  and then try to work my way around the
23  room and hoping it would be dry, give it
24  another coat and put joint compound.
25    Q.  And when you applied the second

37 (Pages 445 - 448)

Page 449

1  coat, that would be wet as well, correct?
2  A.   Yeah, that coat was wet but I
3  usually did it the next day, liked to
4  give it a sanding rubdown.
5  Q.   When would you sand, after the
6  second coat you would then sand it down
7  to make it smooth?
8  A.   Yeah.
9  Q.   And how long would the sanding
10 take?
11 A.   Well, depending on the size of
12 the room.
13 Q.   On average?
14 A.   What's an average room?
15 MR. FINLEY: It you can.
16 Q.   Well, let me ask you this: You
17 talked about it would take ten minutes
18 for an 8 foot --
19 A.   Eight foot.
20 Q.   -- seam, right?
21 A.   Yeah.
22 Q.   How long would it take you to
23 sand that?
24 A.   Just the one seam?
25 Q.   Yes.

Page 450

1  A.   I don't know. Depending on how
2  bad off it was, you know, and how much
3  joint compound -- some of them were
4  uneven a lot, you got to sort of fugazi
5  it up, put on the second coat.
6  Q.   But I'm just talking about how
7  long it would take you to sand it.
8  MR. FINLEY: Objection.
9  A.   Hard to compare, I don't know
10 how bad the imperfection is on it.
11 Q.   I understand.
12 Could you tell me the longest
13 time it would take you to do that?
14 A.   Eight foot section, 8 foot, I
15 don't know, working on it, half hour.
16 Q.   And what would you be sanding it
17 with?
18 A.   Sandpaper, medium grade
19 sandpaper.
20 Q.   Would I be correct that you did
21 not use joint compound on every job that
22 you did?
23 MR. FINLEY: Objection.
24 A.   Not use it? In other words,
25 maybe I used spackle, could be, yeah.

Page 451

1  Q.   Do you recall the last time you
2  recall using Georgia-Pacific joint
3  compound?
4  A.   The last time I used what kind
5  of joint compound?
6  Q.   The last time you used it.
7  A.   I haven't worked in quite a few
8  years.
9  Q.   I understand. I'm just saying
10 can you recall the last time you used it,
11 the decade, the year?
12 A.   Yeah. Maybe fifteen, 20 years.
13 Q.   When you recall the containers
14 changing, --
15 A.   Yeah.
16 Q.   -- do you recall if the actual
17 joint compound also changed?
18 A.   Oh, I don't know.
19 Q.   Did you ever see anything on
20 either the metal cans or the plastic cans
21 that said that the joint compound
22 contained asbestos?
23 A.   No, I don't think so.
24 Q.   Do you know if there was joint
25 compound that did not contain asbestos?

Page 452

1  MR. FINLEY: Objection.
2  A.   I know now, I didn't know then.
3  Q.   Do you know if Georgia-Pacific
4  made joint compound that did not contain
5  asbestos?
6  A.   That's where they change over to
7  later, Georgia-Pacific changed over to
8  that?
9  Q.   I'm just asking if you know
10 whether they ever made joint compound
11 that did not contain asbestos.
12 A.   I don't know.
13 Q.   Do you know if the joint
14 compound that you recall being made by
15 Georgia-Pacific, whether it was in a
16 metal container or in a plastic
17 container, whether it contained any
18 asbestos?
19 MR. FINLEY: Objection.
20 A.   I know -- well, you said
21 Georgia-Pacific did contain asbestos, I
22 don't know which one contained it.
23 Q.   My question to you is do you
24 know whether the joint compound that you
25 used made by Georgia-Pacific ever

38 (Pages 449 - 452)

Page 453

1  contained asbestos?
2     A.   Oh, I don't know.
3     Q.   When you had these different
4  jobs that you would do and when you would
5  have to use the Georgia-Pacific joint
6  compound, who on your team would actually
7  do the sanding; would it be your sons,
8  would it be your daughter, would it be
9  you, would it be your employers, who
10  would it be?
11    A.   Everybody did it, I even did it.
12    Q.   So, different people that you
13  employed did the sanding including
14  yourself?
15    A.   Yeah.
16    Q.   So, would it be fair to say that
17  you did not do the sanding on every job
18  that you did use the Georgia-Pacific
19  joint compound; would that be fair?
20    A.   Yeah, that would be fair.
21    Q.   After you sanded what did you do
22  next to the walls?
23    A.   Painted it, latex or oil based
24  primer.
25    Q.   What was the color of the joint

Page 454

1  compound after it dried?
2     A.   White.
3     Q.   What color was it when you
4  applied it when it was wet?  And we're
5  talking just about Georgia-Pacific.
6     A.   I think it was like a
7  creamish-white, yellowish tint.
8     Q.   Do you know if the
9  Georgia-Pacific joint compound came in
10  more than one color, the actual compound?
11    A.   I never used, I only used --
12    Q.   Pardon?
13    A.   I never used a different color
14  one.
15    Q.   Would you be able to tell the
16  difference between a joint compound that
17  contained asbestos versus one that did
18  not contain asbestos?
19         MR. FINLEY:  Objection.
20    A.   No.
21    Q.   Do you recall what the color of
22  the joint compound was for the Synkoloid?
23         MR. FINLEY:  Objection.
24    Q.   The actual joint compound, the
25  mixture, do you recall the color?

Page 455

1     A.   I never really paid much
2  attention to the color but back in the
3  creamy yellow thing.
4     Q.   Was the color the same for
5  Montrose and for Johns-Manville?
6         MR. FINLEY:  Objection.
7     A.   I really don't -- could be
8  close, I don't -- that I said it was no
9  importance to me, the color.
10    Q.   Well, would it be fair to say as
11  you recall they were all basically in the
12  beige family?
13         MR. FINLEY:  Objection.
14    A.   Yeah, pretty much.
15    Q.   Do you recall if there were any
16  warnings on any of the other
17  manufacturers' joint compound, whether it
18  was Synkoloid, Johns-Manville or
19  Montrose?
20    A.   I might have read them but that
21  was a while.
22    Q.   Did anyone ever tell you that
23  the Georgia-Pacific joint compound that
24  you used contained asbestos?
25    A.   No.

Page 456

1     Q.   Do you know if you were ever
2  exposed to asbestos from a
3  Georgia-Pacific joint compound?
4     A.   No.
5         MR. FINLEY:  Objection.
6         MS. MACSTEEL:  I'm almost done.
7         MR. FINLEY:  Off the record.
8         (Discussion held off the record)
9     Q.   I know I had asked you before
10  and you did mention that you did one
11  Queen Anne location, do you recall any
12  specific like addresses or sites that you
13  may have worked using Georgia-Pacific
14  joint compound?
15    A.   No, no.  I'm not painting now
16  nearly 30 years, 25, 30 years.
17    Q.   I understand.
18    A.   And that's my last job, you're
19  going close to 50 years, 60 years, 50
20  years.
21    Q.   It's okay if you don't remember,
22  you can just let me know you don't
23  remember.
24    A.   I don't remember.
25         MS. MACSTEEL:  Sir, I think those

39 (Pages 453 - 456)

Page 457

1   are all the questions I have. Thank you
2   for your time.
3       THE WITNESS: Okay, you're
4   welcome.
5       MR. FINLEY: Anybody else in the
6   room have questions?
7       (No verbal response given)
8       MR. FINLEY: Anybody on the phone
9   have questions?
10      (No verbal response given)
11      MR. FINLEY: Sir, I have like two
12  minutes of questions to ask you.
13      Off the record.
14      (Discussion held off the record)
15  FURTHER EXAMINATION
16  BY MR. FINLEY:
17  Q.   Hi again, Mr. Brown.
18  A.   Hello.
19  Q.   As you know I'm your attorney
20  from Weitz and Luxenberg. I just have a
21  couple of follow-up questions as I was
22  reviewing my notes before --
23  A.   Okay.
24  Q.   -- I just wanted to ask you
25  about real quick.

Page 458

1       Sir, when you worked for E.D.
2   Rakison, did anybody from E.D. Rakison
3   ever warn you about the dangers of
4   asbestos?
5   A.   No. Didn't even know it
6   existed.
7   Q.   When you worked at the Brooklyn
8   Navy Yard, did anybody at the Brooklyn
9   Navy Yard warn you about the dangers of
10  asbestos?
11      (All defendants object)
12  A.   No.
13  Q.   Did any of your supervisors warn
14  you about the dangers of asbestos at the
15  Brooklyn Navy Yard regardless of whether
16  they were a civilian or military
17  personnel?
18  A.   No.
19  Q.   The second time you worked for
20  Rakison, did anybody from there warn you
21  of the dangers of asbestos?
22  A.   No.
23  Q.   When you were working at E.D.
24  Rakison, did you ever use a mask or a
25  respirator?

Page 459

1   A.   No.
2   Q.   Was one ever provided to you?
3   A.   No.
4   Q.   When you worked at the Brooklyn
5   Navy Yard, did you ever wear a mask or a
6   respirator?
7   A.   No.
8   Q.   Was one ever provided to you?
9   A.   No.
10  Q.   When you worked for the fire
11  department for the City of New York, did
12  anybody at the FDNY warn you of the
13  dangers of asbestos?
14  A.   No.
15  Q.   Had somebody warned you of the
16  dangers of asbestos, what would you have
17  done?
18      (All defendants object)
19  A.   Well, I would listen to it first
20  and see how it came across to me and see
21  how serious I took it, I don't know.
22  Q.   And if you took it seriously,
23  would you have done something different?
24      (All defendants object)
25  A.   Yes, probably.

Page 460

1   Q.   What would you have done
2   different?
3       (All defendants object)
4   A.   I would find out what I could do
5   to correct the situation.
6       MR. FINLEY: Thank you, sir, I
7   have no further questions.
8       THE WITNESS: Okay.
9       MR. FINLEY: Does anybody in the
10  room have any additional questions?
11      (No verbal response given)
12      MR. FINLEY: Does anybody on the
13  phone have any questions?
14      (No verbal response given)
15      MR. FINLEY: Okay, this concludes
16  the deposition. I want to thank
17  everybody for their time and patience
18  over the last few days. Thank you.
19      (Whereupon, at 2:40 P.M., the
20  examination of this witness was
21  concluded)
22
23
24
25

40 (Pages 457 - 460)

Page 461

```
 1        WITNESS CERTIFICATION
 2
 3
 4     I have read the foregoing transcript of
 5   my testimony and find it to be true and
 6   accurate to the best of my knowledge and
 7   belief.
 8
 9
10  _____
         FREDERICK G. BROWN
11
12
     Subscribed and sworn to
13
     before me on this _____
14
     day of            2017.
15
16
17  _____
         Notary Public
18
19
20      *     *     *
21
22
23
24
25
```

Page 462

```
 1        INDEX TO TESTIMONY
 2
 3   EXAMINATION BY          PAGE  LINE
     Examination by      311    11
 4   Mr. Finley
 5   Cross-Examination    375     7
     by Mr. Ortiz
 6
     Cross-Examination    419     3
 7   by Mr. Carni
 8   Cross-Examination    420    25
     by Mr. Larancuent
 9
     Cross-Examination    424     9
10   by Ms. MacSteel
11   Further Examination  457    15
     by Mr. Finley
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 463

```
 1             CERTIFICATION
 2
 3      I, CHERYL F. SOLOMON, a Stenotype
 4   Shorthand Reporter and Notary Public within
 5   and for the State of New York, do hereby
 6   certify that the within Continued
 7   Examination Before Trial of FREDERICK G.
 8   BROWN was held before me and I faithfully
 9   and impartially recorded stenographically
10   the questions, answers and colloquy.
11      I further certify that after said
12   examination was recorded stenographically by
13   me, it was reduced to typewriting under my
14   supervision, and I hereby submit that the
15   within contents of said examination are true
16   and accurate to the best of my ability.
17      I further certify that I am not a
18   relative of nor an attorney for any of
19   the parties connected with the aforesaid
20   examination, nor otherwise interested in
21   the testimony of the witness.
22
23
24        CHERYL F. SOLOMON
25
```

Page 464

```
 1       ERRATA SHEET
         Priority-One Court Reporting/Veritext
 2           718-983-1234
         ASSIGNMENT NO  P1-2780313
 3   CASE NAME: Brown, Frederick v. Asbestos
         DATE OF DEPOSITION: 12/21/2017
 4   WITNESS NAME: Frederick G Brown
 5
     PAGE/LINE(S)/  CHANGE        REASON
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
         Frederick G Brown
21   (Notary not required in California)
         SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS____ DAY
         OF_____, 2018
23
24   NOTARY PUBLIC
25   MY COMMISSION EXPIRES
```

**&**

**&** 306:2,6,12,16
306:21 307:1,5,9
307:10,14,18
308:6,19 309:1

**0**

**07039** 304:24
**07733** 308:12
**07962-2075** 309:2

**1**

**10001** 307:7
**10003** 306:4
**10004** 307:2
**10005-2407**
308:21
**10006** 307:16
**10013** 308:17
**10016** 306:18
307:20
**10017** 308:8
**10022** 306:14
**10038** 306:22
**105** 306:9
**10601** 308:4
**10:23** 305:10
**10th** 389:15
**11** 462:3
**1100** 306:13
**116** 307:20
**11747** 306:9
**11:29** 375:4
**11:30** 375:1
**11:45** 375:6
**12/21/2017** 464:3
**12:36** 424:6
**12th** 307:20
**1300** 309:2
**137** 307:6
**15** 462:11

**150** 306:22
**17** 324:9,25 325:7
325:11,14,20
326:8,19 327:8,15
328:4 388:11,14
390:13 391:1,11
391:13
**17th** 308:8
**1818** 307:11
**190195-17** 304:17
**19103** 307:11
**1941** 365:22 366:2
366:17,21 367:5
367:20 421:10,13
421:20 422:16
**1953** 313:5,16,25
316:3 318:1
**1954** 313:16
**1955** 313:17 314:1
316:3 318:1 319:4
421:10
**1958** 319:19 320:1
323:2,11
**1959** 323:5,11
324:5 349:8
388:18
**1960** 349:9 388:18
**1961** 389:1
**1962** 349:9
**1989** 359:22,23
**1:51** 424:8

**2**

**2** 307:15 359:8,8
**2/10** 389:14
**20** 352:18 451:12
**2017** 305:9 368:18
461:14
**2018** 464:22
**202** 349:24 350:10
350:16,19 351:2

**21** 305:9
**2137** 308:12
**2260** 304:23
**23rd** 307:2
**25** 326:23 456:16
462:8
**25th** 307:6
**2780313** 305:25
**27th** 307:20
**290** 304:23 308:12
**2:40** 460:19

**3**

**3** 462:6
**3,000** 332:6 395:25
402:25
**30** 360:11 456:16
456:16
**30,000** 423:2
**303** 306:9
**3100** 307:11
**311** 462:3
**35** 308:12 359:19
**375** 462:5

**4**

**41** 367:24
**419** 462:6
**420** 462:8
**424** 462:9
**44** 308:20
**457** 462:11

**5**

**5** 329:21 331:18
355:5 433:8 434:6
436:18 438:17
439:9,13,20
**50** 366:5 412:22
421:11 423:13
443:24 456:19,19
**50,000** 423:11,16

**508** 308:3
**52** 426:7
**55** 424:23,24
**58** 323:7,10
**59** 323:10 324:3,4
**5th** 307:6

**6**

**6** 359:8
**60** 339:25 340:1
456:19
**60,000** 423:4,9
**600** 306:18,22
**61** 373:3 389:9
**62** 389:1,9
**630** 308:8
**6th** 306:3

**7**

**7** 462:5
**700** 306:3
**718** 304:25
**718-983-1234**
464:2

**8**

**8** 359:8 383:21
448:9 449:18
450:14
**80** 307:2
**81** 308:3
**850** 306:13

**9**

**9** 462:9
**90** 359:18
**983-1234** 304:25
**99** 308:16
**9th** 314:14 372:25
373:1

**a**

**a.m.** 375:4,6
**aaronson** 306:16
**ability** 463:16
**able** 353:5 426:24
  454:15
**absolutely** 400:15
**accurate** 376:12
  376:15 382:1,25
  383:7 386:12
  387:18 390:16
  393:21 394:2
  399:18 400:11
  401:21 403:21
  405:3 406:4,9
  407:11 409:17,21
  409:22,25 414:8
  414:11,20 415:19
  416:23 417:9
  461:6 463:16
**actual** 438:6
  442:10,11 451:16
  454:10,24
**add** 439:17
**added** 392:7
**addition** 339:4
**additional** 367:19
  460:10
**addresses** 456:12
**affirmative** 417:14
**aforesaid** 463:19
**aft** 337:10
**afternoon** 341:5
  419:5,6 421:2,3
  424:11
**age** 401:15
**aggravation** 385:3
**ago** 368:13,13
  369:17 372:7,8
  377:19 380:16
  412:22 443:4,24

**agreed** 310:8,13
  310:18
**aid** 374:13
**air** 307:10 319:8
  319:11,21 320:21
  320:24 331:20,21
  333:4,11 336:1
  345:16 354:6,10
  355:11 384:22
  385:11,11 386:1,5
  386:9
**alcohol** 430:4
  442:20
**alexandra** 307:7
**alive** 371:18
**aluminum** 396:15
**amchem** 307:19
**american** 308:16
**amount** 431:20
  432:5,8,13
**andrew** 306:10
  311:24 329:2
**angiolillo** 308:21
**anne** 431:14
  456:11
**answer** 312:6
  318:7,13 332:19
  334:5 335:20
  375:15,25 376:1
  395:2 411:22
  413:19 431:10
**answered** 318:9
  395:4 408:16
  426:5 427:6
**answers** 375:14
  376:4 463:10
**anybody** 311:9
  339:17 410:15
  411:23 420:20
  423:24 457:5,8
  458:2,8,20 459:12

460:9,12
**anymore** 377:13
  429:6
**anyway** 393:6
  446:11
**apart** 367:1
**appliances** 346:14
**applied** 417:4
  448:13,25 454:4
**applies** 304:15
**apply** 311:24
  312:8 375:13
  445:16,18 448:2,4
  448:11,16,21
**appraised** 352:25
**apprentice** 324:17
  324:20
**appropriate**
  310:16
**approximate**
  389:2
**approximately**
  305:10 313:5,16
  318:2 324:5
  325:19 326:18
  330:2 342:5
  347:10 349:8
  360:11 361:7
  364:11,20 365:15
  371:1 373:4
  377:17,18 389:19
  390:19 425:2
  426:9
**area** 326:17 339:7
  424:24 446:14
**areas** 331:25
  337:18
**arguments** 338:21
  338:24
**arteries** 380:8,9,19

**asbestos** 304:4
  333:21 346:7
  356:9 370:5 379:1
  413:8 417:3
  418:15 419:18,24
  420:4,7,10 451:22
  451:25 452:5,11
  452:18,21 453:1
  454:17,18 455:24
  456:2 458:4,10,14
  458:21 459:13,16
  464:3
**aside** 350:8 373:24
  374:11
**asked** 318:8
  377:20 379:8,10
  379:14,22 380:23
  381:23 383:5
  396:24 397:12
  398:18,25 399:5
  400:19 401:3,9,15
  403:4 404:4
  407:23 408:5,13
  411:23 412:12,19
  426:4 427:5 431:9
  432:22 437:3
  456:9
**asking** 312:5
  329:2 364:22
  379:23 402:24
  408:11,19 419:10
  419:17 441:23
  442:9 445:21
  452:9
**assign** 337:22,25
**assigned** 338:5
  349:24 350:3,9
  388:10,11
**assignment** 350:9
  464:2

**assisted** 314:10
**associate** 437:22
  437:25
**associated** 400:13
  411:11 437:16
**assume** 405:20
  409:8 410:19
**assumed** 405:16
**assuming** 363:3,6
  405:19
**atlantic** 383:21
**attaching** 335:12
**attempt** 381:4
**attempts** 381:10
  381:17
**attention** 312:24
  356:23 358:1
  410:8 413:25
  414:3 455:2
**attorney** 310:22
  311:18,23 357:19
  421:7 432:22
  457:19 463:18
**attorneys** 306:3,7
  306:12,17,21
  307:1,5,10,14,19
  308:3,7,11,15,20
  309:1 310:2,19
**aurora** 306:13
**ave** 304:23
**avenue** 305:8
  306:13,18 308:8
  309:2 314:15,19
  383:21 429:5
**average** 430:6
  431:11,15,15,18
  431:20 432:7,8
  448:7 449:13,14
**aware** 329:7
  382:23

**b**

**b** 311:1
**back** 321:3 325:18
  326:3 334:7,17,20
  335:19,22 344:20
  354:17,19 358:6,8
  373:22 375:6
  376:8 380:24
  387:3 391:10,13
  392:9,11 410:2
  418:22 423:9
  424:4,8 425:5
  440:13 447:25
  455:2
**bad** 450:2,10
**badly** 390:6,9
**balance** 353:5
**ball** 329:20
**banged** 421:22
**banks** 315:17
**bargain** 316:11
**barry** 307:14
**base** 442:20,20
**based** 400:12
  430:3,4 453:23
**basement** 398:3
**basically** 315:20
  322:4 365:4
  433:24 445:20
  455:11
**basis** 420:2 428:15
  430:15
**bathrooms** 331:11
  346:13 348:8
**battalions** 374:13
**battery** 350:15
**battle** 328:19
**beam** 359:4,9
**beams** 347:3 359:8
  359:8 414:6

**beat** 363:19
**beautiful** 388:3
**began** 351:14
  370:9
**beginning** 339:10
  429:23
**beige** 455:12
**belief** 461:7
**believe** 313:3,12
  314:13 324:7
  333:20 339:2
  346:6 349:23
  350:24 351:12
  352:10,18 356:8
  357:4 360:11
  366:4 373:18
  374:19 380:6
  384:24 420:8
**bendix** 364:10,17
  364:19 365:7,18
  366:22 367:17,22
  368:3
**benefits** 349:19
**benjamin** 429:19
  429:21
**berkon** 308:6
**best** 362:14 393:4
  444:18 461:6
  463:16
**big** 326:9,17,23
  328:18 335:1
  336:25 387:9
  431:14,16 432:3
  448:5,21
**bigger** 314:20
**biltrite** 308:16
**bird** 308:11
**birthday** 389:17
**bit** 391:20 419:11
  439:6

**bits** 362:12
**black** 437:19,19
**blackmer** 306:21
**blank** 362:24
**blanket** 404:22
**blanks** 376:10
**blau** 307:18
  424:13
**block** 421:25
**board** 435:21
**body** 422:12
**boiler** 332:8,11,14
  332:16 333:4,24
  334:11,14,24
  335:1,2,5 351:1,6
  351:7 405:24
  407:25 408:6,11
  409:2,6,18 419:12
  419:23 420:3,9
**boilers** 332:22
**books** 431:6
**borg** 306:7 361:2,4
**bottled** 341:20
**bottom** 395:16
**bought** 366:5,10
  367:14 422:3
  428:20 430:3
  437:4 439:4
  444:17
**bounce** 392:9,11
**bradley** 306:21
**brake** 360:11
  362:20 363:12,16
  363:23 364:3,4,8
  364:12 365:2,12
  366:1,16,20,21,24
  367:15
**brakes** 360:18
  362:5,18 364:18
  364:19 365:7,8,19
  367:10,12,15,16

368:2 423:16
**brand** 364:7
**brands** 435:18
**brass** 396:15
**break** 320:13
  375:3,18 383:10
  384:1,14,18
  385:13 416:9
  420:22
**breaking** 384:2,8
  384:16 385:15,24
**breaks** 341:1,3,7
  375:21 383:14
**breathe** 333:17
  346:4 356:5
  385:19 387:13
  418:9,10,11,12
**breathed** 386:13
**breathing** 331:21
  385:2 386:21
**brian** 308:9
**bring** 319:18
  343:23
**broad** 307:2
**broadway** 306:3
  306:22
**broke** 383:22
  385:23 386:10,11
**bronx** 316:1
**brooklyn** 314:15
  314:19 315:20,22
  315:23 316:4
  323:23 325:3,5
  342:25 348:14
  350:15 388:5,10
  388:23,25 389:5
  390:18 412:10,15
  458:7,8,15 459:4
**brooks** 307:15
**brown** 304:10,16
  311:13 355:8

358:13 360:1,15
  419:5 421:2
  424:15 426:16
  457:17 461:10
  463:8 464:3,4,20
**brush** 355:24
**brushable** 439:16
**buba** 307:9
**bucket** 355:5
  356:20 357:23
  434:7 440:9,10,11
  440:12,16,19,21
  441:4,4,10,18,20
  442:5,16 445:13
**buckets** 355:6
  433:8 436:18
  437:9 438:17
  442:14,17
**buick** 363:9,13,17
  363:22,24 364:3,9
  364:13,16,19,25
  365:3,12,13,16
**building** 331:13
  350:22
**built** 343:23 388:3
**bulk** 360:1
**bulkhead** 326:12
  331:11 338:2
  343:24 417:20
**bulkheads** 414:6
**burned** 388:1
**burning** 387:25
**burnt** 331:22
**business** 351:15
  351:20,24 352:13
  352:19 353:1
  360:2,16 424:17
  425:3 426:12,14
  427:9,13 428:4,10
  428:18 429:9
  430:8 434:2

438:13
**busy** 348:9
**buy** 429:17,18,21
  429:24
**bw** 306:13

**c**

**c** 306:1 311:1
  428:25 429:5
**calcio** 430:17
**california** 464:21
**call** 354:12 393:5
  433:20,21,22
**called** 305:2
  328:21
**canada** 307:6
**cancer** 368:7,15
  368:20,25 369:9
  370:15 372:2
  373:14 378:5,6
  379:5,18,25 382:4
**cans** 357:3,4,7
  436:18 437:21,25
  451:20,20
**captioned** 305:3
**car** 365:5,25 366:3
  366:5 377:4,6
  421:18 422:6,11
  423:15
**carburetor** 367:1
**career** 350:13
  352:21 378:14,21
  386:23 387:20,23
  387:24
**carni** 306:14 419:4
  419:7 420:1,15,19
  462:7
**carolina** 430:21
**carotid** 380:9,19
**carpenter** 309:1
**carpenters** 317:11
  317:18

**carrier** 395:11,12
**carry** 359:19
**cars** 360:7 363:14
**case** 434:6 464:3
**cause** 382:3
**certainteed** 307:19
**certification** 310:4
  461:1 463:1
**certify** 463:6,11
  463:17
**chain** 316:12
**chair** 431:4
**chance** 350:20
**change** 362:23
  367:12 438:5,8,13
  452:6 464:5
**changed** 357:4,7
  362:10 436:11
  451:17 452:7
**changing** 348:6
  362:16 451:14
**charge** 310:22
**check** 418:20
**chemical** 344:6
**cheryl** 305:6 463:3
  463:24
**children** 371:9,17
  371:21 372:11
**chirping** 404:23
**chopped** 376:18
**cifuentes** 308:9
**cigarette** 357:16
  357:17,20 381:25
**cigarettes** 381:2
**cigars** 381:8,9
  382:2
**city** 304:2,4 305:8
  315:19 318:5
  321:15,18 322:22
  425:10 459:11

civil 305:5
civilian 328:23
 394:15 458:16
clean 342:8
cleaning 351:8
clear 314:4 440:24
 441:7
cleaver 307:15
clerk 310:11
close 346:3 455:8
 456:19
cloths 446:25
clutch 360:20,24
 361:2,8,23,24
 362:2,10,13,16,21
 362:23 364:6
clutches 360:17
 362:6
coat 446:6 447:2,4
 447:5,24 448:1,24
 449:1,2,6 450:5
coating 435:8
coffee 341:3
cold 381:3,9
 416:12
coleman 306:6
colloquy 463:10
color 399:6,11
 436:19,22 437:5
 437:15 438:21,23
 438:24 440:18,21
 440:25 441:8,13
 445:12 453:25
 454:3,10,13,21,25
 455:2,4,9
combing 343:22
 343:22 344:1
come 315:9 316:17
 325:18 328:11
 336:13 342:23
 344:20 348:17

374:13 378:21
380:4 416:16
418:22 424:4,20
434:7 447:25
coming 385:11
 418:6
commencing
 305:10
commercial
 315:15 316:15,23
 318:3 321:21
commission
 464:25
common 433:23
communicate
 430:25
communications
 338:19
company 306:13
 383:12 424:15
 427:3 444:8
compare 450:9
compartment
 396:2 404:16,19
 407:12 413:15
 417:24
compartments
 332:6 395:22
 403:1,6 405:1,4
 407:17,22
complete 375:24
completely 331:22
complicated 367:2
compound 354:12
 354:13,22 355:1
 355:15,17 357:23
 358:12 432:24
 433:4,10,17,22
 434:3,7,12,22
 435:2,3,16,19,24
 436:5,16 437:2,6

437:17 439:3
441:1,9,14 443:1
443:10,18 444:4
444:11 445:13,17
447:10,13,18,21
447:24 448:3,11
448:14,24 450:3
450:21 451:3,5,17
451:21,25 452:4
452:10,14,24
453:6,19 454:1,9
454:10,16,22,24
455:17,23 456:3
456:14
concerning 413:20
concluded 460:21
concludes 460:15
concrete 384:13
condition 327:10
 378:12,18,25
 380:1,18 421:20
 422:2
conditioner
 331:21
confused 437:14
 441:20
connected 463:19
consecutive 392:2
considered 445:19
constellation
 328:13,18 329:3
 329:14,18,24
 330:4,8,14,17
 331:24 332:2,5
 336:15 337:5
 339:15 340:12
 341:1,8 342:15
 343:7,8 347:15,17
 348:5 389:23,24
 390:1,17,20 391:7
 391:9,10,17,19,25

392:5,12,19,25
393:2,18,19,23
394:4,20 395:8,14
395:23 398:8,20
398:23 399:1,6,21
400:10,21 401:5
401:11,16,23
402:9,14,18 403:2
403:14,17 404:13
404:17 405:5,13
406:4,21 407:2,18
408:7,12 409:3,7
409:10,13,19,24
411:4,20 413:14
414:4,19,23 415:3
415:11 416:16
contain 451:25
 452:4,11,21
 454:18
contained 413:8
 419:23 420:4
 451:22 452:17,22
 453:1 454:17
 455:24
container 438:6
 439:21,24 441:1
 441:14 452:16,17
containers 443:1,9
 443:17 444:5
 451:13
containing 379:1
 417:3
contents 463:15
continue 375:3
 408:3 419:8
continued 463:6
controlled 394:22
controlling 310:17
convenience
 346:16

cook 307:1
copy 310:20
corp 306:8 307:10
correct 313:6,15
313:17 314:11
315:7 316:5,25
317:22 319:5,9,10
319:25 322:24
323:24 324:10,25
325:1 328:24
330:12 339:5
340:12 341:18
349:4,9,25 350:1
350:16 351:15,21
352:14 359:12
360:4,16 363:2
364:25 365:10,19
366:6 367:7,17,23
368:4 371:18
372:20 373:20
376:23 385:1,6,16
386:6,18 388:13
388:15 389:2
391:11,17 396:2
396:10,11,14,16
396:19,21 397:18
398:1,10,12,15
400:16 411:6,7,11
411:12,21 413:4
413:23,24 414:6
414:24,25 417:5
417:13 421:11,18
423:19 425:11,16
426:12,16 432:2
438:6,17 439:21
441:2,8,10,12
444:25 448:14
449:1 450:20
460:5
correctly 350:17
352:17

coughing 381:20
counsel 380:23
397:3,7 407:24
408:5,10,20
412:12
count 326:21
counties 304:2
couple 311:22
329:19 332:5
337:23 364:4
376:8,9 457:21
course 383:17
387:6
court 304:1,22
310:12 312:6
376:3 464:1
courtesy 397:5
cover 430:10
446:8
covered 335:14
covering 420:7,12
cplr 310:15,16
cracks 435:6
crafts 313:14
cream 438:22,24
440:23
creamish 454:7
creamy 455:3
created 345:25
346:1 385:18
386:13
creation 314:10
cross 375:7 419:3
420:25 424:9
462:5,6,8,9
crowded 344:17
344:21
cruise 348:6
cruisers 328:20
cullen 308:19

cumulative 392:1
current 377:1
378:12,18,24
398:1
currently 376:13
378:4
curtis 306:23
334:5 344:24
345:11 397:19
398:11,16,21
399:4,12,23 400:5
400:14,23 401:7
401:13,18,25
402:6,11,15,19
403:8,18,23
404:21,25 410:10
customers 352:2
cut 329:25 331:17
349:14,16 381:21
396:13

**d**

d 309:3 311:1
429:5
dangers 458:3,9
458:14,21 459:13
459:16
dap 307:1
darger 307:18
424:13
daskal 307:5
date 377:1 388:19
388:19,21 424:18
426:7 464:3
dates 389:2 426:8
dating 373:5
daughter 352:2,7
371:23 372:5
427:20 428:9
453:8
david 427:24,25
428:3

day 324:18 328:1
328:2 341:2
345:23 393:20
394:12 410:7
446:6 449:3
461:14 464:22
days 339:21 372:7
372:8 392:2
460:18
deal 366:8
dealing 414:5
decade 451:11
december 305:9
372:25 373:1
decided 381:21
deck 329:23
341:20,23,24
343:18,23
decks 329:18
deemed 310:15
deep 448:6
defendant 306:17
306:21 307:1,14
308:3,11,15,20
309:1
defendants 306:7
306:12 307:5,10
307:19 308:7
317:21,24 318:6,8
318:12,14,22
319:1 321:1,12,16
321:23 322:3,14
322:25 323:6,16
323:20 325:16
326:4 328:14
329:6 330:9,20,24
331:9,16 332:1,18
333:6,10,15,18,22
334:2,4,12 335:7
335:11 336:2,8,16
336:20,24 337:3,8

| | | | |
|---|---|---|---|
| 337:16,20 338:7 | describe 355:12 | directed 394:3 | 428:4 447:7,9 |
| 338:11,16 339:9 | 400:12,20 403:4 | direction 395:3 | door 363:8,13,17 |
| 339:23 340:7,13 | 411:19 | dirty 327:2,4 | 363:22,24 364:3,9 |
| 340:23 342:18 | designated 325:7 | 384:6,7 | 364:13,16,18,25 |
| 343:1 344:11 | 407:23 | discussed 358:15 | 365:3,12,13,16 |
| 345:18 346:11,19 | designation 403:5 | discussion 370:12 | douglas 376:13,16 |
| 347:19 348:3,15 | 409:20,25 411:6 | 377:8 419:2 | 376:22 377:2,8,21 |
| 349:5,12 351:3 | designations | 420:24 424:2 | 427:22 |
| 352:15,20 353:7 | 407:18 | 439:1 456:8 | dozen 326:14,15 |
| 353:25 354:9,15 | destroyed 331:15 | 457:14 | dozens 400:6 |
| 354:23 356:7,10 | destroyer 344:4 | disintegrated | drafted 338:1 |
| 356:21 357:1,11 | destroyers 343:6 | 331:22 | draw 312:24 |
| 357:25 358:16,20 | 343:14 344:2 | diverted 414:4 | drawing 362:24 |
| 368:19 369:11,21 | 346:10,13 389:19 | diverticulosis | dried 448:1 454:1 |
| 370:3,8 458:11 | 390:15 392:7,11 | 372:6 | dries 447:2 |
| 459:18,24 460:3 | 392:20 394:21 | divita 308:11 | drive 337:4,7,9,14 |
| definitely 316:22 | 417:16 | dock 390:11 | 362:8 |
| 348:22 | deteriorated | docked 325:15 | driver 374:14 |
| demeusy 308:17 | 384:11,12 | doctor 368:18 | driving 362:7 |
| denise 309:3 | deutsch 306:16 | 369:25 370:6 | 374:2,11 383:13 |
| dennehey 306:6 | 309:1 | 378:23 379:17 | drop 446:25 |
| dent 422:13 | diagnosed 368:6 | doctors 378:4,6,11 | drove 374:2 |
| dents 422:11 | 368:14 369:9 | 378:17 379:4,6,7 | dry 355:14 390:11 |
| denver 306:13 | diagnosis 369:1,19 | 379:10,22,24 | 447:25 448:19,23 |
| department | 370:1,14 372:2,10 | 380:17 | drywall 353:14 |
| 348:24 349:11,15 | 373:14 398:1 | document 304:15 | 358:24 |
| 349:20,23 350:4 | difference 433:12 | doing 317:14 | duct 331:20 |
| 351:14,18 352:22 | 433:16,20 434:6 | 318:21 326:1,11 | duly 311:3 |
| 352:25 359:21 | 434:11,14,17 | 326:11 332:9 | durations 391:8 |
| 383:4,19 389:10 | 445:12 454:16 | 333:3 335:10,16 | dust 327:5 333:11 |
| 389:13 390:10 | different 312:12 | 335:25 336:9 | 333:12,14,17,20 |
| 425:16,19,23 | 362:6 379:24 | 338:4,8,15 339:8 | 345:21,25 346:1,4 |
| 426:3,11,18 | 395:22 397:21 | 343:17 344:8 | 346:6 355:23 |
| 459:11 | 399:19 403:1 | 345:16 347:1 | 356:1,5,8 384:10 |
| dependent 373:19 | 434:16 445:14 | 352:19 353:24 | 384:22 385:18,19 |
| depending 449:11 | 447:7 453:3,12 | 354:7 356:12 | 386:13 418:5,7,9 |
| 450:1 | 454:13 459:23 | 359:15,22 360:10 | 418:11 419:12,18 |
| depends 448:5 | 460:2 | 363:23 364:2,17 | 419:22 420:3,8 |
| deposition 304:8 | dings 422:11 | 365:2 366:16 | dustier 336:5 |
| 305:1,4 460:16 | dinner 386:22 | 394:7,9 400:24 | dusty 336:4,4 |
| 464:3 | | 406:11 407:3 | 345:20 384:20 |

duties 320:23
325:13 331:23
351:9 373:24
374:10
dwindled 427:20
dykman 308:19

**e**

e 306:1,1 311:1,1
370:10
e.d. 313:10 314:2
314:23 315:3
319:3,23 320:4,22
321:2,19,20 323:9
458:1,2,23
earlier 376:10
419:11 432:21
early 424:21
easier 364:5 439:7
east 307:20
easy 346:5 364:5
396:5
eating 386:22
eaton 309:1
echelon 394:25
effect 310:10
eight 319:15,17
327:18,20 369:24
377:18 425:23,24
432:14 448:8
449:19 450:14
eighth 314:19
either 317:13
327:18 386:10
415:18 416:2
431:1 440:15
441:5 451:20
elbow 345:3
elbows 345:2
electrical 338:18
electricians
317:10,18 331:3

emery 307:5
employed 432:6
453:13
employee 328:23
employer 393:9
employers 453:9
ended 374:2
383:21 389:4
engine 336:14,23
336:25 337:2
349:24 350:16,19
351:2 374:7,8
383:12,13 407:25
409:9,23
engines 374:5
422:17
enjoyed 428:13
entered 405:5
409:19,24
entirety 350:13
environment
342:14
equipment 334:10
334:15,23 378:13
378:19 396:19
406:14 410:24
413:22 414:23
416:4,15
errante 307:18
424:13
errata 464:1
especially 359:3
esq 306:4,10,14,19
306:23 307:3,7,12
307:16,21 308:4,9
308:13,17,21
309:3
esqs 307:9,14
established 337:23
estimate 393:4
422:23

everybody 337:17
383:23 453:11
460:17
exactly 359:17
exam 324:15
examination 304:9
305:2 310:4,21
311:11 375:7
419:3 420:25
424:9 457:15
460:20 462:3,3,5,6
462:8,9,11 463:7
463:12,15,20
examined 311:4
example 448:9
existed 399:20
458:6
exit 396:8
expect 368:10
expires 464:25
exposed 333:20
346:7 356:8 456:2
exterior 352:12
extremely 395:9

**f**

f 305:6 311:1
428:25,25 463:3
463:24
fabricate 396:13
fact 329:10 388:9
facts 405:21
411:18 415:25
416:25
fair 339:21,24
373:10 376:20
397:16 398:8
403:14 407:2
415:24 416:17
422:1 423:14
453:16,19,20
455:10

fairly 371:24
faithfully 463:8
family 352:4 365:5
371:3 376:17,23
377:9 430:10
431:14 455:12
fast 339:17
father 427:18,18
427:19
fdny 349:4 373:23
459:12
february 389:15
422:4,5
federal 305:5
feel 312:17 373:16
feinstein 306:16
fellow 421:24
fellows 362:6
felt 370:13,17
372:13,14
fender 421:23
422:14
field 402:20,23
fields 329:20
fifteen 428:7
430:11 451:12
fifth 314:15
fight 383:6 386:16
387:22
fighting 373:25
figure 411:14
446:13
figuring 370:4
file 427:8
filing 310:3 336:9
fill 376:8,9 392:14
filler 348:8
finally 383:22
find 403:11 460:4
461:5

| | | | |
|---|---|---|---|
| **fine** 320:15 370:17 | 331:15 348:24 | **follow** 391:23 | **found** 352:3 368:8 |
| 375:22 404:24 | 349:10,15,20,22 | 405:25 406:17 | 368:9 |
| 426:25 427:1 | 350:4 351:13,18 | 418:22 457:21 | **four** 319:13,14 |
| **finish** 312:5 376:1 | 352:22,24 359:21 | **following** 323:9 | 327:18,20 346:13 |
| 431:23 | 374:4 383:4,18 | 421:6 | 355:9 363:22,23 |
| **finished** 387:9 | 387:4 389:10,13 | **follows** 311:4 | 364:3,8,13,16,18 |
| **finley** 306:4 311:5 | 390:10 393:24 | **foot** 359:19 383:21 | 364:25 365:3,12 |
| 311:9,12,18 315:1 | 394:1 425:15,19 | 448:8,9 449:18,19 | 365:14,15,16 |
| 361:20 370:11 | 425:23 426:3,11 | 450:14,14 | 433:6 |
| 374:17,23 375:1 | 426:17 459:10 | **force** 310:10 319:8 | **four4** 365:13 |
| 377:16 378:1 | **firefighter** 350:13 | 319:11,22 320:22 | **fourteen** 421:14 |
| 379:12,21 380:21 | 351:10 359:12 | 320:25 | 422:20 |
| 382:5,15 383:1 | 360:3 373:23 | **ford** 306:17 | **frame** 395:13 |
| 384:5 386:25 | 425:11 | 360:12 365:22 | 426:24 |
| 390:22 392:24 | **firehouses** 350:6 | 366:2,17,21 367:5 | **fred** 355:8 358:13 |
| 394:5,23 395:18 | **firemen** 383:24 | 367:5,11,20,24 | 360:1,15 424:15 |
| 397:8,11 402:12 | **fires** 373:25 383:6 | 421:10,13,21 | 426:14 |
| 403:19,24 404:3 | 383:9 386:17 | 422:16,16 | **frederick** 304:10 |
| 405:7 406:7,23 | 387:7,12,16,19,22 | **foregoing** 461:4 | 304:16 461:10 |
| 407:5,19 408:18 | **firm** 308:2 424:13 | **forenoon** 305:11 | 463:7 464:3,4,20 |
| 408:24 410:13 | **first** 324:8 345:19 | **forgiven** 380:12 | **frequent** 387:11 |
| 414:12 415:5,13 | 367:11,13 376:7 | **forgot** 437:12 | **friday** 327:21 |
| 415:22 416:5,18 | 387:25 396:23 | **form** 310:6 318:6 | **friendly** 340:18 |
| 417:7 419:1,25 | 397:13,16 401:24 | 334:2,4 335:7 | 412:13 |
| 420:20 423:24 | 404:11 424:16 | 337:8 340:23 | **friends** 412:14,18 |
| 424:3 425:1,6 | 427:21 428:17 | 345:11,18 347:19 | **front** 421:23 |
| 426:4,20 427:5,11 | 429:14 436:17 | 351:3 361:1,6 | **fugazi** 450:4 |
| 427:14 431:7 | 445:5 446:15,24 | 363:4 397:19 | **full** 355:23 378:15 |
| 433:18 434:4 | 447:20,21 459:19 | 398:11,16,21 | 428:15 430:10 |
| 436:1,6,8,12 | **five** 327:18,20 | 399:4,12,23 400:5 | **function** 400:20 |
| 438:25 440:20 | 339:21 355:10 | 400:14,23 401:7 | 411:10 |
| 441:3,19,25 442:3 | 433:7 | 401:13,18,25 | **furnished** 310:21 |
| 443:2,14,23 445:2 | **flat** 429:23,24 | 402:6,11,15,19 | **further** 310:8,13 |
| 449:15 450:8,23 | 430:3 442:19 | 403:8,18,23 | 310:18 419:16 |
| 452:1,19 454:19 | **floor** 306:3 307:2 | 438:19 | 423:21 457:15 |
| 454:23 455:6,13 | 307:6,20 308:8 | **forth** 391:10 | 460:7 462:11 |
| 456:5,7 457:5,8,11 | 410:9 | 392:10 440:13 | 463:11,17 |
| 457:16 460:6,9,12 | **flowing** 401:4,10 | **forward** 337:10 | **future** 411:24 |
| 460:15 462:4,11 | **flu** 368:9 | **fought** 383:9 | |
| **fire** 329:4,8,11,14 | **fluitt** 307:16 326:2 | 387:3,7,12,16,19 | |
| 329:15,16,17 | | | |

**g**

**g** 304:10,16 311:1
461:10 463:7
464:4,20
**gabriel** 308:13
**gallon** 355:5 433:8
434:6 436:18
438:17 439:9,10
439:11,13,21,25
**garage** 359:25
**garden** 305:8
**gardner** 306:12
**general** 357:19
**genevieve** 307:21
424:12
**georgia** 346:23
354:24,25 356:19
432:24 433:3,5
435:23 436:4,15
437:1,4,10,16,22
438:1 441:1,9,13
444:6,11 445:7,17
445:22 451:2
452:3,7,15,21,25
453:5,18 454:5,9
455:23 456:3,13
**getting** 328:5
341:13 372:6
394:24 416:12
431:3
**girl** 352:6
**give** 367:1 401:19
411:17,18 412:20
420:21 426:24
446:6 447:1,4,24
448:1,7,23 449:4
**given** 311:8,10
326:20 328:2
341:1 370:14
372:10 390:13
397:6 457:7,10

**go** 312:20 316:1,18
320:18 321:21
322:16,18 325:14
341:9 362:15
373:22 376:8
380:24 383:15
431:23 433:7
447:4
**goggin** 306:7
**going** 311:21
312:23 316:10,14
316:23 317:1
320:7,16 368:17
374:18 375:10
376:9 388:4 397:1
397:4 402:22
405:21 414:15,17
418:20 421:5
429:7 446:5,12,18
446:23 456:19
**good** 311:13,14,16
312:20,22 366:8
375:9 389:6 419:5
419:6 421:2,3
422:17,18 424:11
**goodyear** 307:6,6
**gotten** 437:14
**goulds** 308:20
**government** 393:8
393:11
**grade** 450:18
**graduated** 312:25
313:4,8
**grandchildren**
370:18
**grandnieces**
370:23
**grinding** 336:10
**ground** 312:8

**guess** 316:20
324:3 333:23
346:8 375:14
377:15,17 394:10
419:18,22 420:2
430:12 434:8
**guy** 324:18 342:10
422:22
**guys** 326:10
331:10 340:19,21
355:10 362:8
394:8 430:11,14
431:16 433:7

**h**

**half** 325:22 347:12
388:14 390:14,25
432:4 450:15
**hampton** 305:7
**hand** 345:5
**hang** 315:12,14
447:14,16
**hanging** 317:14
447:14
**happen** 333:3
377:10,14 380:11
380:14 383:17
387:15
**happened** 329:4
380:15 385:16
**hard** 342:11 385:2
450:9
**hardened** 355:20
**harris** 309:3
**hazardous** 357:20
**hazards** 418:15
**health** 357:21
397:6
**hear** 372:19 390:7
**heard** 372:15
435:14

**heat** 350:23
**heated** 350:20,22
**heavy** 343:21
**heck** 328:20
**held** 370:12 419:2
420:24 424:2
439:1 456:8
457:14 463:8
**hell** 349:14
**hello** 457:18
**help** 340:17 345:6
383:15
**helped** 340:10,14
340:15
**helpers** 337:24,24
338:3,5,9
**hereto** 310:3,20
**hi** 457:17
**high** 312:25 313:4
422:19
**highly** 423:15
**hire** 431:16 432:18
**hired** 393:11
432:15
**history** 379:11,19
380:4,20 402:8
421:17
**hold** 326:23
**holidays** 371:16
**holmdel** 308:12
**home** 376:16,17
376:23 377:9,24
397:22,25 403:12
431:14
**homes** 382:10,11
382:20,21,24
**honest** 445:10
**hook** 349:24
387:25
**hooking** 405:16

hoping 448:23
hospital 342:10
  372:6
hot 341:16
hour 450:15
hours 327:16
  332:5 339:14,25
  340:1 344:20
  352:19,23
house 376:21
  377:13
hudson 308:16
huh 344:12
humongous 337:5
hundreds 387:19

          i
idea 397:23
  415:20
iii 304:11
illianov 306:19
  421:4
imo 308:7
impartially 463:9
imperfection
  450:10
importance 455:9
impossible 423:19
inch 329:21
  331:18
include 385:9
included 321:9
including 453:13
index 304:17
  462:1
indicated 438:4,16
  440:8
indicating 326:10
individuals 333:25
  335:25 406:6
  407:10 410:19,23
  412:20

industrial 315:15
  316:18 318:3
  321:22
industries 308:7
information
  411:18 416:1
  417:1
ingredients 434:17
inhalation 386:24
inhaled 419:13
  420:9
initially 368:3
inn 305:8
inquiries 404:23
inside 327:7
  331:13 341:17
  436:24
install 322:17,19
installed 342:21
  415:21 416:3,4
  417:4
installing 331:11
instance 407:23
instances 318:19
instructions
  443:17,25 444:3
insulated 327:12
  418:2
insulation 340:11
  341:12,14,19,22
  342:2,7,13 344:23
  344:25 345:5
  384:3,8,11,11,15
  412:25 413:3,7
  414:10,15,18,20
  415:1,10,17,21
  416:2,17 417:17
  420:13
interested 463:20
interior 326:7
  352:12 353:8

involved 339:5
  359:4
ip 306:13
island 316:1
  430:24
itchy 341:13 342:3
  342:11
items 346:16
izzy 429:15

          j
j 306:4
january 422:4,4
jersey 304:24
  308:12 309:2
jimmy 430:17,20
  431:5 432:10
job 305:25 314:8
  315:5 320:6,23
  321:2 322:15
  330:1 338:3
  363:18 384:6
  385:3 413:20
  425:13 431:15,15
  431:19,22,25
  432:3,6,13 434:1
  445:17,23 448:20
  450:21 453:17
  456:18
jobs 321:24 332:9
  359:25 360:11
  361:8 362:2 364:3
  364:5,12 365:2,8
  365:12,19 366:1
  366:16,21,24
  367:19,23 394:10
  425:20 430:7
  431:11,13,18,20
  444:14 453:4
john's 316:11
johns 444:20
  445:1 455:5,18

join 410:12 428:9
joined 428:5
joint 354:12,13,22
  354:25 355:15,16
  357:23 358:11
  432:24 433:3,9,17
  433:22 434:3,7,12
  434:21 435:1,3,15
  435:19,24 436:5
  436:15 437:1,6,16
  439:3 441:1,9,14
  443:1,10,17 444:4
  444:11 445:12,17
  447:10,12,18,21
  447:24 448:3,11
  448:13,24 450:3
  450:21 451:2,5,17
  451:21,24 452:4
  452:10,13,24
  453:5,19,25 454:9
  454:16,22,24
  455:17,23 456:3
  456:14
joseph 308:21
judge 310:11
jumbo 431:24
jump 376:9

          k
k 311:1
karnak 307:10
keep 320:8 351:8
  352:22,24 404:23
  423:13
kemble 309:2
kick 378:3
kids 366:14
kill 372:24
kind 331:5 353:12
  353:16 376:18
  427:15 429:17
  432:17 439:2

440:4 451:4
kinds 317:5
330:25 331:4
338:17
kitchen 377:12
kluger 307:1
knee 372:18
knew 320:6 382:2
422:21 429:8
know 311:17
312:4 320:14
326:12,13,21
327:10 328:20
330:12 333:23
335:12,13 342:20
343:13 346:15,25
347:22 351:1,25
354:11 357:2,24
359:16,17 361:10
361:24,25 362:5,8
363:15,21 367:13
368:1,23 369:16
369:23,24 371:11
372:3 375:15,16
375:20 377:20
378:9 379:14,15
380:2 382:17
383:2 386:15
388:19,24 389:4
389:12,23 391:21
393:5,12,13
394:18,19 395:4,5
395:20,20 399:9
399:10,13,15,19
399:21 400:3,7
401:22 402:7
404:13 405:8,9
406:11 407:3,7,12
407:21,22 409:1,5
409:9,12,14 410:4
410:22 411:25

412:3,4,5,7 413:10
413:17 414:13
415:1,3,6,7,10,14
415:16 416:20
417:8,19,20,21
418:18 420:5
421:17 422:10,15
422:25,25 423:1
428:7 429:11,14
429:20 430:16,18
430:21,22 431:9
433:11,19,20,21
434:5,11,13,16,18
434:21 435:9,11
435:12 436:2,4,8
436:25 437:13,18
438:3,23 440:21
443:3,4,15,20
444:7,9 445:3,8,15
450:1,2,9,15
451:18,24 452:2,2
452:3,9,12,13,20
452:22,24 453:2
454:8 456:1,9,22
457:19 458:5
459:21
knowledge 461:6
known 373:8
kurowski 308:15

**l**

l 307:12 428:25
labels 443:7
labor 394:25
ladder 359:19
374:6
land 388:2
larancuent 306:19
421:1,5 423:21
462:8
large 395:9 396:6

largest 343:9
latex 429:24 430:3
453:23
lath 332:22,23
335:13,15
latherers 332:20
law 308:2 358:3,3
424:12
lawler 307:9
lawyer 312:9
419:10,17
lawyers 311:25
lay 342:6,9
layer 354:4
layers 446:11
laying 342:1
leader 308:6
leading 336:16
337:3 344:24
leave 315:10
led 380:18
left 321:5 421:23
447:19
legitimate 352:22
leveling 435:7
levey 308:4
leviton 306:8
lid 436:23
life 373:9 433:13
lifetime 377:22
379:2
light 352:1 447:3
liked 352:3,5
444:21,22 449:3
line 462:3 464:5
liquid 307:10
listen 459:19
listing 390:4,6,9
litigation 304:4
little 337:22
345:12,20 354:10

359:5,24 362:12
379:23 391:20
419:11 439:6,14
439:14
lived 376:16
377:21,24 382:11
421:24 430:17,19
lives 371:22
430:20,23
living 377:11
378:7
livingston 304:24
llc 306:8,21 308:7
308:15
llp 306:17 307:5
307:18 308:2,6,19
309:1
located 325:2
408:14 411:14,20
429:3,4
location 350:2
433:2 456:11
locations 315:15
316:9,15,19,23
317:2,4 318:3
321:11,14,21
322:2
logos 437:21
long 320:3,6
325:20 330:3
347:11,16 352:5
361:13 369:8,17
373:5 375:19
376:15 391:8
425:18 428:3
432:15 438:12
443:3 448:3,10
449:9,22 450:7
longer 330:11
longest 450:12

**look** 374:19
**looked** 326:8
  333:4 336:1 354:7
  355:12 390:16
  391:23 392:4
  398:19 404:2
**looking** 337:11
  391:8 400:25
**lopez** 306:19 421:4
**losing** 320:8
**lost** 332:4 336:17
  336:18 383:24
  396:3,5
**lot** 336:9 338:20
  353:20 355:10
  359:6 361:11
  362:4 396:3 422:6
  423:9 429:22
  433:7 435:13
  450:4
**lower** 394:25
**lucky** 403:11
**lunch** 420:22
  424:5,6
**lung** 368:7,15,20
  368:25 369:9
  370:15 372:2
  373:13 379:5,18
  379:25 382:3
**luxenberg** 306:2
  311:20 457:20
**lynch** 307:5

**m**

**m** 428:25
**machinery** 409:13
**macsteel** 307:21
  354:16 358:5
  424:10,12 441:5
  441:21 456:6,25
  462:10

**mahoney** 306:12
**main** 308:3 343:18
**maintain** 427:12
**maintenance**
  402:7 421:17
**majority** 373:9
  386:3 405:4
**making** 326:12
  425:12
**malaby** 306:21
**malacoff** 428:23
  429:1,2,12,13
**man** 328:21
**manhattan** 315:22
  315:23 316:4
  395:15,17
**mansfield** 444:19
**manuals** 402:13
**manufacturer**
  347:7 360:19,24
  367:10 368:2
**manufacturers**
  417:2 445:14
  455:17
**manufacturing**
  306:8
**manville** 444:20
  444:20 445:1
  455:5,18
**market** 307:11
**marks** 447:6
**married** 328:5
  372:20,23 373:6
**marshall** 306:6
**mask** 356:13,17
  384:25 385:5,8,10
  385:20 458:24
  459:5
**material** 417:3
**materials** 341:21
  378:19 379:2

**matter** 305:3
**maxess** 306:9
**mccambridge**
  306:12
**mcelroy** 309:1
**mcgivney** 307:1
**mctiernan** 307:14
**meal** 387:9
**mean** 327:3 333:9
  392:10 406:15
**meaning** 315:4
**meant** 355:13
**measured** 395:19
**mechanic** 324:12
  324:13,14,19
  367:2
**mechanics** 335:14
**medications**
  312:11,12
**medium** 450:18
**melville** 306:9
**memory** 368:23
**men** 332:24 337:1
  337:6
**mention** 456:10
**mentioned** 332:13
  334:25 335:6
  336:1 337:7
  352:11 355:11
  358:11 363:8
  405:12 432:21
**mess** 351:7
**metal** 313:9 314:9
  315:6 317:15
  324:12,14 325:8
  325:12 330:19
  331:4 339:4
  343:22 344:1,1
  396:9,16 398:15
  399:22 413:21
  414:5 436:18

  437:9,21 438:9
  440:6,10,12,14,16
  441:4,10,22
  451:20 452:16
**michael** 306:23
**mid** 339:12
**mile** 371:23
**mileage** 422:19
  423:10
**miles** 422:15,23
  423:2,5,9,12,16
**military** 458:16
**miller** 308:13
**mine** 397:22
**mint** 422:1,3
**minute** 375:3
**minutes** 375:2
  387:3 448:12
  449:17 457:12
**mischaracterizes**
  363:5
**missed** 380:10
**mix** 345:4 439:10
  439:14 440:2
**mixed** 332:23
  445:8
**mixing** 439:3
  440:5
**mixture** 454:25
**moment** 320:12
**monday** 327:21
**month** 388:20,23
  389:4,12 392:23
  393:3 431:13
  432:1
**months** 319:15,18
  369:22,23,24,24
**montrose** 435:12
  435:13 437:18
  444:6,16,18 445:1
  445:19 455:5,19

moore 307:14
429:19,21
morning 311:7,13
311:14 312:18
341:4 375:9
381:20
morristown 309:2
morse 306:8
mortar 384:13
motor 361:21
motors 361:16,17
mount 309:2
move 326:5
336:11 382:9
388:4 410:10
moved 314:17,20
mt 304:23
muller 428:24
mulvaney 309:1
mumbo 431:24

**n**

n 306:1 311:1
name 311:17
346:21 347:6
354:21 368:1
375:9 409:20,25
419:7 421:4
424:11 429:14
430:13 433:23
464:3,4
names 343:3
412:19
naval 417:15
navy 320:5 323:23
324:9 325:3,4,5
328:21,22 330:6
330:10 342:25
347:24 348:12,14
348:19 349:4,8
388:6,10,23,25
389:5 390:18

393:17,22 394:2
394:14,17,22
395:2,5 412:10,15
415:4 418:13,16
458:8,9,15 459:5
near 411:16
nearly 390:10
456:16
neat 345:13
need 312:3 320:12
375:18,21 386:2
416:8,13
needed 317:12
392:14,15 422:6
negative 408:17
415:9
nephew 371:12,13
nephews 370:21
370:24 371:2,6,6,8
371:15
never 378:21
387:1 395:19
396:18 397:17
398:9,13 406:5
414:9 432:15
435:14 454:11,13
455:1
new 304:2,4,24
305:8 306:4,4,9,14
306:14,18,18,22
306:22 307:2,2,7,7
307:16,16,20,20
308:4,8,8,12,17,17
308:21,21 309:2
315:18,20 318:4
321:15,18 322:22
335:14 343:24
359:4 367:14,16
425:10 447:14
459:11 463:5

nice 342:8 345:13
352:4
nicholas 307:12
nick 375:10
nieces 370:20
371:1
night 376:25
nights 327:23
350:7
nine 327:18,20
nodding 415:9
417:14
non 326:6 336:12
north 305:8
nostrand 429:4
notary 305:6
310:10 311:3
461:17 463:4
464:21,24
notes 374:19
418:20,23 457:22
notice 333:3
345:15 384:15
418:4
number 411:3

**o**

o 311:1 428:25
ober 307:7
object 317:21,24
318:6,8,12,14,22
319:1 321:1,12,16
321:23 322:3,14
322:25 323:6,16
323:20 325:16
326:4 328:14
329:6 330:9,20,24
331:9,16 332:1,18
333:6,10,15,18,22
334:2,4,12 335:7
335:11 336:2,8,16
336:20,24 337:3,8

337:16,20 338:7
338:11,16 339:9
339:23 340:7,13
340:23 342:18
343:1 344:11
345:18 346:11,19
347:19 348:3,15
349:5,12 351:3
352:15,20 353:7
353:25 354:9,15
354:23 356:7,10
356:21 357:1,11
357:25 358:16,20
368:19 369:11,21
370:3,8 458:11
459:18,24 460:3
objection 360:21
361:1,6 363:4
379:12,21 380:21
382:5,15 383:1
384:5 386:25
390:22 392:24
394:5,23 395:18
402:12 403:19
404:22 405:7
406:7,23 407:5,19
407:24 414:12
415:5,13,22 416:5
416:18 417:7
419:25 426:4
427:5,11,14 431:7
433:18 434:4
436:1,6 440:20
441:19 443:2,14
443:23 445:2
450:8,23 452:1,19
454:19,23 455:6
455:13 456:5
objections 310:5
397:2,5,10

observed 400:9,22
401:5,24 403:6,13
404:11 406:3
411:4 414:19,21
obvious 384:23
obviously 386:17
396:1
occasion 350:25
387:16 406:25
407:9 444:12
occasionally
321:25
occasions 386:4,8
387:17
occur 385:22
occurred 360:2
387:6
occurrence 383:8
offhand 316:20
318:2,23 362:24
378:8 408:22
422:10
oh 317:5 321:4
326:21,25 327:25
328:10 329:7
333:1 339:24
340:24 342:3
346:2 348:25
358:17 363:14
365:14 366:18
372:3,12 373:7,15
377:15 379:9
380:2 383:11,20
384:21 385:20
386:14 387:14,21
388:24 395:10
400:2 412:3
413:17 418:1,12
420:6 422:10,13
422:25 423:18
425:7,22 427:25

428:6,11 430:16
431:13 440:6
442:23 443:19
445:15 451:18
453:2
oil 350:23 430:3
442:20 453:23
okay 311:22
312:22 313:1,2,15
313:23 314:2,7
319:18 320:14,15
320:20 325:5
329:17 353:3
371:8 375:11,12
375:16,17,21
376:5,6 381:21
388:4,6,7 392:3,21
397:14 404:8,9
406:1,2 407:21
408:23,24 409:16
416:9,10 419:8
421:8 426:9,19,23
427:25 442:3
447:11 456:21
457:3,23 460:8,15
old 421:14 431:3,4
once 342:4 431:2
ones 316:11
444:22
open 326:17
operate 400:1
opportunity 340:4
oppose 410:13
opposed 406:13
410:24
oral 304:8 305:2
order 362:22
original 399:11
423:16
ortiz 307:12 326:5
334:17 335:19

336:11 375:8,10
382:8 393:15
396:25 397:9
404:24 405:2
408:20 410:12,17
414:2 416:6
418:19,25 462:5
outside 321:24
333:8 341:19
377:3
overhead 413:4,13
overlap 392:10
overlapping
390:24 391:3
overnight 350:7
355:17 447:25
oversee 393:22
overseeing 394:7,8
overtime 328:6,8
339:18,19 340:5,6
340:8
owned 360:7
361:13 363:7,9,22
364:25 422:21
owner 429:11

**p**

p 306:1,1
p.c. 306:2,7 307:1
p.m. 424:6,8
460:19
p1-2780313 464:2
pacific 346:23
354:24,25 356:19
432:24 433:3,5
435:23 436:4,15
437:1,4,10,16,22
438:1 441:1,9,13
444:6,11 445:7,17
445:22 451:2
452:3,7,15,21,25
453:5,18 454:5,9

455:23 456:3,13
pack 357:16,17,20
packaged 355:4
436:15
packages 381:25
packaging 437:17
paddy's 324:17
pads 367:15
page 392:17 462:3
464:5
paid 358:1 455:1
pail 439:13
paint 428:23
429:21,25 439:15
442:14,16,17
443:6 446:23
447:5
painted 399:11,14
453:23
painter 430:4
painters 432:18,19
painting 355:8
358:14,22 360:2
360:15 424:15
425:25 426:16
428:13 429:17,22
456:15
paints 429:18
paperwork 427:12
427:16
pardon 434:15
454:12
part 314:22 315:2
324:22 325:13
331:23 333:2
351:9 352:13
353:8 358:13
368:25
particularly 418:4
parties 310:2,14
310:20 463:19

| | | | |
|---|---|---|---|
| pascarella 308:11 | pete 430:17,22 | pleasant 304:23 | present 385:14 |
| pass 324:18 | 431:5 432:10 | please 312:3,4 | 386:18 405:6 |
| passed 369:19 | pfizer 308:3 | 326:3 334:18 | pretty 312:8 327:2 |
| 428:1 | philadelphia | 335:20 354:17 | 332:7,10 336:3 |
| passing 379:14 | 307:11 | 375:23 | 339:16 340:18 |
| paste 438:20,21 | phone 311:9 431:3 | pleasure 420:19 | 366:8 455:14 |
| 439:3 | 457:8 460:13 | pllp 308:11 | previously 311:2 |
| patience 460:17 | physically 392:19 | plumbers 317:10 | 312:14 323:15 |
| patrick 306:4 | pictures 437:21 | 317:17 331:3 | primer 447:5 |
| 311:17 | pie 369:13 | 340:11,14 344:18 | 453:24 |
| pay 349:14,16 | piece 369:12 | 344:19 405:13 | priority 304:22 |
| 356:22 410:7 | 406:14 410:24 | 412:1,2,13,14,15 | 338:25 464:1 |
| 431:5 | pieces 334:9,15 | plus 332:9 352:4 | probably 325:21 |
| pending 375:20 | 362:12 | point 314:17 315:9 | 330:5 344:4 |
| 397:4 | pipe 332:20 | 316:17 323:22 | 347:12 363:1 |
| pennsylvania | 337:11,12 381:13 | 328:11 336:13 | 364:4 368:12 |
| 307:11 | 381:15,16 417:17 | 342:23 348:17 | 408:16 423:3 |
| people 326:19,24 | pipes 332:21 | 351:12,17 436:11 | 436:3 442:18 |
| 342:16 432:6,8,13 | 335:12,14 414:15 | 438:4 | 443:19 459:25 |
| 453:12 | 414:22 417:22,23 | popular 316:12 | problem 351:11 |
| performed 394:4 | 418:2,6 | portion 334:7,20 | 383:14 |
| 394:20 | piping 327:7,11 | 335:22 354:19 | procedure 305:5 |
| period 312:24 | 413:1,4,7,13,14 | 358:8 | process 362:9 |
| 313:20,25 314:2,5 | 415:2 420:6,10,13 | portions 326:6 | 384:20 447:13 |
| 316:2 317:25 | place 324:8 327:6 | 336:12 | product 417:3 |
| 319:7 327:14 | 428:19 438:14 | pounds 359:18 | products 353:22 |
| 328:2,9 330:13 | 445:25 | pour 390:11 | 378:13,19 379:1 |
| 347:23 348:13 | places 347:25 | powder 438:19 | 382:3 |
| 359:11 363:7 | 348:11 | powerful 337:11 | professional 430:4 |
| 381:5,11 383:3 | plains 308:4 | practically 331:6 | prohibit 312:17 |
| 385:1 388:5 389:2 | plaintiff 305:2 | 423:19 | provide 400:19 |
| 389:20 390:21 | 306:3 311:2 397:6 | pre 422:21 | 418:14 |
| 391:1,2,4,5,15,16 | plaintiff's 397:3,7 | prefabricated | provided 310:14 |
| 392:8,22 | plant 314:14 | 345:1 | 415:4,12 459:2,8 |
| periods 383:25 | plastic 357:5,7 | presence 377:2 | public 305:6 |
| permanent 320:16 | 438:9 439:13 | 382:20 385:25 | 310:10 311:3 |
| personal 374:14 | 440:11 441:4,15 | 386:12 393:18 | 461:17 463:4 |
| personnel 394:14 | 441:22 451:20 | 403:16 406:20 | 464:24 |
| 458:17 | 452:16 | 407:11 410:4,16 | pump 306:13 |
| pertaining 408:6 | plates 331:18,19 | 415:19 416:3 | 398:5,19 399:1,6 |
| | | | 400:9,12,20,25 |

401:4,11,16,22
402:8 403:6,13,16
404:1,10,22 405:6
406:3,6,10,13,15
406:17,19,20
407:1,4,7,8,10,14
410:2,4,15 411:10
411:14,15,16,19
417:1,11
**pumpers** 374:5
**pumps** 308:7
334:1,13,24 335:6
397:13,18,20,20
397:21,24 398:7,9
398:14 402:14,18
404:12,18 405:16
405:17 410:6,20
410:23 411:4,5,9
413:20 414:10,13
417:4
**purchased** 367:6,6
421:10,14,16,21
422:20
**purpose** 315:11
446:3,9
**pursuant** 305:4
**pushed** 361:12
**put** 331:20 338:1,2
343:22,24 344:5
345:2,5,19 346:12
347:5 348:7 359:4
359:5 361:11
367:16 385:3
391:12,13 395:14
396:25 439:9,9,11
446:25 447:18,21
447:22,23 448:24
450:5
**putting** 332:20,21
346:14 347:3
353:18 355:16

432:20

**q**

**queen** 431:14
456:11
**queens** 315:24,25
316:7
**question** 312:1,2,5
318:7,13 323:17
332:19 364:15,24
375:19,24 376:2
378:15 379:24
381:13 382:7
392:16 403:25
404:4 408:3 416:7
431:17 442:1
452:23
**questions** 311:6,7
311:22 364:23
374:18,20 375:11
375:16 376:4
379:8 380:23
381:23 383:5
393:8 396:24
397:1,3,4,12
402:22 404:7
406:1 407:24
408:1,5,9,11,19,21
411:24 413:19
419:11,17 420:21
423:22,25 432:23
436:13 457:1,6,9
457:12,21 460:7
460:10,13 463:10
**quick** 373:22
447:2,3 457:25
**quit** 376:20 389:6
**quite** 355:10
361:11 363:25
451:7

**r**

**r** 306:1 311:1,1,1
370:9,10
**radon** 382:12,14
382:16,17,20,24
**rags** 345:24
**rakison** 313:10
314:2,23 315:3
319:4,23 320:4,22
321:2 458:2,2,20
458:24
**ran** 417:17,24
**rappaport** 306:16
**rarely** 376:24
**ratio** 432:7
**reaction** 344:6
**read** 326:2 334:7
334:17,20 335:19
335:22 354:16,19
358:5,8 381:24
402:13,17 417:10
417:11 437:11
442:21,23,25
443:4,7 455:20
461:4
**real** 457:25
**really** 372:16
387:1 396:20
402:16 405:20
412:16 419:20
433:19 443:24
455:1,7
**rear** 421:22
422:14
**reason** 375:19
413:18 420:6
464:5
**rebuilding** 331:14
**recall** 318:2,10,17
320:3 323:8 324:1
325:19 326:7,18

327:11,15 329:1
330:2,17,22 331:2
331:7,24 332:24
333:25 334:9,22
335:2,4,9,16,24
337:1,6,13,18
338:13 339:7,13
340:9 342:1,6,16
343:3,5,11 344:13
344:22 345:21
346:17,21 347:1
347:10 350:19
351:23 352:17
353:22 354:6,21
354:25 355:3
356:15,18 357:9
357:18 359:14,20
360:6,19,23 361:7
361:13,19,21,22
362:9,21 363:11
363:23 364:2,7,11
364:19 365:2,11
365:18,24 366:13
366:16 367:9
368:6,17 369:8
370:1,13 372:22
373:4 377:17
405:22 410:3
419:13 424:16
425:1,18 426:2
429:16 430:7
432:25 433:2,3
435:10,18,24
436:14,19,22
437:5,8,9,15,20,24
438:5,10,12 440:9
440:18,25 441:8
441:13,15,17,18
441:24 442:10,13
443:5,8,16,21,25
444:2,3 445:7,11

| 451:1,2,10,13,16 | remember 316:21 | reporter 305:7 | 338:22 345:3 |
|---|---|---|---|
| 452:14 454:21,25 | 316:22 318:24 | 312:7 334:8,21 | 350:8,8,14 352:8 |
| 455:11,15 456:11 | 329:5,12 332:15 | 335:23 354:20 | 358:19 362:19 |
| recalled 332:14 | 334:16 336:19,22 | 358:9 376:3 463:4 | 370:9 371:19 |
| 364:17 432:23 | 338:23 341:12 | reporting 304:22 | 374:21 385:7 |
| received 397:17 | 347:6 348:12,21 | 464:1 | 386:7 388:8,12 |
| 398:13 | 357:6,14,22 360:8 | representing | 389:10 396:6 |
| recess 375:5 424:7 | 360:12 365:21 | 310:22 311:19 | 398:17 404:6 |
| recollection | 366:19 368:11 | requested 334:7 | 414:7 415:23 |
| 362:15 | 369:3,14,18 370:6 | 334:20 335:22 | 416:21 417:6 |
| record 370:11,12 | 372:9,13 373:1 | 354:19 358:8 | 418:19 420:15 |
| 375:6 397:1 419:1 | 378:8 379:17 | required 358:3,4 | 423:23 424:4 |
| 419:2 420:23,24 | 388:17 408:1,2,4,7 | 464:21 | 428:2 441:11 |
| 424:1,2,8 426:21 | 408:10,15,18 | reserved 310:6 | 442:6,24 445:21 |
| 426:22 438:25 | 413:1 417:23 | respect 310:17 | 449:20 |
| 439:1 440:24 | 418:5 419:19 | respective 310:2 | rights 310:14 |
| 456:7,8 457:13,14 | 440:22 442:12 | 310:19 | rigs 374:3 |
| recorded 463:9,12 | 443:25 456:21,23 | respirator 385:9 | rivet 347:4 |
| records 427:16 | 456:24 | 386:5,9 458:25 | rivets 347:4 |
| rector 307:15 | remembered | 459:6 | road 306:9 |
| red 349:24 387:24 | 347:17 365:7 | respond 372:4 | robert 308:4,17 |
| redheaded 352:5 | remove 398:2 | response 311:8,10 | roll 359:19 |
| reduced 463:13 | 412:25 | 457:7,10 460:11 | rolls 359:18 |
| reference 395:13 | removed 367:11 | 460:14 | roofing 358:18 |
| referred 329:3 | 413:3 415:18,18 | responsibilities | 359:3,17 360:14 |
| referring 352:7 | 416:2,3 | 314:8,23 315:2,5 | room 311:6 |
| 439:12 | renovation 359:2 | responsibility | 326:16 332:8,11 |
| regard 427:13 | renzulli 308:2 | 396:12 417:13 | 332:14,16 333:5 |
| regarding 414:10 | repair 422:7 446:2 | responsible 394:9 | 333:25 334:11,14 |
| regardless 411:2 | 446:4 | responsive 326:6 | 334:24 335:1 |
| 411:23 458:15 | rephrase 312:3 | 336:12 | 336:14,23,25 |
| regards 362:21 | 364:24 404:5 | retain 427:15 | 337:2,25 351:1,8 |
| registered 427:4 | 416:8 420:1 | retired 359:22 | 377:12 409:6,18 |
| regular 327:17 | replace 359:9 | reviewing 457:22 | 409:23 419:13,23 |
| 328:8 367:2 383:8 | replaced 360:25 | richest 366:14 | 420:3,9 446:14,22 |
| 383:17 387:6,11 | 361:15 | rid 387:2 | 447:23 448:23 |
| 428:19 | replacements | right 312:25 | 449:12,14 457:6 |
| related 370:5 | 361:22,23 | 313:20,23,24 | 460:10 |
| relative 463:18 | replacing 364:18 | 314:5 319:20,24 | rooms 359:6 |
| relocated 350:5 | report 394:16 | 321:13 324:11 | 395:25 407:25,25 |
|  |  | 325:18 329:12 | 408:6,11 409:2,10 |

409:13 418:8
rot 344:6
rotted 359:9
rotten 359:6
route 308:12
rubber 343:25
344:5
rubdown 449:4
rules 305:5 311:23
312:8 375:13
ruling 397:5
run 413:14
running 338:18
414:22
ryan 307:3 430:17
430:20

**s**

s 306:1 308:13
464:5
sand 353:19 354:5
355:14,18,24
449:5,6,23 450:7
sanded 355:23
453:21
sanding 354:8,11
447:3 449:4,9
450:16 453:7,13
453:17
sandpaper 345:25
345:25 353:20
450:18,19
sanitas 432:20
sank 390:10
saw 323:18 346:1
356:25 406:5,8,10
406:19 407:1,10
414:9 419:12,23
420:3 440:8,10
saying 350:17
370:6 391:3
419:21 420:11

432:12 439:18
444:25 445:24
451:9
scales 447:1
school 312:25
313:5
scratches 422:12
sealing 310:3
scam 446:8 448:4
448:8,10 449:20
449:24
seams 446:5 448:6
second 448:25
449:6 450:5
458:19
section 450:14
sections 310:16
see 325:22 333:14
345:23 352:3
356:1 357:15
371:14,20,24
373:17 381:18
384:22 406:13
409:15,16 424:21
446:17 447:6
451:19 459:20,20
seeing 332:24
335:4 337:1,6
344:22 345:21
356:15,18 357:10
357:18,22 417:23
418:5
seen 323:12
334:10,23 342:9
411:16
segal 306:12
selected 429:23
semigloss 442:19
senior 374:2
separate 427:8

serious 459:21
seriously 459:22
service 313:21,23
314:1 321:5 323:9
373:12 424:22,22
425:5
services 304:22
set 393:24
seven 328:2
367:25 373:7
425:23,24 426:10
426:25 427:2
432:14
seventh 314:18
shaft 337:4,7,10
337:14
shawnette 307:16
sheet 313:9 314:9
315:6 317:15
324:12,14 325:8
325:12 330:18
331:4 339:4 396:9
398:15 399:22
413:21 435:21
464:1
sheetrock 339:5,8
346:9,18,22,24
347:2,7 353:10,13
353:14,23 355:16
358:10 434:24
435:1 447:15,16
shift 362:7
ship 325:17,24
328:18 329:4
331:13,25 332:8
332:10,12 337:9
337:19 338:19
339:8,12,17
340:21 341:15,17
343:9 394:6,11

ships 325:15
328:19 332:10
342:24 343:4,12
343:16 344:9
347:11,15,25
348:6,10 391:14
shop 314:24 315:7
315:11 318:16
321:10 322:4,6,16
324:9,25 325:7,8
325:11,13,18,20
326:8,19 327:2,7
327:15 328:4
336:4,6 388:11,14
390:13,25 391:11
391:13,20 392:6
392:12,20
shops 314:21
348:11
short 368:23 375:4
388:16 390:21
420:18,21
shorthand 305:7
463:4
shoulders 372:17
shrink 435:21
444:23
shultz 308:15
sic 444:19
sick 386:20
side 351:14,20,24
352:13,19,25
425:2,13,20
426:14 427:13
434:1,2
sign 317:14
signed 310:9,11
signs 314:10
315:13,14 396:8
similar 364:22

**simpler** 366:24
**singer** 306:12
**single** 371:13
  413:15
**sir** 346:25 368:24
  374:24 375:9,16
  376:7,12 377:14
  378:5 380:14
  382:10 383:3
  386:16 387:5
  388:4,6,8 389:2,23
  390:8 393:8 395:8
  396:9 397:12
  399:18 403:14
  404:6,10 406:1
  409:1,17 410:2
  412:24 413:18
  414:8 415:25
  416:9,14,25
  417:15 418:13,19
  424:11 456:25
  457:11 458:1
  460:6
**sit** 379:16
**site** 322:17,18
**sites** 322:21
  323:12 456:12
**situation** 460:5
**six** 367:25 369:24
  433:8
**size** 329:19 399:1
  449:11
**skim** 435:8 447:2
**skip** 324:22
**skyscrapers**
  395:17
**sleep** 341:9,10,11
**slept** 341:14
**slice** 369:13
**sloppy** 345:10
  354:10 355:12

**slow** 320:18
**small** 343:6
  359:24 426:1
  435:6 439:25
**smaller** 328:17,19
  343:7 391:14
**smoke** 376:13
  377:2,6,9,11
  381:19 386:17,21
  386:24 387:13
**smoked** 376:17
  379:20,20 380:25
**smokes** 376:23,25
  376:25
**smoking** 329:10
  357:20 376:19,20
  376:21 379:11,19
  380:3,20 381:1,2,5
  381:8,9,11,14,15
  381:16,17 382:2,3
**smooth** 345:23
  353:19 449:7
**soap** 346:14
**social** 363:14
**soft** 355:19
**solid** 329:21
**solomon** 305:6
  463:3,24
**somebody** 410:3
  411:16 459:15
**son** 371:22 376:13
  376:16 377:21
  427:18,22,23,24
  428:4
**sons** 352:1 427:18
  427:19 453:7
**soon** 425:4
**sorry** 380:10
  390:5,8 393:16
  427:25 434:2

**sort** 414:14 439:15
  450:4
**south** 430:20
**space** 447:19
**spackle** 354:1,5
  433:9,17,22 434:2
  434:7,11,18 435:1
  435:4,6,9,25 436:5
  447:8 450:25
**speaking** 376:2
**special** 322:15
  350:9
**specific** 338:15
  413:19 445:19
  456:12
**specifically** 357:9
**specifications**
  402:17
**specified** 417:2
**spoke** 311:25
**spot** 445:19
**st** 324:17
**staff** 388:16
**stand** 442:23
**standard** 362:7,8
**staples** 432:10
**start** 312:6 329:9
  329:13 375:25
  388:18,19,21,22
  426:17 445:6
**started** 313:9
  319:22 320:22
  323:23 324:24,24
  339:11,11 341:13
  349:13 351:13,17
  351:20,24 352:1
  381:2,7,14 382:2
  387:25 389:13
  424:16,21 425:2
  425:20,25,25
  426:2,10,11,13

**427**:17,21 428:6
  428:10,17,18
  430:8 436:17
  438:13 445:5
**starting** 324:3
  426:7
**state** 427:4 463:5
**staten** 316:1
  430:24
**states** 319:8
**stay** 431:22
**steady** 430:11,14
**steel** 329:21,22
  331:18,19 343:20
  343:25 344:6
  396:14
**stenographically**
  463:9,12
**stenotype** 463:3
**stepping** 338:20
**stick** 447:3
**stipulated** 310:1,8
  310:13,18
**stirrer** 440:6
**stomach** 386:21
**stood** 395:15
**stop** 348:23 381:4
  381:10,17 424:3
**stopped** 348:18,22
  348:25 349:1
  359:15,16,17,21
  381:1,3,9,16
**store** 428:23
**stored** 341:22
**stores** 316:12,13
**straight** 344:25
**straightest** 345:3
**street** 307:2,6,11
  307:15,20 308:3
  308:16,20 314:15
  314:18

| | | | |
|---|---|---|---|
| **strike** 326:5 | **surgeries** 372:17 | **talked** 389:22 | **test** 324:11 382:19 |
| 336:11 382:8 | 380:7 | 449:17 | **tested** 325:22 |
| 393:15 405:2 | **surgery** 369:1,4 | **talking** 314:6 | 382:12,24 |
| 410:10,17 414:2 | 369:10,15,20 | 330:13 372:10 | **testified** 311:4 |
| 416:6 | 372:6,19 380:6,18 | 385:8 392:23 | 312:14 313:3 |
| **strip** 446:25 | **sweaty** 342:12,16 | 441:3 443:10 | 314:13 323:14 |
| **stuff** 315:17 | **sweeney** 307:3 | 447:9 450:6 454:5 | 324:7 339:2 |
| 326:12 332:20 | **sweep** 355:25 | **taller** 395:16 | 340:10 349:23 |
| 333:11 346:15 | **swept** 327:5 | **tank** 385:11,11 | 351:13 352:10 |
| 348:8 374:6 435:7 | **switched** 347:14 | 386:5,9 | 358:19 359:20 |
| **submit** 463:14 | **switching** 440:13 | **tanks** 386:2 | 360:7,10 362:19 |
| **subscribed** 461:12 | **sworn** 311:3 | **tape** 353:19 354:3 | 363:21 364:17 |
| 464:21 | 461:12 464:21 | 354:4 446:5 | 365:6 366:4 |
| **subsequently** | **synkoloid** 435:14 | 447:20,22,23,23 | 373:18 381:24 |
| 368:3 | 435:15 437:6 | 448:17,21 | 384:19 386:15 |
| **suite** 304:23 306:9 | 440:22 444:6 | **taping** 353:24 | 388:8,9 398:7 |
| 306:13,22 307:11 | 445:4 454:22 | 354:3 446:5 | 412:1,24 419:12 |
| 308:3,12 | 455:18 | **taxes** 427:8 | 419:16 421:9 |
| **summertime** | **system** 400:12 | **team** 453:6 | 426:20 |
| 341:16 | 411:11 | **tec** 306:8 | **testifying** 310:23 |
| **sump** 398:5 | **systems** 307:10 | **technical** 434:13 | 312:18 365:21 |
| **supervised** 394:22 | 399:20,24 400:3,6 | **technically** 433:11 | **testimony** 363:5 |
| 395:1 | 400:7 | **telephone** 308:1 | 376:11 384:24 |
| **supervision** | | **tell** 317:7 372:1,14 | 413:1 419:14 |
| 463:14 | **t** | 373:13 378:1,23 | 461:5 462:1 |
| **supervisor** 325:25 | **table** 326:11 | 380:17 398:18,25 | 463:21 |
| **supervisors** 394:6 | **tables** 326:9,15 | 399:5 401:3,9 | **thank** 374:23,25 |
| 394:10,11,13,16 | **take** 312:11 | 403:15 404:8,18 | 380:13 418:20 |
| 395:1 458:13 | 320:12,13,18 | 409:18,23 411:5,8 | 420:16 423:22 |
| **supplied** 415:14 | 321:24 324:11 | 416:19 450:12 | 457:1 460:6,16,18 |
| **supplies** 428:20 | 329:25 342:9 | 454:15 455:22 | **thanks** 404:25 |
| **supply** 429:12 | 343:18,21 359:7,7 | **telling** 379:17 | 420:17 |
| **supreme** 304:1 | 360:22 366:25 | 411:9 | **thereto** 310:17 |
| **sure** 326:1 333:8 | 375:2,18,21 376:4 | **temperature** | **thick** 383:22 440:7 |
| 338:12 346:12 | 448:3,10 449:10 | 401:10 | **thin** 439:6,15 |
| 347:21 353:11 | 449:17,22 450:7 | **ten** 362:1,2 374:3 | **thing** 320:16 321:6 |
| 356:24 372:24 | 450:13 | 375:2,3 448:12 | 344:16 348:4 |
| 378:16 397:8 | **taken** 305:4 375:5 | 449:17 | 433:24 446:15 |
| 405:14 418:12 | 424:7 | **term** 368:23 | 455:3 |
| 419:9 441:21 | **talent** 345:12 | **terrible** 376:24 | **things** 398:3 421:6 |
| 442:4,7 | **talk** 313:19,24 | 426:8 | |
| | 431:3 | | |

**think** 318:15
319:16 320:10,15
331:6 339:10
346:12 347:4,20
348:4 350:23
356:14 358:17
361:2 362:17
363:1 374:17
378:22 379:13
380:5 382:6
389:14 390:9
394:18,25 395:24
398:22 406:24
410:6 413:9
414:25 417:19
418:20 423:6,18
429:5 431:10
435:17 437:19
440:12 444:18
451:23 454:6
456:25
**thinking** 410:2
**third** 306:13,18
308:8 349:15,16
**thought** 358:2
436:7 438:2,23
445:9
**thousands** 387:22
395:22,24
**three** 319:12,15,17
332:4 337:24
347:20,22 361:15
361:17,21 368:13
372:7 383:24
433:6 446:11,18
**threw** 387:2
**throat** 320:11
**throw** 342:12
**thursday** 305:9
**till** 389:1

**time** 310:6 312:24
313:20 315:10
316:2,18 319:3,7
320:19 322:5,7
326:20 327:14,25
328:3,8,11 329:2
330:6,13,16 332:6
332:17 334:6,19
335:21 336:14
339:19 342:24
347:23 348:13,18
350:3 354:18
355:8 358:7
359:11 360:18,22
367:11 369:18,22
373:23 374:24
381:2,3,5,7,8,14
381:15 383:3,8,18
383:25 385:1,23
388:5 389:1,20
390:16,21 391:2,4
391:15,16,24
392:5,7,18,22
396:23 397:13
406:21 412:9
418:13,21 425:11
426:24 428:15
434:1,9 439:5
440:1 444:13,17
446:19 448:20
450:13 451:1,4,6
451:10 457:2
458:19 460:17
**times** 322:9 332:4
342:5 353:20
364:20 365:11,14
365:15 380:25
386:23 391:6
401:22 406:12
411:3

**tin** 355:6 356:19
357:3,4,7,10,12
442:5
**tint** 454:7
**tire** 307:6
**tires** 422:9
**tobacco** 382:3
**today** 311:15,22
312:11,17 371:18
376:22 379:16
388:9 396:23
397:13 419:11
432:21
**toilets** 342:21
**told** 348:1 378:10
378:16 379:6
421:7 432:9
**tools** 440:4
**top** 338:20 341:23
341:25 343:19,20
347:4 348:7
395:15
**topic** 378:21 380:3
**tough** 444:1
**trades** 317:11
330:22 331:1,5,5
338:20 432:17
**tradesmen** 317:3,7
318:18 323:13,14
323:19 325:10
330:18 331:8
332:15 335:5
338:10,14 344:10
344:14
**trained** 396:18
**training** 397:17,21
398:13
**transcript** 305:1
310:9 461:4
**transfer** 439:23

**transferred**
328:12 388:15
**travel** 315:3,4
316:4 318:20
322:12
**trays** 346:15
**treat** 378:4,6
**treated** 386:24
387:1
**treating** 378:11,17
378:24 379:5,18
379:25
**tree** 371:4
**tremendous**
329:19 330:1
**trial** 310:5,7 463:7
**truck** 361:12
383:11
**trucks** 374:4,8,11
**true** 402:2,4,5
410:25 411:1
461:5 463:15
**truthful** 379:7
**try** 377:8 411:13
426:6 448:22
**trying** 426:23
446:8,13,21
**tuesday** 312:13
313:4 324:8 329:1
329:13 339:3
340:9 352:11
**tunnel** 350:15
**turkey** 381:4,10
**twelve** 361:15,25
362:3 363:2,6
**twisted** 329:20
**two** 314:1 326:10
332:4 337:24
344:7,20 350:7
352:1 363:8,12,17
364:22 368:12

371:6,8,13,17
372:7 380:16
387:2 390:19
392:23 393:3
427:18,19 430:10
430:13 431:20
446:10,10 457:11
**type** 316:9 317:7
317:14 318:17,20
325:23 335:9
343:15 344:8
359:15 366:19
411:6,9 414:9
429:16,20,25
442:16
**types** 322:1 323:13
323:18
**typewriting**
463:13

**u**

**u.s.** 393:8,17,22
**ucc** 307:19
**uh** 344:12
**ultimately** 381:1,3
381:9 394:21
**unable** 411:17
**understand** 312:2
366:15 368:24
392:13 402:21,23
403:24 404:7
417:12 419:20
441:25 442:6
445:23 446:12,21
446:22 450:11
451:9 456:17
**understanding**
384:2 391:25
407:16 413:6
416:14
**understood**
397:11

**uneven** 450:4
**unfortunately**
377:25
**union** 314:18
393:10,10 412:2,6
**united** 313:13
319:8
**unknown** 389:18
**unresponsive**
410:11
**unusual** 423:15
**ups** 418:22
**uri** 306:14 419:7
**use** 353:20 433:9
434:2,3 435:15
440:4 444:10,15
445:4,9,23,25
446:2,3,18 447:12
450:21,24 453:5
453:18 458:24
**uses** 430:5
**uss** 328:12 329:3
330:3 331:24
389:22 391:7
**usually** 387:8,9
417:10 418:25
449:3

**v**

**v** 464:3
**van** 360:12 361:9
361:11,14 362:7
362:11,16,23
**vari** 313:13,14
**varied** 339:16
**various** 316:11
399:19 407:17
**vehicle** 422:19,24
**verbal** 311:8,10
457:7,10 460:11
460:14

**veritext** 464:1
**versus** 454:17
**vessel** 395:9 400:1
413:16,22
**vessels** 417:18,25
418:6
**voice** 320:8
**volume** 304:11

**w**

**w** 311:1
**wait** 312:4 355:17
375:23,25 436:12
**waitress** 428:12
**waived** 310:5,15
**waiving** 397:9
**walk** 337:17
398:24 410:7
446:22
**walked** 411:15
**walking** 410:14,18
**wall** 308:20
383:22 435:7,8
446:3,4 447:1,6
**wallboard** 434:24
**wallpaper** 432:20
**walls** 326:12 327:9
331:11 338:2
353:18 383:10
384:1,3,15,16,19
385:14,15,19,24
385:25 386:10,11
417:20 453:22
**want** 313:19,23
372:19 373:22
375:14 376:7
380:24 381:25
391:22 393:25
405:20 406:18
416:11 432:16
460:16

**wanted** 325:25
339:17,18 348:9
374:13 411:13
424:14 457:24
**wants** 377:16
**warn** 458:3,9,13
458:20 459:12
**warned** 459:15
**warner** 306:6,7
361:3,4
**warning** 356:25
357:3,10,15,16,22
438:2 440:10,19
441:17,24 442:5
442:10,11,14,19
443:13
**warnings** 356:16
356:19 381:24
418:14 440:9
442:22,25 455:16
**warped** 329:21
**warren** 308:7
**warshauer** 306:10
360:21 361:1,6
363:4
**watch** 345:7
398:23
**watched** 345:8,9
**watches** 393:24
**watching** 345:14
345:22 352:5
**water** 320:9,13
389:24,25 390:2,3
390:12 398:3
416:11 439:14,17
440:3
**way** 312:16 344:18
344:19 393:13
395:5,21 399:15
399:21 404:13
405:9 406:22

413:10 415:7
416:20 439:15
447:5,22 448:22
ways 447:7
wear 356:13,17
385:5 459:5
wearing 384:25
386:4
wednesday 312:13
313:4 352:11
week 311:25
339:22,25 340:2
352:19 371:3
430:6 431:12,18
431:20,21 445:9
weekends 327:24
weitz 306:2 311:19
457:20
welcome 457:4
weld 396:13
welders 331:4
344:16
welding 342:20
went 313:22,25
319:8 320:5,24
321:3 323:12
324:19 337:10
341:19 348:24
349:3,22 368:8
387:3 389:10
438:9
west 304:23 307:6
wet 345:24 448:14
449:1,2 454:4
whichever 441:22
white 308:4
356:11 399:8,9
438:22,24 454:2,7
wide 326:17
wife 372:24 373:5
373:8

wife's 389:16
wilbraham 307:9
windshield 366:9
366:11 421:23
wipe 353:19
wire 338:18
withdrawn 315:1
361:20
witness 310:23
374:22,25 378:3
404:1 408:25
418:23 420:17
423:23 424:24
425:4,7 436:9
442:2 457:3 460:8
460:20 461:1
463:21 464:4
wooden 440:6
word 391:8
words 450:24
work 313:9 315:11
317:15 318:16,17
318:20 319:22
321:7,9 323:23
325:17,23 326:1
327:23 331:20
333:2 335:9,17,25
337:6 338:4,9,15
339:3,4,8,14,18,25
340:11 343:12,15
344:3,9,23 345:17
346:9 347:24
351:5 352:4,12
353:8,9,12,16,24
354:8 356:12
358:10,12,18,22
358:24 359:3,3,10
359:15,23 360:14
362:17,20,21
363:12,16,23
367:3 392:15

393:11,22 394:3,7
394:8,19 396:1,13
396:19 398:14
406:6,13 414:4,21
417:17 422:7
439:7 448:22
worked 313:15
314:14,24 315:6
320:4 323:9 324:8
325:20 327:15,25
328:22 330:3,23
339:14,18 340:19
340:21,25 342:24
343:4,9 344:19
347:11,24 350:5
352:18,23 359:11
378:13,20,25
383:18 388:13,25
389:18,25 397:20
397:22,24 398:9
401:23 417:16,21
425:22,22 430:14
451:7 456:13
458:1,7,19 459:4
459:10
worker 313:9
314:9 315:6
396:10 398:15
399:22 412:6
413:21
workers 325:12
330:19 331:4
344:23
working 317:3,13
317:18 318:24
322:16 325:11
326:10,19 328:4,6
328:7 329:13
330:17 331:1,8,10
332:16 334:1
335:5 337:1

338:10,14 339:20
339:21 340:1
341:7 342:11,14
344:10,14 346:17
348:5,12,18,23
349:3 359:21
378:20 383:4
388:5 393:10
394:8 397:18
403:16 404:2,2
405:13,15,17
406:10,15,20
407:1,6,10,13
410:3,15,20,23
411:16 414:9,14
425:10 433:7
450:15 458:23
worn 422:9
worth 381:19
wow 430:16
wrist 372:18
writing 437:25
443:9,12
wrong 407:7

x

x 359:8,8

y

yard 323:24 325:3
325:4,5 342:25
347:24 348:12,14
348:19 349:4
388:6,10,23 389:1
389:5 390:18
412:10,15 458:8,9
458:15 459:5
yards 320:5 324:9
328:23 330:7,11
349:8
yavitz 307:18
424:13

| | | | |
|---|---|---|---|
| **yeah** 313:11,18 | 373:15,21 374:1,5 | 391:16 393:6 | **z** |
| 314:3 315:8,17 | 374:9 376:18 | 424:19 451:11 | **zone** 424:24 |
| 316:6,8,24 317:5 | 377:3,23,25 379:9 | **years** 319:13,14 | |
| 317:16,20 319:2,6 | 380:9 383:20,20 | 319:15,17 323:8 | |
| 321:4,6,8 322:8,11 | 384:21 385:17,20 | 347:20 360:3 | |
| 322:13,20 323:3 | 386:14,19,22 | 361:15,25 362:3 | |
| 323:10,21 324:6 | 387:14,21 389:3 | 367:25 368:12,13 | |
| 324:16,21,23 | 389:16,21 391:12 | 373:7 374:3,16 | |
| 325:6,9,9,18 326:9 | 391:18 393:20,24 | 377:18 380:16 | |
| 326:25,25 327:17 | 395:10,12,24,24 | 388:18 390:19 | |
| 327:22 328:10,10 | 396:17,17,22 | 412:22 421:14 | |
| 328:25 329:7,25 | 397:15 398:6 | 422:20 425:20,24 | |
| 330:10,21,25 | 400:2 402:5 | 426:10,25 427:2 | |
| 333:1,13,16,19 | 403:22 404:9 | 428:8 430:12 | |
| 334:3 335:1,3,8,18 | 407:20 408:25 | 433:6 443:24 | |
| 336:3,7,17,21 | 411:25 412:11 | 451:8,12 456:16 | |
| 337:4,15 338:6,25 | 413:2,5 416:19,24 | 456:16,19,19,20 | |
| 339:6,24 340:3,8 | 417:6,10 418:1 | **yellow** 437:7 | |
| 340:15,20,24 | 419:15 420:12,14 | 438:22 440:23 | |
| 341:3 342:3 343:2 | 421:15,15 422:8 | 455:3 | |
| 343:5,10 344:4,25 | 422:13 423:18,20 | **yellowish** 438:22 | |
| 345:22 346:2,5,8 | 426:15 428:17,21 | 454:7 | |
| 346:20 348:20,25 | 429:13 432:3,11 | **yesterday** 360:6 | |
| 349:2,6,10,17 | 432:11,14,19 | 362:20 363:11 | |
| 350:14,18 351:4,7 | 433:1,15 434:20 | 365:22 383:5 | |
| 351:22 352:9,16 | 435:17 438:7 | 386:15 421:9 | |
| 352:21 353:2,6,11 | 439:5,19,22 | **york** 304:2,4 | |
| 354:1,14 355:2,9 | 441:16 442:8,23 | 305:9 306:4,4,9,14 | |
| 356:2,4,6 357:12 | 443:3 444:21 | 306:14,18,18,22 | |
| 357:12,13 358:21 | 446:4 448:18,20 | 306:22 307:2,2,7,7 | |
| 358:25 359:13 | 449:2,8,21 450:25 | 307:16,16,20,20 | |
| 360:5,9,13,17 | 451:12,15 453:15 | 308:4,8,8,17,17,21 | |
| 361:5,18 363:10 | 453:20 455:14 | 308:21 315:19,21 | |
| 364:4 365:1,4,9,17 | **year** 314:2 324:1 | 318:4 321:15,18 | |
| 365:20,23 366:3,7 | 325:21 330:5,7,15 | 322:22 425:10 | |
| 366:12,18 367:4,4 | 344:7 347:12,21 | 459:11 463:5 | |
| 367:8,18,21,21,24 | 347:21 351:23 | **yup** 312:21 | |
| 368:5,8,16,22,22 | 359:14 363:6 | **yuppie** 388:2,2 | |
| 369:7 370:9 371:6 | 369:7 373:2 | | |
| 371:10,25 372:3 | 388:14 389:19 | | |
| 372:12,24 373:11 | 390:14,15,24,25 | | |