**EXHIBIT 2**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------------X   Index No.: 190195-17
FREDERICK G. BROWN and DIANA BROWN,

                                                                                  Plaintiff(s),

-against-

AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN BILTRITE INC.,
AURORA PUMP COMPANY,
BIRD INCORPORATED,
BLACKMER,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
DAP, INC.,
EATON CORPORATION, as successor -in-interest to
   CUTLER-HAMMER, INC.,
FORD MOTOR COMPANY,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS LLC,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,,
KARNAK CORPORATION,
LEVITON MANUFACTURING CO., INC.,
OWENS-ILLINOIS, INC.,
PFIZER, INC. (PFIZER),
THE GOODYEAR TIRE AND RUBBER COMPANY,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
WARREN PUMPS, LLC,
**AIR & LIQUID SYSTEMS CORPORATION,**
  **as successor-by-merger to BUFFALO PUMPS, INC.,**
**BORGWARNER MORSE TEC LLC.,**

                                                                                   Defendants

Date Filed:

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

**SUPPLEMENTAL SUMMONS**

---------------------------------------------------------------------------X
To the above named Defendant(s)

**You are hereby summoned** to answer the **amended verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded
in the complaint.

Dated, October 06, 2017
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

## DEFENDANTS' RIDER

Jennifer Darger Esq
Judy Yavitz Esq
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street
12th Floor
New York, NY 10016
(212) 452-5300
fax:(212) 452-5301
Attorneys for Defendant:
  **AMCHEM PRODUCTS, INC.,**
   **n/k/a RHONE POULENC AG COMPANY,**
   **n/k/a BAYER CROPSCIENCE INC.**
  **CERTAINTEED CORPORATION**
  **UNION CARBIDE CORPORATION**

Alexander Green Esq
Alfred Sargente Esq
Mark Debrowski Esq
Tanya Logan Paralegal
HAWKINS, PARNELL, THACKSTON & YOUNG
600 Lexington Avenue
8th Floor
New York, NY 10022
(855) 359-0636
fax:(646) 589-8700
Attorneys for Defendant:
  **AMERICAN BILTRITE INC.**

Chris Gannon Esq
Kim Reiter/paralegal
Lindsey Foster Esq
Robert Kenney Esq
Theodore Eder Esq
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD
850 Third Avenue
Suite 1100
New York, NY 10022
(212) 651-7500
fax:(212) 651-7499
Attorneys for Defendant:
  **AURORA PUMP COMPANY**
  **BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES**
  **GARDNER DENVER, INC.**

Lisa Pascarella Esq
PASCARELLA DIVITA, PLLC
2137 Route 35, Suite 290
Holmdel, NJ 07733
(732) 837-9019
fax:(732) 203-2380
Attorneys for Defendant:
  **BIRD INCORPORATED**

Allison Ordonez
Paralegal
MARYELLEN CONNOR Esq
ROBERT MALABY Esq
MALABY & BRADLEY LLC
150 Broadway, Suite 600
New York, NY 10038
(212) 791-0285
fax:(212) 791-0286
Attorneys for Defendant:
    **BLACKMER**

Michael Tanenbaum Esq
TANENBAUM KEALE LLP
One Newark Center
1085 Raymond Boulevard, 16th Street
Newark, NJ 07102
(973) 242-0002
fax:(973) 242-8099
Attorneys for Defendant:
    **CBS CORPORATION, f/k/a VIACOM INC.,**
      **successor by merger to**
      **CBS CORPORATION, f/k/a**
      **WESTINGHOUSE ELECTRIC CORPORATION**
    **FOSTER WHEELER, L.L.C.**
    **GENERAL ELECTRIC COMPANY**

Suzanne Halbardier Esq.
BARRY MCTIERNAN & MOORE
2 Rector Street
14th Floor
New York, NY 10006
(212) 313-3600
fax:(212) 608-8902
Attorneys for Defendant:
    **CLEAVER BROOKS COMPANY, INC.**

Kerryann Cook Esq
MCGIVNEY, KLUGER & COOK, P.C
80 Broad Street
23rd Floor
New York, NY 10004
(212) 509-3456
fax:(212) 509-4420
Attorneys for Defendant:
    **DAP, INC.**

Nancy McDonald Esq.
MCELROY, DEUTCH, MULVANEY & CARPENTER LLP (NJ)
1300 Mount Kemble Avenue
Morristown, NJ 07962
(973) 425-8703
fax:(973) 425-0161
Attorneys for Defendant:
  **EATON CORPORATION, as successor -in-interest to**
   **CUTLER-HAMMER, INC.**

Nancy Pennie Esq.
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
600 Third Avenue
5th Floor
New York , NY 10005
(212) 593-6700
fax:(212) 593-6970
Attorneys for Defendant:
  **FORD MOTOR COMPANY**

Lawrence Lee Esq
Scott Emery Esq.
137 West 25th Street
5th Floor
New York, NY 10001
(212) 710-0057
fax:(212) 302-2210
Attorneys for Defendant:
  **GEORGIA PACIFIC LLC.**
  **GOODYEAR CANADA, INC.**
  **THE GOODYEAR TIRE AND RUBBER COMPANY**

John Fanning Esq.
Raghu Bandlamudi Esq.
CULLEN AND DYKMAN, LLP
44 Wall Street
15th Floor
New York, NY 10005
(212) 732-2000
fax:(212) 742-2156
Attorneys for Defendant:
  **GOULDS PUMPS LLC**

DONALD PUGLIESE Esq.
MCDERMOTT, WILL & EMERY
340 Madison Avenue
14th Floor
NEW YORK, NY 10173
(212) 547-5400
fax:(212) 547-5444
Attorneys for Defendant:
  **HONEYWELL INTERNATIONAL, INC.,**
   **f/k/a ALLIED SIGNAL, INC. / BENDIX**

David Goodearl Esq.
Joseph Colao Esq.
LEADER & BERKON LLP
630 Third Avenue
17th Floor
New York, NY 10017
(212) 486-2400
fax:(212) 486-3099
Attorneys for Defendant:
  **IMO INDUSTRIES, INC.,**
  **WARREN PUMPS, LLC**

John Howarth Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Suite 3100
Philadelphia, PA 19103
(215) 564-4141
fax:(215) 564-4385
Attorneys for Defendant:
  **KARNAK CORPORATION**

Anna DiLonardo Esq
MARSHALL, DENNEHY, WARNER, COLEMAN & GOGGIN  (LONG
105 Maxess Road
Suite 303
Melville, NY 11747
(631) 232-6130
fax:(631) 232-6184
Attorneys for Defendant:
  **LEVITON MANUFACTURING CO., INC.**

Paul Scrudato Esq.
Product Group
SHProductsGroup**schiffhardin.com**
**SCHIFF HARDIN LLP**
**666 Fifth Avenue**
**17th Floor**
**New York, NY 10103**
**(212) 753-5000**
**fax:(212) 753-5044**
**Attorneys for Defendant:**
  **OWENS-ILLINOIS, INC.**

Joan Gasior Esq
RENZULLI LAW FIRM, LLP
81 Main Street, Suite 508
White Plains, NY 10601
(914) 285-0700
fax:(914) 285-1213
Attorneys for Defendant:
  **PFIZER, INC. (PFIZER)**

Norman Senior Esq.
GREENFIELD, STEIN & SENIOR
600 Third Avenue, 11th Floor
New York, NY 10016
(212) 818-9600
fax:(212) 818-1264
Attorneys for Defendant:
   **U.S. RUBBER COMPANY (UNIROYAL)**

**AIR & LIQUID SYSTEMS CORPORATION,**
 **as successor-by-merger to BUFFALO PUMPS, INC.**
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

**BORGWARNER MORSE TEC LLC.**
CT Corporation
1209 Orange Street
Wilmington, DE 19801

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------------X Index No: 190195-17
FREDERICK G. BROWN and DIANA BROWN,

           Date Filed:

       Plaintiff(s),

    -against-         **AMENDED**
                **VERIFIED**
AMCHEM PRODUCTS, INC.,      **COMPLAINT**
  n/k/a RHONE POULENC AG COMPANY,
  n/k/a BAYER CROPSCIENCE INC.,
AMERICAN BILTRITE INC.,      **PLAINTIFF DEMANDS**
AURORA PUMP COMPANY,      **TRIAL BY JURY**
BIRD INCORPORATED,
BLACKMER,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
DAP, INC.,
EATON CORPORATION, as successor -in-interest to
   CUTLER-HAMMER, INC.,
FORD MOTOR COMPANY,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS LLC,
HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,,
KARNAK CORPORATION,
LEVITON MANUFACTURING CO., INC.,
OWENS-ILLINOIS, INC.,
PFIZER, INC. (PFIZER),
THE GOODYEAR TIRE AND RUBBER COMPANY,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
WARREN PUMPS, LLC,
**AIR & LIQUID SYSTEMS CORPORATION,**
  **as successor-by-merger to BUFFALO PUMPS, INC.,**
**BORGWARNER MORSE TEC LLC.,**

           Defendants
-----------------------------------------------------------------------------X

Plaintiff(s), FREDERICK G. BROWN and DIANA BROWN, by their attorneys, WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1. Plaintiff(s), FREDERICK G. BROWN and DIANA BROWN, by their attorneys, WEITZ & LUXENBERG, P.C., for their **amended verified complaint** respectfully alleges:

2. @Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

3. Defendant AMERICAN BILTRITE INC., was and still is a duly organized domestic corporation doing business in the State of New York.

4. Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant BIRD INCORPORATED, was and still is a duly organized domestic corporation doing business in the State of New York.

6. Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

8. Defendant DAP, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant EATON CORPORATION, as successor-in-interest to CUTLER-HAMMER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

10. Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

12. Defendant IMO INDUSTRIES, INC.,, was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant KARNAK CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

14. Defendant LEVITON MANUFACTURING CO., INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), FREDERICK G. BROWN and DIANA BROWN, repeats and realleges NYCAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: October 06, 2017
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C.

Attorneys for Plaintiff(s)
700 Broadway
New York, NY 10003
(212) 558-5500

STATE OF NEW YORK )
                            SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **supplemental summons and amended verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: October 06, 2017
        New York, New York

                                                                                 /S/
                                                                  PATRICK FINLEY

Index No.: 190195-17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

===============================================================================

FREDERICK G. BROWN and DIANA BROWN,

              Plaintiff(s),

     -against-

AIR & LIQUID SYSTEMS CORPORATION,
 as successor-by-merger to BUFFALO PUMPS, INC., et. al.,

              Defendants.

===============================================================================

**SUPPLEMENTAL SUMMONS and AMENDED VERIFIED COMPLAINT**

===============================================================================

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**700 Broadway**
**New York, NY  10003**
**212-558-5500**

===============================================================================

To
Attorney(s) for

===============================================================================

Service of a copy of the within
    is hereby admitted.
Dated,
October 06, 2017

………………………………………………………………………………………..……….

**Attorney(s) for**